UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY,<br><br>　　　　　　Defendants. | Civil Action No.: |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Plaintiff Jonathan Rivera-Pierola moves this Court pursuant to LCvR83.2(g) for the admission of Jason J. Bach to appear *pro hac vice* in this case as out-of-state counsel for Plaintiff.

1.　The undersigned, R. Jack Freeman is counsel of record for Plaintiff, and will continue to serve as his counsel in this case.

2.　In accordance with LCvR83.2(g), Mr. Bach's completed Request for Admission *Pro Hac Vice* form is attached hereto as Exhibit A.

3.　Mr. Bach is a member in good standing of the United States District Court for the District of Nevada.

4.　Mr. Bach understands that, upon admission *pro hac vice,* he shall be subject to the disciplinary jurisdiction of this Court.

5.　Mr. Bach understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

1

6.	Submitted simultaneously with the filing of this motion is the requested fee ($50.00) to the Clerk of this Court.

WHEREFORE, Plaintiff requests that this Court grant this motion for the out-of-state attorney Jason J. Bach to appear *pro hac vice* in this case on her behalf.

>	Respectfully submitted,
>
>	**LEVINSON LAW, PC**
>
>	By   */s/ R. Jack Freeman*
>	R. JACK FREEMAN, OBA #3128
>	1743 East 71st Street
>	Tulsa, Oklahoma  74136
>	Telephone:  (918) 492-4433
>	Facsimile:  (918) 492-6224
>	Email:  jack@ish-law-firm.com

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA                 )
                                        )
                                        )
                                        )
                                        )
vs.                     Plaintiff(s)    )   Case No. _____
                                        )
BOARD OF REGENTS FOR THE OKLAHOMA       )
AGRICULTURAL AND MECHANICAL COLLEGES;   )
STATE OF OKLAHOMA ex rel. OKLAHOMA STATE)
UNIVERSITY; and ST. MATTHEWS UNIVERSITY )
                                        )
                        Defendant(s)    )

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jason Jeffrey Bach

2. State bar membership number: 7984

3. Business address, telephone and fax numbers:

   The Bach Law Firm, LLC
   7881 W. Charleston Blvd., Suite 165
   Las Vegas, Nevada 89148
   Telephone: (702) 925-8787, Facsimile: (702) 925-8788

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Please see attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this ___10___ day of June, 2021.

_____
Signature of Applicant

005/rvsd 06-04

| Name of Court | Date of Admission | Registration Number |
|---|---|---|
| State Bar of Nevada | 10/11/2002 | 7984 |
| Nevada Supreme Court | 10/11/2002 | |
| State Bar of Texas | 3/11/2010 | 24071556 |
| Supreme Court of Texas | 3/11/2010 | |
| District of Columbia | 5/11/2007 | 974126 |
| Supreme Court of the United States | 11/27/2006 | |
| United States Court of Appeals for the Second District | 2/10/2015 | |
| United States Court of Appeals for the Third District | 4/13/2018 | |
| United States Court of Appeals for the Fourth District | 6/10/2015 | |
| United States Court of Appeals for the Fifth District | 8/10/2011 | |
| United States Court of Appeals for the Sixth District | 6/28/2017 | |
| United States Court of Appeals for the Seventh District | 5/31/2013 | |
| United States Court of Appeals for the Ninth District | 2/11/2003 | |
| United States Court of Appeals for the Tenth District | 10/25/2006 | |
| United States Court of Appeals for the District of Columbia | 7/5/2007 | |
| United States District Court for the District of Colorado | 4/19/2016 | |
| United States District Court for the Northern District of Illinois | 3/6/2012 | |
| United States District Court for the Central District of Illinois | 3/23/2012 | |
| United States District Court for the Southern District of Indiana | 3/8/2017 | |
| United States District Court for the Eastern District of Michigan | 2/19/2016 | |
| United States District Court for the District of Nevada | 10/17/2002 | |
| United States District Court for the Western District of Texas | 12/3/2010 | |
| United States District Court for the Southern District of Texas | 12/28/2011 | |
| United States District Court for the Eastern District of Texas | 8/10/2016 | |