## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Date: June 29, 2021

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. CIV-21-616-PRW |
| ) | |
| BOARD OF REGENTS FOR THE ) | |
| OKLAHOMA AGRICULTURAL AND ) | |
| MECHANICAL COLLEGES, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER:**

Before the Court is Plaintiff's Motion for Admission of Counsel Pro Hac Vice (Dkt. 3), filed June 28, 2021.  Upon review of the motion, the Court GRANTS Plaintiff's Motion for Admission of Counsel Pro Hac Vice; Jason J. Bach is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Plaintiff Jonathan Rivera-Pierola, provided counsel becomes properly registered (see OKWD Admitted Attorneys electronic Filing Registration: https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf) and files an entry of appearance, consistent with LCvR 83.4.


By direction of Judge Patrick R. Wyrick, we have entered the above enter order.


                                                                Carmelita Reeder Shinn, Clerk

                                                                 By: s/*Kathy Spaulding*
                                                                      Deputy Clerk