**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>          Plaintiff,<br><br>    v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY,<br><br>          Defendants. | Civil Action No.:  5:21-cv-00616-PRW |

## APPEARANCE OF COUNSEL FOR PLAINTIFF

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for the **Plaintiff, Jonathan Rivera-Pierola**.

I certify that I am admitted pro hac vice in this matter.  I also certify that I am registered in this Court's Electronic Case Filing System.

Respectfully submitted,

**THE BACH LAW FIRM, LLC**

   */s/ Jason J. Bach*
Jason J. Bach, Esq.
(Admitted Pro Hac Vice)
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com

## CERTIFICATION OF SERVICE

I certify that on July 7, 2021, I electronically transmitted the above and foregoing document to the Clerk of the United States District Court for the Western District of Oklahoma using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                      */s/ Jason J. Bach*
                                                      Jason J. Bach, Esq.