UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BOARD OF REGENTS FOR THE )<br>OKLAHOMA AGRICULTURAL AND )<br>MECHANICAL COLLEGES; STATE )<br>OF OKLAHOMA ex rel., )<br>OKLAHOMA STATE UNIVERSITY, )<br>and ST. MATTHEWS UNIVERSITY )<br>)<br>    Defendants. ) | Case No. CIV-21-616-PRW |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants, the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and Oklahoma State University.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

                                          Respectfully submitted,

                                          s/Gaylan Towle, II
                                          Gaylan Towle II, OBA #32884
                                          Board of Regents for the Oklahoma
                                          Agricultural and Mechanical Colleges
                                          5th Floor, Student Union Building
                                          Stillwater, OK 74078
                                          (405) 744-6494/(405) 744-7998 (fax)
                                          gaylan.towle@okstate.edu
                                          **ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

R. Jack Freeman
1861 East 71st Street
Tulsa, Oklahoma 74136
jack@lsh-law-firm.com

and

Jason J. Bach, Esq.
7881 W. Charleston Blvd., suite 165
Las Vegas, Nevada 89117
jbach@bachlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

                                                  s/Gaylan Towle, II