### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,   )<br>   )<br>       Plaintiff,   )<br>   )<br>v.   )<br>   )<br>BOARD OF REGENTS FOR THE   )<br>OKLAHOMA AGRICULTURAL AND   )<br>MECHANICAL COLLEGES; STATE OF   )<br>OKLAHOMA ex rel. OKLAHOMA   )<br>STATE UNIVERSITY; and ST.   )<br>MATTHEWS UNIVERSITY,   )<br>   )<br>       Defendants.   )  | Case No.: CIV-21-616-PRW |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for the Defendant, St. Matthew's University ("Defendant"). I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

                                            Respectfully submitted,

                                            *s/Jeremy Tubb*
                                            Jeremy Tubb, OBA #16739
                                            FULLER TUBB BICKFORD WARMINGTON
                                            & PANACH, PLLC
                                            201 Robert S. Kerr, Suite 1000
                                            Oklahoma City, OK  73102
                                            Telephone:  (405) 235-2575
                                            Fax:  (405) 232-8384
                                            jeremy.tubb@fullertubb.com
                                            ATTORNEY FOR DEFENDANT ST.
                                            MATTHEW'S UNIVERSITY

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2021, I transmitted the foregoing document to the Court Clerk using the ECF procedures for filing a Notice of Removal. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman, OBA #3128
Levinson, Smith & Huffman, PC
1861 East 71st Street
Tulsa, OK  74136
918-492-4433
jack@lsh-law-firm.com

Jason J. Bach, Esq., Nevada Bar No. 7984
The Bach Law Firm, LLC
(Pro Hac Vice)
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
702-925-8787
jbach@bachlawfirm.com

ATTORNEYS FOR PLAINTIFF

*s/Jeremy Tubb*
Jeremy Tubb