## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CIV-21-616-PRW |
| | ) |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for the Defendant, St. Matthew's University ("Defendant"). I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*s/Emma J. Payne*
Emma J. Payne, OBA #32849
FULLER TUBB BICKFORD WARMINGTON & PANACH, PLLC
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK  73102
Telephone:  (405) 235-2575
Fax:  (405) 232-8384
emma.payne@fullertubb.com
ATTORNEY FOR DEFENDANT ST. MATTHEW'S UNIVERSITY

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2021, I transmitted the foregoing document to the Court Clerk using the ECF procedures for filing a Notice of Removal. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman, OBA #3128
Levinson, Smith & Huffman, PC
1861 East 71st Street
Tulsa, OK  74136
918-492-4433
jack@lsh-law-firm.com

Jason J. Bach, Esq., Nevada Bar No. 7984
The Bach Law Firm, LLC
(Pro Hac Vice)
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
702-925-8787
jbach@bachlawfirm.com

ATTORNEYS FOR PLAINTIFF

*s/Emma J. Payne*
Emma J. Payne