# ST. MATTHEW'S UNIVERSITY SCHOOL OF VETERINARY MEDICINE

# STUDENT HANDBOOK



Providing Students with the Knowledge and Skills Needed to Practice Veterinary Medicine in the Twenty-First Century
(Revised: Fall 2019)

Office of the Dean
School of Veterinary Medicine
St. Matthew's University
P. O. Box 32330
Grand Cayman KY I- 1209
GRAND CAYMAN, CAYMAN ISLANDS

CIV-2021-616-PRW
Defendant St. Matthew's University
Exhibit A

I. Introduction
   A. About this Student Handbook
      i. All rules and regulations in this handbook are binding upon all students of the St. Matthew's University School of Veterinary Medicine, including students who are on leave of absence from the school.
      ii. This version supersedes all previous editions of the student handbook and is effective from the date printed on the cover page. Students and expected and required to read through this handbook and be familiar with the contents and the implications for their actions while a student in the School of Veterinary Medicine.
      iii. St. Matthew's University reserves the right to change its rules and regulations, requirements for the degree, Doctor of Veterinary Medicine, and the courses offered by the School, or any other material in this handbook at any time. These changes may be brought to the attention of the students through email, bulletin boards, the school's website or other means.

   B. Accreditation, Registration and Approval of the School of Veterinary Medicine
      i. Charter
         a. St. Matthew's University (SMU) was founded in 1997 with a School of Medicine that is fully chartered by the government of Grand Cayman. The SMU School of Veterinary Medicine was founded in 2005 and is fully chartered by the government of Grand Cayman
      ii. Accreditation, Registration and Approval
         a. This charter by the Caymanian government enables the school to be "listed" by the American Veterinary Medical Association (AVMA).
         b. The SMU SVM is an Affiliate Member of the Association of American Veterinary Medical Colleges.
         c. Graduates of schools listed with the AVMA are eligible to obtain an ECFVG certificate upon graduation, which is accepted in all states and Canada as fulfilling the educational prerequisite for state licensure.
         d. New York does not require the ECFVG for St. Matthew's students to take the North American Veterinary Licensure Exam (NAVLE)
         e. The ECFVG certificate (through the AVMA) requires four steps:
            1. Proof of graduation from a listed college of veterinary medicine
            2. Proof of competency in English
            3. Pass the Basic and Clinical Sciences Exam
            4. Pass the Clinical Proficiency Examination (CPE)
         f. In addition, The American Association of Veterinary State Boards (AAVSB) has a service for certification of foreign veterinary graduates known as the Program for the Assessment of Veterinary Education Equivalence (PAVE).
            1. PAVE is accepted in 43 states, the U.S. Virgin Islands as of September, Australia and New Zealand 2018.
            2. In order to be eligible for PAVE certification, SMU SVM graduates must:
            3. Pass an English proficiency test such as IELTS or TOEFL

K. Incompletes
  i. To receive an "incomplete" for a course requires the approval of both the professor of that course and the written approval of the Dean SMU SVM.
  ii. Students with an incomplete in a course are required to complete coursework/examination by the end of week 2 of classes of the next semester in which they are enrolled.
  iii. Students are responsible for scheduling the completion of their coursework with the appropriate professor.
  iv. Once the course has been completed, the course instructor will submit the final course grade to the Registrar.

L. Clinical Rotation Programs at Affiliated Schools
  i. The School of Veterinary Medicine arranges 12-month clinical programs for students at certain schools of veterinary medicine in the U. S. and Canada under individual contract arrangements with those schools.
  ii. Students enter these programs in the month following their last semester of course work on the Grand Cayman campus, i.e., in September, January and May.
  iii. Students are asked to provide a brief biographical sketch along with a stated preference for first, second and third preferences for a clinical site. These materials plus all transcripts are submitted to the affiliated schools for their review and decision.
  iv. The final decision on acceptance or denial of a student for a specific program is entirely by the administrators of the affiliated program. Every effort is made to inform students before the end of their 6th semester so that they may have time to visit their assigned school during the semester break. Each student will be informed as to whether the school will contact them or they are to contact the individual school.
  v. Students are not to make direct contact during the period when clinical assignments are being determined nor are they allowed to "lobby" an individual school.
  vi. During this final year of clinical education, students are given the same program options/choices as the internal students at each contract institution.
  vii. As each school may have slight variations in length of rotations, requirements for recognized externships, etc, students should be prepared to work with their host institution to ensure that they meet the requirements for their own program. Academic standards for the clinical programs are set by the host affiliate school.
  viii. At the end of the clinical year, transcripts are provided to the Registrar and Dean of the SVM. After review and certification of the transcripts by the Dean, grades become official and are entered in the student's record in the Phoenix database.
  ix. Transcripts from affiliate schools that use a grading system different than that used by SMU will be converted to the grading system used by SMU.

