# Waiver of Right to Reassignment for Clinical Rotations
# School of Veterinary Medicine
# St. Matthew's University

The undersigned student understands and agrees as follows:

During the final year of clinical education, students are given the same program options/choices as internal students at each contract institution. Academic standards for the clinical programs are set by the host affiliate school.

If a student fails to meet the required academic standards at an affiliate school and is dismissed for academic or other reasons, the student may have the option of applying for readmission and remediation of the failed rotation. However, the decision for such actions is entirely within the purview of the affiliate school and is not subject to intervention by the School of Veterinary Medicine at St. Matthew's University. If such an appeal is not successful or the student otherwise has failed to meet the required standards of the affiliate school, St. Matthew's University considers the student to have failed to successfully complete the requirements for the degree, Doctor of Veterinary Medicine, and is dismissed from the School of Veterinary Medicine at St. Matthew's University. St. Matthew's University does not place such students at a second clinical site for completion of the degree requirements and this decision is not subject to appeal by the student.

This will certify that I understand and agree to the foregoing.

Name of Student (print) __Jonathan Rivera-Piersla__

Signature _[signature]_  Date __1/9/17__

CIV-2021-616-PRW
Defendant St. Matthew's
University
Exhibit B