UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA, )
 )
 )
 )
vs.                                  Plaintiff(s) )    Case No. CIV-21-616-PRW
BOARD OF REGENTS FOR THE OKLAHOMA )
AGRICULTURAL AND MECHANICAL COLLEGES; STATE )
OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY )
and ST. MATHEWS UNIVERSITY, )
 )
                                     Defendant(s) )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jennifer McCoy

2. State bar membership number: Texas Bar No. 24089805

3. Business address, telephone and fax numbers:
   Locke Lord LLP
   2200 Ross Avenue, Suite 2800
   Dallas, TX 75201
   (214) 740-8000 (Telephone) / (214) 740-8800 (Fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of Texas; U.S. District Court for the Northern District of Texas; U.S. District Court for the Western District of Texas; U.S. District Court for the Eastern District of Texas; U.S. District Court for the Southern District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

   A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

   DATED this  5th  day of October, 2021                                .    Jennifer McCoy

005/rvsd 06-04                                              Signature of Applicant     CIV-2021-616-PRW
                                                                                        Exhibit 1

# U.S. District Court
## Northern District of Texas

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Jennifer Marie McCoy

Bar Number:  Date of Admission:

**24089805**  02/23/2017

Witness my official signature and the seal of this court.

Dated: 10/04/2021  Karen Mitchell,
Clerk of Court

By: s/ B. Hill
Deputy Clerk

