**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date: October 5, 2021

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-616-PRW |
| ) | |
| BOAD OF REGENTS FOR THE ) | |
| OKLAHOMA AGRICULTURAL AND ) | |
| MECHANICAL COLLEGES, ) | |
| STATE OF OKLAHOMA ex rel. ) | |
| OKLAHOMA STATE UNIVERSITY, ) | |
| and ST. MATTHEWS UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER:**

Before the Court are the Motions for Admission Pro Hac Vice, filed October 5, 2021, seeking the admission of Kimberly F. Williams and Jennifer McCoy *pro hac vice*. Upon review of the motions, the Court GRANTS the Motions for Admission Pro Hac Vice (Dkts. 15 and 16); Kimberly F. Williams and Jennifer McCoy are admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendant St. Matthew's University, provided each counsel becomes properly registered (see OKWD Admitted Attorneys electronic Filing Registration: https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf) and files an entry of appearance, consistent with LCvR 83.4.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By: s/*Kathy Spaulding*
Deputy Clerk