**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JONATHAN RIVERA-PIEROLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-21-616-PRW |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKLAHOMA AGRICULTURAL AND | ) | |
| MECHANICAL COLLEGES; STATE OF | ) | |
| OKLAHOMA ex rel. OKLAHOMA | ) | |
| STATE UNIVERSITY; and ST. | ) | |
| MATTHEWS UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for the Defendant, St.

Matthew's University ("Defendant"). I certify that I am admitted to practice in this Court

*Pro Hac Vice* and am registered to file documents electronically with this Court.

Respectfully submitted,

*s/Kimberly F. Williams*
Kimberly F. Williams, TX Bar #24050592
*Pro Hac Vice*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
Telephone:  (214) 740-8000
Fax:  (214) 740-8800
kwilliams@lockelord.com
ATTORNEY FOR DEFENDANT ST.
MATTHEW'S UNIVERSITY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2021, I transmitted the foregoing document to the Court Clerk using the ECF procedures for filing a Notice of Removal. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman, OBA #3128
Levinson, Smith & Huffman, PC
1861 East 71st Street
Tulsa, OK  74136
918-492-4433
jack@lsh-law-firm.com

Jason J. Bach, Esq., Nevada Bar No. 7984
The Bach Law Firm, LLC
(Pro Hac Vice)
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
702-925-8787
jbach@bachlawfirm.com

ATTORNEYS FOR PLAINTIFF

*s/Kimberly F. Williams*
Kimberly F. Williams