# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## AUGUST STATUS AND SCHEDULING CONFERENCE DOCKET
for
Judge Patrick R. Wyrick

**Tuesday, August 2, 2022**

1. Your status and scheduling conference will be held in Judge Wyrick's Chambers, on the 5th floor, of the William J. Holloway, Jr. United States Courthouse, 200 NW 4th Street, Oklahoma City, Oklahoma.

2. You must confer with the opposing party and prepare a Joint Status Report and Discovery Plan, and file it on or before **Tuesday, July 26, 2022**.

3. You must state in the Joint Status Report whether you have complied with Local Rule 26.1. Strict compliance with Local Rule 16.1 and 26.1 is expected.

4. At the conference, be prepared to report whether you have exchanged discovery.

5. To the extent that the parties wish to submit an Agreed Protective Order pursuant to Section 8(F) of the Joint Status Report and Discovery Plan, attach the Agreed Protective Order to the Joint Status Report and Discovery Plan when it is filed and submit the proposed Agreed Protective Order in Word format to the Judge via the Judge's orders email inbox at: wyrick-orders@okwd.uscourts.gov

6. If you are not a local attorney, you may appear by telephone, so long as you seek leave to do so by motion at least two days prior to the conference.

7. Please note that a valid photo identification is required to enter the federal courthouse building.

---

**9:30 a.m.**

| | | |
|---|---|---|
| CIV-21-616-PRW | Jonathan Rivera-Pierola | R. Jack Freeman |
| | | Jason Bach |
| | v. | |
| | Board of Regents for the Oklahoma Agricultural and Mechanical Colleges | Clinton W. Pratt |
| | | Gaylan Towle |

**9:50 a.m.**

| | | |
|---|---|---|
| CIV-22-454-PRW | Cartessa Aesthetics LLC | Lyndon Whitmire<br>Lauren Bernstein<br>Robert Tils |
| | v. | |
| | Ed Lorents | Peter Scimeca |

---

**10:10 a.m.**

| | | |
|---|---|---|
| CIV-22-541-PRW | William Turner | Clayton Hasbrook |
| | v. | |
| | Walmart Stores East LP | Jeffrey Scott<br>Michael Brewer |

---

**10:30 a.m.**

| | | |
|---|---|---|
| CIV-22-403-PRW | Leila Imoe | Mark Hammons<br>Amber Hurst |
| | v. | |
| | SSM Healthcare of Oklahoma Inc. | Adam Childers<br>Michael Bowling |