**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

JONATHAN RIVERA-PIEROLA,

 *Plaintiff*,

 v.

BOARD OF REGENTS FOR THE
OKLAHOMA AGRICULTURAL AND
MECHANICAL COLLEGES; STATE OF
OKLAHOMA *ex rel.* OKLAHOMA
STATE UNIVERSITY; and ST.
MATTHEWS UNIVERSITY, INC.,

 *Defendants*.

Civil Action No.:  5:21-cv-00616-PRW

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR LEAVE FOR LEAD COUNSEL TO APPEAR BY TELEPHONE
FOR STATUS AND SCHEDULING CONFERENCE SET FOR AUGUST 2, 2022**

Plaintiff's unopposed motion for leave [Doc. # 27] is **GRANTED**. Counsel for

Plaintiff, Jason J. Bach, may appear at the August 2, 2022, status and scheduling

conference by telephone. Local counsel for Plaintiff shall attend in person.

**IT IS SO ORDERED.**

Dated this ___ day of July, 2022.

  _____
  PATRICK R. WYRICK
  UNITED STATES DISTRICT JUDGE

1