IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Date: July 12, 2022

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-616-PRW |
| | ) |
| BOARD OF REGENTS FOR THE | ) |
| OKLAHOMA AGRICULTURAL AND | ) |
| MECHANICAL COLLEGES, et al., | ) |
| | ) |
|    Defendants. | ) |

**ENTER ORDER:**

    Plaintiff's Unopposed Motion for Leave for Lead Counsel to Appear by Telephone for Status and Scheduling Conference Set for August 2, 2022 (Dkt. 27), filed July 12, 2022, is GRANTED. Plaintiff's counsel Jason J. Bach is allowed to appear by telephone at the August 2, 2022 status and scheduling conference, with plaintiff's local counsel Jack Freeman to appear in person. Counsel shall call the main telephone number for Chambers (405-609-5300) at the designated time.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                                            Carmelita Reeder Shinn, Clerk

                                            By:    s/*Kathy Spaulding*
                                                          Deputy Clerk