IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, INC.,<br><br>*Defendants*. | Civil Action No.: 5:21-cv-00616-PRW |

## STATUS REPORT AND MEDIATION PLAN

**Date of Report:** February 24, 2023

**Representatives for Plaintiff:**

Jason J. Bach
**THE BACH LAW FIRM, LLC**
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
        and
**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street
Tulsa, Oklahoma 74136
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
Email: jack@lsh-law.com

*Attorneys for Plaintiff Jonathan Rivera-Pierola*

1

**Representatives for Defendants:**

>Clinton W. Pratt
>Gaylan Towle II
>Board of Regents for the Oklahoma
>Agricultural and Mechanical Colleges
>5th Floor, Student Union Building
>Stillwater, OK 74078
>clint.pratt@okstate.edu
>gaylan.towle@okstate.edu
>*Attorneys for Defendants Board of Regents and*
>*the State of Oklahoma ex rel. Oklahoma State University*

COME NOW, Plaintiff, Jonathan Rivera-Pierola ("Plaintiff"), and Defendants, the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges ("Board of Regents") and the State of Oklahoma *ex rel*. Oklahoma State University ("Defendants," and together with Plaintiff, collectively, the "Parties"), and submit the following Status Report and Mediation Plan.

The Parties have completed written discovery in this matter. Defendants have requested Plaintiff's availability for a deposition with the plan to have Plaintiff's deposition completed within the next few weeks.

The Parties have discussed settlement but wanted to conduct written discovery before exchanging formal offers. On February 23, 2023, Plaintiff presented Defendants with a settlement demand. Defendants have rejected Plaintiff's demand and are currently not intending to counteroffer. Additionally, the Parties have discussed a potential resolution, which involves a third-party. The Parties are currently awaiting a response from that third-party, which may have a substantial impact on the potential for settlement.

///

At this time, the Parties believe the case should not be mediated, but will revisit the possibility before trial.

Submitted this 24th day of February, 2023.

    /s/ *Jason J. Bach*
Jason J. Bach
**THE BACH LAW FIRM, LLC**
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
    and
**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street
Tulsa, Oklahoma 74136
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
Email: jack@lsh-law.com
*Attorneys for Plaintiff Jonathan Rivera-Pierola*

    /s/ *Clinton W. Pratt*
Clinton W. Pratt
Gaylan Towle II
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Stillwater, OK 74078
clint.pratt@okstate.edu
gaylan.towle@okstate.edu
*Attorneys for Defendants Board of Regents and the State of Oklahoma ex rel. Oklahoma State University*