**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, | |
| *Plaintiff*, | |
| v. | Civil Action No.:  5:21-cv-00616-PRW |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, INC., | |
| *Defendants*. | |

## UNOPPOSED MOTION FOR EXTENSION OF CURRENT DISCOVERY AND TRIAL DOCKET DEADLINES

COMES NOW, Plaintiff, Jonathan Rivera-Pierola ("Plaintiff"), pursuant to LCvR 7.1(h), hereby respectfully requests a ninety (90) day extension of the current discovery and trial docket deadlines.  In support Plaintiff states:

1.     On August 3, 2022, this Court entered the first Scheduling Order [Docket No. 30].

2.     This is the first request to extend the deadlines in this case.

3.     Counsel for Plaintiff and Defendants, the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges ("Board of Regents") and the State of Oklahoma *ex rel*. Oklahoma State University ("Defendants," and together with Plaintiff, collectively, the "Parties"), have been in negotiation with a third-party in an attempt to potentially resolve this matter.  Despite the Parties best efforts, it is taking an extended amount of time to

receive a response from the third-party, which is not in the United States. At this time, the Parties are currently awaiting a response from that third-party, which would have a substantial impact on the potential for settlement.

4.    The Parties have been diligently conducting discovery and continue to conduct discovery, including the exchange of their Rule 26(a) disclosures and responses to written discovery. Plaintiff's deposition is also scheduled to take place on March 21, 2023. Plaintiff intends to take the depositions of six (6) or seven (7) witnesses, consisting of Oklahoma State University employees, former employees, and a third-party witness.

5.    Plaintiff intends to disclose an expert witness and their expert report to Defendants upon receipt from the expert witness. Defendants will require additional time to depose Plaintiff's expert witness(es) and to prepare their rebuttal expert report. Plaintiff intends to take the deposition of any rebuttal expert.

6.    In addition, several of the witnesses who will be called to testify at trial are University professors at Oklahoma State University and other Universities. It is the experience of both counsel that University professors are often unavailable to testify during the summer months.

7.    Counsel for Plaintiff and Defendants agree that extending the deadlines for ninety (90) days would be in the best interest of all parties, and such an extension would not be for the purpose of delay.

8.    Should the Court grant the extension, the current discovery and trial docket deadlines would be extended for ninety (90) days.

9.    Should the Court grant the extension, the deadlines would adjust as follows:

| FILINGS | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to Defendants | April 1, 2023 | June 30, 2023 |
| Plaintiff to file a list of witnesses together with addresses and brief summary of expected testimony where a witness has not already been deposed | April 1, 2023 | June 30, 2023 |
| Plaintiff to file final exhibit list | April 1, 2023 | June 30, 2023 |
| Defendant to file objections to the Plaintiff's final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B) | April 15, 2023 | July 13, 2023 |
| Defendant to file a final list of expert witness(es) in chief and submit expert reports to Plaintiff | April 11, 2023 | July 10, 2023 |
| Defendant to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | April 11, 2023 | July 10, 2023 |
| Defendant to file final exhibit list | April 11, 2023 | July 10, 2023 |
| Plaintiff to file objections to the Defendants' final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B) | April 25, 2023 | July 24, 2023 |
| All Dispositive motions to be filed | April 1, 2023 | June 30, 2023 |
| Discovery to be completed | May 1, 2023 | July 31, 2023 |
| Daubert motions to be filed | May 1, 2023 | July 31, 2023 |
| Jury Trial | June 2023 | September 2023 or November 2023 |
| Designations of deposition testimony to be used at trial | May 25, 2023 | August 23, 2023 or October 23, 2023 |
| Objections and counter-designations to be filed. Objections to counter-designations to be filed within seven (7) days thereafter | June 1, 2023 | August 30, 2023 or October 30, 2023 |
| Motions in limine | May 25, 2023 | August 23, 2023 or October 23, 2023 |
| Requested voir dire | May 25, 2023 | August 23, 2023 or October 23, 2023 |
| Requested jury instructions | May 25, 2023 | August 23, 2023 or October 23, 2023 |

| Proposed findings and conclusions of law | May 25, 2023 | August 23, 2023 or October 23, 2023 |
|---|---|---|
| Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report | May 25, 2023 | August 23, 2023 or October 23, 2023 |

WHEREFORE for the above stated reasons, Plaintiff respectfully requests a ninety

(90) day extension for the current discovery and trial docket deadlines.

Submitted this 10th day of March, 2023.

Respectfully submitted,

*/s/ Jason J. Bach*

Jason J. Bach
**THE BACH LAW FIRM, LLC**
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
                    and
**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street
Tulsa, Oklahoma 74136
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
Email: jack@lsh-law.com
*Attorneys for Plaintiff Jonathan Rivera-Pierola*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Clinton W. Pratt
Gaylan Towle II
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Stillwater, OK 74078
clint.pratt@okstate.edu
gaylan.towle@okstate.edu
*Attorneys for Defendants Board of Regents and*
*the State of Oklahoma ex rel. Oklahoma State University*

    /s/ Jason J. Bach
Jason J. Bach