IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| JONATHAN RIVERA-PIEROLA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES, STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY, and ST. MATTHEWS UNIVERSITY, INC., | ) ) ) ) ) ) ) | Case No. CIV-21-00616-PRW |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is the parties' Unopposed Motion for Extension of Current Discovery and Trial Docket Deadlines (Dkt. 32), seeking to extend all unexpired deadlines by ninety (90) days. Upon review, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 32), **STRIKES** the case from the Court's June 2023 Trial Docket, **RESETS** the case on the Court's September 2023 Trial Docket, and **EXTENDS** all unexpired deadlines as follows:

| FILINGS | DEADLINES |
|---|---|
| Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to Defendants | June 30, 2023 |
| Plaintiff to file a list of witnesses together with addresses and brief summary of expected testimony where a witness has not already been deposed | June 30, 2023 |
| Plaintiff to file final exhibit list | June 30, 2023 |
| Defendant to file objections to the Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) | July 13, 2023 |
| Defendant to file a final list of expert witness(es) in chief and submit expert reports to Plaintiff | July 10, 2023 |

1

| | |
|---|---|
| Defendant to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | July 10, 2023 |
| Defendant to file final exhibit list | July 10, 2023 |
| Plaintiff to file objections to the Defendants' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) | July 24, 2023 |
| All dispositive motions to be filed | June 30, 2023 |
| Discovery to be completed | July 31, 2023 |
| *Daubert* motions to be filed | July 31, 2023 |
| Jury Trial | September 2023 |
| Designations of deposition testimony to be used at trial | August 23, 2023 |
| Objections and counter-designations to be filed. Objections to counter-designations to be filed within seven (7) days thereafter | August 30, 2023 |
| Motions in limine | August 23, 2023 |
| Requested voir dire | August 23, 2023 |
| Requested jury instructions | August 23, 2023 |
| Proposed findings and conclusions of law | August 23, 2023 |
| Trial briefs (optional unless otherwise ordered) | August 23, 2023 |
| Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report | August 23, 2023 |

**IT IS SO ORDERED** this 13th day of March 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE