```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF OKLAHOMA
 2

 3   JONATHAN RIVERA-PIEROLA,       )
                                    )
 4              Plaintiff,          )
                                    )
 5   -vs-                           )No. 5:21-cv-00616-PRW
                                    )
 6   BOARD OF REGENTS FOR THE       )
     OKLAHOMA AGRICULTURAL AND      )
 7   MECHANICAL COLLEGES; STATE     )
     OF OKLAHOMA ex rel. OKLAHOMA   )
 8   STATE UNIVERSITY; and ST.      )
     MATTHEWS UNIVERSITY, INC.,     )
 9                                  )
                Defendants.         )
10
```

11                    **CERTIFIED COPY**

12

13          DEPOSITION OF JONATHAN RIVERA-PIEROLA

14

15          TAKEN ON BEHALF OF THE DEFENDANTS

16              IN OKLAHOMA CITY, OKLAHOMA

17                  ON APRIL 26, 2023

18

19

20

21

22

23

24

25   REPORTED BY:  ELIZABETH J. CAMPBELL, CSR #162, RPR

```
 1                        APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4
             JASON BACH
 5           Attorney at Law
             7881 W. Charleston Boulevard, Suite 165
 6           Las Vegas, Nevada   89117
             jbach@bachlawfirm.com
 7

 8   FOR THE DEFENDANTS:

 9
             CLINTON W. PRATT
10           Attorney at Law
             Board of Regents for the Oklahoma
11           Agricultural and Mechanical Colleges
             5th Floor, Student Union Building
12           Oklahoma State University
             Stillwater, Oklahoma  74078-7044
13           clint.pratt@okstate.edu

14

15

16

17

18

19

20

21

22

23

24

25
```

Jonathan Rivera-Pierola
4/26/2023

Page: 3

```
 1                    DEFENDANT EXHIBITS

 2    Number                Description            Page   Line

 3
      1              St. Matthew's School of ....47    4
 4                   Veterinary Medicine
                     Transcript of Academic
 5                   Record
                     Bates Board00002
 6

 7    2              Evaluation of Internal ......67   10
                     Medicine Rotation
 8                   Bates Board68-70

 9
      3              Confidential Letter October .80   12
10                   3, 2018 to Jonathan from
                     Margi Gilmour
11                   Bates Board00089

12
      4              Community Practice ........110    6
13                   Evaluation
                     Bates Board00084
14

15    5              Letter March 23, 2020 to ...133   13
                     Jonathan from Margi Gilmour
16

17    6              Appeal Letter to Dr. Carlos 139    2
                     Risco, The Members of the
18                   Professional Standards
                     Committee from Jonathan
19                   Rivera-Pierola
                     Bates Board00281
20

21    7              Letter April 6, 2020 to ....156    2
                     Jonathan from Margi Gilmour
22                   Bates Board00094

23
      8              Anesthesia - Rotation 16 ...171    1
24                   Evaluation Grade
                     Bates Board00086
25
```

**Exhibit 1 (Excerpts)**

Jonathan Rivera-Pierola
4/26/2023

| | | | | |
|---|---|---|---|---|
| 1 | 9 | Letter April 21, 2020 to ...182 | 1 | |
| 2 | | Jonathan from Margi Gilmour Bates Board00095 | | |
| 3 | 10 | Group Email April 10, 2020 .197 | 6 | |
| 4 | | Bates Board01445 | | |
| 5 | 11 | Oklahoma State University ..226 | 10 | |
| 6 | | Policy and Procedures Academic Integrity Policy | | |
| 7 | | | | |

**Exhibit 1 (Excerpts)**

```
 1                        CONTENTS

 2                                        Page  Line

 3    STIPULATIONS .................................6    1

 4    DIRECT EXAMINATION BY MR. PRATT ............7    6

 5    CROSS EXAMINATION BY MR. BACH ............261   19

 6    SIGNATURE REQUIRED .......................264   13

 7    JURAT ....................................265    1

 8    ERRATA SHEET .............................266    1

 9    REPORTER'S CERTIFICATE ...................268    1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit 1 (Excerpts)

```
 1              S T I P U L A T I O N S

 2              IT IS HEREBY STIPULATED AND AGREED BY and

 3    between the parties hereto, through their respective

 4    attorneys, that the deposition of JONATHAN

 5    RIVERA-PIEROLA may be taken on behalf of the

 6    Defendants on April 26, 2023, in Oklahoma City,

 7    Oklahoma, by Elizabeth J. Campbell, a Certified

 8    Shorthand Reporter for the State of Oklahoma,

 9    pursuant to Notice and Agreement and in accordance

10    with the Federal Rules of Civil Procedure.

