# St. Matthew's University School of Veterinary Medicine
## Transcript of Academic Record
P.O. Box 32330 SMB
Safe Haven Leeward Three
Grand Cayman, Cayman Islands, BWI

Date of Transcript: 2019-06-19

| Student Number | Name | Address | Enrollment Date | Degree |
|---|---|---|---|---|
| 99353649 | Jonathan Andrew Rivera-Pierola | 732 Ibis Way North Palm Beach, FL 33408 USA | 2017-01-09 | |
| | Gender M | | Graduation Date | |

| Course No. | Course Title | Credits | Grade |
|---|---|---|---|
| **Spring 2017** | | | |
| VB101 | Veterinary Anatomy I | 4 | C- |
| VB103 | Veterinary Histology and Embryology | 5 | B- |
| VB105 | Veterinary Physiology I | 5 | B |
| VB120 | Veterinary Immunology | 3 | C |
| VCS110 | Professional Development I | 1 | A |
| **Summer 2017** | | | |
| VB201 | Veterinary Anatomy II | 5 | C- |
| VB205 | Veterinary Physiology II | 4 | B |
| VB207 | Veterinary Parasitology | 4 | B- |
| VB211 | Veterinary Bacteriology and Mycology | 4 | B |
| **Fall 2017** | | | |
| VB301 | Veterinary Pharmacology I | 3 | B- |
| VB303 | Veterinary Pathology I | 3 | C- |
| VB305 | Veterinary Virology | 3 | C+ |
| VB307 | Veterinary Public Health/Epidemiology | 4 | B |
| VCS310 | Professional Development II | 0.5 | B+ |
| VCS311 | Veterinary Clinical Skills I (Companion Animals) | 3 | C+ |
| VCS321 | Animal Welfare and Behavior | 2 | B- |
| **Spring 2018** | | | |
| VB401 | Veterinary Pharmacology II | 4 | C+ |
| VB403 | Veterinary Pathology II | 5 | C- |
| VCS405 | Veterinary Clinical Pathology | 4 | A |
| VCS407 | Veterinary Ethics and Communication | 2 | B |
| VCS411 | Veterinary Clinical Skills II (Livestock) | 2 | B- |
| **Summer 2018** | | | |
| VCS501 | Veterinary Anesthesiology | 2 | C- |
| VCS503 | Principles of Veterinary Surgery | 2 | C- |
| VCS505 | Veterinary Toxicology | 3 | A |
| VCS507 | Veterinary Diagnostic Imaging | 4 | C |
| VCS509 | Veterinary Clinical Nutrition | 3 | B+ |
| VCS511 | Theriogenology | 4 | C+ |
| **Fall 2018** | | | |
| VCS605 | Food Animal Medicine & Surgery | 6 | B- |
| VCS607 | Exotic Companion Animal Medicine | 3 | B |
| VCS611 | Veterinary Clinical Skills III (Clinical Rotations) | 2 | F |
| VCS701 | Small Animal Medicine II | 6 | B- |
| **Spring 2019** | | | |
| VCS601 | Small Animal Medicine I | 6 | B- |
| VCS611 | Veterinary Clinical Skills III (Clinical Rotations) | 2 | C- |
| **Summer 2019** | | | |
| VCS703 | Small Animal Surgery | 6 | IP |
| VCS705 | Large Animal Medicine & Surgery | 7 | IP |
| VCS710 | Professional Development III | 0.5 | IP |
| **Total Credits** | | 113.5 | |
| **Overall Gpa** | | | 2.8 |

Board00002

Exhibit 2