

## COLLEGE OF VETERINARY MEDICINE

**OKLAHOMA STATE UNIVERSITY**
**COLLEGE OF VETERINARY MEDICINE**
**GRADE REPORT**

Department of Veterinary Clinical Sciences
Academic Center
2115 West Farm Road
Stillwater, Oklahoma 74078-2041
405-744-8472 or 405-744-8468
Fax: 405-744-6265

April 23, 2020

Rivera-Pierola, Jonathan
St. Matthew's ID: 99353649
DOB: 1/18/1986
September 9, 2019 to April 12, 2020

*Animal Shelter = Shelter Medicine
*Diagnostics = Diagnostic Pathology
*Field Services = Ambulatory, LA
*Food Animal Medicine = Medicine/Surgery, FA
*Large Animal Theriogenology = Theriogenology
*Radiology = Diagnostic Imaging
*Small Animal Internal Medicine = Medicine, SA
*ZEW = Exotic/Wildlife/Zoo Medicine

| Clinical Rotation | Grade | Percent | Credits | Semester | Rotation Dates |
|---|---|---|---|---|---|
| *Small Animal Internal Medicine | D | 64.2 | 3 | Fall | 9/9/19 - 9/29/19 |
| Hospital Based Theriogenology | A | 90 | 3 | Fall | 9/30/19 - 10/20/19 |
| Equine Medicine | C | 75.9 | 3 | Fall | 10/21/19 - 11/10/19 |
| *ZEW | C | 73 | 3 | Fall | 11/11/19 - 12/1/19 |
| **Fall Semester GPA:** | **2.2** | | | | |
| Small Animal ICU | C | 77.5 | 3 | Spring | 12/2/19 - 12/22/19 |
| *Food Animal Medicine | C | 72.4 | 3 | Spring | 12/23/19 - 1/20/20 |
| *Radiology | B | 83.4 | 3 | Spring | 1/21/20 - 2/9/20 |
| Community Practice | D | 68.3 | 3 | Spring | 2/10/20 - 3/1/20 |
| Small Animal Surgery | C | 77 | 3 | Spring | 3/2/20 - 3/22/20 |
| Anesthesia | D | 66.4 | 3 | Spring | 3/23/20 - 4/12/20 |
| **Spring Semester GPA:** | **1.8** | | | | |
| Clinical Conference | A | 97 | 2 | Summer/Fall/Spring | 9/13/19 - 7/10/20 |
| **Cumulative GPA:** | **2.1** | | | | |

Adam H. Naff, Senior Admin Support Specialist
4th Year Student Affairs

4/23/2020
Date

Subscribed and sworn to before me April 23, 2020

Notary Public
My Commission Expires

LUCINDA K. KERSHAW
Notary Public - State of Oklahoma
Commission Number 07010531
My Commission Expires Nov 14, 2023

Board00087

**Exhibit 3**