# OKLAHOMA STATE UNIVERSITY
# COLLEGE OF VETERINARY MEDICINE

## STUDENT HANDBOOK
## 2019 – 2020



Board00235

**Exhibit 4 (Excerpts)**

Board00236

**Exhibit 4 (Excerpts)**

# TABLE OF CONTENTS

CVHS 2019 - 2020 Calendar ........................................................................................ 1
Frequently Used Telephone Numbers ......................................................................... 2
McElroy Hall Building Plan ......................................................................................... 3
I.    **Management of the College** .............................................................................. **5**
    Veterinary Medicine Library .................................................................................. 5
    Information Technology ......................................................................................... 6
    Student Lounge ...................................................................................................... 6
    Use of Instructional Facilities for Extracurricular Activities ................................ 6
    Burn and Hot Work Permit ..................................................................................... 7
II.    **Academic Program** ......................................................................................... **7**
    Responsibilities of Instructors of Record (IOR) ................................................... 7
    Student Absences .................................................................................................. 7
    Withdrawal ............................................................................................................ 8
    Academic Standards .............................................................................................. 9
    Academic Forgiveness ........................................................................................... 16
    Appeal of Final Grade Not Involving Alleged Violations of Academic Integrity ... 17
    Emergency Academic Appeals Board for CVHS .................................................... 17
    Academic Integrity ............................................................................................... 18
III.    **Student Services** ............................................................................................ **19**
    Student Advisors, Grade Reporting and Tutors (Achievement Through Mentoring) ... 19
    Class Advisors ...................................................................................................... 20
    Enrollment ........................................................................................................... 20
    Student Files and Academic Records .................................................................... 20
    Name Change Procedure ....................................................................................... 20
    Notary Public ....................................................................................................... 20
    Counseling Services .............................................................................................. 21
    Financial Aid ........................................................................................................ 21
    Non-Resident/Resident Status .............................................................................. 21
    Guidelines for the Establishment of Major Examination Dates ............................ 22
    Lockers and Mailboxes ......................................................................................... 22
IV.    **Scholarships and Awards** ............................................................................. **23**
V.    **Student Health Program** .............................................................................. **23**
    Student Injury and/or Sickness ............................................................................. 23
    Rabies Information ................................................................................................ 23
    Oklahoma State University, CVHS Risk Management Policy for Pregnant, Temporarily Disabled,
    Temporarily Seriously Ill Students ........................................................................ 25
    Americans with Disabilities ACT (ADA) ............................................................... 27
    Accommodations Testing ...................................................................................... 27
VI.    **Student Conduct** .......................................................................................... **28**
    Conduct in General ............................................................................................... 28
    Professional Attire ................................................................................................ 29
    Practice of Veterinary Medicine ........................................................................... 29
    Student Code of Conduct ...................................................................................... 29
    Use of Mobile Computing Devices ........................................................................ 29
    Center for Veterinary Health Sciences Digital Media Guidelines .......................... 29
    Oklahoma State University Digital Media Guidelines ............................................ 30
    Unauthorized Entry into Restricted Areas ............................................................ 31
    Use of Course Materials ........................................................................................ 31
VII.    **Student Governance and Committee Representation** ................................... **31**
    Class Organization and Function ........................................................................... 31
    Student Allegations Concerning Course Quality or Standards of Performance ...... 32
VIII.    **Rules and Regulations** .................................................................................. **33**

Board00237

**Exhibit 4 (Excerpts)**

Tobacco Free Environment_____33
Personal Pets in College Facilities_____33
Guidelines for use of the Teaching Hospital - Veterinary Students_____33
Student Heartworm Preventative Dispensing Program in the VTH_____35
Pet Food Program_____36
Boarding Your Pets_____36
Use of College Logo_____36
Parking and Traffic Regulations_____36
Weapons, Firearms, Ammunition, Fireworks, Explosives, and Dangerous Chemicals____37

IX.    **Student Clubs**_____**38**
Student Club Procedures_____38
Maintaining a Student Club_____38
Establishing a Student Club_____38
Establishing a Corporate Student Representative_____39

Board00238

**Exhibit 4 (Excerpts)**

approved in advance by the PSC, may be substituted to fulfill academic requirements. Successful completion of repeated courses taken under the Academic Forgiveness policy is defined as a letter grade of "C" or better in all the repeated courses. Failure to attain a grade of "C" or better in any one of the repeated courses shall result in dismissal from the program.]; or

C. if eligible, allowed to progress in the curriculum under the policy of "Advancement by Examination" as

D. specified in Section VIII, and placed on Academic Probation, as specified in Section X.

Year IV. Each Year IV rotation is a course associated with a specific semester of enrollment. The record of a student receiving one or more "D" grades in a senior rotation(s) shall be referred to the PSC for review according to guidelines in Section II above. The student shall be either:

