# CONFIDENTIAL

October 3, 2019

Dear Jonathan,

The CVM Professional Standards Committee received notice of your D grade in the Small Animal Internal Medicine rotation. The committee voted to allow you to repeat the rotation. Per the department head's office, this will occur on Rotation 5 (6/29/20-7/12/20).

Receiving a D grade places you on academic probation. Per academic policy, receiving a second "D" grade, or an "F" grade, during the remaining clinical year may result in any of the following: dismissal, remediation before being allowed to continue in the curriculum, or scheduling remediation of the failed rotation and continuing in clinical rotations. Please let me know if you have any questions regarding the academic policy. It can also be accessed in the college Student Handbook.

As this was your first rotation, I urge you to reflect on the recommendations made by your instructors and advisor to help ensure success in future rotations.

Sincerely,

*Margi A. Gilmour*

Margi Gilmour, DVM, DACVO
Associate Dean for Academic Affairs

Board00089

**Exhibit 5**