# OSU | COLLEGE OF VETERINARY MEDICINE

Office of the Dean
205 McElroy Hall
Stillwater, Oklahoma 74078

Phone: (405) 744-6648
Fax: (405) 744-6633

March 23, 2020

Dear Jonathan,

The Professional Standards Committee, after meeting and deliberating on March 18th, recommended dismissal from the CVM professional program. This unanimous decision was based on repeated poor academic performance, lack of accountability for clinical errors in multiple rotations, recurrent unprofessional behavior, and inability to take constructive criticism to improve professional and clinical skills. The Committee did not find mitigating circumstances sufficient to explain the concerns above.

The Committee's recommendation for dismissal has been accepted by the Dean. Per CVM policy, you may file a written appeal to the Dean within five working days of receipt of this letter.

Dr. Emsley can assist you with placement options for the remaining portion of your clinical year requirements.

Sincerely,

*Margi A. Gilmour*

Margi Gilmour, DVM, DACVO
Associate Dean for Academic Affairs

Board00090

**Exhibit 7**