

**Dr. Mason V. Reichard**
Professor
Department of Veterinary Pathobiology
250 McElroy Hall
Stillwater, OK 74078

April 03, 2020

Dr. Risco,

Per your request and in accordance with the CVM Academic Standards Policy 8.2, Section 14, the Professional Standards Committee (PSC) met to reconsider our dismissal recommendation of Mr. Jonathan Rivera-Pierola. This meeting took place on April 03, 2020 wherein we reviewed and discussed the appeal letter written by Mr. Rivera-Pierola. After careful deliberation, the PSC stands by our initial recommendation in which Mr. Rivera-Pierola be dismissed from our academic program.

Upon review of Mr. Rivera-Pierola's appeal letter, we found very little additional information that we did not already understand or appreciate from our meeting with him on March 18th. In fact, we found his appeal to be little more than him restating why he did not deserve to fail rather than compelling information justifying reversal of our recommendation.

In his appeal letter, Mr. Rivera-Pierola states, "... I was unable to fully express the circumstances that led to my failed rotations. I got caught up in answering questions and found myself out of time to disclose the background situations that may have affected my performance and which situations I believe are relevant to the decision now being appealed." We do not believe this statement by Mr. Rivera-Pierola as factual. We gave Mr. Rivera-Pierola an open platform to communicate anything he wished. Mr. Rivera-Pierola spoke uninterrupted for more than an hour and used notes he prepared ahead of time. We asked Mr. Rivera-Pierola a few questions seeking nothing more than clarification of comments he made from his prepared notes. Furthermore, Mr. Rivera-Pierola kept referring back to his prepared notes and repeating his same comments. We did ask him to conclude after more than hour of him rehashing the exact same comments. We believe Mr. Rivera-Pierola was given ample opportunity to express himself fully.

In his appeal letter, Mr. Rivera-Pierola did provide that he has identified areas (e.g., communication, case preparation, patient care, professional ethical behavior) for which he needs to improve. However, we found his improvement plan to be vague, superficial, and lack sufficient detail to reverse our dismissal recommendation. Mr. Rivera-Pierola writes that he has started to seek the services of Mr. Jeremiah Grissett, CVM Counselor and Wellness Coordinator. We were pleased to hear this and hope that Mr. Rivera-Pierola continues to seek the services of a professional counselor. We believe this will help him become self-aware and take ownership of his actions.

Two members of the PSC were unable to attend the appeal meeting however, one of those absent provided written comments to the PCS Chair that were reviewed by all in attendance. The four PSC members present at the meeting were in full agreement to stand by our initial recommendation that Mr. Rivera-Pierola be dismissed.

Regards,

Professional Standards Committee (PSC) 2019–2020
Dr. Kelly Allen
Dr. Mike Davis
Dr. Erik Clary
Dr. Lyndi Gilliam
Dr. Myron Hinsdale
Dr. Mason Reichard, Chair

Board00091
**Exhibit 9**