

**College of Veterinary Medicine**
205 McElroy Hall
Stillwater, Oklahoma 74078

Phone: (405) 744-6651
Fax: (405) 744-6633
Dean: (405) 744-6648
Associate Dean: (405) 744-6595

Date: April 6, 2020

To: Professional Standards Committee Oklahoma State University, College of Veterinary Medicine

From: Dr. Carlos A. Risco
Dean, Oklahoma State University College of Veterinary Medicine

Dear Dr. Reichard,

After careful consideration of the response of the PSC committee to my request to reconsider the dismissal of Jonathan Rivera – Pierola based on his letter of appeal, I have decided to take the following action. I will allow him to remain in the professional program with the following conditions:

- He will be allowed to complete his current rotation (Rotation 16) and must achieve a C grade or higher. Failure to do so will result in dismissal from the program without PSC review or appeal.
- He will be placed on Academic Suspension until both failed rotations (Community Practice and Small Animal Internal Medicine) are remediated through participation in in-person rotations. Due to the COVID-19 crisis and current use of on-line curriculum, he will be suspended from clinical rotations until the hospital reopens to students and in-person rotations resume.
- He must receive a C grade or higher in both remediated rotations. Failure to do so will result in dismissal from the program without PSC review or appeal.
- He will continue on Academic Probation for the duration of his clinical year. Failure to receive a C grade or higher on any rotation during the remaining clinical year will result in dismissal from the program without PSC review or appeal.
- He will be held accountable for the plan of improvement included in his letter of appeal: communication, case preparation, patient care, and professional and ethical behavior.

Dr. Gilmour will inform Jonathan of my decision in a letter outlining these conditions.

My decision does not trivializes the concerns expressed by the PSC committee. Indeed, the committee points out serious flaws in Jonathan's academic performance and comportment that concern me. However, I am willing to give him an opportunity to remediate the rotations that he

Board00092
**Exhibit 10**



failed and perform in his remaining rotations at the level expected from all students in our program. I am hopeful that he takes advantage of this opportunity to salvage his education.

I appreciate the committee's time and thoughtful deliberation to Jonathan's appeal.

Sincerely,

Carlos Risco, DVM, DACT
Professor and Dean
Oklahoma State University
Center for Veterinary Health Sciences

Board00093
**Exhibit 10**