

## COLLEGE OF VETERINARY MEDICINE

Office of the Dean
205 McElroy Hall
Stillwater, Oklahoma 74078

Phone: (405) 744-6648
Fax: (405) 744-6633

April 6, 2020

Dear Jonathan,

The Professional Standards Committee (PSC) met on April 3rd to consider your appeal. The Committee's decision was to stand by their recommendation of dismissal. However, the Dean's final decision is to allow you to stay in the professional program under Academic Suspension, the details of which are:

1. You will complete the current rotation (Rotation 16) and must achieve a C grade or higher. Failure to do so will result in dismissal from the program with no PSC review or appeal.
2. You will be placed on Academic Suspension until both failed rotations (Community Practice and Small Animal Internal Medicine) are remediated through participation in in-person rotations. Due to the COVID-19 crisis and current use of on-line curriculum, you will be suspended from clinical rotations until the hospital reopens to students and in-person rotations resume. Lucy Kershaw will work to schedule your rotations as soon as possible, but understand the date this can be done is currently unknown.
3. You must receive a C grade or higher in both remediated rotations. Failure to do so will result in dismissal from the program with no PSC review or appeal.
4. You will be on Academic Probation for the duration of your clinical year. Failure to receive a C grade or higher on any rotation during the remaining clinical year will result in dismissal from the program with no PSC review or appeal.
5. You will be held accountable to the four items in your plan of improvement listed in your letter of appeal: communication, case preparation, patient care, and professional and ethical behavior.

Lucy Kershaw will be in contact with you as soon as we know when the hospital will return to normal operations. Please be sure to update her with any change of your contact information. If you choose not to accept the above conditions of Academic Suspension and Academic Probation, please let me know at your earliest convenience.

Sincerely,

*Margi A. Gilmour*

Margi Gilmour, DVM, DACVO
Associate Dean for Academic Affairs

Board00094
**Exhibit 11**