## Oklahoma State University Policy and Procedures

| ACADEMIC INTEGRITY | 2-0822 Academic Affairs May 2016 |
|---|---|

### POLICY

1.01    An institution's reputation and intellectual freedom depend on its uncompromising commitment to the ideal of academic integrity.  OSU is committed to instilling and upholding integrity as a core value.  This policy embodies OSU's dedication to maintaining an honest academic environment and ensures fair resolution of alleged violations of academic integrity.

1.02    The following statement summarizes OSU's Commitment to Academic Integrity:

> I will respect OSU's commitment to academic integrity and uphold the values of honesty and responsibility that preserve our academic community.

1.03    All members of the OSU community are entrusted with academic integrity, which encompasses the fundamental values of honesty, trust, respect, fairness, and responsibility. Therefore, students, instructors and members of the Academic Integrity Panel are expected to demonstrate academic integrity through the following actions.

    A.    Students are expected to:
1. Understand and uphold the academic integrity guidelines established by the University and the instructor.

2. Present their own work for evaluation by their instructors.

3. Cite appropriately the words and ideas of others.

4. Protect their work from misuse.

5. Accept responsibility for their own actions.

6. Treat instructors and members of the Academic Integrity Panel with respect when violations of academic integrity are examined or appealed.

7. Trust instructors and members of the Academic Integrity Panel to enforce the academic integrity policy and procedures.

    B.    Instructors are expected to:
1. Understand and uphold this academic integrity policy and procedures. Standards set by instructors in their classes should be consistent with the guidelines provided within this policy.

**Exhibit 13**

2. Discuss and communicate information about academic integrity to students.

3. Reduce opportunities for dishonesty through vigilant exam security and proctoring, and give clear instructions for homework and projects.

4. Evaluate students fairly and consistently and award credit based on professionally judged academic performance established by the instructor.

5. Trust students to follow the academic integrity policy until the instructor has sufficient information to substantiate a violation, then confront students with information about the alleged violation, follow the procedures, and report violations.

6. Evaluate fairly the information that may indicate a student has violated academic integrity.

7. Assure that teaching assistants or adjunct instructors who work under their direction understand and uphold academic integrity policy and procedures.

8. Treat students and members of the Academic Integrity Panel with respect when violations of academic integrity are examined or appealed.

9. Trust members of the Academic Integrity Panel to enforce the academic integrity policy and procedures when violations are appealed.

C. Members of the Academic Integrity Panel are expected to:
1. Accept responsibility for upholding the academic integrity policy and procedures for the University.

2. Uphold instructors' standards for academic integrity that were clearly communicated to students, consistently enforced, and compatible with the University academic integrity policy, procedure, and guidelines.

3. Evaluate information that may indicate a student has violated academic integrity.

4. Treat students and instructors with respect when violations of academic integrity are examined or appealed.

5. Participate in appropriate training.

Academic Integrity Facilitators are instructors, advisors, or academic administrators who are trained in academic integrity policy and procedures.

1.04    Behaviors that violate the fundamental values of academic integrity may include but are not limited to:

**Exhibit 13**

A.   Unauthorized collaboration

B.   Plagiarism

C.   Multiple submissions

D.   Cheating on examinations (including prerequisite examinations)

E.   Fabricating information

F.   Helping another person cheat

G.   Unauthorized advance access to examinations

H.   Altering or destroying the work of others

I.   Altering academic records

These behaviors may subject the student to disciplinary action including receiving a failing grade on assignment, examination or course, receiving a notation of a violation of academic integrity on the transcript, or suspension from the University. Serious violations discovered after a student graduates may lead to revocation of a degree. These behaviors are described in detail in the Academic Integrity Guidelines.

## PROCEDURES

2.01    The instructor (e.g., instructor of record, teaching assistant, member of a graduate student committee, professional education program, or veterinary house officer) discovers sufficient information to substantiate an alleged violation of academic integrity. The information should support a determination that it is "more likely than not" that a violation of academic integrity occurred.

2.02    Within five school days of discovering an alleged violation, but no more than 30 calendar days after the submission due date, the instructor prepares an Academic Integrity Inquiry Form (including a list of possible Academic Integrity Facilitators) and gives or emails the form to the student's University email address. A school day is defined as a regular class day during the fall or spring semester (if the student is enrolled in a class during summer school or intersession, a school day includes regular class days during the same summer or intersession term).

