# Oklahoma State University
## Center for Veterinary Health Sciences

| | | | |
|---|---|---|---|
| **Evaluator:** | Grade Report Administrator - FINAL GRADE REPORT | **Subject:** | Jonathan Rivera-Pierola - VM4C |
| **Activity:** | VCS 7733 Community Practice | **Site:** | Oklahoma State University - CVHS |
| **Evaluation Type:** | Instructor Evaluation of Student - Final | **Completion Date:** | 03/05/2020 |
| **Request Date:** | 02/28/2020 | | |
| **Period:** | Rotation 14 - Class of 2020 | **Dates of Activity:** | 02/10/2020 To 03/01/2020 |
| **Subject Participation Dates:** | 02/10/2020 To 03/01/2020 | | |

**Grading Scale**
90-100 = A
80-89  = B
70-79  = C
60-69  = D
<60    = F

*(Question 1 of 5)*

### Subjective Evaluation – 40 points

| | |
|---|---|
| Wellness appointments<br>20 points | 13.5 |
| Non-wellness appointments<br>20 points | 12 |
| **Subjective Subtotal** | **25.5** |

*(Question 2 of 5)*

### Pre-Quiz & Technical Skills, & End of Rotation Quiz – 40 points

| | |
|---|---|
| Pre-Quiz<br>10 points | 7.4 |
| Technical Skills<br>10 points | 5.66667 |
| End of Rotation - Quiz<br>20 points | 17.5 |
| **Pre-Quiz Subtotal** | **30.567** |

*(Question 3 of 5)*

### Professionalism/Work Ethic – 20 points

| | |
|---|---|
| Professionalism/Work Ethic<br>20 points | 12.25 |

*(Question 4 of 5)*

| | |
|---|---|
| Total Points | 68.317 |
| Letter Grade | D |

**Comments:** *(Question 5 of 5)*

Board00084

**Exhibit 14**

Jonathan-

As we have discussed, I believe it is in your best interest to repeat the CP rotation. I have based this decision on the syllabus and the described entrustable activities that are a basic expectation for all CP students. It is my opinion that many areas of your performance need improvement. I will use the following examples to highlight my concerns. These examples, some big, some small, concern me deeply.

I know that you can become a competent, if not great, veterinarian; I simply think you need more coaching. When we discussed these issues and my opinions in weeks 2 and 3, I found that you were unwilling to take on the role of a learner. In fact, I believe you are overconfident in your abilities/knowledgebase which makes this situation even more critical. If you are not willing to learn, to be open to a real coaching experience meant to mold you into a good veterinarian, what type of a practitioner will you become?

Examples:
- Daphne 193360- As we have discussed many times regarding the mishandling of this case is concerning. Your interpretation of Daphne's laboratory values was not accurate as you overlooked abnormal findings (liver enzymes, proteinuria). You neglected to contact your supervising veterinarian about the bloodwork and then called the owner with recommendations without discussion. In addition, I was the one responsible to find you to discuss the lab work and your inappropriate interpretation; you chose to not communicate with me via any method – call, text, email. When confronted, you stated that you did not know that you could contact me, which I find confusing since my contact information is on the rounds room board and on the syllabus. Finally, your discharge instructions were inappropriate and significant findings were not mentioned or explained. In all, your actions were consistent with practicing veterinary medicine without a license and I find your reactions unacceptable.

- Maggie 193329- When asked prior to performing a surgical procedure it is expected that students discuss their level of confidence with an instructor. As we have discussed, you said that you were very confident performing a spay surgery. Unfortunately, your performance did not reflect your confidence. I do not grade students on their surgical abilities - you are learning and I expect nerves and skills that are not developed. But, I expect students be honest about their skill set. Overconfidence can become a life threatening issue for patients.

- Ember 190686 – When discussing your physical examination, you mentioned tartar on the dog's teeth; when I did an oral exam, I found severe periodontal disease with gingivitis, gingival recession, and severe tartar/purulent material. By the end of the CP rotation students should be adept at completing a physical examination and explaining findings; I think that you understated the dog's disease and this is an issue.

Therefore, I am not passing you because I believe you are unable to successfully:
- Effectively communicate information to the supervising doctor
- Perform a physical and accurately identify abnormalities and communicate these to the client and supervising doctor
- Develop and Implement a Treatment Plan for a Sick Patient
- Develop a diagnostic plan and interpret these timely and accurately.
- Effectively communicate vital information about the case to stakeholders including but not limited to clients, students, nurses, staff members and faculty.
- Effectively communicate vital information, including but not limited to diagnostics and case follow up, to clients and team members.
- Demonstrate Professional / Ethical Behavior and Work Ethic.

LAS ---

More than one occasion where this student was not telling the truth regarding what he had or had not done concerning patient care. ---

4 March 2020

Jon-

I believe it is in your best interest to repeat the CP rotation. I have based this decision on the syllabus and the described entrustable activities that are a basic expectation for all CP students. It is my opinion that many areas of your performance need improvement. I will use the following examples to highlight my concerns; understand these are individual examples to highlight my concerns.

• Feb 25: Augustus Nahs (#192579) – During discharge you instructed the owner that the kitten needed one more set of vaccinations. As we discussed that day, I am concerned that you do not understand the principles of vaccinations and how to apply them to a kitten. This was especially concerning since this was the third week of the rotation and you have seen five wellness cases over this period of time. You were provided the AAFP vaccination guidelines and we have an hour and a half round session on this material. You even performed this kitten's wellness appointment on Feb 11th and had the plan written in the discharge instructions.

• Feb 25th: Cash Waters (#179126) – During the case discussion I asked you a direct question about what four antibiotics are appropriate for pyoderma in the dog. After some time you could only provide a single antibiotic, Clavamox. When asked the same question during our meeting the next day, you still had an insufficient answer. Once again we have had an hour long rounds session on this topic where I provided the answer and we see and treat pyoderma cases nearly every day on clinics. Over the three weeks you managed three dermatology appointments.

While you performed acceptably on other appointments during the rotation, these specific examples are the greatest influence on assigning a failing grade. Wellness and dermatology are the two most common appointment types I expect a primary care veterinarian to be able to successfully manage. Overall you saw nine cases with me in three weeks; five wellness, three dermatologic, and 2 others. Seeking feedback from Dr Irizarry she brought up an example of failed trust as well.

• Papa Alexander (#185382) – Failed to make sure the client stopped at the front desk to have a deposit collected. Suspected of lying about handing the receptionist the estimate sheet as instructed. Additionally, the next morning the expected 7am evaluation had not been performed by 730 and when asked Jon told Dr Irizarry everything was done. She discovered the TPR had not been performed and confronted him on this lack of evaluation and worse, lack of honesty.

Finally your response to our feedback and attempts to illustrate to you our concerns is an issue. We discussed these issues at length for at least 30 minutes. At no time did you appear to listen and accept what we were saying, instead became defensive and argumentative. While I understand the upsetting nature of the topic and the fear of consequences, this was an unexpected response to what I considered a very good relationship we had developed over the weeks. I hope you believe that we sincerely want to see you succeed and wish to coach you to success.

Paul DeMars, DVM, DABVP K9/Fe
Community Practice
Oklahoma State College of Veterinary Medicine