From: Jonathan Rivera-pierola <jonariv@ostatemail.okstate.edu>
Sent: Friday, April 10, 2020 5:55 PM CDT
To: Di Concetto, Stefano <sdiconc@okstate.edu>
CC: ████████████████████████████████████████
████████████████████████████████████████
████████ Rivera-Pierola, Jonathan <jonariv@okstate.edu>; Burba, Daniel <dburba@okstate.edu>; Gilmour, Margi <margi.gilmour@okstate.edu>
Subject: Re: EARLY TERMINATION OF ANESTHESIA ROTATION

These are very stressful times, and the school has really done us a service to offer this class virtually. They are really doing their part to keep us safe from this virus and we should honor and appreciate them for doing it. I know that this virus is touching our lives in very personal ways, but we should take this opportunity to learn to be more patient and understanding and try to put ourselves in others shoes before speaking. I know that every person in this class is grateful to Dr. Di and the school for this opportunity and I'm sure that nothing that was said was with ill will. As Americans, we have never been placed in a situation where we feel such impotence. This sometimes makes us react to the situation without elegance. I am confident that through this discussion we can find the opportunity to see our parts in this situation and correct them for the future. Life is about learning, and sometimes learning through our mistakes to make us better people.
We appreciate you and all your efforts!

Regards,

Jonathan Rivera-Pierola, MPH


> On Apr 10, 2020, at 2:17 PM, Di Concetto, Stefano <sdiconc@okstate.edu> wrote:
>
> Hello students in anesthesia rotation 16,
>
> As you know this has been a very trying time for everyone; we understand this is not how you expected to spend your anesthesia rotation. In addition, it was also not our expectation to run a service without any students. As professionals, though, it is an expectation that our student colleagues demonstrate patience, understanding and positive attitudes.
>
> Unfortunately, I am disappointed with the negative attitude and comments that have been displayed by this rotation group. Unbeknownst to you, a comment was overheard on Wednesday 4/8 by faculty and staff that was completely unacceptable. The comment: "Thank God we have only two more days of this s***" is unprofessional- it should have been met with stronger push back from participating students.
>
> Additionally, if you were in the clinics, you would be expected to be available from 7a-5p and be on-call; as such, it is an expectation that you are available for rounds/case discussions/etc. from 7a-5p. Given the situation we are experiencing with Covid, I have not objected to you taking time away from your computer to take a break from learning and disperse in between morning and afternoon rounds, to run errands or else. Perhaps I should have been clearer from the beginning. Your job was to be engaged full time in this rotation, which at times means overworking. Spending longer than expected periods of time on the computer during this virtual rotations is equivalent to being here all day doing one case after the other, without time to eat or take a break. Many students in previous rotation had to do so.
>
> I have been working tirelessly to provide you with as much 'in the moment' learning as possible; this is not an easy task. I would have appreciated a more collegial response from students who are about to join this profession in a few weeks. I am disheartened that you are not working tirelessly as we are in the hospital to get the most out of this rotation together. I appreciate the students who have not complained and who have put in the time and effort to make this experience worthwhile.
>
> As clinic expectations grow and my physical and mental resources are overstretched, I believe it will be in our best interest to terminate the anesthesia rotation at this time, 2.15 pm, Friday April 10th, 2020. Today's afternoon rounds are cancelled.
>
> Your grades will be posted sometime next week.
>
> Best,
>
> Stefano Di Concetto

**Exhibit 15**

**Board01445**