1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA,            )
                                    )
                     Plaintiff,     )
                                    )Case Number
vs.                                 )CIV-21-616 PRW
                                    )
BOARD OF REGENTS for the OKLAHOMA   )
AGRICULTURAL and MECHANICAL         )
COLLEGES, et al.,                   )
                                    )
                     Defendant.     )
_____


VIDEOCONFERENCE DEPOSITION OF PAUL DeMARS, DVM

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 12, 2023

IN STILLWATER, OKLAHOMA


REPORTED BY:  BRENDA SCHMITZ, CSR, RPR (VIA ZOOM)
              CITY REPORTERS
     14 Northeast 13th Street, Suite 101
        Oklahoma City, Oklahoma 73104
              (405)235-3376

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

2

1  APPEARANCES:

2

3  FOR THE PLAINTIFF: (VIA ZOOM)

4      MR. JASON J. BACH
       Bach Law Firm
5      7881 West Charleston, Suite 165
       Las Vegas, NV  89117
6      Telephone: 702.925.8787
       Email: jbach@bachlawfirm.com
7

8

9  FOR THE DEFENDANT (VIA ZOOM WITH THE WITNESS):

10     MR. CLINTON W. PRATT
       Office of Legal Counsel
11     Student Union, 5th Floor
       Oklahoma State University
12     Stillwater, Oklahoma  74078
       Email: clint.pratt@okstate.edu
13

14

15

16

17

18

19

20

21

22

23

24

25

City Reporters
(405)235-3376

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

3

INDEX

DIRECT EXAMINATION BY MR. BACH.................5
CROSS EXAMINATION BY MR. PRATT................36
REDIRECT EXAMINATION BY MR. BACH..............42

Errata........................................48
Jurat.........................................49
Reporter's Certificate........................50

Deposition Exhibits   (marked at a later date)
    Number 1   Syllabus...........................20
    Number 2   Events described by Plaintiff......21
    Number 3   2/27/20 Gilmour/DeMars email.......28
    Number 4   2/27/20 DeMars/Rivera-Pierola
               email..............................30
    Number 5   3/3/20 Burba/Gilmour email.........31
    Number 6   4 March 2020 letter................34

**Exhibit 16 (Excerpts)**

```
                                                          4
 1                    STIPULATIONS
 2        It is hereby stipulated and agreed by and
 3   between the parties hereto, through their respective
 4   attorneys, that the video conference deposition of
 5   PAUL DEMARS, DVM, may be taken on behalf of the
 6   Plaintiff on JUNE 12, 2023, in the City of
 7   Stillwater, Oklahoma by Brenda Schmitz, Certified
 8   Shorthand Reporter within and for the State of
 9   Oklahoma, and Registered Professional Reporter,
10   taken by notice pursuant to the State of Oklahoma
11   Rules of Civil Procedure.
12        It is further stipulated and agreed by and
13   between the parties hereto, through their respective
14   attorneys, that all objections, except as to the
15   form of the question and the responsiveness of the
16   answer, are reserved until the time of trial, at
17   which time they may be made with the same force and
18   effect as if made at the time of the taking of this
19   deposition.
20
21
22
23
24
25
```

**Exhibit 16 (Excerpts)**

5

And thereupon the following witness was produced by the Plaintiff:

PAUL DEMARS, DVM,

the witness hereinbefore named, being first duly cautioned and sworn to testify the truth, the whole truth, and nothing but the truth, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. BACH:

Q. Can you state your name for the record, please?

A. Paul DeMars.

Q. And, Dr. DeMars, my name is Jason Bach, I'm an attorney who represents Jonathan Rivera-Pierola in a lawsuit against the university; do you understand that?

A. Yes.

Q. Okay. And thank you for your time here this afternoon. I appreciate it. I'm just going to go over a few of the ground rules here, here today. Have you ever had a deposition taken before?

