1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA,         )
                                 )
                    Plaintiff,   )
                                 )Case Number
vs.                              )CIV-21-616 PRW
                                 )
BOARD OF REGENTS for the OKLAHOMA)
AGRICULTURAL and MECHANICAL      )
COLLEGES, et al.,                )
                                 )
                    Defendant.   )
_____

VIDEOCONFERENCE DEPOSITION OF MARGI GILMOUR, DVM

TAKEN ON BEHALF OF THE PLAINTIFF

ON MAY 15, 2023

IN STILLWATER, OKLAHOMA

REPORTED BY:  BRENDA SCHMITZ, CSR, RPR (VIA ZOOM)
              CITY REPORTERS
        14 Northeast 13th Street, Suite 101
           Oklahoma City, Oklahoma 73104
                  (405)235-3376

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

2

1  APPEARANCES:

2

3  FOR THE PLAINTIFF (VIA ZOOM):

4      MR. JASON J. BACH
       Bach Law Firm
5      7881 West charleston, Suite 165
       Las Vegas, NV  89117
6      Telephone: 702.925.8787
       Email: jbach@bachlawfirm.com
7

8

9  FOR THE DEFENDANT (VIA ZOOM):

10     MR. CLINTON W. PRATT
       Office of Legal Counsel
11     Student Union, 5th Floor
       Oklahoma State University
12     Stillwater, Oklahoma  74078
       Telephone: 405.744.6494
13     Email: clint.pratt@okstate.edu

14

15                  INDEX

16

17     DIRECT EXAMINATION BY MR. BACH.................5
18     CROSS EXAMINATION BY MR. PRATT...............53
19
20     Errata.......................................58
21     Jurat........................................59
22     Reporter's Certificate.......................60
23
24
25

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

3

1              INDEX (CONTINUED)
2   Deposition Exhibits  (marked at a later date)
3        Number 1   Nominees for placement email.......21
4        Number 2   Nominees for clinicals email.......25
5        Number 3   Chris Ross/St. Matthew's emails....27
6        Number 4   Student Grade for SAIM Rotation....27
7        Number 5   Failed Rotation email..............28
8        Number 6   (not used).........................30
9        Number 7   Rivera-Pierola Advisee email.......30
10       Number 8   CP Rotation Problems email.........34
11       Number 9   Notes from 3-11-20 meeting.........37
12       Number 10  3/21/20 Dr. Reichard letter........38
13       Number 11  3/23/20 Dismissal Recommendation...39
14       Number 12  Email Re: PSC Protocol.............39
15       Number 13  Rivera appeal letter...............40
16       Number 14  Email Re: Appeal to the Dean.......42
17       Number 15  4/6/20 letter from Gilmour.........44
18       Number 16  Early Termination of Anesthesia
                    Rotation letter....................46
19
20       Number 17  Emails Re: Early termination of
                    rotation...........................47
21
22       Number 18  Email Re: Repeating rotation.......49
23       Number 19  Letter Re: Dismissal...............51
24
25

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

4

```
 1                         STIPULATIONS
 2           It is hereby stipulated and agreed by and
 3     between the parties hereto, through their respective
 4     attorneys, that the video conference deposition of
 5     MARGI GILMOUR may be taken on behalf of the
 6     Plaintiff on MAY 15, 2023, in the City of
 7     Stillwater, Oklahoma by Brenda Schmitz, Certified
 8     Shorthand Reporter within and for the State of
 9     Oklahoma, and Registered Professional Reporter,
10     taken by notice pursuant to the State of Oklahoma
11     Rules of Civil Procedure.
12           It is further stipulated and agreed by and
13     between the parties hereto, through their respective
14     attorneys, that all objections, except as to the
15     form of the question and the responsiveness of the
16     answer, are reserved until the time of trial, at
17     which time they may be made with the same force and
18     effect as if made at the time of the taking of this
19     deposition.
20
21
22
23
24
25
```

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

5

1  And thereupon the following witness was produced
2  by the Plaintiff:
3              MARGI GILMOUR,
4  the witness hereinbefore named, being first duly
5  cautioned and sworn remotely pursuant to Rule 34,
6  Title 12, Chapter 2, Appendix of the Oklahoma
7  Supreme Court, to testify the truth, the whole
8  truth, and nothing but the truth, testified on her
9  oath as follows:
10              DIRECT EXAMINATION
11  BY MR. BACH:
12      Q.   Can you state your name for the record,
13  please?
14      A.   I'm sorry?
15      Q.   Can you state your name for the record,
16  please?
17      A.   Margi Gilmour.
18      Q.   All right. And have you ever had your
19  deposition taken before?
20      A.   Yes.
21      Q.   On -- on how many occasions?
22      A.   Once.
23      Q.   And how -- how long ago was that?
24      A.   30 years.
25      Q.   Okay. All right. Well, just to go over a

