1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA,                )
                                        )
                        Plaintiff,      )
                                        )Case Number
vs.                                     )CIV-21-616 PRW
                                        )
BOARD OF REGENTS for the OKLAHOMA       )
AGRICULTURAL and MECHANICAL             )
COLLEGES, et al.,                       )
                                        )
                        Defendant.      )
_____

VIDEOCONFERENCE DEPOSITION OF CARLOS RISCO, DVM

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 12, 2023

IN STILLWATER, OKLAHOMA

REPORTED BY:  BRENDA SCHMITZ, CSR, RPR (VIA ZOOM)
              CITY REPORTERS
        14 Northeast 13th Street, Suite 101
           Oklahoma City, Oklahoma 73104
                  (405)235-3376

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

2

1    APPEARANCES:
2
3    FOR THE PLAINTIFF: (VIA ZOOM)
4        MR. JASON J. BACH
         Bach Law Firm
5        7881 West Charleston, Suite 165
         Las Vegas, NV  89117
6        Telephone: 702.925.8787
         Email: jbach@bachlawfirm.com
7
8
9    FOR THE DEFENDANT (VIA ZOOM WITH THE WITNESS):
10       MR. CLINTON W. PRATT
         Office of Legal Counsel
11       Student Union, 5th Floor
         Oklahoma State University
12       Stillwater, Oklahoma  74078
         Email: clint.pratt@okstate.edu
13
14
15
16
17
18
19
20
21
22
23
24
25

City Reporters
(405)235-3376

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

3

INDEX

DIRECT EXAMINATION BY MR. BACH.................5
CROSS EXAMINATION BY MR. PRATT...............51
REDIRECT EXAMINATION BY MR. BACH.............56


Errata.......................................58
Jurat........................................59
Reporter's Certificate.......................60


Deposition Exhibits  (marked at a later date)

    Number 1   3/22/20 Risco/Gilmour email........30
    Number 2   3/24/20 Rivera-Pierola email.......33
    Number 3   3/29/20 Risco/Rivera-Pierola
               Email...............................34

    Number 4   3/30/20 Gilmour/Reichard email.....40
    Number 5   April 3, 2020 PSC letter..........41
    Number 6   3/30/20 "What Risco Proposed for
               JRP"...............................43

    Number 7   4/6/20 Risco to PSC letter.........44
    Number 8   4/21/20 De Concetto/Gilmour email..47
    Number 9   4/21/20 letter of dismissal........50

City Reporters
(405)235-3376

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

4

## STIPULATIONS

1
2    It is hereby stipulated and agreed by and
3    between the parties hereto, through their respective
4    attorneys, that the video conference deposition of
5    CARLOS RISCO, DVM, may be taken on behalf of the
6    Plaintiff on JUNE 12, 2023, in the City of
7    Stillwater, Oklahoma by Brenda Schmitz, Certified
8    Shorthand Reporter within and for the State of
9    Oklahoma, and Registered Professional Reporter,
10   taken by notice pursuant to the Federal Rules of
11   Civil Procedure.
12       It is further stipulated and agreed by and
13   between the parties hereto, through their respective
14   attorneys, that all objections, except as to the
15   form of the question and the responsiveness of the
16   answer, are reserved until the time of trial, at
17   which time they may be made with the same force and
18   effect as if made at the time of the taking of this
19   deposition.
20
21
22
23
24
25

City Reporters
(405)235-3376

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

5

1   And thereupon the following witness was produced
2   by the Plaintiff:
3                  CARLOS RISCO, DVM,
4   the witness hereinbefore named, being first duly
5   cautioned and sworn to testify the truth, the whole
6   truth, and nothing but the truth, testified on his
7   oath as follows:
8                  DIRECT EXAMINATION
9   BY MR. BACH:
10      Q.   Hi, can you state your name for the
11   record, please?
12      A.   My name is Carlos Risco.
13      Q.   And, Dr. Risco, you understand that my
14   name is Jason Bach, I'm the attorney who represents
15   Jonathan Rivera-Pierola and you understand that he
16   has brought a lawsuit against the university?
17      A.   I do.
18      Q.   Okay.  Have you ever given a deposition
19   before?
20      A.   I have, sir.  Years ago.
21      Q.   Okay.  You understand that the court
22   reporter is taking down everything that's being said
23   here today?
24      A.   I do.
25      Q.   Okay.  And the oath that you took is the

