# VCS 7843 REVISED COURSE SYLLABUS
## Covid-19 Outbreak Emergency Plan

**Course Prefix:** VCS   **Course Number:** 7843   **Course Title:** Anesthesiology Clinic
**Credit Hours:** 3 (three)   **Duration:** 3 (three) weeks
**Prerequisite:** Fourth-year standing in the College of Veterinary Medicine.

**Date:** March 20, 2020

**NOTE**: *this document is likely to undergo revisions and modifications depending on how the Covid-19 emergency evolves. Revised versions will be regularly posted on Moodle.*

### Course Personnel

Anesthesiologists:   Dr. Stefano Di Concetto (Instructor of Record - IOR)
  Office: 201, Email: sdiconc@okstate.edu
  Dr. Kip Lemke (Instructor)
  Office: 205, Tel: 405 744 8755, Email: kip.lemke@okstate.edu

Anesthesia Technicians:   Mrs. Mayte Aleman-Carter, MS, RVT
  Ms. Arantxa Lasa, RVT
  Mrs. Shalee Ready, RVT
  Mrs. Sue McKenzie, RVT

Administrative Support:   Mrs. Marie Hughes   <marie.hughes@okstate.edu>

### Course Description

This course discusses the management of clinical anesthesia in various domestic species. Clinical anesthesia represents the integration of physiology and pharmacology into a clinical setting, and offers students the opportunity to become acquainted with common anesthesia techniques, equipment, and drugs.

### Introduction

The Spring 2020 Covid-19 nationwide outbreak has imposed severe restriction to the daily operations of the Boren Veterinary Medical Teaching Hospital. As a consequence, student access

to the building is not allowed and the anesthesia rotation cannot follow the traditional format. The anesthesia team will do their best to provide a valuable learning experience compatibly with a rapidly evolving and unpredictable national emergency situation.

### Orientation and rounds

On the first Monday of the rotation at 9:00 am students will join the instructor on a Skype group call for a general orientation. During the remainder of the rotation, rounds will take place via Skype group call as follows:

<u>Morning</u> – 9:00 am

<u>Evening</u> – 4:00 pm

The rounds group call platform, schedule and structure may change and changes will be notified by the instructor via email. Students must <u>check their OSU email account before joining each daily conference call.</u>

Students are expected to actively participate in rounds and be prepared to discuss and present to the rest of the group and the instructor their case work-up, anesthesia-related topics, journal reviews, presentations and reading assignments, including those posted on Moodle.

<u>Food consumption, use of personal cell phone and other activities not related to the anesthesia rotation are not allowed during rounds.</u>

### Case work-up

Whenever possible, virtual case will be assigned during morning rounds. Additional cases may be assigned if they are added to the schedule during the day. Each student will present the assigned case during evening rounds the same day or during rounds the following day/s.

Case information can be obtained from Uvis. All the information on the patient, as well as the suggested anesthetic plan, must be written on the **anesthetic plan worksheet** before the students presents the case in rounds.

### Emergency Service

Students will sign up for emergency service duty at the beginning of the rotation. It is the student's responsibility to notify the instructor about any changes in scheduling. Students must be reachable by phone (home or cell) and will be informed about the nature of the emergency and, whenever possible, provided with blood tests and other diagnostic information. The emergency anesthetic plan will have to be presented during rounds the following day.

### Absences

Absences will be allowed on a limited, "first come, first serve" basis for a maximum of two days. All absence requests (personal, medical or a family emergency) shall be sent by email to the IOR and to Marie Hughes.

### Anesthesia Record

The anesthesia record that is completed for each patient is a legal document and it is part of a patient's medical record. A properly kept anesthesia record demonstrates the knowledge, competence, patient care and familiarity with drugs and legal requirements of the individual who completes it. While it may not be possible for students to practice anesthesia record keeping during the on-line rotation, students should be aware that information and intraoperative events must be recorded in a correct, legible, logical and coherent manner. All the drugs administered to a patient, including the controlled substances subject to Drug Enforcement Administration regulations, must be recorded <u>exclusively in total milligrams</u>.

### Simulation Technology & Video Training

OSU CVM is currently exploring options for additional training opportunities using simulation technology and live streaming during the Covid-19 emergency.

### Learning Objectives

By the end of the on-line rotation, each student should be able to prepare an anesthetic plan for a small or large animal case based on:

- Review and analysis of a patient's medical history;
- Review of the surgical/medical aspects of the planned procedure;
- Review and analysis of the pre-anesthetic diagnostic tests, including radiographs, and proposal of additional relevant tests if appropriate;
- Assigning the appropriate ASA status;
- Developing a complete anesthetic plan that includes fluid therapy, intra- and postoperative analgesia, postoperative patient care;
- Discussing the anticipated anesthetic and procedural complications and proposing a treatment plan for each;

## Grading

The student's performance is graded based on the assessment of foundation knowledge demonstrated during case and topic discussion and presentation, assignments, questions and answers in rounds and a final written exam, professional conduct, and if possible clinical skills demonstrated with simulation technology.

## Evaluations

Performance evaluations and final grade will be completed electronically and posted on E-Value by the IOR within one week from the end of the rotation. Students will only be able to review their performance evaluation and rotation grade after completing their online evaluation of the course.

## Additional Sources (Not required for the Exams)

- **Lumb & Jones Veterinary Anesthesia and Analgesia**, 5th ed. KA Grimm, LL Lamont, WJ Tranquilli, SA Greene, SA Robertson, eds. Wiley-Blackwell, Ames, 2015.
- **Handbook of Veterinary Anesthesia**, 5th ed. WW Muir, et al, eds. Mosby-Year Book, St. Louis, 2013.
- **Small Animal Anesthesia and Analgesia,** GL Carroll, ed. Blackwell, 2008.
- **BSAVA Manual of Small Animal Anesthesia and Analgesia**, 2nd ed. Seymour and Gleed, eds. Blackwell, 2007.
- **Handbook of Veterinary Pain Management**, JS Gaynor, WW Muir, et al, eds. Mosby-Year Book, St. Louis, 2009.
- **Pain Management in Veterinary Practice,** CM Egger, L Love, T Doherty, eds. Wiley & Sons, Incorporated, John 2013.
- **Veterinary Anesthesia and Pain Management Secrets**, S. Greene, ed. Hanley and Belfus Inc., Philadelphia, 2002.
- **Small Animal Regional Anesthesia and Analgesia**, L Campoy, MR Read, eds. Wiley-Blackwell, Ames, 2013.
- **Fluid, Electrolyte, and Acid Base Disorders in Small Animal Practice,** 4th ed. SP Dibartola. St. Louis, Mo; London: Saunders Elsevier, 2011.
- **Farm Animal Anesthesia**, HC Lin, P Walz, eds. Wiley-Blackwell, Ames, 2014.
- **Equine Anesthesia, Monitoring and Emergency Therapy**. WW Muir et al, eds. Mosby-Year Book, St. Louis, 2009.
- **Manual of Equine Anesthesia and Analgesia**, T Doherty and A Valverde, eds. Blackwell, 2006.

Board00234

**Exhibit 20**