### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, INC.,<br><br>*Defendants*. | Civil Action No.:  5:21-cv-00616-PRW |

### PLAINTIFF'S FINAL WITNESS LIST

COMES NOW, Plaintiff, Jonathan Rivera-Pierola ("Plaintiff"), hereby offers the following list of witnesses to be used in the trial of this case:

### WITNESSES- EXPECTED TO BE CALLED

| No. | Name/Address | Proposed Testimony |
|---|---|---|
| 1. | Jonathan Rivera-Pierola<br>c/o Jason J. Bach<br>The Bach Law Firm, LLC<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, NV 89117<br>Tel: (702) 925-8787 | Plaintiff can testify to the facts and underlying circumstances surrounding the arbitrary and discriminatory treatment he was subject to during his rotation with Defendants. Plaintiff can testify that he was subject to false accusations of lying and dishonestly and penalized in his grading without opportunity to defend himself by Defendants, and then, following a virtual rotation that Defendants failed to provide promised instructions for the scheduled length of time. Plaintiff can testify regarding his dismissal from OSU and ultimately from SMU as well. |

1

| | | |
|---|---|---|
| 2. | Dr. Paul Demars<br>Clinical Associate Professor<br>College of Veterinary Medicine<br>Oklahoma State University<br>2065 West Farm Road<br>Stillwater, OK 74078<br>Tel: (405) 744-7000 | Dr. Demars can testify as to his role as a clinical associate professor in the field of Veterinary Clinical Sciences at OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program |
| 3. | Dr. Lara Sypniewski<br>College of Veterinary Medicine<br>Oklahoma State University<br>Veterinary Teaching Hospital<br>Tel: (405) 744-7305 | Dr. Sypniewski can testify as to her role as a Clinical Associate Professor in the field of Veterinary Clinical Sciences at OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 4. | Dr. Margi Gilmour<br>Associate Dean of Academic Affairs (retired)<br>College of Veterinary Medicine<br>Oklahoma State University<br>208 N. McFarland<br>Stillwater, OK 74078<br>Tel: (405) 744-6595 | Dr. Gilmour can testify as to her role as the former Associate Dean of Academic Affairs Dean of the College of Veterinary Medicine at OSU at the time Plaintiff was attending OSU, her interactions and communications with Plaintiff and with faculty regarding Plaintiff's performance in the Program, and any decision(s) she made or about which she was consulted with regard to Plaintiff's status in the Program. |
| 5. | Dr. Carlos Risco<br>Dean of the College of Veterinary Medicine<br>Oklahoma State University<br>200B McElroy Hall<br>Stillwater, OK 74078<br>Tel: (405) 744-6651 | Dr. Risco can testify as to his role as the Dean of the College of Veterinary medicine at OSU, his interactions and communications with Plaintiff and with faculty regarding Plaintiff, and any decision(s) he made with regard to Plaintiff's status in the Program. |

| 6. | Dr. Stefano Di Concetto<br>Anesthesiology Instructor<br>(no longer employed at OSU)<br>College of Veterinary Medicine<br>Oklahoma State University | Dr. DiConcetto can testify as to his role as the instructor of record for the Anesthesiology rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Anesthesiology rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
|---|---|---|
| 7. | Dr. Leslie A. Zebel<br>Psychotherapist<br>7401 South Olive Avenue<br>West Palm Beach, FL 33405<br>Tel: (561) 585-8787 | Dr. Zebel, as Plaintiff's Psychotherapist can testify as to Plaintiff's physical and mental health during his attendance at OSU and after his dismissal from the program. |
| 8. | Dr. Edward Zawadzki<br>Psychiatrist<br>Lighthouse Health Group<br>4600 Military Trail, Suite 103<br>Jupiter, FL 33458<br>Tel: (561) 249-7400 | Dr. Zawadzki, as Plaintiff's Psychiatrist can testify as to Plaintiff's physical and mental health during his attendance at OSU and after his dismissal from the program. |
| 9. | Daniel Burba, DVM, Dip. ACVS<br>Oklahoma State Center for Veterinary Health Sciences<br>Veterinary Clinical Sciences Dept VCS<br>Stillwater, OK, 74078<br>Tel: (405) 744-8469 | Dr. Burba can testify to his role as the Clinical Director for Oklahoma State Center for Veterinary Health Sciences at the time Plaintiff was attending OSU, his interactions and communications with Plaintiff and with faculty regarding Plaintiff's performance in the Program, and any decision(s) he made or about which he was consulted with regard to Plaintiff's status in the Program. |
| 10. | Candace Thrasher<br>Academic Affairs/Provost and Senior Vice President<br>Oklahoma State University<br>101 Whitehurst<br>Stillwater, OK 74078<br>Tel: (405) 744-8789 | Ms. Thrasher can testify as the person most knowledgeable of OSU's Academic Integrity Policy. |

