IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA,

            *Plaintiff*,

v.

BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, INC.,

            *Defendants*.

Civil Action No.: 5:21-cv-00616-PRW

## PLAINTIFF'S FINAL EXHIBIT LIST

COMES NOW, Plaintiff, Jonathan Rivera-Pierola ("Plaintiff"), by undersigned counsel, and hereby offers the following list of exhibits to be used in the trial of this case:

### EXHIBITS-EXPECTED TO BE USED

| No. | Description | |
|---|---|---|
| 1. | VCS 7733 Small Animal Community Practice Syllabus, Revised: April 2019 | Plaintiff 001-007 |
| 2. | Handwritten letter from Dr. Gaby Verburgh Hoffmann on St. Matthew's University Stationary | Plaintiff 008 |
| 3. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7743 Small Animal Internal Medicine, Period: Rotation 07-Class of 2020, Dates of Activity: 09/09/2019 to 09/29/2019 | Plaintiff 009-011 |
| 4. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7933 Hospital Based Theriogenology, Practice, Period: Rotation 08-Class of 2020, Dates of Activity: 09/30/2019 to 10/20/2019 | Plaintiff 012 |

| | | |
|---|---|---|
| 5. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7723 Equine Medicine, Practice, Period: Rotation 09-Class of 2020, Dates of Activity: 10/21/2019 to 11/10/2019 | Plaintiff 013-014 |
| 6. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7783 Zoological Medicine Elective, Practice, Period: Rotation 10-Class of 2020, Dates of Activity: 11/11/2019 to 12/01/2019 | Plaintiff 015-017 |
| 7. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7703 Small Animal ICU/EMS, Practice, Period: Rotation 11-Class of 2020, Dates of Activity: 12/02/2020 to 12/22/2019 | Plaintiff 018-019 |
| 8. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7763 Food Animal Medicine, Practice, Period: Rotation 12-Class of 2020, Dates of Activity: 12/23/2020 to 01/20/2020 | Plaintiff 020-021 |
| 9. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7713 Radiology, Practice, Period: Rotation 13-Class of 2020, Dates of Activity: 01/21/2020 to 02/09/2020 | Plaintiff 022 |
| 10. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7733 Small Community Practice, Period: Rotation 14-Class of 2020, Dates of Activity: 02/10/2020 to 03/01/2020 | Plaintiff 023-024 |
| 11. | Plaintiff's Oklahoma State University Center for Veterinary Health Sciences, Evaluator: Grade Report Administrator-Final Grade Report, Activity: VCS 7753 Small Animal Surgery, Period: Rotation 15-Class of 2020, Dates of Activity: 03/02/2020 to 03/22/2020 | Plaintiff 025-027 |
| 12. | Community Practice "Expectations" | Plaintiff 028-029 |
| 13. | Community Practice Cases from 02/10/20 to 02/28/20 | Plaintiff 030-031 |
| 14. | Treatment Sheets done by 7:30 a.m. for Canine, Papa | Plaintiff 032-035 |

| 15. | Bloodwork report for Canine, Daphne | Plaintiff 036-037 |
|---|---|---|
| 16. | Pictures of UVIS, clinical program used for OSU, showing contact information for owner of Daphne, Tracy Kreiter, in system but no contact information for Jim who brough Daphne into the clinic | Plaintiff 038-039 |
| 17. | Email from Paul DeMars, DVM, DABVP K9/Fe, Community Practice, Oklahoma State Center for Veterinary Health Sciences to Plaintiff, dated: March 26, 2020 | Plaintiff 040 |
| 18. | Community Practice Rotation, Hospitalized Patient Responsibilities | Plaintiff 041 |
| 19. | Plaintiff's rebuttal to allegations and statements in Community Practice Evaluation 2-10-20 to 3-1-20 | Plaintiff 042-046 |
| 20. | VCS 7843 Revised Course Syllabus Covid-19 Outbreak Emergency Plan, Dated: March 20, 2020 | Plaintiff 047-050 |
| 21. | Letter from Margi Gilmour, DVM, DACVO, Associate Dean for Academic Affairs for Oklahoma State University College of Veterinary Medicine to Plaintiff, Dated: March 23, 2020 | Plaintiff 051 |
| 22. | Plaintiff's grade sheet for Anesthesia (last rotation before dismissal) 3-23-20 to 4-12-20 | Plaintiff 052-053 |
| 23. | Plaintiff's Appeal Letter to Dr. Carlos Risco, DVM, DACT, Dean of the College of Veterinary Medicine of Oklahoma State University, sent March 29, 2020 | Plaintiff 054-055 |
| 24. | Letter from Margi Gilmour, DVM, DACVO, Associate Dean for Academic Affairs for Oklahoma State University College of Veterinary Medicine to Plaintiff, Dated: April 6, 2020 | Plaintiff 056 |
| 25. | Emails between Professor Dr. Stefano Di Concetto and students of Anesthesia Rotation 16 including Plaintiff, Subject: Early Termination of Anesthesia Rotation, Dated: April 10, 2020 | Plaintiff 057-061 |
| 26. | Emails between Professor Dr. Stefano Di Concetto and Plaintiff, Subject: Anesthesia Rotation, Dated: April 20, 2020 | Plaintiff 062-063 |
| 27. | Letter from Margi Gilmour, DVM, DACVO, Associate Dean for Academic Affairs for Oklahoma State University College of Veterinary Medicine to Plaintiff, Dated: April 21, 2020 | Plaintiff 064 |
| 28. | Letter from Dr. Leslie A. Zebel, PhD, Psychologist to Whom it may concern, Dated: June 1, 2020 | Plaintiff 065-066 |
| 29. | St. Matthew's University School of Veterinary Medicine Student Handbook (Revised Spring 2013) | Plaintiff 067-103 |
| 30. | St. Matthew's University School of Veterinary Medicine Student Handbook (Revised Fall 2019) | Plaintiff 104-146 |

