IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, INC.,<br><br>*Defendants*. | Civil Action No.: 5:21-cv-00616-PRW |

## PLAINTIFF'S FINAL EXPERT WITNESS LIST

COMES NOW, Plaintiff, Jonathan Rivera-Pierola ("Plaintiff"), hereby offers the following list of expert witness(es) to be used in the trial of this case:

    Nik Volkov, Ph.D., CVA, MAFF
    3435 River Ferry Dr.
    Johns Creek, GA 30022
    Telephone: (470) 231-9989
    Email: nv@econloss.com

Dr. Volkov can testify as to Plaintiff's damages and amounts of Plaintiff's damages.

DATED this 30th day of June, 2023.

                                                Respectfully submitted,

                                                **THE BACH LAW FIRM, LLC**

                                                */s/ Jason J. Bach*
                                                JASON J. BACH
                                                (Admitted *Pro Hac Vice*)

7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
and
**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street
Tulsa, Oklahoma 74136
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
Email: jack@lsh-law.com
*Attorneys for Plaintiff Jonathan Rivera-Pierola*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Clinton W. Pratt
Gaylan Towle II
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Stillwater, OK 74078
Clint.pratt@okstate.edu
Gaylan.towle@okstate.edu
Attorneys for Defendants Board of Regents and
the State of Oklahoma *ex rel.* Oklahoma State University

  */s/ Jason J. Bach*
Jason J. Bach