## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY, INC.,<br><br>*Defendants*. | Civil Action No.: 5:21-cv-00616-PRW |

### JOINT MOTION FOR EXTENSION OF CURRENT DISCOVERY AND TRIAL DOCKET DEADLINES

COME NOW the Parties, Plaintiff, Jonathan Rivera-Pierola ("Plaintiff"), and Defendants, the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges ("Board of Regents") and the State of Oklahoma *ex rel*. Oklahoma State University ("Defendants," and together with Plaintiff, collectively, the "Parties"), pursuant to LCvR 7.1(h), hereby respectfully and jointly request an extension of the current discovery and trial docket deadlines. In support of this Motion, the Parties show the Court as follows:

1. On March 10, 2023, Plaintiff filed an Unopposed Motion for Extension of Current Discovery and Trial Docket Deadlines [Docket No. 32].

2. On March 13, 2023, this Court entered an Order resetting this case on the Court's September 2023 Trial Docket and extended all unexpired deadlines. [Docket No. 33].

1

3. This is the second request to extend the deadlines in this case.

4. On June 29, 2023, Defendants filed their Motion for Summary Judgment and Supporting Brief [Docket No. 34]. Plaintiff's response is currently due by July 20, 2023, however, Plaintiff is concurrently filing an Unopposed Motion for Extension of Time to File his Response in Opposition to Defendants' Motion for Summary Judgment, in which he is requesting a one-week extension to July 27, 2023, to file his response.

5. The Parties have been diligently conducting discovery and continue to conduct discovery, including the exchange of their Rule 26(a) disclosures, Rule 26(a) supplemental disclosures, responses to written discovery and several depositions. Plaintiff also intends to take the depositions of two witnesses, consisting of Oklahoma State University employees, which will take place on July 13, 2023, and July 17, 2023.

6. Plaintiff served a copy of their Disclosure of Retained Expert Witness Pursuant to Federal Rules of Civil Procedure 26(a)(2)), which attached a copy of their expert report, to Defendants on June 30, 2023. Defendants are requesting additional time to review Plaintiff's expert witness report and to prepare their rebuttal expert report.

7. The Parties will also require additional time to depose Plaintiff's expert witness and any rebuttal expert of Defendants.

8. The Parties agree that extending the deadlines would be in the best interest of all parties, and such an extension would not be for the purpose of delay.

9. The Parties are asking for a trial date to be set in November or later due a pending conflict for the Parties in October.

10. Should the Court grant the extension, the current discovery and trial docket deadlines would be adjusted as follows:

| FILINGS | CURRENT DEADLINES | PROPOSED DEADLINES |
|---|---|---|
| Defendant to file objections to the Plaintiff's final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B) | July 13, 2023 | August 03, 2023 |
| Defendant to file a final list of expert witness(es) in chief and submit expert reports to Plaintiff | July 10, 2023 | July 31, 2023 |
| Defendant to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | July 10, 2023 | July 31, 2023 |
| Defendant to file final exhibit list | July 10, 2023 | July 31, 2023 |
| Plaintiff to file objections to the Defendants' final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B) | July 24, 2023 | August 14, 2023 |
| Discovery to be completed | July 31, 2023 | August 21, 2023 |
| Daubert motions to be filed | July 31, 2023 | August 21, 2023 |
| Jury Trial | September 2023 | November 2023 |
| Designations of deposition testimony to be used at trial | August 23, 2023 | October 23, 2023 |
| Objections and counter-designations to be filed. Objections to counter-designations to be filed within seven (7) days thereafter | August 30, 2023 | October 30, 2023 |
| Motions in limine | August 23, 2023 | October 23, 2023 |
| Requested voir dire | August 23, 2023 | October 23, 2023 |
| Requested jury instructions | August 23, 2023 | October 23, 2023 |
| Proposed findings and conclusions of law | August 23, 2023 | October 23, 2023 |
| Trial briefs (optional unless otherwise ordered) | August 23, 2023 | October 23, 2023 |
| Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report | August 23, 2023 | October 23, 2023 |

WHEREFORE for the above stated reasons, the Parties respectfully request an extension of the current discovery and trial docket deadlines as propounded above. In accordance with Local Rule 7.1(h), a proposed order is being contemporaneously submitted with this Motion.

Submitted this 6th day of July, 2023.

                                          Respectfully submitted,

                                          */s/ Jason J. Bach*
Jason J. Bach
**THE BACH LAW FIRM, LLC**
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
            and
**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street
Tulsa, Oklahoma 74136
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
Email: jack@lsh-law.com
*Attorneys for Plaintiff Jonathan Rivera-Pierola*

                                          */s/ Clinton W. Pratt*
Clinton W. Pratt
Gaylan Towle II
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Stillwater, OK 74078
clint.pratt@okstate.edu
gaylan.towle@okstate.edu
*Attorneys for Defendants Board of Regents and the State of Oklahoma ex rel. Oklahoma State University*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Clinton W. Pratt
Gaylan Towle II
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Stillwater, OK 74078
clint.pratt@okstate.edu
gaylan.towle@okstate.edu
*Attorneys for Defendants Board of Regents and*
*the State of Oklahoma ex rel. Oklahoma State University*

      /s/ Jason J. Bach
      Jason J. Bach