IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**SEPTEMBER 2023 CIVIL TRIAL DOCKET**
for
Judge Patrick R. Wyrick

**Tuesday, September 12, 2023**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for **Docket Call at 1:30 p.m. on Wednesday, September 6, 2023** regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

---

## **JURY DOCKET**

| | | |
|---|---|---|
| CIV-21-510-PRW | Starr Indemnity & Liability Company | Brock Bowers<br>Katie McCune<br>Geffrey Anderson<br>Shannon Dugan |
| | v. | |
| | Pacific Air Holdings, LLC, et al. | Joshua Burns<br>Paige Masters<br>Sally Griffin |

---

| | | |
|---|---|---|
| CIV-21-616-PRW | Jonathan Rivera-Pierola | R. Jack Freeman<br>Jason Bach |
| | v. | |
| | Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, et al. | Clinton Pratt<br>Gaylan Towle |

| | | |
|---|---|---|
| CIV-22-714-PRW | David Price and Robyn Price | Daniel Smolen<br>Ryan Harper |
| | v. | |
| | CSAA General Insurance Company | Don Danz<br>Maurice Woods |

---

## **NON-JURY DOCKET**

| | | |
|---|---|---|
| CIV-22-744-PRW | Chapel Steel Corp. | Michael Duncan<br>Todd court |
| | v. | |
| | CNC Metal Shape Construction LLC | D. Todd Riddles<br>Tyler Coble |