IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BOARD OF REGENTS FOR THE  )<br>OKLAHOMA AGRICULTURAL AND  )<br>MECHANICAL COLLEGES, STATE OF  )<br>OKLAHOMA *ex rel.* OKLAHOMA  )<br>STATE UNIVERSITY, and ST.  )<br>MATTHEWS UNIVERSITY, INC.,  )<br>  )<br>       Defendants.  ) | Case No. CIV-21-00616-PRW |

**ORDER**

Before the Court is the parties' Joint Motion for Extension of Current Discovery and Trial Docket Deadlines (Dkt. 39). Upon review, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 39), **STRIKES** the case from the Court's September 2023 Trial Docket, **RESETS** the case on the Court's November 2023 Trial Docket, and **EXTENDS** all unexpired deadlines as follows:

| FILINGS | DEADLINES |
|---|---|
| Defendant to file objections to the Plaintiff's final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B) | August 03, 2023 |
| Defendant to file a final list of expert witness(es) in chief and submit expert reports to Plaintiff | July 31, 2023 |
| Defendant to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed | July 31, 2023 |
| Defendant to file final exhibit list | July 31, 2023 |
| Plaintiff to file objections to the Defendants' final exhibit list, under Fed.R.Civ.P. 26(a)(3)(B) | August 14, 2023 |
| Discovery to be completed | August 21, 2023 |

1

| | |
|---|---|
| Daubert motions to be filed | August 21, 2023 |
| Trial Docket | November 2023 |
| Designations of deposition testimony to be used at trial | October 23, 2023 |
| Objections and counter-designations to be filed. Objections to counter-designations to be filed within seven (7) days thereafter | October 30, 2023 |
| Motions in limine | October 23, 2023 |
| Requested voir dire | October 23, 2023 |
| Requested jury instructions | October 23, 2023 |
| Proposed findings and conclusions of law | October 23, 2023 |
| Trial briefs (optional unless otherwise ordered) | October 23, 2023 |
| Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report | October 23, 2023 |

**IT IS SO ORDERED** this 10th day of July 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE