# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES, STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY, and ST. MATTHEWS UNIVERSITY, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. CIV-21-00616-PRW

## ORDER

Before the Court is Plaintiff's unopposed motion (Dkt. 38) for an extension of time to respond to Defendants' motion for summary judgment (Dkt. 34), seeking a one-week extension until July 27, 2023. Plaintiff's counsel advises the Court that Defendants do not oppose the requested extension of time and that the extension will not affect other deadlines in the case. Upon review, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 38). Accordingly, Plaintiff shall file his response on or before July 27, 2023.

**IT IS SO ORDERED** this 11th day of July 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE