Meeting with Jonathan Rivera-Pierola 3-11-20 part b 3:15-5:00 pm

See scanned notes.

After listening to Jonathan's review of the rotation, I explained that a grade appeal is solely based on if the syllabus is followed and applied equally to all students with respect to expectations and grading. Similar concerns were noted by both clinicians and the grading policy was followed as described.

We discussed the case of not having treatments done by 7:30 am. Jonathan presented a UVIS screenshot where the TPR was entered at 7:30, and several documents he said were from the CP Packet that showed a discrepancy in times for ICU treatments to be done. (All scanned as part c). Because this one case was a relatively minor concern with respect to the largest issues of inadequate knowledge and overconfidence and/or not communicating his level of comfort with cases, even if this case was not included, he still would not have passed the rotation.

I did ask if he would like to address the PSC since there is the possibility of being dismissed from the program. He does. I discussed strategy for approaching that meeting – i.e. address the clinician's concerns and how he plans to meet expectations should he be given the opportunity to repeat the rotation. Stay very focused and positive.

Also discussed ways of demonstrating engagement on a rotation as he describes himself as "laid back" which he feels is interpreted as not caring/not engaged.

**Exhibit 1**

Board00296

# MEETING W/ JONATHAN RIVERA-PIEROLA 3-11-20

per Jon

<u>Appeal</u>                                                           — Maggie — ~~told her~~
- good caseload — <sup>wellness</sup> primary + sick + derm          <u>he was not confident</u>
- talked about Daphne case (osteoarthritis)
- met at midblock — he wanted to be more
            independent / they felt more <u>dependent</u>
- midblock — Daphne + spay discussed (Syp)  } talk over w/ them more on cases
            — no concerns w/ DeMars
= Dr. Syp left, ++ Dr. DeMars, → went to t.t. Dr. Orcoba    Thurs 10-11:00am  says he was "very calm"
        "stormed out"
- DeMars - "cash" case
- <u>Para</u> = day emerg. case: came in @ 7:10am
      7:30/7:15 discrep.    ⟩
      TPR entered @ 7:30 on screenshot of UVIS

- Ember
- Did not tell him why he was sent home; "you are done
      for the day"    Later Dr. Demars emailed him ...
      clarified he was to return Fri for clinics. Day he had
      Ember!  Did not do full exam — admits.
- Felt "mistreated" by Heather; very harsh.
   Felt that all started w/ Daphne ... things downhill.
   Some "lingering feeling"  "people not respecting"
   does not understand "overconfidence"    ↳ faculty, staff
   miscommunication = big problem

Board00297