x. If a student fails to meet the required academic standards at an affiliate school and fails a rotation or is dismissed for academic or other reasons, the student may be given the option of applying for readmission and/or remediation of the failed rotation. However, the decision on such matters is entirely within the purview of the affiliate school and is not subject to intervention by the School of Veterinary Medicine at St. Matthew's University.
xi. If such an appeal is not successful or the student otherwise has failed to meet the required standards of the affiliated school and is dismissed from the affiliate school, St. Matthew's University considers the student to have failed to successfully complete the requirements for the degree, Doctor of Veterinary Medicine, and is also dismissed from the School of Veterinary Medicine at St. Matthew's University.
xii. St. Matthew's University does not and cannot place such students at a second clinical site for completion of the degree requirements and this decision is not subject to appeal by the student and is final.
xiii. To ensure complete knowledge and understanding of these procedures, all students entering the clinical program will be required to sign a waiver, indicating that they understand and concur with this policy. (See Appendix C).

## VIII. University Policies Regarding Student Conduct
### A. General Rules Relating to Conduct and Discipline
i. It is the responsibility of each student to become informed of University policies and rules, and to abide by them at all times. University policies, rules, and regulations are made with the view of protecting the best interests of the individual, the general welfare of the entire student body, and the University's educational objectives.
ii. It is the mission of St. Matthew's University to graduate individuals who are both intelligent academicians and skilled clinicians with a mature capacity for moral reasoning and ethical judgment.
iii. Effective coping, interpersonal, and self-management skills are considered important aspects of a veterinarian's professional character, and St Matthew's students are encouraged to learn to deal with all types of demands while remaining in a position of responsibility and control.
iv. Each St. Matthew's student is expected to behave in a manner consistent with the University's published policies and mission as an educational institution. Behaviors judged unprofessional, unethical, dishonest, illegal, threatening, or dangerous may be considered a disciplinary violation.
v. Inappropriate usage of any electronic equipment (laptops, tablets, smart phones, cell phones, etc.) in the classroom than for anything other than class related use is prohibited. Students should only use such electronic devices for the class currently in session. Students found in violation of this will be subject to disciplinary action.
vi. Posting of material relating to any client, patient, College-owned or research animal in any form to any public or social networking site is forbidden. It is recognized that visual images may be useful for studying, teaching or exercises such as grand rounds, but those images are to remain private and

**Appendix D: Waiver of Right to Reassignment for Clinical Programs**

# Waiver of Right to Reassignment for Clinical Rotations
# School of Veterinary Medicine
# St. Matthew's University

The undersigned student understands and agrees as follows:

During the final year of clinical education, students are given the same program options/choices as internal students at each contract institution. Academic standards for the clinical programs are set by the host affiliate school.

If a student fails to meet the required academic standards at an affiliate school and is dismissed for academic or other reasons, the student may have the option of applying for readmission and remediation of the failed rotation. However, the decision for such actions is entirely within the purview of the affiliate school and is not subject to intervention by the School of Veterinary Medicine at St. Matthew's University. If such an appeal is not successful or the student otherwise has failed to meet the required standards of the affiliate school, St. Matthew's University considers the student to have failed to successfully complete the requirements for the degree, Doctor of Veterinary Medicine, and is dismissed from the School of Veterinary Medicine at St. Matthew's University. St. Matthew's University does not place such students at a second clinical site for completion of the degree requirements and this decision is not subject to appeal by the student.

This will certify that I understand and agree to the foregoing.

Name of Student (print)_____

Signature_____Date_____