11              IT IS FURTHER STIPULATED AND AGREED BY and

12    between the parties hereto, through their respective

13    attorneys, that all objections, except as to the

14    form of the question and responsiveness of the

15    answer, are reserved until the time of trial, at

16    which time they may be made with the same force and

17    effect as if made at the time of the taking of this

18    deposition.

19                        *  *  *  *  *  *

20

21

22

23

24

25
```

```
1                   JONATHAN RIVERA-PIEROLA,

2    being first duly sworn, deposes and says in reply to

3    the questions propounded as follows

4                    *   *   *   *   *   *

5    (Proceedings commenced at 9:58)

6                    DIRECT EXAMINATION

7    BY MR. PRATT:

8        Q    Will you state your full name for the

9    record.

10       A    Sure.  My full name is Jonathan Andrew

11   Rivera-Pierola.

12       Q    What would you prefer I call you as we talk

13   to each other today?  I would normally call you

14   Mr.  Rivera-Pierola.

15       A    Sure.

16       Q    Or I can call you Jon or Jonathan, whatever

17   you prefer.

18       A    Jonathan is fine.

19       Q    Okay.  My name is Clint Pratt.  I'm

20   Associate General Counsel for the Board of Regents.  I

21   represent the Board and I represent the institutions

22   that the Board governs.  In this case that's Oklahoma

23   State University.

24       A    Okay.

25       Q    Have you ever been deposed before?
```

 1    know, so.  But it was the same structure like they

 2    would do in the U.S.

 3        Q    When you applied to St. Matthew's, did you

 4    know at that time which university stateside were

 5    affiliated with its veterinary program?

 6        A    I did.  When I looked at their website and

 7    everything, I did see the list, yes, of the clinical

 8    schools.

 9        Q    Do you recall how many schools were on that

10    list?

11        A    I don't recall off the top of my head the

12    number of schools.  I just know a few of them, that

13    came out of my head.

14        Q    Would it have been more or less than 10?

15        A    I would say it would be less than 10, yeah,

16    at the time.

17        Q    More than five?

18        A    More than five, yes.

19        Q    Do you recall any of the schools that were

20    on that list?

21        A    I do, yes.

22        Q    I know you mentioned that you don't recall

23    them all but whichever ones you do recall, can you

24    tell me who those were?

25        A    Sure.  University of Illinois

1   Urbana-Champaign, Oklahoma State University,

2   Mississippi State University, Purdue University, North

3   Carolina State University.  I'm trying to remember.

4   University of Minnesota, Washington State University.

5   Let's see.  Those are the ones I remember off the top

6   of my head, seven.

7      Q   If I recall correctly, of the schools you

8   just listed, at some time during your attempts to

9   apply to schools stateside, you had applied to one of

10   those previously which was the University of Illinois?

11      A   Uh-huh.

12      Q   Is that correct?

13      A   Yes.

14      Q   Were there any others that I missed?  Did

15   you apply to Mississippi State?

16      A   Yes, I did.

17      Q   Okay.  So two?

18      A   Yes.

19      Q   So two of those?

20      A   Yes.

21      Q   Do you have any say as a student at

22   St. Matthew's as to which affiliate institution you

23   will attend should you complete the didactic portion

24   of the program?

25      A   In regards to that, by six semester we chose

1          Even with the orientation involvement, they

2    didn't explain that it crashed often.  And it crashed

3    very often.  It was very frustrating for students.

4    But when we did those extra little steps, it was

5    tolerable.

6          But the reason I didn't add those in the

7    allegations was is that I accepted my grade because I

8    felt it was my fault for not telling the clinicians of

9    what I was going through with my -- with my father

10   with the accident and everything and that's something

11   I should have been responsible and said beforehand and

12   I agree with that.

13       Q    We've talked about what your understanding

14   of your claims in the case are?

15       A    Yes.

16       Q    Okay.  Again, I'm not going to ask you to

17   apply legal analysis to any of this.

18       A    Sure.

19       Q    But I want to point out that from the legal

20   standpoint there's a singular cause of action against

21   Oklahoma State in this case that is for a breach of

22   contract.

23          Do you understand that?

24       A    Yes, I do.

25       Q    Okay.  And the specifics of that claim in

1    terms of what it is titled in the complaint are breach

2    of contract and the duty of good faith and fair

3    dealing against the Board of Regents for the Oklahoma

4    Agricultural and Mechanical Colleges, State of

5    Oklahoma, Oklahoma State University and St. Matthew's.

6            Okay?

7    A    Right.   Correct.

8    Q    So that is the cause of action you have

9    against Oklahoma State that we breached contract with

10   you?

11   A    That's right.

12   Q    And that we breached the duty of good faith

13   and fair dealing?

14   A    That's correct.

15   Q    Now that I've structured it in that way, how

16   would you say that Oklahoma State has breached its

17   contract with you?

18   A    In regards ---

19   Q    Your understanding.

20   A    Sure.   So breach of contract I feel is based

21   on, as I mentioned earlier about the academic

22   integrity violation, that was part of my student

23   rights.

24            I had in my evaluation, she clearly says

25   here as a quote, "More than one occasion where this

1    student was not telling the truth regarding what he

2    had or had not done concerning patient care."

3        Q    I agree with you.  We're going to come back

4    to that.  I just want to make sure I'm understanding

5    the entirety of your claims.

6        A    Yes.

7        Q    So that's a way that OSU potentially

8    breached contract according to what you're alleging?

9        A    That one of the reasons, yes.

10       Q    Okay.  What are the others?

11       A    The other would be that -- the other one was

12   the anesthesia situation virtually.

13       Q    Okay.

14       A    It was done in a manner that, as you

15   mentioned, it was difficult for everyone, anybody in

16   school or in other schools; that they didn't give the

17   proper learning environment that we could have been

18   given, you know.

19            As I mentioned, different schools did other

20   ways of managing it, as I mentioned, splitting into

21   groups of less people, you know, performing actual

22   anesthesia, like using machines.  It's an extremely

23   important rotation and we didn't have the opportunity

24   at all.

25            It was -- the learning, as hard as he did,

1   you know, no offense to Dr. Di Concetto, great guy,

2   when I spoke to him and everything, but I felt that

3   structurally it just -- it was not -- it was not good.

4   Unfortunately, you know, based on the COVID situation

5   I didn't get the proper learning.  And to make matters

6   worse, it also ended early due to a drama that

7   happened.

8        Q    Okay.  We'll stop there for a minute.  I

9   want to talk about all this because I didn't know we

10  were going to go there yet but I'll shift gears a

11  little bit.

12       A    Okay.  Sure.

13       Q    It ended early.  I want to start with that.

14       A    Yes, it did.

15       Q    Tell me how you think that occurred.

16       A    Sure.  So based on what happened, that day

17  when the incident did happen, there was many

18  complaints and, unfortunately, they were with a mic

19  open and that student didn't understand, and his

20  computer was still there.  He was just gone, taking a

21  patient somewhere.

22            So what happened was the mic was on and the

23  person helping him, the student, was complaining very

24  loudly to all of us, to other students, about her

25  frustrations dealing with his technology knowledge,

Exhibit 1 (Excerpts)