A. dismissed from the program; or

B. placed on Academic Probation, as specified in Section X, required to repeat the course during a specific period of enrollment† recommended by the Instructor of Record and Department Head and approved by the PSC, and earn a grade of "C" or better for each repeated course; or

C. placed on Academic Suspension until all requirements recommended by the PSC, accepted by the Dean and allowed under the College Academic Forgiveness Policy (8.2A) have been authorized, undertaken, and successfully completed [A student shall be required to repeat each course in which a "D" grade was earned for that academic year. If the "D" grade was earned in a course or courses which will not be offered within the next academic year, alternative course(s), which must be approved in advance by the PSC, may be substituted to fulfill academic requirements. Successful completion of repeated courses taken under the Academic Forgiveness policy is defined as a letter grade of "C" or better in all the repeated courses. Failure to attain a grade of "C" or better in any one of the repeated courses shall result in dismissal from the program.], or

D. required to complete a semester or year of academic reprieve as allowed under the College Academic Forgiveness Policy (8.2A).

## PROCEDURE GOVERNING PSC HANDLING OF D OR F GRADES EARNED IN ONE OR MORE CLINICAL ROTATIONS:

- Under most foreseeable circumstances, a student earning a D in a clinical rotation and who is not on academic probation will be allowed to remediate that rotation by repeating the rotation during the next available period in the student's calendar. In many cases, this will be the student's vacation rotation, but if the student's vacation rotation has already passed at the time the student earns a D grade, the remediation will occur during the rotation following the last scheduled rotation of the student's fourth year curriculum. In some cases this could result in not receiving diploma until the end of the semester. The student will be placed on academic probation for the remainder of his/her professional curriculum.

- A student earning a D grade while on academic probation (including academic probation that carries over from the third year curriculum), two or more D grades while not on academic probation, or an F grade while not on academic probation has the option to meet with the PSC of earning a D or F, i.e. while enrolled and taking the next rotation. The student will have the opportunity to present information to the PSC regarding any mitigating circumstances relative to the unsatisfactory performance. Following the meeting, members of the PSC will make a determination and vote as to whether or not to recommend that the student be allowed to remediate the unsatisfactory grades. The PSC may recommend that the student remediate the unsatisfactory grade before continuing in the professional curriculum. If the student is allowed to continue in the professional curriculum, he/she will remain on or be placed on academic probation for the remainder of the professional curriculum. The PSC may recommend dismissal if it is determined that there are not sufficient mitigating circumstances relative to the unsatisfactory performance.

- A student earning an F while on academic probation or a third D will be immediately suspended from the professional curriculum (i.e. will not continue in rotations) unless members of the committee determine the student may continue in the program due to extraordinary extenuating circumstances. The PSC may recommend dismissal if it is determined that there are not sufficient extenuating circumstances to warrant continuing in the curriculum

Board00250

**Exhibit 4 (Excerpts)**

    A. "I" grades received in one or more semester(s) of Years I, II, or III* must be removed prior to the start of the next academic period.
    B. "I" grades received in Year IV must be removed prior to graduation.

X.    Academic Probation.

For students not dismissed from the program, Academic Probation will be assigned for a period of two consecutive semesters if any of these situations apply:

- Following successful completion of all requirements specified under terms of Academic Suspension.
- Following any semester or summer session in which the CVM Semester Grade Average was less than 2.0.
- Following any semester in which a "D" grade was earned in a course or a "F" or "D" grade was earned in a clinical rotation course, and the student was not placed on Academic Suspension.

Students placed on academic probation for a second time will remain so until graduation.

Any student on Academic Probation is required to earn a grade of "C" or better in each course or clinical rotation taken for academic credit. Any student who fails to meet this requirement while on Academic Probation shall be:

A. dismissed from the program; or
B. Required to repeat the course during a regularly scheduled offering; or
C. required to complete a semester or year of academic reprieve as allowed under the College Academic Forgiveness Policy (8.2A).

While on Academic Probation, a student shall not be permitted to serve as an elected or appointed officer of any student organization or serve as a class representative, nor may that student enroll in elective courses unless such courses are required to fulfill CVM graduation requirements.

XI.    Graduation Grade Average.

A student must have a Graduation Grade Average of 2.00 or higher and may not have a final grade of "F" or "I" in any course in order to be certified for receipt of the Doctor of Veterinary Medicine Degree.