Once an instructor has identified an alleged violation of academic integrity, the student may not drop the course. Students who drop the course will be re-enrolled by the Registrar.
Note:  In the event an incident is not resolved at the time grade reports are due to the Registrar (e.g., an alleged violation is discovered during the final examination period), an incomplete grade will be assigned until the allegation is resolved.

**Exhibit 13**

2.03    The student contacts the instructor within five school days of receiving Form A to schedule a resolution meeting. Pre-finals and finals weeks do not count as school days for this purpose, though if all parties agree, a resolution meeting may be held during these weeks.

2.04    The instructor recommends an academic sanction for alleged violations of academic integrity. For undergraduate, graduate and professional students, the instructor should recommend the appropriate sanction of an admonition or level of either one, two, or three for alleged violations of academic integrity. The following maximum sanctions are:

    A.   Admonition—essentially a warning by the instructor of record of a course, and not considered a grievance. The sanction for an admonition will be a grade reduction that does not exceed the value of the assignment in question. An admonition may be assessed for violations including but not limited to the following:

       1.   Plagiarism/copying of work done for a course, if the plagiarized/copied material makes up less than 10% of the assignment, or deemed a minor violation by the instructor of record (first offense only).

       2.   Unauthorized collaboration on homework assignments making up less than 10% of the assignment, or deemed a minor violation by the instructor of record (first offense only).

A first offense is not automatically treated as an admonition. If an admonition is assessed, the warning and sanction will be reported to the Academic Integrity Office. Ordinarily, an admonition may only be assessed once and adjudication of additional academic integrity violations will take into account the admonition. The resolution of additional academic integrity violations may be adversely impacted by the earlier assessment of an admonition.

    B.   Level one sanction—a grade of "zero" or "F" for the assignment or examination for violations including but not limited to the following:

       1.   Copying or paraphrasing a few sentences of material (1-5 sentences or a minor portion) from a written or Internet source without proper citation.

       2.   Cheating on a quiz or minor assignment. Minor is defined as 10% or less of the total points for the course.

       3.   Receiving unauthorized help on an assignment.

       4.   Working on an assignment with others when the instructor asked for individual work. Turning in work that is identical or very similar to others' work. Excessively relying upon and using the ideas and work of others in a group effort.

       5.   Using a false excuse to obtain an extension on a due date.

       6.   Signing an attendance roster for someone who is absent or asking someone else to sign the roster to avoid being counted absent.

**Exhibit 13**

7.  Failing to observe the rules governing the conduct of examinations (for example, continuing to work on an examination after time is called at the end of an examination).

In addition to assigning a Level One sanction, an instructor can assign the academic integrity education program to a student. After the sanction becomes final, a registration hold will be placed on the student's account. Sanctions become final if the student does not appeal within five school days of receiving official notification from the Academic Integrity Coordinator or an Academic Integrity Panel Hearing. The registration hold will be removed once the student successfully completes the academic integrity education program. The student shall contact the Office of Academic Affairs to schedule a time to complete the academic integrity education program.

C.  Level two sanction—a grade of "F!" for the course. An F! is a grade signifying the student failed the course because of an academic integrity violation. Level two violations include but are not limited to the following:

1.  Turning in a paper copied from another student.

2.  Turning in a paper obtained in full or in part from a term paper "mill" or website.

3.  Copying material almost word for word from a written source and turning it in as one's own work.

4.  Fabricating or falsifying a bibliography.

5.  Getting questions or answers from someone who has taken an examination.

6.  Obtaining an unauthorized copy of an examination in advance.

7.  Using unauthorized notes during an examination.

8.  Having another student take an examination.

9.  Inappropriate use of technology (camera phones, text messaging, programmable calculator, etc.) during an examination.

10. Copying from another student during an examination with or without his/her knowledge.

11. Helping someone else cheat on an examination.

12. Stealing an examination or problem answer from the instructor.

13. Having unauthorized access to solutions and/or instructors or solutions manual for a course.

**Exhibit 13**

14. Altering a grade or scoring on an examination or paper to obtain unearned credit.

15. In a course requiring computer work, copying another student's program rather than writing one's own.

16. Fabricating or falsifying laboratory or research data.

17. Inappropriately sharing or using work on an online assignment or examination.

18. Turning in work done by someone else.

19. Submitting substantial portions of the same assignment to more than one class without permission of the instructors.

20. Altering course withdrawal slips and similar academic documents. This includes forging an instructor or adviser signature.