A. As an expert witness, yes.

Q. On -- on how many occasions?

A. One.

Q. Okay. So you understand that the court

**Exhibit 16 (Excerpts)**

1    that --
2        A.   I'm assuming that this is something that
3    Jonathan wrote, and as I said before, I'm assuming
4    that this is something that he either handed me or
5    e-mailed me, but I do not remember seeing it prior
6    to today.
7        Q.   And in this document, he talks about
8    various interactions with Dr. Syp and -- and
9    yourself throughout the rotation.  Is that -- is
10   that fair to say?
11       A.   Correct.
12       Q.   Is there anything that you read in here
13   that you -- you disagree with?
14       A.   Most of it.  I mean, again, this is
15   evidence of what we found that his version of the
16   events and our version of the events differed
17   dramatically.
18       Q.   Okay.
19       A.   So it's always phrased in a way that he's
20   not at fault or he's not responsible, instead of
21   what we would like to see is, yep, I didn't do that
22   well, I missed that, thank you so much for pointing
23   it out, and, you know, correcting their behavior.
24   It's these kinds of attitudes that I think are going
25   to be dangerous if a person gets a professional

23

1  degree and is allowed to practice medicine without
2  supervision.
3      Q.   And I know you can't speak to the portions
4  of this that only deal with Dr. Syp, but in the
5  portions of -- of this document where Jonathan is
6  talking about his interactions with you or meetings
7  that he was in with you --
8      A.   Uh-huh.
9      Q.   -- can you specifically show me which
10 portions of those that you disagreed with his -- his
11 perspective or his characterization, I guess, if you
12 will?
13     A.   So, probably the one thing that is in my
14 mind is in the case of -- titled Cash Waters, I
15 think it's 044.  So, a lot of what I was trying to
16 communicate to Jonathan about why this case
17 concerned me so much is skin and ear problems are a
18 very common issue that we see in our service.  We
19 give, even, an hour educational round session on
20 those topics, each of those topics.
21     And one of the big teaching points that I
22 cannot believe a student would miss with me, is that
23 when we're treating theses types of infections that
24 that are four commonly employed antibiotics.  And my
25 expectation is by the end of spending so much time

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

24

1  with them, a student would be able to recall those
2  four antibiotics very, very quickly.
3        He was unable to, both in the moment and then I
4  believe during the feedback session, so, now
5  we're -- I don't know how many days afterwards, but
6  a good time afterwards, I once again asked him, so,
7  what are the four antibiotics that we would expect
8  to be used. And once again, he had no recall of
9  that fact.
10        And so it's problematic for me for a student to
11  not capture that knowledge point during the
12  instruction, to not be able to demonstrate it during
13  a clinical case, and then when called it, I mean,
14  because it should have been very clear to me, it's
15  obvious that he knew I was not satisfied with his
16  answer, for him to not have the motivation or
17  ability to go and look it up and have it ready for
18  me the next time I encounter it.
19        And so, it's -- again, it's a good example of
20  an individual that I feel is unable to accept the
21  criticism that we're leveling towards him, the
22  feedback that we're giving him.
23        The same with the next case, Augustus Nahs,
24  this is a routine kitten vaccination and he was
25  unable to recite for me the kitten vaccination

**Exhibit 16 (Excerpts)**

25

program. This, again, is the whole point of our rotation. We spend weeks doing these types of appointments, he should have had several repetitions in which to not only understand the material, but able to be -- to be able to duplicate it, and this is the last day of the rotation.

So he had been given as many chances as I feel that he should be to do something as basic as a wellness appointment, and he was unable to recite for me the kitten vaccination program at this time. And so, once again, instead of saying, you're right, Dr. DeMars, I still didn't have that information, but I certainly do now, we are seeing all kinds of defenses as to why he was actually correct and I was not. So this is all examples of the instances that Dr. Syp and myself identified about Jonathan, and sadly, decided to give him a failing grade because of it.

Q. And then if you -- if you look underneath that case, it appears that Jonathan is talking about the final meeting that you had with him and Dr. Syp?