City Reporters
(405)235-3376

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

8

```
1         Q.   Are you -- are you currently employed?
2         A.   No, I am not, I'm retired.
3         Q.   Okay.  What was the last employment that
4    you had?
5         A.   At the Oklahoma State University College
6    of Veterinary Medicine, I was the Associate Dean for
7    Academic Affairs.
8         Q.   And for how long were you in -- in that
9    position?
10        A.   I was interim for two years, and then I
11   was Associate Dean for three and a half before
12   retirement.
13        Q.   Okay.  What was your -- do you have a
14   position at the school before that?
15        A.   Yes, I did.
16        Q.   What was your position then?
17        A.   Professor of ophthalmology.
18        Q.   And -- and how long were you in -- in that
19   role for?
20        A.   I was -- let's see, let me do some math,
21   at the university for 20 years, so I was in that
22   position for 16 years.
23        Q.   I see.  You said that you were at the
24   university for 20 years; is that right?
25        A.   Total, yeah.
```

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

56

1    A.   No.
2    Q.   So during your time of involvement with
3 the Oklahoma State University College of Veterinary
4 Medicine program, do you recall a number or estimate
5 of academic integrity violations filed against
6 students specifically participating in the year four
7 clinical program?
8    A.   None.
9    Q.   None that you can recall?
10   A.   (Witness shakes head.)
11   Q.   Not a single one?
12   A.   Correct.
13   Q.   So it would be quite unusual for a faculty
14 member to file an academic integrity violation
15 against a student participating in a year four
16 program?
17   A.   Yes.
18   Q.   And why is that?
19   A.   Year four is very different.  You are
20 expected to assimilate a lot of information and act
21 professional and communicate well and you just have
22 to bring everything like that together.  And it's
23 not like you have some way you're going to cheat on
24 that.  You bring your A game, but there's no way to
25 cheat.

**Exhibit 18 (Excerpts)**

                                                          57

1       In years one through three, of course, it's
2  very different, you're in a class, there's high
3  stakes, there's exams, there's things to turn in,
4  and there, we have seen some academic integrity
5  issues come up in students looking on another
6  student's paper, or, you know.  But fourth year,
7  it's that, you know, doing some action to get ahead
8  or to cheat, it just isn't really applicable in that
9  setting.
10          MR. PRATT:  I'll pass the witness.
11                REDIRECT EXAMINATION
12  BY MR. BACH:
13      Q.  If you don't mind, I know that you're
14  retired.  Is there any reason that you wouldn't be
15  available for -- to attend a trial in September?
16      A.  No.
17      Q.  So, no, you -- you wouldn't have any --
18  any obstacle to attend a trial, if, in fact, it goes
19  to trial in September?
20      A.  No, I would not.
21          MR. BACH:  I don't have anything further.
22          MR. PRATT:  Okay.  We'll read and sign.
23          MR. BACH: All right.  Thank you very much
24  for your time here today.
25          (Deposition concluded at 3:42 p.m.)

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

58

ERRATA SHEET

WITNESS: MARGI GILMOUR

DATE: MAY 15, 2023

REPORTER: Brenda Schmitz, CSR, RPR

NO CORRECTIONS ARE NECESSARY _____

| PAGE | LINE | CORRECTION | REASON |
|------|------|------------|--------|
| 7 | 22 | Following the deposition, I recalled three other individuals to whom I told I was giving a deposition. The individuals include two friends and a physician, in addition to the two people noted in the deposition. No substantive information was discussed with the individuals, simply that I was called to give a deposition regarding a student dismissed from the program while I was the Associate Dean. | |
| 7 | 25 | One of the friends, Robin Wilson, works at the OSU College of Veterinary Medicine. Due to her position as Director of Student Services, Ms. Wilson was already aware of the lawsuit. | |

City Reporters
(405)235-3376

**Exhibit 18 (Excerpts)**

Margi Gilmour, DVM
May 15, 2023

```
                                                              59
 1                           JURAT
 2        I, MARGI GILMOUR, do hereby state under oath
 3   that I have read the above and foregoing transcript
 4   in its entirety, and that the same is a full, true,
 5   and correct transcription of my testimony so given
 6   at said time and place, except for the corrections
 7   noted.
 8
 9                         _____Margi Gilmour_____
                                MARGI GILMOUR
10
11        SUBSCRIBED AND SWORN TO BEFORE ME, the
12   undersigned Notary Public in and for the State of
13   ___Oklahoma____ on this, the __13__ day of
14   ____June_____, 2023.
15
16                         _____
                                 Notary Public
17
     My Commission Expires: __02-06-27_____
18
19              (SEAL: MELISSA WADLEY, NOTARY PUBLIC
20               IN AND FOR THE STATE OF OKLAHOMA
21               #23001743, EXP. 02-06-27, PAYNE COUNTY)
22
23
24        REPORTED BY:  BRENDA SCHMITZ, CSR, RPR
25
```

City Reporters
(405)235-3376

**Exhibit 18 (Excerpts)**