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

54

1   example, temperature, pulse, respiration, make
2   observations, working with the technicians who
3   administer the -- the treatment, and to provide back
4   to the clinician, how is the case progressing.  Now,
5   the clinician is also involved, it's not like we
6   delegate it to the students, so they're working
7   together, that's -- that's the main difference.
8        Q.   Okay.  So, I don't want to put words in
9   your mouth, so please -- please tell me if this is
10  accurate.  The way I've heard you describe these two
11  separate portions of the program, the preclinical
12  versus the clinical portion, I believe the three
13  years of preclinical you have described are more
14  akin to what I think most people would perceive as
15  being a standard college course, you've described
16  lectures and exams.  Would you agree that that's
17  accurate?
18       A.   Yes.
19       Q.   But it sounds like you described a unique
20  nature to the clinical portion of the program, it is
21  different from what the standard college course
22  would look like.  Is that correct?
23       A.   That's correct.
24       Q.   In your time as Dean of the Veterinary
25  School at Oklahoma State, are you aware of any

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

55

1  instances of academic integrity violations being
2  filed or brought against clinical students?
3      A.   No.
4      Q.   Do you know why that might be?
5      A.   When -- so the -- when we use this word
6  "integrity" in the -- there's a number of -- of
7  reasons why that may -- may happen.  One, the
8  obvious one, a student cheated on an exam.  They
9  copied each other, under that umbrella of cheating.
10 That's one.
11     Another one could be plagiarism, depending
12 on -- depending on the course, our students are
13 asked to gather a report for credit as part of their
14 credit, and, of course, it's plagiarism.  The other
15 one that it may happen is, in research, where you
16 simply come up with data, you fill in, and this is
17 not data that came from an observation, whether it's
18 a blood work, whether it's -- regardless of what it
19 is, those are the main -- the main areas.
20     It's -- they -- the integrity of this -- this
21 work in the clinical setting, would be very
22 difficult to -- to document, outside of the fact
23 that you may have a student that then they say,
24 well, the -- remember, I mention that they observed
25 the animal, the temperature, the pulse, the

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

```
                                                              58
 1                        ERRATA SHEET
 2            WITNESS: CARLOS RISCO, DVM
 3            DATE: JUNE 12, 2023
 4            REPORTER: Brenda Schmitz, CSR, RPR
 5    NO CORRECTIONS ARE NECESSARY _____
 6    PAGE  LINE  CORRECTION                    REASON
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25    ____  ____  _____
```

City Reporters
(405)235-3376

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

59

1                         JURAT

2     I, CARLOS RISCO, DVM, do hereby state under

3 oath that I have read the above and foregoing

4 transcript in its entirety, and that the same is a

5 full, true, and correct transcription of my

6 testimony so given at said time and place, except

7 for the corrections noted.

8

9
                              _____
10                          CARLOS RISCO, DVM

11     SUBSCRIBED AND SWORN TO BEFORE ME, the

12 undersigned Notary Public in and for the State of

13 _____ on this, the _____ day of

14 _____, 2023.

15

16                               Notary Public

17
   My Commission Expires: _____
18

19

20

21

22

23

24    REPORTED BY:  BRENDA SCHMITZ, CSR, RPR

25

City Reporters
(405)235-3376

**Exhibit 19 (Excerpts)**

Carlos Risco, DVM
June 12, 2023

60

1              CERTIFICATE
2   STATE OF OKLAHOMA    )
                         )  SS:
3   OKLAHOMA COUNTY      )

4       I, Brenda Schmitz, Certified Shorthand Reporter
5   within and for the State of Oklahoma, do hereby
6   certify that the above-named CARLOS RISCO, DVM, was
7   by me first duly sworn to testify to the truth, the
8   whole truth, and nothing but the truth in the case
9   aforesaid; that the above and foregoing deposition
10  was by me taken in shorthand and thereafter
11  transcribed; that the same is true and correct; and
12  that it was taken on JUNE 12, 2023, at the time of
13  10:04 a.m. in the City of Stillwater, County of
14  Payne, State of Oklahoma under the stipulations
15  hereinbefore set out, and that I am not attorney for
16  or relative of any of said parties or otherwise
17  interested in the event of said action.
18      IN WITNESS WHEREOF, I have hereunto set my hand
19  and official seal this 19th day of June, 2023.

                    _____
                    BRENDA SCHMITZ, CSR, RPR #18230
                    Oklahoma Certified Shorthand Reporter
                    Certificate No. 00823
                    Expires: December 31, 2023

City Reporters
(405)235-3376

**Exhibit 19 (Excerpts)**