3

**WITNESSES- MAY BE CALLED**

| No. | Name/Address | Proposed Testimony |
|---|---|---|
| 1. | Dr. Gaby Verburgh Hoffmann<br>Associate Professor Small Animal Internal Medicine<br>Massey University School of Veterinary Medicine<br>Private Bag 11 222<br>Palmerston North, 4442, New Zealand | Dr. Hoffmann can testify to her knowledge of Plaintiff's performance and her recommendation letter addressed to Plaintiff. |
| 2. | Dr. Kip Lemke<br>Instructor for Anesthesiology Clinic<br>Oklahoma State University College of Veterinary Medicine<br>McElroy Hall<br>208 S. McFarland St.<br>Stillwater, Oklahoma 74078<br>Tel: (405) 744-8755 | Dr. Lemke can testify to her role as an instructor for the Anesthesiology rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Anesthesiology rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 3. | Mayte Aleman-Carter<br>Anesthesia Technician<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Teaching Hospital<br>Stillwater, Oklahoma 74078 | Ms. Aleman-Carter can testify to her role as an Anesthesia Technician during Plaintiff's virtual Anesthesiology rotation and any communications she had with Dr. Di Concetto or other faculty regarding Plaintiff |
| 4. | Arantxa Lasa, RVT<br>Anesthesia Technician<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Teaching Hospital<br>Stillwater, Oklahoma 74078 | Ms. Lasa can testify to her role as an Anesthesia Technician during Plaintiff's virtual Anesthesiology rotation and any communications she had with Dr. Di Concetto or other faculty regarding Plaintiff. |
| 5. | Shalee Ready, RVT<br>Anesthesia Technician<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Teaching Hospital<br>Stillwater, Oklahoma 74078 | Ms. Ready can testify as to her role as an Anesthesia Technician during Plaintiff's virtual Anesthesiology rotation and any communications she had with Dr. Di Concetto or other faculty regarding Plaintiff. |

| | | |
|---|---|---|
| 6. | Sue McKenzie, RVT<br>Anesthesia Technician<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Teaching Hospital<br>Stillwater, Oklahoma 74078 | Ms. McKenzie can testify to her role as an Anesthesia Technician during Plaintiff's virtual Anesthesiology rotation and any communications she had with Dr. Di Concetto or other faculty regarding Plaintiff. |
| 7. | Marie Hughes<br>Admin Support for Anesthesiology Clinic<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Teaching Hospital<br>Stillwater, Oklahoma 74078 | Ms. Hughes can testify to her role as Administrative Support during Plaintiff's Anesthesiology rotation while he was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 8. | Andrew Manley, DVM<br>Manley Animal Hospital<br>3812 SE Adams Road<br>Bartlesville, OK 74006<br>Tel: (918) 333-7286 | Dr. Manley was also a student of St. Matthews University School of Veterinary Medicine and clinical rotation student in Oklahoma State University CVM. He will describe his experience of clinical rotations at OSU as a SMUCVM affiliate student. |
| 9. | Nikol Irizarry, DVM<br>Address to be provided | Dr. Irizarry Larriuz can testify to her role as a veterinary intern at Oklahoma State University College of Veterinary Medicine during Plaintiff's rotation, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |

| 10. | Heather Yates<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Medical Teaching Hospital<br>Vet Tech Supv I<br>2065 W. Farm Road<br>Stillwater, OK 74078<br>Tel: (405) 744-7000 | Ms. Yates can testify to her role as a veterinary technician at Oklahoma State University College of Veterinary Medicine, her observations of Plaintiff during Plaintiff's clinical studies, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
|---|---|---|
| 11. | Tiffany Twomey<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Medical Teaching Hospital<br>Sr Vet Tech<br>2065 W. Farm Road<br>Stillwater, OK 74078<br>Tel: (918) 855-2865 | Ms. Twomey can testify to her role as a veterinary technician at Oklahoma State University College of Veterinary Medicine, her observations of Plaintiff during Plaintiff's clinical studies, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 12. | Pam Hazlip<br>Veterinary Medical Teaching Hospital<br>Admin Supp Spclt II<br>Veterinary Teaching Hospital<br>Stillwater, OK 74078<br>Tel: (405) 744-7000 | Ms. Hazlip can testify to her role as administrative support at Oklahoma State University College of Veterinary Medicine, her observations of Plaintiff during Plaintiff's clinical studies, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 13. | Jonathan Marlow<br>Catoosa Small Animal Hospital<br>1901 N. Hwy 66<br>Catoosa, OK 74015,<br>Tel: (918) 266-4090 | Mr. Marlow can testify that he was a male student of Oklahoma State University CVM and his personal knowledge of attending the Community Practice Rotation with Plaintiff. |
| 14. | Dr. Erik Clary<br>Oklahoma State University College of Veterinary Medicine<br>Veterinary Teaching Hospital<br>Stillwater, Oklahoma 74078 | Dr. Clary can testify to his role as an instructor for the Small Animal Surgery rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Small Animal Surgery rotation, and interactions |

6

| | | |
|---|---|---|
| | | and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. Additionally, Dr. Clary will testify as to his role on the PSC, his recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff. |
| 15. | Dr. Danielle Dugat<br>Boren Veterinary Medical Hospital<br>2065 W. Farm Road<br>Stillwater, OK 74075<br>Tel: (405) 744-9529 | Dr. Dugat can testify to her role as an instructor for the Small Animal Surgery rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Small Animal Surgery rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 16. | (First Name Unknown) Gross<br>Veterinary Intern | Dr. Gross can testify to his/her role as a veterinary intern at Oklahoma State University College of Veterinary Medicine during Plaintiff's rotation, his/her observations of Plaintiff during Plaintiff's clinical studies, his/her evaluations of Plaintiff during his rotations, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |
| 17. | Dr. Reed Holyoak<br>Professor<br>Veterinary Clinical Sciences<br>1 BVMTH<br>Stillwater, OK 74078<br>Tel: (405) 744-8475 | Dr. Holyoak can testify as to his/her role as an advisor for plaintiff at Oklahoma State University College of Veterinary Medicine during Plaintiff's clinical rotations. This includes interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. |

| 18. | Records custodians necessary to authenticate any challenged records | |
|---|---|---|
| 19. | All witnesses necessary for rebuttal testimony | |
| 20. | Plaintiff reserves the right to amend her final witness and exhibit list to call additional witnesses not identified and which may become known or relevant after Plaintiff's deposition | |
| 21. | Plaintiff reserves the right to amend its final witness and exhibit list to call additional witnesses not identified and which may become known or relevant after Defendant/ Plaintiff's Witnesses depositions | |
| 22. | Any additional witness identified as or determined (through the remainder of the discovery period) to be relevant and reliable regarding the claims and/or defenses | |
| 23. | All witnesses identified by Defendants to which Plaintiff does not object | |

DATED this 30th day of June, 2023.

Respectfully submitted,

**THE BACH LAW FIRM, LLC**

  /s/ Jason J. Bach
JASON J. BACH
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
    and
**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street

>Tulsa, Oklahoma 74136
>Telephone: (918) 492-4433
>Facsimile: (918) 492-6224
>Email: jack@lsh-law.com
>*Attorneys for Plaintiff Jonathan Rivera-Pierola*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

>Clinton W. Pratt
>Gaylan Towle II
>Board of Regents for the Oklahoma
>Agricultural and Mechanical Colleges
>5th Floor, Student Union Building
>Stillwater, OK 74078
>Clint.pratt@okstate.edu
>Gaylan.towle@okstate.edu
>Attorneys for Defendants Board of Regents and
>the State of Oklahoma *ex rel.* Oklahoma State University

>*/s/ Jason J. Bach*
>Jason J. Bach

9