| 31. | Oklahoma State University College of Veterinary Medicine Student Handbook 2019-2020 | Plaintiff 147-188 |
|---|---|---|
| 32. | Plaintiff's Medical Records from Dr. Edward Zawadzki | Plaintiff 189-199 |
| 33. | Plaintiff's Medical Records from Dr. Leslie A. Zebel | Plaintiff 200-208 |
| 34. | Plaintiff's Invoices from St. Matthew's University (Fall 2019 to Summer 2020) | Plaintiff 209-214 |
| 35. | Plaintiff's Statements from St. Matthew's University (September 1, 2019, January 1, 2020 and May 1, 2020) | Plaintiff 215-217 |
| 36. | Plaintiff's Furniture Rental Agreement | Plaintiff 218-219 |
| 37. | Plaintiff's Internet Invoice from AT&T | Plaintiff 220-221 |
| 38. | Plaintiff's Apartment Rental Autopay Change Notification | Plaintiff 222-223 |
| 39. | Plaintiff's Receipt of Utility Payments to the City of Stillwater, Oklahoma | Plaintiff 224 |
| 40. | April 30, 2020, Audio recording between Plaintiff and Dr. Di Concetto | Plaintiff 225 |
| 41. | Plaintiff's invoices from St. Matthew's University (Spring 2017 to Summer 2019) | Plaintiff 226-234 |
| 42. | Plaintiff's Rental Agreement for Cayman Island apartment from November 1, 2017 to October 21, 2018 | Plaintiff 235-238 |
| 43. | Plaintiff's Rental Agreement for Cayman Island apartment from December 1, 2018 to August 30, 2019 | Plaintiff 239-242 |
| 44. | Bank statements showing rent payment of Plaintiff's Cayman Island Apartments | Plaintiff 243-282 |
| 45. | Bank statements showing deposits for living expenses | Plaintiff 283-295 |
| 46. | Plaintiff's Patient Receipts from Dr. Edward Zawadzki, of Lighthouse Health Group | Plaintiff 296-301 |
| 47. | All deposition transcripts | |
| 48. | Enlargements of any exhibits | |
| 49. | Demonstrative exhibits | |
| 50. | Rebuttal exhibits | |

| 51. | Any additional documents identified or determined (through the remainder of the discovery period) to be relevant and reliable regarding the claims and/or defenses | |
| --- | --- | --- |
| 52. | Defendant the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and Oklahoma State University's Response to Plaintiff's First Set of Interrogatories | |
| 53. | Defendant the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and Oklahoma State University's Response to Plaintiff's First Set of Requests for Production of Documents | |

DATED this 30th day of June, 2023.

        Respectfully submitted,

        **THE BACH LAW FIRM, LLC**

        */s/ Jason J. Bach*
        JASON J. BACH
        (Admitted *Pro Hac Vice*)
        7881 West Charleston Blvd., Suite 165
        Las Vegas, Nevada 89117
        Telephone: (702) 925-8787
        Facsimile: (702) 925-8788
        Email: jbach@bachlawfirm.com
                and
        **LEVINSON, SMITH & HUFFMAN, PC**
        R. JACK FREEMAN, OBA #3128
        1861 East 71st Street
        Tulsa, Oklahoma 74136
        Telephone: (918) 492-4433
        Facsimile: (918) 492-6224
        Email: jack@lsh-law.com
        *Attorneys for Plaintiff Jonathan Rivera-Pierola*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

>Clinton W. Pratt
>Gaylan Towle II
>Board of Regents for the Oklahoma
>Agricultural and Mechanical Colleges
>5th Floor, Student Union Building
>Stillwater, OK 74078
>Clint.pratt@okstate.edu
>Gaylan.towle@okstate.edu
>Attorneys for Defendants Board of Regents and
>the State of Oklahoma *ex rel.* Oklahoma State University

                                          */s/ Jason J. Bach*
                                          Jason J. Bach