```
 1            life is about learning and sometimes

 2            learning through our mistakes to make us

 3            better people.  We appreciate you and all

 4            your efforts!"

 5     Q    And that's from you?

 6     A    That's from me.

 7            "Regards, Jonathan Rivera-Pierola."

 8     Q    Those are your words?

 9     A    That's me.

10     Q    Will you look at the top and see what date

11   that was sent?

12     A    Sure.  That was Friday, April 10th, 2020.

13     Q    Okay.  And the email that it was in response

14   to was sent from Dr. Di Concetto.  I believe that it

15   says the date and time that he sent that email below.

16            Can you tell me what that was?

17     A    Sure.  April 10, 2020.

18     Q    So that same day?

19     A    Uh-huh.

20     Q    About three hours prior?

21     A    Yes.

22     Q    That's Friday, April 10th?

23     A    Yes.

24     Q    Okay.  We looked earlier at your grade sheet

25   that you received for anesthesia.  I think you
```

Jonathan Rivera-Pierola
4/26/2023

```
 1   probably still have it over there.

 2       A    Yes, I do.

 3       Q    Can you tell me the dates that that rotation

 4   says that it goes through?

 5       A    Sure.  Here we go.  Rotation 16, 3-23-2020

 6   to 4-12-2020.

 7       Q    Okay.  So this email was sent on April 10th?

 8       A    That's correct.

 9       Q    Two days before the end of the rotation?

10       A    Yes.

11       Q    So the rotation was being ended --

12       A    Two days early.

13       Q    -- at 2-17 on Friday before the technical

14   end of the rotation on Sunday, two days later?

15       A    Yes.

16       Q    Now, didn't you tell me earlier that

17   weekends were not typical rotation days?

18       A    That was for community practice.

19       Q    Oh.  So anesthesia was different?

20       A    Yes, it was.

21       Q    You met routinely on Saturdays and Sundays

22   not just in emergency situations?

23       A    Well, you had to be available for Saturdays

24   and Sundays if there was emergencies to be seen.