XII.    Reinstatement after Academic Suspension.

Each student placed on Academic Suspension shall, upon completion of requirements developed under aegis of the Academic Forgiveness Policy, have his/her academic record reviewed by the PSC. Should the student fail to meet all conditions imposed through the Academic Suspension action, the PSC shall either recommend dismissal or recommend a specific set of conditions for continuation under the Academic Forgiveness Policy. Reinstatement ordinarily shall require a specific recommendation made by the PSC and accepted by the Dean. In any instance where the Dean believes that reinstatement is appropriate after receiving a negative recommendation from the PSC, the Dean shall personally meet with the PSC to discuss the matters at issue prior to making a final decision in order to receive faculty counsel on the matter.

XIII.    Reinstatement after "Dismissal."

A student who has been dismissed from the program may submit a formal request for reinstatement after at least two regular semesters have elapsed. Such a request must be accompanied by transcripts of any academic work completed after dismissal, a report of all work experience undertaken after dismissal, and any other documentation deemed important or appropriate by either the student or the PSC. Reinstatement will require a specific recommendation for reinstatement made by the PSC and accepted by the Dean. If recommended, the student may be reinstated at any point in the curriculum except semester one, Year I. First semester reinstatement will require a regular application to the College and consideration for admission will be in competition with all other applicants for that admission cycle. A student may be reinstated only once and a second dismissal shall be permanent.

XIV.    Appeals to Initial Decisions Reached under This Policy.

Board00253

**Exhibit 4 (Excerpts)**

A student who believes a recommendation of the PSC to be unfair may file a formal appeal, in writing, to the Dean within five (5) working days of notification. If the basis for the appeal seems sufficiently substantive, the Dean will request (in writing and with explanation) the PSC to hear the appeal within ten (10) working days after its receipt. The PSC shall respond or make further recommendation to the Dean within five (5) working days after the appeals hearing, and the Dean shall render his/her decision within five (5) working days of receipt of the recommendation. The decision of the Dean shall be final and no further appeal will be available. The Dean will provide a summary report to the PSC detailing the basis for his/her final action regarding the appeal. The appeals process stated herein is separate and not related to appeal of a course grade; a course grade appeal must be referred to the University Academic Appeals Board or the Emergency Academic Appeals Board for the College of Veterinary Medicine.

**ACADEMIC FORGIVENESS**
*Policy Number: 8.2A, Policies and Procedures Handbook OSU/CVHS*
*Date: 12/20/07*

I.  Reference Documents.
    This policy is an extension of Oklahoma State Regents for Higher Education (OSRHE) Policy II-2-124 as revised in December 1994. Modifications are necessitated by the heavy course load and lock-step curriculum of the College of Veterinary Medicine (CVM). The intent of the CVM modifications is to respect the high academic standards of the College while providing reasonable opportunities for student progress through the curriculum. The provisos in the CVM Academic Forgiveness Policy are implied under OSHRE Policy II-2-15 on Program Approval instituted February 22, 1995. Section C., Academic Standards, states: "The admission, retention and graduation standards should be clearly stated, must be equal to or higher than the State Regents' Policy requirements and should be designed to encourage high quality."

    This Academic Forgiveness document does not define the "Academic Standards" of the College of Veterinary Medicine. Nothing in the Academic Forgiveness Policy of the College should be construed as dictating an academic standard. The CVM academic standards are stated in CVM Policy 8.2. The policy set forth herein is applied only in cases where student failure to meet the academic standards of the College allow a form of "Academic Forgiveness."

II. Principle. The College hereby adopts and fully supports the OSRHE principle that:
    Circumstances may justify a student being able to recover from academic problems in ways which do not forever jeopardize his/her academic standing. The student's academic transcript, however, should be a full and accurate reflection of the facts of the student's academic life. Therefore, in situations which warrant academic forgiveness, the transcript will reflect all courses in which a student was enrolled and in which grades were earned, with the academic forgiveness provisions reflected in such matters as how the retention and graduation grade point averages are calculated. Specifically, for those students receiving academic forgiveness either by repeating courses or through academic reprieve, the transcript will reflect the retention and graduation GPAs excluding forgiven courses/semesters. The [University] transcript will also note the cumulative GPA which includes all attempted regularly graded course work.

III. Use of Academic Forgiveness in the College.
    Authorization of Academic Forgiveness. Only the Dean may authorize Academic Forgiveness. Prior to such authorization, the Professional Standards Committee (PSC) of the College shall thoroughly review a student's academic performance and make specific "forgiveness" recommendations to the Dean. The PSC will consider performance evaluations from each of student's instructors in the semester wherein acceptable academic standards were not met. The PSC may, but is not required to, consider input from the Class Advisor or the student's Academic Advisor when deliberating academic forgiveness for any student.

    Academic performance of students admitted under the OSRHE Alternative Admissions Policy shall also be reviewed by the PSC with consideration of pertinent admissions policies and records.

16

Board00254

**Exhibit 4 (Excerpts)**