D. Level three sanction—recommend a transcript notation of "Administrative Withdrawal for Academic Integrity Violation"; and dismissal from the graduate or professional program and dismissal from the University. This transcript notation is permanent and is intended to be used primarily for violations that are not related to a specific course. Level three violations include but are not limited to the following:

1. Plagiarism or other violations of academic integrity in a thesis or dissertation proposal, qualifying examination, comprehensive examination, thesis or dissertation, report or creative component, thesis or dissertation defense, or professional education portfolio, professional presentations, or publications.

2. Fabrication or falsification of research or laboratory data used in a creative component, report, thesis or dissertation, presentation, or publication.

3. Altering academic records such as transcripts, falsification of applications for admission or cheating on required prerequisite exams.

At the undergraduate level, suspension from the University may be recommended for cheating on required prerequisite exams or altering academic records.

The academic integrity violation, such as receipt of a failing grade, may result in additional consequences, including program or aid ineligibility, program dismissal, visa status issues, etc.

2.05    The student, instructor, and Academic Integrity Facilitator meet to discuss the alleged violation and sign the Academic Integrity Resolution Form. The following actions may result from this meeting:

A. The instructor and student agree that no violation of academic integrity occurred. No further action is needed.

2-0822.6

**Exhibit 13**

B.  The student admits responsibility for a violation and accepts the instructor's recommended sanction.  A copy of the signed form is given to the student, the instructor retains a copy, and copies are sent to the instructor's department head and the Office of Academic Affairs.

C.  The student admits responsibility but does not agree with the sanction.  The instructor recommends a sanction and the case is referred to the Academic Integrity Panel.  To initiate an appeal the student must submit documentation to the panel within five school days after receiving official notification from the Academic Integrity Coordinator (see procedures for appeal).

D.  The student denies responsibility for the alleged violation and does not agree with the sanction.  The instructor recommends a sanction and the case is referred to the Academic Integrity Panel.  To initiate an appeal the student must submit documentation to the Panel within five school days after completion of the Academic Integrity Resolution Form (see procedures for appeal).

E.  The student fails to appear for the resolution meeting.  The instructor and facilitator discuss the alleged violation, the instructor recommends a sanction, and they sign the Academic Integrity Resolution Form.  A copy of the form is emailed to the student's University email address, the instructor retains a copy, and a copy is sent to Office of Academic Affairs.

The assigned sanction becomes final if the student does not submit documentation to the Academic Integrity Coordinator by the five school-day deadline.

In any case where it is determined that an academic integrity violation has occurred, the student's advisor will be notified by the Office of Academic Affairs.

2.06    The instructor or Academic Integrity Panel may permit a student to drop a course with a grade of "W" if the allegation is dismissed or if the student admits responsibility for a level one sanction, however, the student must meet the deadline to drop the course or withdraw from the University.  A student may not drop a course in which the "F!" grade was assigned.

2.07    Certain violations (e.g., theft of an examination) may also violate the Student Code of Conduct. Instructors should contact the Student Conduct Office to report such violations.

2.08    Students may remove the first "!" from their transcript by completing an academic integrity education program.  The "!" will remain on the transcript for a minimum of one semester.

2.09    Students who are accused of a second alleged violation of academic integrity in the same course in the same semester may have the second violation increased to an F! for the course, even if both incidents were Level One violations.  Students who are accused of a second alleged violation of academic integrity resulting in a second F! will be referred to the Academic Integrity Panel.

**Exhibit 13**

2.10    Undergraduate students who are found responsible for multiple academic integrity violations could be suspended from the University.  If a student is found responsible for a violation resulting in suspension during the spring semester (even if the violation occurred during the previous fall or winter intercession semester), they will be suspended for the subsequent summer and fall semesters.  If a student is found responsible for a violation during the fall semester (even if the violation occurred during the previous spring or summer semester), they will be suspended the subsequent spring and summer semesters.  Examples of circumstances that could result in suspension include, but are not limited to:

    A.    Two or more level two violations.

    B.    A level two violation followed by a level one violation.

    C.    Three or more violations (level one and/or level two).

    D.    In rare circumstances, the Academic Integrity Panel may consider a different sanction if two violations occur at or about the same time.