A. Okay. Uh-huh.

Q. And can you read that -- that paragraph there and let me know if there's anything that you disagree with?

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

36

1         CROSS-EXAMINATION
2  BY MR. PRATT:
3       Q.   I have a few follow-up questions for you,
4  Dr. DeMars.
5       A.   Okay.
6       Q.   I am going to hand you a document, I do
7  not intend to mark it as an exhibit for this
8  deposition, but I'm going to do this for --
9  hopefully for clarification purposes. It has
10 previously been produced in discovery as Board
11 00084, and has been an exhibit in some of the other
12 depositions that we have taken. Can you take a look
13 at that document and tell me if you recognize it?
14      A.   Yes, I recognize it.
15      Q.   What is this document?
16      A.   This is the official grade sheet that is
17 produced for each student on rotation.
18      Q.   Okay. How many pages is it?
19      A.   Two pages.
20      Q.   What is the first page?
21      A.   The first page is the numeric calculation
22 of all the sections that we evaluate a student in,
23 and at the bottom is the total points grade for the
24 student.
25      Q.   Okay. And the document that you have is a

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

37

1    grade report for the community practice rotation,
2    and does it indicate which student it relates to?
3         A.   It is for Jonathan.
4         Q.   Okay.  And does it tell you the dates of
5    activity?
6         A.   Yes.  Hold on, let the eyes focus here.
7    February 10th, 2020 to March 1st, 2020.
8         Q.   Okay.  Is this evaluation or grade sheet,
9    is this a standard document that is issued to all
10   students that participate with the community
11   practice rotation?
12        A.   Yes.
13        Q.   And does this represent the document that
14   relays the student's final grade to them?
15        A.   Yes.
16        Q.   If you'll turn to the second page.
17   What -- the second page is -- looks much different
18   than the first, does it not?
19        A.   Correct.  It is a paragraph with myself,
20   Dr. Syp and another unknown third party's written
21   comments that are an option to fill in for the grade
22   sheet.
23        Q.   Okay.  I want to zero in on that just a
24   little bit, but let's start with -- and I'm going to
25   do this somewhat backwards.  But if you'll notice

**Exhibit 16 (Excerpts)**

38

1  towards the bottom of the second page --
2       A.   Uh-huh.
3       Q.   -- there appears to be a separate entry
4  from those above it.  Do you recognize the final
5  entry there?  I believe it starts with either the
6  date before March, 2020 or directly below that.
7       A.   Yes.  It's a repeat of the information
8  that we looked at earlier.
9       Q.   Exhibit 6?
10      A.   Exhibit 6, yes, sir.
11      Q.   So, earlier when you were presented with
12 Exhibit 6, it appeared to be a letter that was
13 written from you to Jonathan about your concerns
14 with him in the rotation?
15      A.   Correct.
16      Q.   That letter is repeated verbatim here as
17 your commentary to his evaluation?
18      A.   Yes.
19      Q.   Okay.  Now, we're, like I said, go in
20 reverse order.  Let's go back to the top of the
21 page.
22      A.   Okay.  On page 2?
23      Q.   Yes, sir.
24      A.   Okay.
25      Q.   It also starts, it is written in letter

**Exhibit 16 (Excerpts)**

                                                                39

1     form, addressed to Jonathan; do you see that?
2          A.   Correct.
3          Q.   What -- can you discern who submitted this
4     portion of the evaluation?
5          A.   Down below, we see LAS, my assumption is
6     that's Dr. Syp.
7          Q.   Now, directly following the LAS, but prior
8     to what appears to be the beginning of your --
9          A.   Correct.
10         Q.   -- statement, there is a singular
11    sentence.  Would you read that for us for the
12    record?
13         A.   "On more than one occasion where this
14    student was not telling the truth regarding what he
15    had or had not done concerning patient care."  With
16    a dash afterwards.
17         Q.   Do you know who contributed that
18    statement?
19         A.   No, I do not know who wrote that
20    statement.
21         Q.   Who could have written that statement?
22         A.   Evaluators include our nursing staff and
23    any of the interns, which are young doctors who also
24    see cases under our supervision.  So I believe the
25    intern on this rotation was Dr. Irizarry.