25            He could call and say, hey, everyone log in.
```

**Exhibit 1 (Excerpts)**

1    Let's look at this emergency.  Let's talk about what's

2    going on.

3        Q    But it wasn't a standard rotation?  It was

4    only in the event an emergency arose?

5        A    Yes.  Through rounds.

6        Q    So the two days of emergency call would not

7    have taken place but Friday morning you took the end

8    of rotation exam; correct?

9        A    Yes.

10        Q    It was not until later that afternoon that

11    you received the email suggesting that the rotation

12    would end early?

13        A    Right.  But we were supposed to meet up

14    right after the exam and that never happened, so there

15    was like a break of just like, so what's going on, are

16    we not going to meet up like in the morning.  Because

17    it was like -- I think the exam was like 8:00 in the

18    morning and ended at 9:00, one hour.

19            We were supposed to meet up and do our class

20    for that day but it never happened.

21        Q    The material that you were tested on would

22    have been concluded before the exam on Friday morning,

23    would it not?

24        A    Yes.  But there was more -- we still -- it

25    was still a rotation day so we still had to do

1    activities like either to talk about past cases or to

2    go over cases that you would assign us or to look at

3    patients that were in ICU at the time and talk about

4    their cases with anesthesia.

5        Q    So if I'm understanding you correctly, it's

6    your intention to suggest that OSU breached its

7    contract --

8        A    Yes.

9        Q    -- in one particular instance by ending a

10   rotation a few hours before the afternoon rotation

11   would have taken place?

12       A    Few hours before the morning.

13       Q    No.  It happened -- he canceled it.  You

14   took the test that morning.

15       A    Right.

16       Q    And then he didn't cancel until 2:22 in the

17   afternoon.

18       A    Right.  But the concern was with the

19   students and I we were supposed to, based on, as I

20   mentioned earlier, the scheduling, that we would meet

21   in the morning for rounds or for whatever you would

22   feel that he wants to talk about and to also meet up

23   and do more in the afternoon as well when we had that

24   little lunch break in between.

25            So we had those two meet ups.  The morning

1  meet up never happened.  We just took the exam and

2  then it just ended.

3       We didn't know what was going on because the

4  schedule was, you know, twice meet ups, one in the

5  morning, one in the afternoon after lunch.

6       Q    Okay.  So perhaps I misstated.

7       A    Sure.

8       Q    My understanding then is that your argument

9  is that OSU breached its contract with you because

10 during one of its three-week rotations, being

11 anesthesiology, at the end of that third week, Friday,

12 the day of standard rotations, you took your end of

13 rotation exam?

14      A    Yes.

15      Q    And the instructor elected not to have the

16 rest of the day worth of rotations?

17      A    Yes.  Based on what he wrote, yes.

18      Q    And you believe that's reasonable?

19      A    That he ended it early?

20      Q    No.  You believe it's reasonable to suggest

21 that Oklahoma State University breached its contract

22 with you due to ending a rotation on the day of the

23 final exam?

24      A    Yes.

25      Q    Okay.

1      A    Absolutely.

2      Q    Now, you also suggested that you didn't

3  think that while you understood that Dr. Di Concetto,

4  he tried, you mentioned several times that he tried,

5  he was really trying?

6      A    Yeah.

7      Q    But you're still suggesting that OSU, if I'm

8  understanding you correctly, breached its contract

9  with you because of changing to virtual learning

10 during the onset of the COVID-19 pandemic?

11     A    Yes.

12     Q    Okay.  And you're saying that now even

13 though in your email you said and you read it into the

14 record just a few minutes ago:

15          "They are really doing their part to keep us

16          safe from this virus and we should honor and

17          appreciate them for doing it."

18     A    And the reason ---

19     Q    "I know that this virus is touching our

20          lives in very personal ways but we should

21          take this opportunity to learn and to be

22          more patient and understanding and try to

23          put ourselves in others shoes before

24          speaking.  I know that every person in this

25          class is grateful for Dr. Di and the school

1                for this opportunity and I'm sure that

2                nothing was said was with ill will."

3          Was this again another instance in which you

4     sent an email that was not being genuine?

5          A    Unfortunately, yes.

6          Q    Okay.  I just want to make sure.

7          A    And the reason why is one of our grades, and

8     when we were talking, all the other students were

9     based on professional conduct is one of our grades.

10    So based on his -- based on his email he sent to us

11    regarding his early termination of the rotation, he

12    mentioned that he was -- "I am disappointed with the

13    negative attitude and comments that I've been

14    displayed by this rotation group."

15          So instead of that one person that the

16    technician overheard and told him that someone was

17    complaining, because that's how he got the

18    information, as he mentioned in his email.

19          So in conclusion, the majority of the rest

20    of the rotation, the students, were very concerned

21    about the professionalism grade and they were worried

22    that they were going to fail or get a worse grade

23    because of it.

24          Q    Did they?

25          A    I don't know.

1    an exhibit but I'd to use it to show it to him.  I

2    know you've seen this.

3              Are you comfortable with that?

4              MR. BACH:  Yes.

5       Q    (BY MR. PRATT) I am going to hand you what

6    is marked as Boards235.  As I mentioned, I don't at

7    this time intend to enter it as an exhibit.  I want

8    you to take a look at it though and tell me what it is

9    and you'll notice I have a blue tab here.

10             I'll probably have to have you hand it back

11   to me so I can tell you what I mean because I only

12   brought one copy of this.

13      A    Sure.  Okay.

14      Q    Do you recognize that document?

15      A    I do.  This is the Student Handbook.

16      Q    From the time that you were there?

17      A    Yes.  That's correct.

18      Q    If you'll turn to the blue tab that I

19   marked.

20      A    Okay.

21      Q    It should be pretty well lined up with a

22   header.

23             Do you see that?

24      A    "Procedure Governing PSC Handling Of D Or F.

25             Grades Earned In One Or More Clinical