2.11    If clear and convincing evidence of a serious violation of academic integrity is discovered (including but not limited to the violations listed under level three sanctions in 2.05.c.) after a student graduates, revocation of the degree may be recommended by following the Degree Revocation Procedures.

2.12    Academic integrity violations and student conduct violations are entered into the University's student conduct database and become a part of the student's educational records. Employers, licensing boards, graduate, professional schools, state and federal agencies, and others may request a copy of these educational records.  With the student's consent, OSU will release student education records, which are available at the time of the request.

No record of admonitions will be noted on the student's transcript.  Admonitions are reported to the Academic Integrity Office and will be taken into account if other academic integrity violations are reported.  No record of Level One violations will be noted on the student's academic transcript, but will appear in the student's educational record.  Level Two violations will result in an F! on the transcript.  Students may remove the first "!" from their transcript (see section 2.08) but the violation will remain a part of their educational record.

## PROCEDURES FOR APPEALS OF ALLEGED ACADEMIC INTEGRITY VIOLATIONS

3.01    If the student appeals the alleged violation of academic integrity the student and instructor will meet with the Academic Integrity Panel.

3.02    The student will use the following procedures to file an appeal:
    A.    The student obtains and completes an appeal form that is available online or from the Office of Academic Affairs. The student should submit documentation to support his or her appeal.

**Exhibit 13**

B. The student submits the appeal form to the Academic Integrity Coordinator within five school days after the official email is sent from the Academic Integrity office to the student's University email address. For alleged violations which occur at the end of the semester, the five day appeal period will roll over into the next regular (fall or spring) semester. The Coordinator, who can be contacted in the Office of Academic Affairs, gives the student notice of receipt of the appeal, notifies the instructor of the course, assists the instructor and student in understanding the appeals process, assembles the supporting documents, and transmits the case to the Academic Integrity Panel.

3.03    The instructor submits the necessary forms, sufficient information to substantiate the alleged violation of academic integrity, and the recommended sanction. The instructor must return the evidence and make themselves and any graduate assistants/teaching assistants available for a hearing within 20 school days after the student returns the appeal form or the case will be dismissed.

3.04    The student and instructor have the right to appear in a hearing before an Academic Integrity Hearing Panel. (Refer to the Academic Integrity Guidelines for a complete list of the rights in the Academic Integrity procedures.)

3.05    The Academic Integrity Panel determines if A) the student committed an act that violates academic integrity and B) the sanction is appropriate. The Panel will make one of the following decisions:

A. The student is found not responsible for a violation of academic integrity. The Academic Integrity Coordinator shall remove the sanction and the instructor shall assign an appropriate grade. The instructor or Academic Integrity Panel may permit a student to drop a course with a grade of "W."

B. The student is found responsible for a violation and the sanction is appropriate. The instructor or Academic Integrity Panel may permit a student to drop a course with a grade of "W" if the student admits responsibility for a level one sanction. A student may not drop a course in which the "F!" grade was assigned.

C. The student is found responsible for a violation but the sanction is not appropriate. The panel may uphold, increase, or decrease the sanction.

3.06    If the student is found responsible for a violation of academic integrity, the Academic Integrity Panel may also assign an academic integrity education sanction which requires the student to complete the academic integrity education program. A registration hold will be placed on the student's account within five school days of the Academic Integrity Hearing Panel if the student does not appeal. The registration hold will be removed once the student successfully completes the academic integrity education program. The student shall contact the Office of Academic Affairs to schedule a time to complete the academic integrity education program.

3.07    After each decision, Academic Integrity Coordinator sends a Hearing Report to the student, instructor, advisor, instructor's department, student's dean and the Registrar (if needed).

**Exhibit 13**

3.08    The student may submit a written request for a final appeal before the Appeals Panel. The student must submit an appeal within five school days after the Hearing Report if academic integrity procedures were not followed.  If new information becomes available after the hearing that could substantially affect the outcome, the student may submit an appeal within one year. The Appeals Panel will determine if the final appeal will be considered.