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

40

1   Q.   So you believe that this report consists
2   of three separate entries; is that correct?
3   A.   This report definitely consists of three
4   separate entries.
5   Q.   But as you sit here today, you -- you have
6   no certainty as to who contributed the second of
7   the --
8   A.   No.  We do not ask that people who provide
9   written comment identify themselves.  It is optional
10  if they wish to, so the student can go back to that
11  person for more information.  So we -- especially
12  with nurses and young doctors, we want to make sure
13  that there is no pressure that could be leveraged
14  upon them afterwards.
15  Q.   Is it common for them not to include a
16  signature?
17  A.   Yes, very common for them not to include a
18  signature.
19  Q.   Okay.  Dr. DeMars, during your time as a
20  clinical professor at the Oklahoma State University
21  Veterinary -- College of Veterinary Medicine, are
22  you aware of or can you recall any instances of a
23  year four clinical student being written up or
24  receiving a violation of the academic integrity
25  policy?

**Exhibit 16 (Excerpts)**

1   A.   No.

2   Q.   And why would that be?

3   A.   The clinical year is not like other
4   classes. We are working in a much smaller group, we
5   are working in a clinical setting, it is not the
6   typical lecture, examination-type experience that
7   classrooms typically have. So, things that I would
8   feel would qualify for an academic integrity
9   violation aren't really occurring.

10       The only way I can think of one occurring would
11   be if a student cheated on a written evaluation,
12   such as we have in the course or plagiarize some
13   written report that they had to turn in on a case,
14   those are the things that I have seen handled by
15   official academic integrity violation reports.

16       So, things that we typically deal with on a
17   unsatisfactory performance are more skill based or
18   attitude based than they are integrity violations.

19   Q.   Is there anything that you observed during
20   Jonathan's participation in your rotation that led
21   you to believe that an academic integrity violation
22   should or could have been filed against him?

23   A.   No.

24       MR. PRATT: I have no additional
25   questions.

**Exhibit 16 (Excerpts)**

Paul DeMars
June 12, 2023

48

ERRATA SHEET

WITNESS: PAUL DEMARS, DVM

DATE: JUNE 12, 2023

REPORTER: Brenda Schmitz, CSR, RPR

NO CORRECTIONS ARE NECESSARY _____

PAGE    LINE    CORRECTION                              REASON

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

____    ____    _____    _____

City Reporters
(405)235-3376

**Exhibit 16 (Excerpts)**

```
                                                              49
 1                         JURAT
 2        I, PAUL DEMARS, DVM, do hereby state under
 3   oath that I have read the above and foregoing
 4   transcript in its entirety, and that the same is a
 5   full, true, and correct transcription of my
 6   testimony so given at said time and place, except
 7   for the corrections noted.
 8
 9                         _____
                           PAUL DEMARS, DVM
10
11        SUBSCRIBED AND SWORN TO BEFORE ME, the
12   undersigned Notary Public in and for the State of
13   _____ on this, the _____ day of
14   _____, 2023.
15
16                         _____
                           Notary Public
17
     My Commission Expires: _____
18
19
20
21
22
23
24        REPORTED BY:  BRENDA SCHMITZ, CSR, RPR
25
```

**Exhibit 16 (Excerpts)**

50

1           CERTIFICATE
2  STATE OF OKLAHOMA    )
                        )  SS:
3  OKLAHOMA COUNTY      )

4       I, Brenda Schmitz, Certified Shorthand Reporter
5  within and for the State of Oklahoma, do hereby
6  certify that the above-named PAUL DEMARS, DVM, was
7  by me first duly sworn to testify to the truth, the
8  whole truth, and nothing but the truth in the case
9  aforesaid; that the above and foregoing deposition
10 was by me taken in shorthand and thereafter
11 transcribed; that the same is true and correct; and
12 that it was taken on JUNE 12, 2023, at the time of
13 2:07 p.m. in the City of Stillwater, County of
14 Payne, State of Oklahoma under the stipulations
15 hereinbefore set out, and that I am not attorney for
16 or relative of any of said parties or otherwise
17 interested in the event of said action.
18      IN WITNESS WHEREOF, I have hereunto set my hand
19 and official seal this 19th day of June, 2023.

                        _____
                        BRENDA SCHMITZ, CSR, RPR #18230
                        Oklahoma Certified Shorthand Reporter
                        Certificate No. 00823
                        Expires: December 31, 2023

**Exhibit 16 (Excerpts)**