```
 1          Rotations."

 2     Q    Yes.  I think that's pretty

 3  self-explanatory.  It's telling you what happens for

 4  students in clinical rotations who receive a grade of

 5  D or F.

 6          Does that appear to be correct?

 7     A    That's correct.

 8     Q    Okay.  Why don't you read for me the first

 9  paragraph.

10     A    Sure.

11          "Under most foreseeable circumstances, a

12          student earning a D in a clinical rotation

13          who is not on academic probation will be

14          allowed to remediate the rotation by

15          repeating the rotation during the next

16          available period in the student's calendar.

17          In many cases, this will be the student's

18          vacation rotation, but if the student's

19          vacation rotation has already passed at the

20          time the student earns a D grade, the

21          remediation will occur during the rotation

22          following the last scheduled rotation of the

23          students fourth year curriculum.  In some

24          cases this could result in not receiving a

25          diploma until the end of the semester.  The
```

Exhibit 1 (Excerpts)

1           student will be placed on academic probation

2           for the remainder of his or her professional

3           curriculum."

4     Q    Okay.  Now, the first portion of that talks

5  a lot about how you will be allowed to remediate that

6  particular rotation; correct?

7     A    Correct.

8     Q    But that's not until the end of year four

9  which is the year you were still in; correct?

10    A    Yes.  That's correct.

11    Q    So you didn't have an opportunity to

12  remediate?

13    A    Unfortunately, no.

14    Q    Okay.  But moving to the next part, I didn't

15  hear where it said may.  I think it said the student

16  will be placed on probation, is that correct, academic

17  probation?

18    A    Are you mentioning the second part?

19    Q    Yes.

20    A    "A student earning a D grade while on

21  academic probation."

22    Q    No, no, no.  Not in the second part.  We'll

23  get into that.

24         In the part that you just read, you read a

25  part ---

```
1        A     Who is not on academic probation will be

2              allowed to remediate the rotation by

3              repeating the rotation during the next

4              available period in the student's calendar."

5              What was ---

6              MR. BACH:  Final sentence.

7              THE WITNESS:  Oh.  Final sentence.

8              "The student will be placed on academic

9              probation for the remainder of his/her

10             professional curriculum."

11       Q     (BY MR. PRATT) Early I think you said some

12  students are, some students aren't but that seem to be

13  pretty mandatory language, wouldn't you agree?

14       A     Yes.

15       Q     So your first grade of D was in small animal

16  internal medicine; correct?

17       A     That's correct.  Yes.

18       Q     What did not occur pursuant to that

19  condition other than the fact that you were not

20  allowed to remediate at the end of your fourth year,

21  because you did not complete your fourth year?  What

22  in that did not occur?

23             Let me ask you this.

24       A     Sure.

25       Q     Does it appear that OSU followed its policy
```

Exhibit 1 (Excerpts)

```
 1    with regard to your first D?

 2        A    Yes.

 3        Q    Okay.  Will you hand that back to me for

 4    just one second?

 5        A    Sure.

 6        Q    I think I'm going to have you read the next

 7    paragraph.  Yes.

 8             Read the next bullet point.  I won't need

 9    you to read the third one.

10        A    Sure.

11        Q    So this is the same policy.

12        A    The third one?

13        Q    Second one.

14        A    Second one.  Sure.

15             "A student receiving a D grade while on

16             academic probation (including academic

17             probation that carries on over from the

18             third year curriculum), two or more D grades

19             while not on academic probation, or on a F

20             grade while not on academic probation has

21             the option to meet with the PSC of earning a

22             D or F --"

23             I wasn't given that option.  I believe

24    that's -- that was it.  I take that back.