3.09    The student will use the following procedures in filing a final appeal:
A.    The student obtains and completes a final appeal form that is available online or from the Office of Academic Affairs.  The burden of proof rests upon the student to establish his/her case with a preponderance of information.

B.    The appellant submits the final appeal form to the Academic Integrity Coordinator by the date specified on the email sent to the student's University email address.  The Coordinator, who can be contacted in the Office of Academic Affairs, gives the appellant notice of receipt of the appeal, notifies the instructor, assembles the supporting documents, and transmits the case to the Appeals Panel.

3.10    The Appeals Panel reviews written materials and determines if the academic integrity procedure was followed or if the new information warrants another hearing in front of the Academic Integrity Panel. The Appeals Panel may take any of the following actions:
A.    The academic integrity procedure was not followed.  The Appeals Panel may remand the case to the Academic Integrity Panel.

B.    Academic integrity procedure was followed.   The Appeals Panel upholds the decision of the Academic Integrity Panel.

C.    New information does not warrant a new hearing.  The Appeals Panel upholds the decision of the Academic Integrity Panel.

D.    New information warrants another hearing in front of the Academic Integrity Panel.

3.11    The Academic Integrity Coordinator notifies the student and the instructor of the Appeals Panel decision.

3.12    The decision of the Appeals Panel is final except when revocation of a degree is recommended by the Academic Integrity Panel.  Revocation of a degree requires approval of the Provost, OSU-Stillwater President, A&M Board of Regents, and Oklahoma State Regents for Higher Education.

**COMPOSITION OF THE ACADEMIC INTEGRITY PANEL**

4.01    Each college will have at least three faculty representatives (at least one should be a full member of the graduate faculty) and up to seven student representatives (5 undergraduate and 2 masters, doctoral, or professional students) on the Academic Integrity Panel.  For each college, faculty representatives will be appointed by Faculty Council or by Graduate Council. The college

**Exhibit 13**

will nominate student representatives; these nominations will be approved by the Student Government Association for undergraduate students and the Graduate and Professional Student Government Association for graduate students. Each student representative should complete at least one semester at OSU in good academic standing before serving on the Panel.

4.02    All members of the Panel must complete training on academic integrity.

4.03    When a Hearing Panel is convened to hear an appeal, it will be composed of at least five members: a student chair, at least two student members and at least two faculty members. The chair will always be a student who has experience on the Academic Integrity Panel.

4.04    For appeals involving alleged violations of academic integrity by graduate students outside of class (e.g., comprehensive or qualifying examination, proposal, theses/dissertation defense), graduate students and graduate faculty will serve on the Academic Integrity Hearing Panel.

**COMPOSITION OF THE ACADEMIC INTEGRITY APPEALS PANEL**

5.01    For final appeals involving violations of academic integrity, three members of the Academic Integrity Panel who were not involved in the case will be selected to serve on the Appeals Panel. The Panel will be composed of one student chair, one student member and one faculty member.

**ACADEMIC INTEGRITY GUIDELINES**

6.01    Oklahoma State University's Academic Integrity policy identifies some behaviors that violate the fundamental values of academic integrity. These behaviors are described below:
   A.  Unauthorized Collaboration:  Completing an assignment or examination with other students, turning in work that is identical or very similar to others' work, or receiving help on assignments without permission of the instructor. This may also include excessively relying upon and borrowing the ideas and work of others in a group effort.

   B.  Plagiarism:  Presenting the written, published or creative work of another as the student's own work. Whenever the student uses wording, arguments, data, design, etc., belonging to someone else in a paper, report, oral presentation, or other assignment, the student must make this fact explicitly clear by correctly citing the appropriate references or sources. The student must fully indicate the extent to which any part or parts of the project are attributed to others. The student must also provide citations for paraphrased materials. The following are examples of plagiarism:
      1.  Copying another student's assignment, computer program or examination with or without permission from the author.

      2.  Copying another student's computer program and changing only minor items such as logic, variable names, or labels.

**Exhibit 13**

3.  Copying or paraphrasing material from an Internet or written source without proper citation.

4.  Copying words and then changing them a little, even if the student gives the source.

5.  Verbatim copying without using quotation marks, even if the source is cited.

6.  Expressing in the student's own words someone else's ideas without giving proper credit.

C.  Multiple Submissions: Submitting substantial portions of the same academic work for credit to more than one class (or to the same class if the student repeats a course) without permission of the instructors.