25             "-- while enrolled and taking the next
```

1          rotation.  The student will have an

2          opportunity to present information to the

3          PSC regarding any mitigating circumstances

4          relative to unsatisfactory performance.

5          Following the meeting, members of the PSC

6          will make a determination and vote as to

7          whether or not to recommend that the student

8          be allowed to remediate the unsatisfactory

9          grades.  The PSC may recommend that the

10         student remediate the unsatisfactory grade

11         before continuing in the professional

12         curriculum.  If the student is allowed to

13         continue in the professional curriculum,

14         he/she will remain on or be placed on

15         academic probation for the remainder of the

16         professional curriculum.  The PSC may

17         recommend dismissal if it is determined

18         there are no sufficient circumstances

19         relative to the unsatisfactory performance."

20         That's it.

21    Q    Thank you.  I'll leave that there so you can

22 refer to it.

23    A    Sure.

24    Q    And I understand that there is some level of

25 discretion that is provided to the PSC there and that

1    you may disagree with the discretion that they

2    utilized?

3        A    Yes.

4        Q    But did OSU follow its policy with regard to

5    your second grade of D in community practice?

6        A    Yes.

7        Q    Okay.  Thank you.  Now, with regard to the

8    anesthesiology D that you received, we've already

9    addressed that, I believe, because it was a unique

10   circumstance because the PSC did decide to go ahead

11   and dismiss with no opportunity to remediate; correct?

12       A    Yes.

13       Q    Yet Dean Risco overrode that decision

14   pursuant to policy and gave you an additional

15   opportunity; correct?

16       A    That's correct.

17       Q    And after doing so, he put conditions in

18   place that required you to make a C or better in each

19   of your following rotations for that year?

20       A    That's correct.

21       Q    And you made a D and were dismissed?

22       A    Yes.

23       Q    Okay.  As part of a breach of contract claim

24   or really kind of any lawsuit but particularly the

25   breach of contract claim, one of the things that you

Jonathan Rivera-Pierola
4/26/2023

Page: 232

```
1        A      That's my understanding as well.

2        Q      Here's that word, "Cheating on

3   examinations".

4        A      There it is.

5        Q      That's pretty clear there?

6        A      Yes.

7        Q      "Fabricating information," which we're going

8   to come back to because I know this is the one that

9   you've identified as what you're focusing on.

10       A      Yes.

11       Q      "F. Helping another person cheat."  Cheating

12  again.

13              "Unauthorized advance access to

14  examinations," that's giving somebody kind of an edge,

15  and I think you mentioned that you thought that maybe

16  some people in your --

17       A      Possibly.

18       Q      -- rotation had done that.

19              "H. Altering or destroying the work of

20  others."  Okay.  That's clearly going toward hurting

21  somebody else's work.  And then "Altering academic

22  records."

23              In my opinion, which may matter for nothing

24  but I want to see if you agree, this paints a pretty

25  clear picture of the types of behaviors we're trying
```

Exhibit 1 (Excerpts)

Jonathan Rivera-Pierola
4/26/2023

Page: 233

```
 1   to address.

 2        A    Mostly.

 3        Q    In most instances, it appears to be a way of

 4   keeping the playing field even; right?

 5        A    Sure.

 6        Q    We're not going to let you cheat on an exam

 7   when everybody else doesn't get to?

 8        A    Right.

 9        Q    We're not going to let you destroy someone

10   else's work because they did the work and you didn't?

11        A    Right.

12        Q    We're not going to let you claim something

13   is yours that's not, aka plagiarism; we're not going

14   to let you do that?

15        A    Right.

16        Q    So we're on the same page.  Now, if you'll

17   turn to the Academic Integrity Guidelines which were

18   just referenced in the paragraph you read.  That is

19   6.01.

20        A    Okay.

21        Q    I think Page 11 of the policy.

22        A    Okay.  6.01?

23        Q    Yes.

24        A    Sure.  Would you like me to read?

25        Q    No, not going to have read all of it.  It's
```

```
 1   too long.

 2        A     Okay.

 3        Q     You can thank me later.

 4        A     Yes.

 5        Q     Let me ask you the question because we just

 6   kind of summarized and talked about all of those

 7   things.

 8              Would you agree that none of the outlined

 9   academic integrity violations that we just mentioned

10   and discussed would apply to you in any way, shape or

11   form other than the fact that you've alleged that

12   fabrication of information does apply to you?