D.  Cheating on Examinations: Gathering unauthorized information before or during an examination from others, using notes or other unapproved aids during an examination, failing to observe the rules governing the conduct of examinations (for example, continuing to work on an examination after time is called at the end of an examination), or having another student take an examination for the student.

E.  Fabricating Information: Making up references for a bibliography, falsifying laboratory or research data (for example, tampering with experimental data to obtain "desired" results or creating results for experiments that were not done), or using a false excuse for an absence or an extension on a due date.

F.  Helping Another Person Cheat: Providing information about an examination to another student (for example, sending an electronic message with answers during an examination), giving unauthorized help on assignments, or failing to prevent misuse of work by others (for example, allowing another student to copy an examination, assignment, or computer program). A student must take reasonable care that examination answers are not seen by others or that term papers or projects are not plagiarized or otherwise misused by others. This category also includes taking an examination on behalf of another student.

G.  Unauthorized Advance Access to Examinations: Obtaining an advance copy of an examination without the instructor's permission or getting questions and answers from someone who took the examination earlier.

H.  Altering or Destroying the Work of Others: Changing or damaging computer files, papers or other academic products that belong to others.

I.  Altering Academic Records: Altering graded papers, computer materials/records, course withdrawal slips, or academic documents. This includes forging an instructor or advisor signature and altering transcripts.

**Exhibit 13**

6.02    Instructors may identify other behaviors that violate academic integrity.

6.03    Students have the following rights during the Academic Integrity hearing:

   A.    Written notification of the time and place of the appeal hearing. This notice will be sent to the student's University email address.

   B.    A copy of the Academic Integrity Violation and Resolution forms.

   C.    The right to appear in person and present his/her case. Either party may elect not to appear; in this instance, the hearing shall be held in his/her absence. Failure to appear must be noted without prejudice.

   D.    The right to meet with the hearing panel at the same time, so no further allegations can be made against the student without the student's knowledge or against the instructor without the instructor's knowledge.

   E.    The right to be accompanied by one person (colleague or friend); however, this person may not address the hearing panel.

   F.    The right to call witnesses to assist in establishing facts of the case.

   G.    The right to ask questions.

   H.    The right to an explanation of the reasons for any decision rendered.

   I.    The right to be free from retaliation by the instructor.

   J.    The assurance that all personally identifiable information about alleged violations of academic integrity will be confidential under provisions of the Family Educational Rights and Privacy Act (FERPA) and will not be disclosed except as permitted by FERPA or with written permission of the student.

6.04    The Academic Integrity Panel determines if A) the student committed an act that violates academic integrity and B) the sanction is appropriate. The following guidelines have been developed for the Panel to use when examining an alleged academic integrity violation:

   A.    The Panel will review the course syllabus statements about academic integrity.

   B.    The Panel will determine if the instructor clearly communicated the parameters of the assignment to the students.

   C.    If more than one student was involved in the alleged violation, the Panel will consider if the students were sanctioned fairly or if one student was singled out for arbitrary or discriminatory treatment.

**Exhibit 13**

    D.   If the student has more than one alleged violation, the Panel will consider when the violations occurred.

    E.   The Panel will not consider issues related to the quality of instruction or the academic soundness of the instructor's teaching methods.

**PROCEDURES FOR DEGREE REVOCATION**

7.01    Allegations of serious violations of academic integrity directed at graduates of Oklahoma State University should be made directly to the Dean of the Graduate College (for graduate students) or the Associate Vice President for Undergraduate Education (for undergraduate students), hereafter referred to as the Investigating Official.

7.02    The Investigating Official will review the allegations and make a preliminary determination regarding whether the allegation provides sufficient reason to warrant the formation of a Review Committee.  He or she will consult with the Office of Legal Counsel to the Board of Regents prior to making a preliminary determination regarding the allegation.

7.03    The Review Committee will be composed of one Academic Integrity Facilitator, one faculty member appointed by the Investigating Official, and one faculty member appointed by the Dean of the graduate's academic college.  Persons appointed to the Review Committee may not have a conflict of interest with the graduate, the person making the allegation, or any other person involved in the case.