13        A     That's correct, yes.

14        Q     So none of the other ones we even need to

15   worry about because they don't apply?

16        A     They don't apply.

17        Q     Okay.  Then we can skip ahead to E. which is

18   the definition of fabricating information.

19              Would you read that one for us?

20        A     Sure.

21              "Fabricating Information:  Making up

22              references for a bibliography, falsifying

23              laboratory research data (for example,

24              tampering with experimental data to obtain

25              'desired' results or creating results for
```

Exhibit 1 (Excerpts)

Jonathan Rivera-Pierola
4/26/2023

```
 1   too.  An academic integrity violation, that's a big

 2   deal?

 3        A    It is.

 4        Q    Goes on your transcript?

 5        A    Yes.

 6        Q    It's a problem?

 7        A    Yes.

 8        Q    But you wish you had been brought up under

 9   that standard?

10        A    I wish I was given the opportunity to

11   explain my allegations, yes, and to provide my

12   evidence, that's correct.

13        Q    You believe that the instructors believing

14   that you were dishonest on a couple of occasions

15   amounts to the fabrication of information which should

16   have resulted in an academic integrity violation,

17   going through the process, and having you come up on

18   an academic integrity violation --

19        A    Trial.

20        Q    -- trial?

21        A    That's correct.

22        Q    Okay.  I wanted to make sure that I'm

23   understanding that.

24        A    Yes.

25        Q    Now, you claim that OSU breached its
```

**Exhibit 1 (Excerpts)**

```
 1    contract because it did not subject you to a policy.

 2              Are you aware of anyone in the particular

 3    circumstances that you are that has ever been accused

 4    of falsifying information and having violated the

 5    academic integrity violation?

 6         A    At Oklahoma State?

 7         Q    At Oklahoma State.

 8         A    No.

 9         Q    Okay.  Now, I want to go back and look.  I

10    think it's Exhibit 4 that you've already looked at.

11         A    Okay.

12         Q    If that's the community practice rotation

13    evaluation.

14              MR. BACH:  Can we go off the record for just

15    a second?

16              MR. PRATT:  Sure.

17              (Discussion held off the record)

18         Q    (BY MR. PRATT) The allegation that we've

19    talked about is that OSU breached its contract because

20    it did not follow its policies.

21              You allege that it should have followed its

22    academic integrity violation policy?

23         A    Yes.

24         Q    And because it did not, it breached its

25    contract with you?
```

```
1        A     That's correct.

2        Q     And you base that upon a -- from what I can

3   tell -- singular sentence in this evaluation that

4   says, we've already talked about it:

5              "More than one occasion where this student

6              was not telling the truth regarding what he

7              had or had not done concerning patient

8              care."

9              Is that accurate?

10       A     Yes.

11       Q     Nothing in that sentence says anything about

12  fabricating information, falsifying information,

13  tampering with experimental data to obtain desired

14  results, creating results for experiments that were

15  not done.

16             Do you see anything in there, other than

17  what I read, to base your allegation that you should

18  have been subjected to the academic integrity policy?