7.04    The purpose of the Review Committee is to determine whether clear and convincing evidence of a serious violation of academic integrity supports a recommendation of revocation of the graduate's degree.

7.05    The Investigating Official, as soon as reasonably practicable, will notify the graduate in writing of the pending allegation against him or her, the possibility of revocation of his or her degree, the placement of a transcript hold, and the formation of a Review Committee to conduct an initial inquiry into the allegation.  The written notice must include:
    A.   The alleged violation of academic integrity committed by the graduate.

    B.   The information supporting the allegation.

    C.   The course grades that may be changed to "F!".

    D.   The identities of the Review Committee members.

    E.   The procedure to be followed by the Review Committee.

    F.   The opportunity for appeal.

7.06    The graduate will respond to the allegations and submit factual reasons for any objections to the composition of the Review Committee within 20 school days of receipt of the written

**Exhibit 13**

notice.  The graduate may request replacement of up to one member of the Review Committee for cause.

7.07    After the 20 school day period, the Review Committee will schedule a meeting with the graduate to discuss the alleged violation. Refer to the Academic Integrity Guidelines (6.03) for a complete list of the rights in the Academic Integrity procedures.  The graduate may have legal counsel, at his or her own expense, present for advisory purposes only.  Legal counsel may not question Committee members, make statements, or answer questions for persons called to appear before the Review Committee.  The following actions may result from the meeting:

A.    The Review Committee and graduate agree that the alleged serious violation of academic integrity is not supported by clear and convincing evidence.  No further action is needed and the graduate is held harmless against further allegations warranting degree revocation;

B.    The graduate admits responsibility for a serious violation and accepts the Review Committee's recommendation of degree revocation;

C.    The Review Committee recommends degree revocation.  The graduate admits responsibility for the alleged violation but does not agree with the sanction.  The case is referred to the Academic Integrity Panel;

D.    The Review Committee recommends degree revocation but the graduate denies responsibility for the alleged violation and does not agree with the sanction.  The case is referred to the Academic Integrity Panel;

E.    The graduate fails to appear for the meeting with the Review Committee.  If the Review Committee recommends degree revocation the case is referred to the Academic Integrity Panel.

The Review Committee will provide a written report of their findings to the graduate, the Academic Integrity Panel, and the Investigating Official.  If degree revocation is recommended, the Review Committee will submit sufficient information to substantiate clear and convincing evidence of a serious violation of academic integrity and the recommended sanction of degree revocation.

7.08    If degree revocation is recommended the graduate will participate in a hearing with the Academic Integrity Panel unless he or she admits responsibility for a serious violation and accepts the Review Committee's recommendation.  Refer to the Academic Integrity Guidelines (6.03) for a complete list of the rights in the Academic Integrity procedures.  The graduate may have legal counsel, at his or her own expense, present for advisory purposes only.  Legal counsel may not question Panel members, make statements, or answer questions for persons called to appear before the Academic Integrity Hearing Panel.  The graduate will use the following procedures in filing an appeal:

A.    The graduate obtains and completes an appeal form that is available online or from the Office of Academic Affairs.  The graduate should submit documentation to support his or her appeal.

**Exhibit 13**

B.    The graduate submits the appeal form to the Academic Integrity Coordinator within 20 school days after the graduate receives the written report from the Review Committee.  The Coordinator, who can be contacted in the Office of Academic Affairs, will assign a consulting member of the Academic Integrity Panel to assist the graduate in understanding the appeals process, assemble the supporting documents, and present the case to the Academic Integrity Panel.

7.09    The Investigating Official will act as the proponent in presenting the alleged violation to the Academic Integrity Hearing Panel.

7.10    If the graduate does not respond within 20 school days or fails to appear for the hearing, the consulting member of the Academic Integrity Panel will act as respondent on behalf of the graduate before the Hearing Panel.