19       A     Yes.  I do see a few examples.  One was with

20  Daphne.

21             THE REPORTER:  Daphne?

22             THE WITNESS:  The first example is Daphne.

23  It's the name of the dog, D-A-P-H-N-E.

24             She mentioned the interpretation of the

25  laboratory values and the blood work were not accurate
```

1    "as you overlooked abnormal findings."

2       Q    (BY MR. PRATT) Do you read that as

3    suggesting that you intentionally filed inaccurate

4    results or that you come up with inaccurate results?

5       A    I came in with accurate results to her on

6    the second meeting regarding that and she mentioned --

7    she didn't mention that they were inaccurate until the

8    end of this evaluation (indicating).

9       Q    Well, this says they're not accurate, not

10   that they were fabricated.

11      A    Right.  But she didn't use the word

12   fabrication.

13      Q    Right.  Because "not accurate" means that

14   they were wrong.

15      A    She mentioned that they were not what she

16   wanted to hear, that they were skewed or they were not

17   the right answers.

18      Q    But no suggestion that you did that

19   intentionally?

20      A    Right.

21      Q    Just that you got it wrong?

22      A    She mentioned that they were overlooked

23   which it means -- when I mention the abnormal findings

24   to her in that second meeting, I mentioned to her

25   those findings, those abnormal findings that she

1    mentioned here, the liver enzymes and the proteinuria.

2    But in this case regarding -- she mentioned that they

3    were not accurate.  They were -- like as if I

4    didn't -- like I just fabricated it.  Like I

5    didn't ---

6        Q    No, that is not what that says.

7        A    But she's mentioning that they're not --

8    they were overlooked.

9        Q    They're wrong.  They're not accurate.

10   They're wrong.  That to me is an example of the

11   constructive criticism that we've been talking about

12   throughout the day.

13       A    The constructive criticisms were actually

14   allegations.

15       Q    Okay.  Let's move on.  That was your example

16   of fabrication of information?

17       A    Right.

18       Q    Anything else?

19       A    The big one was that she said:

20            "More than one occasion where this student

21            was not telling the truth regarding what he

22            had or had not done concerning patient

23            care."

24       Q    We talked about that.

25            Nothing in there says you fabricated any

Exhibit 1 (Excerpts)

Jonathan Rivera-Pierola
4/26/2023

1    information?  It just indicates that she didn't

2    believe that you were being honest?

3         A    That's correct.

4         Q    Okay.  Now, that is one of what I think

5    earlier -- and it was interesting because you read

6    through the list of bullet point items that she says

7    you are not passing "because I believe you are unable

8    to successfully:"

9         A    Sorry.  Say that again.  Sorry.

10        Q    Earlier you inserted numbers 1 through 8 in

11   a series of bullet points that says:

12             "Therefore, I am not passing you because I

13             believe you are unable to successfully: and

14             then it says:  Effectively communicate

15             information to the supervising doctor."

16        A    Yes, I do see that.

17        Q    Anything about that that would be an

18   academic integrity violation?

19        A    No.

20        Q    "Perform a physical and accurately identify

21             abnormalities and communicate these to the

22             clients and supervising doctor."

23             Anything about that that would be an

24   academic integrity violation?

25        A    Yes.  I feel like that's partially could be

1                           J U R A T

2

    STATE OF _____)
3                                     )    SS:
    COUNTY OF _____)
4

5           I, JONATHAN RIVERA-PIEROLA, do hereby state

6    under oath that I have read the above and foregoing

7    deposition in its entirety and that the same is a

8    full, true and correct transcription of my testimony

9    so given at said time and place, except for the

10   corrections noted.

11

12   (__)   CORRECTIONS ATTACHED

13   (__)   NO CORRECTIONS

14

15           _____
             JONATHAN RIVERA-PIEROLA

16

17           Subscribed and sworn to before me, a Notary

18   Public in and for the State of _____ by

19   said witness, JONATHAN RIVERA-PIEROLA, on this, the

20   _____ day of _____, 2023.

21

22           _____
             Notary Public in and for the State of
23           _____

24

25           My Commission Expires: _____

JONATHAN RIVERA-PIEROLA
4/26/2023

Page 268

```
 1              C E R T I F I C A T E
 2    STATE OF OKLAHOMA    )
                          )  SS:
 3    COUNTY OF OKLAHOMA   )

 4

 5          I, ELIZABETH J. CAMPBELL, a certified
 6    shorthand reporter within and for the State of
 7    Oklahoma, certify that JONATHAN RIVERA-PIEROLA was
 8    by me sworn to testify the truth; that the
 9    deposition was taken by me in stenotype and
10    thereafter transcribed by computer and is a true and
11    correct transcript of the testimony of the witness;
12    that the deposition was taken on April 26, 2023, at
13    9:58 a.m., at the offices of InstaScript, Oklahoma
14    City, Oklahoma; that I am not an attorney for or a
15    relative of any party, or otherwise interested in
16    this action.

17          Witness my hand and seal of office on this
18    the 1st day of May, 2023.

19
20    _____
      Elizabeth J. Campbell, CSR
21    Oklahoma CSR No. 162
      Expires December 31, 2023
22
23          Elizabeth Campbell
                State of Oklahoma
24          Certified Shorthand Reporter
                    CSR #162
25
                    DEC 31 2023
My Certificate Expires:_____
```

**Exhibit 1 (Excerpts)**



125 Park Avenue, LL
Oklahoma City, Oklahoma 73102
schedule@instascript.net
Phone: (405) 605-6880
Fax: (405) 605-6881

June 07, 2023

**RECEIVED**
JUN 08 2023
Legal Counsel

Clinton W. Pratt
Oklahoma State University, Deputy General Counsel
Student Union, Fifth Floor
Stillwater, OK 74078

Re:     Deposition of **Jonathan Rivera-Pierola**
        4/26/2023
        Rivera-Pierola v. OSU Board of Regents, et al

Dear Mr. Pratt:

Attached please find the sealed original transcript in the above-referenced matter.
**No jurat and/or errata page was returned to our office within the 30-day time period dictated by statute.**

Please contact us with any questions or concerns regarding the above matter.

Sincerely,

instaScript, LLC

No. 16602
Enclosure

cc:   Jason J. Bach

**Exhibit 1 (Excerpts)**