7.11    After the hearing, the Academic Integrity Hearing Panel will determine A) if the graduate committed an act that was a serious violation of academic integrity and B) if degree revocation is an appropriate sanction.  The Panel will make one of the following decisions:

A.    The graduate is found not responsible for a serious violation of academic integrity;

B.    The graduate is found responsible for a serious violation and the sanction is appropriate. The Hearing Panel will recommend degree revocation to the Provost

C.    The graduate is found responsible for a serious violation but recommends a lesser sanction.

The Academic Integrity Coordinator will provide a written report of the Hearing Panel's findings to the graduate, Provost, and Investigating Official.

7.12    If the Hearing Panel recommends degree revocation the graduate will have 20 school days after receipt of the report of the Hearing Panel to submit a written request for a decision appeal before the Appeals Panel.  The graduate will use the following procedures to file a decision appeal:

A.    The graduate obtains and completes a decision appeal form that is available online or from the Office of Academic Affairs.  The burden of proof rests upon the graduate to establish his/her case with clear and convincing evidence;

B.    The appellant submits the final appeal form to the Academic Integrity Coordinator by the date specified on the report from the Chair of the Academic Integrity Hearing Panel.  The Coordinator, who can be contacted in the Office of Academic Affairs gives the graduate notice of receipt of the appeal, notifies the Investigating Official, assembles the supporting documents, and transmits the case to the Appeals Panel.

7.13    The Appeals Panel reviews written materials and determines if the academic integrity procedure was followed or if additional information provided by the graduate warrants another

**Exhibit 13**

hearing in front of the Academic Integrity Panel. The Appeals Panel may take any of the following actions.

    A.    The academic integrity procedure was not followed. The Appeals Panel may remand the case to the Academic Integrity Panel or recommend against degree revocation.

    B.    The academic integrity procedure was followed. The Appeals Panel upholds the decision of the Academic Integrity Panel and recommends degree revocation.

    C.    Additional information provided by the graduate does not warrant a new hearing. The Appeals Panel upholds the decision of the Academic Integrity Panel and recommends degree revocation.

    D.    New information warrants another hearing in front of the Academic Integrity Panel.

The Chair of the Appeals Panel will provide a written report of the Panel's findings to the graduate, Provost and Investigating Official.

7.14    The Provost will review the written statements of the graduate and recommendations of the Review Committee, Academic Integrity Hearing Panel, and Appeals Panel. If the Provost supports the recommendation for degree revocation, he or she will submit a letter to the President with a copy to the graduate. If the Provost does not support the recommendation for degree revocation, the graduate will be notified in writing and the case will be considered closed with the graduate held harmless against further allegations warranting degree revocation.

7.15    The President will review the written statements of the graduate and recommendations of the Provost, Review Committee, Academic Integrity Hearing Panel, and Appeals Panel. If the President supports the recommendation for degree revocation, he or she will submit a letter to the OSU/A&M Board of Regents with a copy to the graduate. If the President does not support the recommendation for degree revocation, he or she will notify the graduate in writing and the case will be considered closed with the graduate held harmless against further allegations warranting degree revocation.

7.16    The OSU/A&M Board of Regents will review the recommendation of the President. If the OSU/A&M Board of Regents supports the recommendation for degree revocation, the President will submit a letter to the Oklahoma State Regents for Higher Education (OSRHE) with a copy to the graduate. If the OSU/A&M Board of Regents does not support the recommendation for degree revocation, the President will notify the graduate in writing and the case will be considered closed with the graduate held harmless against further allegations warranting degree revocation.

7.17    OSRHE will review the recommendation of the President and the OSU/A&M Board of Regents. The Chancellor will notify the President of the OSRHE decision. The President will provide a copy of the OSRHE decision to the graduate in writing. If the OSRHE does not support the recommendation for degree revocation, the President will notify the graduate in writing and the case will be considered closed with the graduate held harmless against further allegations warranting degree revocation.

**Exhibit 13**

7.18    If the degree revocation is approved by OSRHE, the Registrar will remove the degree designation from the transcript, assign F! grades for applicable courses, and send copies of the revised transcript to all individuals who have previously received official copies of the transcript. The Registrar will request that the graduate return the diploma.  In cases of serious violations involving theses or dissertations, the Graduate Dean will remove the thesis or dissertation from the library and electronic copies will be recalled.

Approved:
E- Team, March 2015
Faculty Council, March 2016
Instruction Council, March 2016
Council of Deans, April 2016
Executive Team, May 2016

**Exhibit 13**