# SMALL ANIMAL INTERNAL MEDICINE ROTATION VCS 7743





**Andrew Hanzlicek, DVM, MS, DACVIM (SAIM)**

**Shane Lyon, DVM, MS, DACVIM (SAIM)**

**Laura Nafe, DVM, MS, DACVIM (SAIM)**

**Exhibit 4**

Board00096

# CONTENTS

BASIC COURSE INFORMATION ........................................................................................... 4

ADDITIONAL COURSE INFORMATION ............................................................................... 5

    REFERENCE MATERIALS ............................................................................................ 5

    SPECIAL EQUIPMENT .................................................................................................. 5

    APPROPRIATE ATTIRE ................................................................................................ 5

    GRADING ...................................................................................................................... 5

ROTATION ORGANIZATION AND FUNCTION: ................................................................. 6

    STUDENT TEACHING ROUNDS .................................................................................. 6

    RECEIVING APPOINTMENTS ...................................................................................... 6

    CHRONOLOGY OF TYPICAL APPOINTMENT ........................................................... 6

    INITIATING DIAGNOSTICS AND TREATMENTS ....................................................... 7

    PATIENT HOUSING AND CARE .................................................................................. 7

    MEDICAL RECORDS .................................................................................................... 7

    CLIENT COMMUNICATION AND VISITATION ......................................................... 8

    PATIENT DISCHARGE .................................................................................................. 8

    EMERGENCY SERVICE CASE TRANSFERS ................................................................ 8

    AFTER HOURS ER DUTY ............................................................................................. 9

    LUNCH ........................................................................................................................... 9

UNIVERSITY/COLLEGE INFORMATION & SELECT POLICIES ......................................... 9

    POLICY ON ATTENDANCE .......................................................................................... 9

    GENERAL EXPECTATIONS FOR STUDENTS .............................................................. 9

    ACADEMIC INTEGRITY ............................................................................................. 10

    SPECIAL ACCOMMODATIONS FOR STUDENTS ...................................................... 10

    OFFICE OF EQUAL OPPORTUNITY .......................................................................... 10

APPENDIX A. GRADING SCALE ........................................................................................ 12

APPENDIX B. GENERAL GUIDELINES .............................................................................. 14

APPENDIX C. BIOHAZARD WASTE DISPOSAL GUIDELINES .......................................... 15

SHARPS .............................................................................................................................. 15

    DEFINITION/GUIDELINES ........................................................................................ 15

    SAFE HANDLING OF SHARPS .................................................................................. 15

    UTILIZATION OF APPROVED SHARPS CONTAINERS ............................................. 15

    DISPOSAL OF SHARPS CONTAINERS ...................................................................... 15

MEDICAL WASTE DISPOSAL ............................................................................................ 15

    DEFINITIONS/GUIDELINES ...................................................................................... 15

    OTHER ANIMAL BLOOD/FLUID SOILED ITEMS .................................................... 16

LABORATORY WASTE DISPOSAL................................................................................................16

CYTOTOXIC AGENTS& CHEMOTHERAPY-RELATED WASTE DISPOSAL................................16

BIOHAZARD BOXES.................................................................................................................16

APPENDIX D. MEDICAL RECORDS SOAP WRITING ....................................................................18

SOAP EXAMPLE............................................................................................................................18

This syllabus is not universally comprehensive and does not contain information for every possible situation. For information not found herein, please refer to the CVHS Student Handbook available on the CVHS Intranet.

# BASIC COURSE INFORMATION

| | |
|---|---|
| **Course Prefix:** | VCS |
| **Course Number:** | 7743 |
| **Title:** | Small Animal Internal Medicine Clinic |
| **Abbreviated Title:** | SAMC |
| **Catalog Description:** | Prerequisite: fourth-year standing in the Center for Veterinary Health Sciences. Diagnosis, treatment, and prevention of companion animal medical diseases. |
| **Number of Course Credits:** | 3 |
| **Number of Student Contact Periods:** | 3 week rotation |
| **Specific course fees:** | None |
| **Instructor of Record for Course:**<br>**Office:**<br>**Phone Number:**<br>**FAX Number:**<br>**E-Mail Address:** | Shane D. Lyon, DVM, MS, DACVIM (SAIM)<br>Academic Center, 302<br>(405) 744-7000<br>(405) 744-6265<br>shane.lyon@okstate.edu |
| **Other Instructors:** | Dr. Andrew Hanzlicek, DVM, MS, DACVIM (SAIM)<br>andrew.hanzlicek@okstate.edu<br>Dr. Laura Nafe, DVM, MS, DACVIM (SAIM)<br>nafe@okstate.edu |
| **Listing of Instructional Content:** | All 3 week rotations will provide a clinical, comprehensive, and in-depth learning experience from patients with significant and often multiple medical problems. Instruction and guidance will be provided by "Instructor of Record", other instructors listed for the course, and house officers. |
| **Schedule of Class Meetings:** | All rotations will take place in the Veterinary Medical Teaching Hospital. Meeting times will be Monday - Friday, 7 am - 5 pm, plus appropriate afterhours and weekend duty assignments. |

# ADDITIONAL COURSE INFORMATION

## REFERENCE MATERIALS

References required include those recommended previously for participation in first, second, and third year courses in the Center of Veterinary Health Sciences. Additional material can be found on the course Moodle page.

## SPECIAL EQUIPMENT

Approved nametag, penlight, bandage scissors, hemostat, stethoscope, thermometer, leash, and black ballpoint pen.

## APPROPRIATE ATTIRE

Students should be clean, professional, and neatly attired at all times, including weekend assigned duties. Clothes should not be notably worn or torn and should not be distracting. This includes no offensive slogans or logos. Open-toed shoes or sandals are not allowed. Dresses and skirts should be at least long enough to cover the knee when standing. Shirts should cover the chest even when bending over. Sleeveless shirts should be tasteful and professional. Pants, including scrub bottoms, should cover the hips and the intergluteal cleft, even when bending over. Jeans are not allowed. Shorts worn in the hospital, after hours or on the weekend, should cover the gluteal sulcus. Large tattoos should be covered, and facial jewelry should not be excessive or create safety issues when working with animals (e.g., large hoops that may be caught on an animal's toe nail). The dress code will be strictly enforced. Violation of the dress code may result in a student being sent home to change attire and a lower grade or failure of the course.

## GRADING

All students are expected to act in a professional manner and treat patients humanely. Attendance and appropriate attire are mandatory, and a student's rotation grade will be adversely affected if deficiencies exist in either of these areas. Active participation in rounds and other clinic-related activities is expected. Clinical duties are to be performed in a timely manner, including after-hours assignments such as emergency, transfer, and isolation duties. Failure to perform after-hours duty assignments such as emergency, transfer, or isolation duty may result in a drop of at least one letter grade and may result in a failing grade for the rotation. All of the above factors will be considered in evaluation of clinical performance and subsequent rotation grade.

Students judged to be deficient in clinical performance will be notified as soon as the deficiency is apparent. Failure to improve where stated deficiencies exist may result in a failing grade for the rotation. In certain situations, when a serious deficiency occurs late in the rotation there may not be ample time to correct the deficiency. In this case a failing grade may be assigned without prior notice.

The rotation grade will be determined by senior clinicians and house officers with input from staff members. A maximum of 100 points per rotation is possible. Evaluation of clinical performance is divided into 7 categories each worth 14 points. See Grading Rubric located in Appendix A.

*In order to pass the rotation a student must attain an overall score of ≥70. See Appendix A.*

The grading scale is as follows:
A = 90 – 100
B = 80 – 89.9
C = 70 – 79.9
D = 60 – 69.9
F = <60

# ROTATION ORGANIZATION AND FUNCTION:

## STUDENT TEACHING ROUNDS

Morning rounds are held in the SAIM Conference/Rounds Room at 7:30A (please arrive on time), Monday through Thursday. Grand Rounds are held on Fridays. When seminars, such as house officer presentations, are presented SAIM students will usually be directed to attend the seminar in place of student teaching rounds. Afternoon rounds will be at the clinicians' discretion as time allows. If you are asked to present a case, always present in a systematic order (signalment, pertinent history, physical exam findings, problem list, differential diagnoses, treatment and diagnostic plan and results).

## RECEIVING APPOINTMENTS

In general, students will be responsible for receiving new cases and receiving transfers from the ER service. A sign-up sheet for ER transfer responsibilities will be disseminated on the first day of the rotation. This sheet should be completed in a timely manner. Please sign up for appointments in UVIS. Check the computer daily for schedule changes. If you do not sign up for appointments, appointments will be assigned to you.

If the patient has a case number, the patient has been to VMTH before. Review the previous record prior to the appointment. The record will be available at the front desk by 2-3 pm the day prior to the appointment. If the file is needed sooner, it can be checked out of medical records. Much of the medical record can be reviewed through UVIS.

## CHRONOLOGY OF TYPICAL APPOINTMENT

- Receptionists will page you overhead, once patient arrives.
- Introduce yourself to the pet-owner, explain that you are a senior veterinary student, and acknowledge his/her pet.
- **If the patient is fractious, ask for assistance from a nurse or notify the clinician.**
- **If you feel that the patient clinically unstable, please notify one of the clinicians immediately.**
- Escort the pet-owner and patient to the weight scale (if dog) and record the weight in kilograms in the record. Cats may be weighed in the treatment room after admittance.
- If the pet-owner brings a large amount of medical records, do not attempt to review all of it in the exam room. It can be reviewed thoroughly after the patient is admitted.
- Focus on obtaining a thorough history and physical examination and legibly record your findings on the appropriate forms or in UVIS as appropriate.
- After obtaining the history and physical exam, excuse yourself from the exam room and inform the pet-owner that you will discuss your findings with the clinician and develop a plan for their pet. **Leave the patient in the exam room.**
- **Never allow the pet-owner to leave before speaking with the clinician unless specifically instructed otherwise.**
- Write your problem list and a list of differential diagnoses for each problem in the record. Formulate a plan for each problem and record it in the record.
- Be ready to present the case to the clinician within 30 minutes of escorting pet-owner to the exam room.
- Present your case to the clinician.
- Start with the signalment. Provide a complete, organized history. List your physical exam findings. Give your problem list, differential diagnoses, and diagnostic and treatment plan.
- The clinician will fill out an estimate form.
- Return to the exam room together and present the plan and estimate to the pet-owner.
- Confirm contact phone numbers for the pet-owner.
- For dogs, place a slip lead around the neck and remove patient's collar/leash and return to petowner. Avoid keeping any personal items (such as blankets). For cats, keep in cat carrier. Retain

all medications and medical record including radiographs. Once in the SAIM treatment area, place a labelled name band around the patient's neck.

- The clinician will escort the pet-owner back to reception area with the estimate form.

*INITIATING DIAGNOSTICS AND TREATMENTS*

Start initiating the plan for your patient. Request help from a nurse for obtaining blood and urine samples and submitting requests for sample analysis and imaging studies. If the patient has had blood work performed by Antech within 30 days there may be a specific code for recheck bloodwork. Ask a nurse for help with sample submission if necessary. Request forms for anesthesia require the attending clinician's signature. Anesthesia request forms must be turned in before 3:00 pm the day before the procedure. It is your job to make sure that all forms and samples for your patient get submitted. If samples are to be submitted to an outside lab, ask a nurse for help with the submission. Enter all necessary information in the electronic UVIS record.

*PATIENT HOUSING AND CARE*

*Wards-* Cages and runs for canine patients are located in the C Ward. The Cat Ward is on the south side of B Ward. Fill out a cage card and place on the cage or run. Put a 'No Food' sign or 'SWF' (student will feed) sign on the cage, if appropriate. Write the patient's name, your name, the clinician's name, and the feeding directions on the chalkboard with the corresponding cage. Place medications in the plastic bins in the ward with a patient sticker. Put the patient's record in the ward in the appropriate record slot according to cage number. You are responsible for administering all medications. You are responsible for walking the patient outside at least three times a day, if appropriate. Document urination/defection as an addendum and notify the clinician of any abnormalities are noted.

*ICU-* Patients that are admitted into the ICU must have an ICU flow sheet completed at the time of entry. Weigh the patient on the ICU scale and record the weight on the ICU form. The clinician must sign the ICU sheet. A new ICU sheet must be completed before 7:30A each morning. Keep up with medications that need to be refilled while the patient is hospitalized. Pharmacy prescriptions should be entered into UVIS and approved by the attending clinician. The pharmacy closes at 5:00P. The pharmacy is closed over the weekend, so be sure to order medications in advance. You are responsible for walking your patient outside at least three times per day, if appropriate. Patients on fluids may need to be walked more frequently. If you are unsure about how frequently your patients should be walked, please discuss with the clinician assigned to the case. Document urination/defection on the ICU sheet and notify the clinician of any abnormalities.

Be proactive in the management of your cases**.** Watch for bloodwork results as they become available (Inhouse tests are usually available in 1-2 hours). Results can be obtained from Antech at antechonline.com [Account #: 41724; Zip code: 74078; User Name: VTH; Password: VTHLabs2005]. Review the lab work and then discuss the results with the clinician. Be prepared to interpret the results and make treatment and/or diagnostic recommendations. File the lab work results in the patient's record.

A complete physical examination must be performed on each patient each morning. Record the findings in your SOAP and use them to tailor your daily plan for the patient. All changes to a patient's plan must be approved by the clinician.

Try to be present for all of the procedures performed on your patients. If you have a scheduling conflict between two patients, communicate this to the respective clinicians to determine where you should be during those procedures.

*MEDICAL RECORDS*

You are responsible for filling out history, physical exam, and client communication, and writing progress reports (SOAPs) in UVIS. Each patient must have one daily SOAP. SOAPs are to be completed and in the record by 7:30A and should be dated the morning of the TPR and physical examination. The SOAP should

reflect the previous day. Additional information such as laboratory and imaging study results can be added as an addendum. Corrections on paper should be made by drawing a single line through the incorrect entry. Never use white-out or pencil for medical records. See Appendix D.

## CLIENT COMMUNICATION AND VISITATION

You should update the pet-owner(s) at least daily for hospitalized patients. All phone calls and visits should be documented in detail on the client communication log in UVIS. This should be completed as soon as possible after the conversation. If you are unable to reach the pet-owner, document your attempt in the communication log. Review the information you plan to provide the pet-owner with the clinician before each call. The clinician will also contact the pet-owner as needed. All patients discharged from the hospital should receive a follow-up call the next day. Rarely, this may not be appropriate, so ask the clinician whether you should call if you are unsure. Document this call in the communication log. If the pet-owner notifies you of a problem or concern, discuss this with the appropriate clinician as soon as possible.

You should be present when the pet-owner(s) visit their hospitalized pet. Check with the clinician concerning ideal visitation times. ICU visitations are limited to 10 minutes, 2 times per day.

## PATIENT DISCHARGE

Discharge times should be arranged with the clinician and pet-owner. Every patient requires UVIS discharge orders/case summary instructions. Write the discharge orders the night before when possible to allow time for editing before the patient goes home. Many outpatient discharge instructions are emailed to the pet-owner later the same day or the following day. Discharge instructions should be written in an understandable format for the pet-owner. There will be slight differences in clinicians' preferences for the format of discharge instructions, but in general they should include:

- Diagnosis
- Physical exam findings
- Diagnostic tests and pertinent results
- Assessment of clinical information
- Medications (and common adverse effects) to be administered at home
- Signs to watch for and when to call OSU or pDVM
- Recheck schedule
- Any other information that you think is important for the pet-owner or pDVM

Print out two copies of the discharge instructions. One copy is for the pet-owner and one copy is for the record (this copy will be faxed or emailed to the pDVM). Enter prescription requests for medications that will be dispensed. Prepare your patient for discharge (walk, brush or bathe if necessary, ensure IV catheter is removed, and remove pressure wrap). When the pet-owner arrives to pick up his/her pet, escort him/her to a clean exam room. Review the discharge instructions in detail. Give the pet-owner any medications dispensed and review medication instructions and when the next doses are due. Inform the clinician when you have completed this. **Do not discharge a patient without the clinician speaking to the pet-owner, unless the clinician instructs you to do otherwise.** Be sure to return all of the patient's belongings (medications, blankets, etc.). Once you are done with the medical record place it in one of several baskets to be returned to medical records.

## EMERGENCY SERVICE CASE TRANSFERS

A sign-up sheet for ER transfer duty will be distributed the first day of each rotation. All students are expected to participate in this duty. When on ER transfer duty be present in ICU by 7:15A. The ER clinician and SAIM clinicians will round on each transfer case. If you already have in-house patients you will need to have tasks completed for those patients before taking transfers at 7:15A. For weekend and holiday transfer duties ask the clinician what time you are expected in ICU. This is generally between 7:30A and 8:00A.

*AFTER HOURS ER DUTY*

A portion of the student responsibilities while on SAIM will be to participate in after-hours ER duty. This schedule is completed by the VCS Departmental Office. The student assigned to ER duty will be released from the SAIM service at 4:00P, when permitting, to allow the student an opportunity to attend to personal matters (e.g. eat dinner, care for family and pets, etc.).  It is the responsibility of the student to inform the senior faculty on service that he/she is on ER duty, ideally the morning of their shift, so that arrangements can be made to allow them to leave at 4:00P the day of their ER shift.

The ER shift begins at 5:00P and the assigned student will be released from this duty by the after-hours ER doctor as dictated by caseload. Students who fail to present for ER duty are subject to a lowering of letter grade, which may result in failure of the rotation. Students who are assigned to the overnight ER shift must inform the senior clinician the following morning as to what time their shift was completed. The student may be sent home the day following an ER shift based on the length of their shift at the discretion of the senior clinician.

*LUNCH*

A one hour lunch may be possible pending the clinical schedule. Check with the clinicians prior to leaving for lunch. If the schedule is very busy, let the clinician know if you have not had time to have lunch. NOTE: There are many places in the hospital where food is not permitted. Food is permitted in the SAIM Rounds/Conference room. Food preparation in this area is restricted to microwave or Crock-Pot (slow cooker) type devices. No open flames or hot plates of any kind are permitted.

# UNIVERSITY/COLLEGE INFORMATION & SELECT POLICIES

The syllabus is not universally comprehensive and cannot contain information for every possible situation. For information not found herein, please refer to the CVHS student handbook available on the CVHS intranet.

*POLICY ON ATTENDANCE*

Attendance is expected and all clinic assignments must be completed. Points lost through lack of participation will result in a lower grade, which may be as severe as failure of the course. An "Excused Absence" request must be appropriately filled out prior to any anticipated absence. Failure to do so is grounds for failure of the rotation. When unexcused absences occur (illness or family emergency), a senior clinician on the rotation and the Department Head Office should be notified as soon as possible. An Excused Absence Form must be completed and submitted to the Department Head Office for all absences either prior to the absence if scheduled, or upon your return if unscheduled. Absences (excused or unexcused) longer than two days from any rotation will require the student to make up the excess time. The student will receive an incomplete grade until the make-up day(s) is/are completed. The student is responsible for arranging any necessary make-up days. Each make-up day will consist of a 24-hour period, commencing at 8:00A on one day and ending at 8:00A on the following day. Make-up days must be completed on a regular clinic workday, i.e., Monday through Friday and cannot be made up while you are assigned to a different rotation. The student must make arrangements to cover any after-hours duty assignments and patient care for assigned patients during the period of excused absence regardless of the length of absence. Failure to do so will result in a lower grade, which may be as severe as failure of the course.

*GENERAL EXPECTATIONS FOR STUDENTS*

By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission. **The Student Rights and Responsibilities Governing Student Behavior** document explains the standards of behavior expected of you, processes in place for enforcing the rules, and the University's response to violations *http://studentconduct.okstate.edu/*

In general, the University expects you to respect the rights of others and authorities, represent yourself truthfully and accurately at all times, respect private and public property, and take responsibility for your own actions and the actions of your guests. Call 405-744-5470 for more information.

*ACADEMIC INTEGRITY*

Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members. This level of ethical behavior and integrity will be maintained in this course. Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result in your being sanctioned. Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University. You have the right to appeal the charge. Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (https://academicaffairs.okstate.edu/).

Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Power-point slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

*SPECIAL ACCOMMODATIONS FOR STUDENTS*

According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from the Office of SDS. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations.

*OFFICE OF EQUAL OPPORTUNITY*

(408 Whitehurst | 405-744-9153)

OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status. OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination. OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405744-9153) or Deputy Title IX Coordinator (405-744-5470). Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-744-5472) or the University's Victim Advocate (Suzanne Burks: 405-744-5458). For more information regarding Title IX violations, go to: *https://1is2many.okstate.edu/*.

For more information concerning academic affairs, including important dates and where to go for help, please go to https://academicaffairs.okstate.edu/content/resources-students, and download the appropriate syllabus attachment.

Board00106

# APPENDIX A. GRADING SCALE

## SAIM Rotation Grading Rubric

| | Exceeds Expectations (14 Points) | Meets Expectations (12 Points) | Below Expectations (9 Points) | Grounds for Failure (7 Points) |
|---|---|---|---|---|
| **Communication** | Communications and rapport with clients, staff, and clinicians are exceptional. Follow-up regarding patients is exceptional. | Communications with clients, staff, and clinicians are accurate and timely. Follow-up regarding patients is obtained without prompting. | Communications with clients, staff, and clinicians are occasionally late and/or inaccurate. Follow-up regarding patients is late or requires prompting. | Communications with clients, staff, and clinicians are frequently late and/or inaccurate. Follow-up regarding patients is often late or not completed after prompting. |
| **Knowledge & Knowledge Application** | Displays foundational knowledge in all areas and applies this knowledge on clinical cases. Demonstrates outside reading/research on all clinical cases to improve knowledge of disease mechanism, diagnostic testing, and treatment. | Displays foundational knowledge in most areas and applies this knowledge on clinical cases. Demonstrates outside reading/research on some clinical cases to improve knowledge of disease mechanism, diagnostic testing, and/or treatment | Limited foundational knowledge in some areas but satisfactory in others. Demonstrates outside reading/research occasionally on clinical cases to improve knowledge of disease mechanism, diagnostic testing, or treatment. | Limited foundational knowledge in most areas. Fails to demonstrate outside reading/research on clinical cases to further improve knowledge of disease mechanism, diagnostic testing, or treatment. |
| **Patient Assessment** | Obtains and assesses diagnostic test results independently. Correctly identifies and assesses all of the patient's problems. Appropriate diagnostic and/or therapeutic plans are routinely suggested. Assessment of patients is timely and thorough. | Obtains and assesses diagnostic test results independently. Correctly identifies and assesses most of the patient's problems. Appropriate diagnostic and/or therapeutic plans are usually suggested. Assessment of patients is timely and adequate. | Obtains and/or assesses diagnostic test results with prompting. Correctly identifies and assesses some of the patient's problems, with some inaccuracies. Appropriate diagnostic and/or therapeutic plans are sometimes suggested, but commonly require modification by the clinician. Assessment of patients is occasionally incomplete or late. | Fails to obtain or assess diagnostic test results, even with prompting. Commonly fails to identify or inaccurately assesses patient's problems. Assessment of the patient is frequently late, incomplete, or not performed. |
| **Professional Conduct** | Performs clerkship duties promptly and volunteers to assist in additional areas. General appearance is well groomed and in alignment with standards outlined in the course syllabus. Displays a courteous and professional manner that is commended by clinicians, staff, and clients. Willing to help whether or not colleagues are available. | Performs clerkship duties without prompting. General appearance is well groomed and in alignment with standards outlined in the course syllabus. Interacts with others in a tactful, courteous, and professional manner. Willing to help when colleagues are not available. | Clerkship duties are sometimes neglected and require prompting. General appearance infrequently violates the standards outlined in the course syllabus. Occasionally acts in an unprofessional or inappropriate manner. Only willing to assist others when asked. | Clerkship duties are frequently neglected and/or require multiple prompts. General appearance often violates the standards outlined in the course syllabus. Frequently acts in an unprofessional or inappropriate manner. Violation of the student code of conduct. |

| | | | | |
|---|---|---|---|---|
| **Professional Skillset** | Consistently obtains thorough and organized histories. Performs accurate, complete physical examinations. Performs select system specific assessments (e.g. rectal, neurologic, orthopedic, ophthalmologic exams, etc.) without the need for assistance. | Obtains histories and performs physical examinations with minor omissions/errors and inaccuracies. Performs select system specific assessments (e.g. rectal, neurologic, orthopedic, ophthalmologic exams, etc.) but requires some minor assistance with completion/interpretation. | Obtains histories and performs physical examinations with a moderate omissions/errors and inaccuracies. Recognizes the indications to perform select system specific assessments (e.g. rectal, neurologic, orthopedic, ophthalmologic exams, etc.) but requires substantial assistance with completion/interpretation. | Obtains histories and performs physical examinations with frequent, significant omissions/errors and inaccuracies. Fails to recognize the need for select system specific assessments (e.g. rectal, neurologic, orthopedic, ophthalmologic exams, etc.). |
| **Problem-Oriented Veterinary Medical Record System** | Problem-oriented medical records are concise and summarize the patient's status accurately. Assessments are excellent. Records are always completed on time. | Student demonstrates an understanding of the problem-oriented medical approach. Records accurately identifies most problems for most patients. Assessments are appropriate for most patients. Records are completed on time. | Records follow the POVMR system but the problems identified and the assessments are frequently inaccurate. Records are late on several occasions. | Student fails to utilize the POVMR system. Problems are frequently missed and/or assessments are inaccurate most of the time. Records are frequently late. |
| **Technical Skillset** | Demonstrates proficiency with all technical skills (e.g. jugular blood collection, cystocentesis, IV catheter placement) and demonstrates exceptional practical knowledge (justification, equipment needed, anatomic landmarks, etc.) of less common technical skills (e.g. centesis of abdomen, thorax, pericardium, and/or joints, bone marrow sampling, etc.) | Demonstrates proficiency with most technical skills (e.g. jugular blood collection, cystocentesis, IV catheter placement) and demonstrates foundational practical knowledge of (justification, equipment needed, anatomic landmarks, etc.) less common technical skills (e.g. centesis of abdomen, thorax, pericardium, and/or joints, bone marrow sampling, etc.) | Is often unable to perform common technical skills (e.g. jugular blood collection, cystocentesis, IV catheter placement) but can sufficient describe the process. | Is often unable to perform common technical skills (e.g. jugular blood collection, cystocentesis, IV catheter placement) and fails to sufficiently describe the process. |

Board00108

# APPENDIX B. GENERAL GUIDELINES

**Personal Items**

Personal items are to be stored in the SAIM Rounds/Conference room. When possible, please store items in lockers to help keep the floor space clear of possible trip hazards. Refrigerators are located downstairs to store food items. A small reference/resource library is available for your use in the SAIM rounds room. Please ensure that all books are returned to the bookshelf when not in use. The rounds room should be kept clean and organized at all times. All personal items should be removed from the rounds room the last Friday of the rotation. Any items left in the rounds room, including those in the lockers, may be discarded if left after the conclusion of the rotation.

**Sample Collection & Storage**

Sample collection (blood, urine, aspirates, etc.) will be done in the SAIM Treatment Room (VTH 134). Sample collection should only be performed under supervision of a nurse or clinician unless otherwise directed. Blood samples should be collected from the jugular vein unless otherwise directed. Urine samples are collected by cystocentesis unless otherwise directed.

General Tube Information:  If you are unsure about which tube to collect a sample, please confirm with a SAIM nurse or clinician.

Plain Red Top: This tube is generally made of glass and contains no additives. This tube should be utilized for collection of therapeutic drug level monitoring (phenobarbital level, itraconazole level, etc.).

Tiger Top Tube: This tube is plastic and contains both clot activator and gel. This tube can be utilized for chemistry analysis or for shipping of serum samples (after centrifugation). This tube should NOT be used for therapeutic drug level monitoring as the gel may absorb the drug and artificially decrease the serum drug level.

Lavender Top Tube: This tube is plastic and contains EDTA anti-coagulant. This tube can be utilized for complete blood cell (CBC) analysis. The EDTA acts as a cell preservative and EDTA tubes can also be utilized to collect fluid samples for cytology (spinal fluid, thoracic fluid, abdominal fluid, etc.). This tube should NOT be utilized for culture samples as the EDTA can be bactericidal.

White Top Tube: This tube is plastic and contains no additives. This tube should be utilized for urine samples or for any fluid that is to be submitted for culture (unless placed in a culture transport media).

Blue Top Tube: This tube is plastic and contains citrate anti-coagulant. This tube can be utilized for coagulation testing (PT, PTT, Sonoclot®, etc.).

Green Top Tube: This tube is plastic and contains heparin anti-coagulant. This tube can be utilized for immediate chemistry analysis through Antech or for samples analyzed on the I-STAT. QUATS are also performed on green top tubes.

Samples that are not submitted immediately should be saved. When saving blood, urine, or culture samples, label with a patient sticker and include clinician's name. Place the sample in the small refrigerator located in the SAIM Treatment Room (VTH 134). For saving slides, place a patient sticker on the paper plate and write the clinician's name on the plate. The plate can then be placed on the work-cart under the white board in the SAIM Treatment Room (VTH 134).

Equipment borrowed from the SAIM Treatment Room must be returned when finished.

Follow the Bio-Hazard Protocols (Appendix C) – Animal Medical Waste Procedures for the Veterinary Medical Teaching Hospital.

Board00109

# APPENDIX C. BIOHAZARD WASTE DISPOSAL GUIDELINES

## SHARPS

### DEFINITION/GUIDELINES

Sharps are any material that can puncture or cut human skin or a red trash bag (such as syringes with needles, needles alone, small glass objects, Pasteur pipettes and razor blades). ALL sharps must be discarded into an approved sharps container. Needles and other sharps are never to be discarded directly into a red bag-lined biohazard box or into other waste streams.

### SAFE HANDLING OF SHARPS
- Sharps are never to be discarded directly into the regular trash.
- Needles are not to be clipped or bent.
- Needles are not to be recapped by a "two-handed method".
- The user shall be responsible for proper sharps disposal. Sharps shall not be left on furniture, equipment or counter tops.
- Sharps should never be carried in pockets. Needles used at a distance from a disposal container shall be transported safely to the disposal area by making sure the needle cap is placed over the needle or by using a puncture-resistant basin or similar container to transport.
- Disposal containers shall not be overfilled. Filled containers shall be properly sealed and disposed of in receptacles lined with a red bag.
- Sharps disposal containers are puncture resistant, not puncture proof. Filled containers are to be handled with caution; sharps may penetrate under certain conditions.

### UTILIZATION OF APPROVED SHARPS CONTAINERS
- Syringe units with needles permanently attached, needles alone, and all other sharps are discarded directly into the container.
- The container should be placed in all labs, rooms and areas where sharps are utilized.
- The lid on the container is to be left off until the container is ready for disposal. Do not close after each use. When sharps reach maximum fill level designated on container, secure lid over opening.
- Sharps used at a distance from the container are to be carried safely to the disposal container by use of a puncture-resistant basin or other similar container.

### DISPOSAL OF SHARPS CONTAINERS
- Sharps containers are to be inspected prior to use to avoid overfilling or injury.
- Filled containers are closed as appropriate and replaced.
- All filled containers are considered to be infectious waste and should, after being properly capped or closed, be placed in receptacles lined with red bags.
- Handle with caution. Sharps containers are puncture resistant, not puncture proof.

## MEDICAL WASTE DISPOSAL

### DEFINITIONS/GUIDELINES

Articles or materials potentially contaminated with or containing body fluids including blood and blood products; all anatomical material; and any item containing a biohazard symbol or warning. All materials with a potential to be perceived by the reasonable public as medical waste shall be treated as medical waste. Tissue should first be placed in a black plastic bag or even doubled bag and then placed in the red bag lined biowaste box. This will hopefully keep odor from emanating from the biowaste box before it is full enough to be permanently sealed for disposal. All medical waste shall be discarded in approved biohazard boxes lined with a red bag and shall be disposed of thru bi-weekly pick-up and disposal at the VTH by the Stericycle Company.

OTHER ANIMAL BLOOD/FLUID SOILED ITEMS

Drapes, bandages, and surgical gowns should be put in black plastic bags and sealed. These may be put in the normal trash system.

LABORATORY WASTE DISPOSAL

Cultures of bacteria, fungi, viruses, protozoa, insects, and fluids or tissue containing microorganisms or insects, must be decontaminated by autoclaving for at least an hour in an approved, orange, polypropylene autoclave bag. Autoclaving may not be required for non-infected tissue cultures that do not contain microorganisms. Autoclaved material must be discarded into an approved red bag-lined biohazard box.

CYTOTOXIC AGENTS & CHEMOTHERAPY-RELATED WASTE DISPOSAL

All of the injectable chemotherapy agents and peripherals (syringes, IV bags, IV tubing) used in the VMTH will leave the dispensary in a yellow *chemobloc safelock* plastic transport bag. No exceptions.

- After the treatment is completed, all of the non-sharp items that were dispensed in the *chemobloc bag* should be replaced in the *chemobloc bag* and the top sealed, then placed in a cardboard biowaste box. All sharp items used to administer chemotherapy agents should be discarded into a *yellow* sharps container (located in the chemotherapy administration room or ICU). Chemotherapy agents and the items used to administer the drug must be disposed of in a cardboard biowaste box for incineration. This chemotherapy biowaste box can then be placed in a red-bag lined box. The biowaste box should then be marked with a yellow chemo sticker.
- Disposal of soiled bedding: When a patient receiving chemotherapy soils its bedding with urine, the soiled bedding should be removed from the cage using gloves for protection, the cage dried and cleaned with absorbent paper towels, and all of these items placed into a black plastic trash bag, bag tied securely, and then placed in the chemo waste "incineration only" box.
- Cleaning up urine from chemo patients when it occurs outside of the cage: In the event that a chemotherapy patient urinates in the hallways after receiving chemotherapy, it will be the responsibility of the student or clinician in charge of the patient's care to clean up the urine or to inform a nurse about the contaminated urine so that the urine can be removed properly. In this instance, while wearing gloves, the urine should be removed by using absorbent paper towels or "pee pads" making sure that the floor is completely dried with the towels. The towels and gloves should then be placed in a black plastic bag, tied securely, and placed into the chemo waste box. Mops and mop buckets should never be used for this purpose.
- Unused or outdated cytotoxic agents can be returned to manufacturers or distributor.
- Disposed of thru established chemical surplus removal procedures. Contact OSU-EHS (environmental health safety division) for assistance. Dispensary personnel and Central Supply personnel would be responsible for contacting EHS for assistance with disposal.
- See OSU lab safety manual for list of hazardous cytotoxic wastes.

BIOHAZARD BOXES

- A cardboard biohazard box 18" x 15" x 20" lined with a red bag serves as a receptacle for bio-waste in the CVHS.
- Each biohazard box must be lined with a red bag.
- Bio-waste and sharps containers are placed in these boxes.
- Once a box is two-thirds full, that is the maximum, it should be sealed. First, the red bag liner is sealed with tape. Then close the box and seal lid with tape. The red bag liner should never be removed and always is disposed within the box.

All VMTH personnel will pick up biohazard boxes as needed from Central Supply for their sections. All other departments in the CVHS (those outside the VMTH) will need to purchase boxes from Central Supply for use in their own sections/department. Central Supply will write the sections/department name on the box with a Sharpie at the time of pick-up or purchase. In this way, we can keep track of which box went to which section. This will allow us to call the specific section or department responsible if a box has not been

properly assembled, packaged, or is returned in poor condition. The VMTH cannot accept any over-stuffed boxes, leaking boxes, or poorly taped boxes.

Proper Use of Boxes/Sharps Containers

- All sharps containers have a maximal fill level designated on the container. DO NOT over fill. Filled containers shall be properly sealed and disposed of in biohazard box lined with a red bag. DO NOT bring sharp containers to the VTH as a separate item, they must be placed in a biohazard box.

- Full biohazard boxes which are being returned from departments in McElroy Hall should be brought to Central Supply in the VTH and Central Supply personnel will assist you in where to place the box. If the box is not properly sealed, Central Supply will instruct whomever is returning the box to take care of that before they can leave the box.

- Since all boxes will be identified by the department or section, if the box begins to leak or have significant odor, the responsible department/section will be called to resolve those issues. Note: it is the department/section responsibility to assure proper care and use of these boxes.

**Reviewed: OSU-EH Safety Division on 12/16/09**
**Approved: OSU EH Safety Division**

Board00112

# APPENDIX D. MEDICAL RECORDS SOAP WRITING

Define your problem list. Each problem should be SOAPed separately.

S:   Your subjective observations about the patient including patient attitude, whether the patient was fasted. Do NOT repeat the entire history here.

O: Your objective observations about the patient including T, P, R, mucous membrane color, CRT, body weight, qualification of water intake, food intake, urination, and defecation. List physical examination abnormalities. List diagnostic tests performed and the results of those tests (not the interpretation). If the tests have been submitted, but the results are not back yet, record the test as pending.

A:   Your assessment of that problem. Include your prioritized list of reasonable differential diagnoses. Discuss why each of those differentials is likely or unlikely (ruled in or ruled out). Be sure your assessment relates to THAT patient. Discuss any change in the patient's clinical status.

P:   Your diagnostic plan and therapeutic plan for the patient. Describe how the diagnostic tests will help you rule in or rule out your remaining differential diagnoses. Explain the purpose of each of your planned therapies. For medications prescribed include the dose per kilogram, the total dose, and the directions for administration (considering the tablet size or concentration available).

## SOAP EXAMPLE

Signalment: 7.5 year old female spayed Irish Setter

History: Diarrhea of 5 months duration. Frequency 3-6 times per day. Quantity of feces per defecation normal to reduced. Tenesmus, hematochexia, excess mucus. No weight loss. Good appetite. Diet is Kenn-L-ration dry. Kept in a fenced in yard. 2 other dogs and 2 cats in household, all healthy. No major past medical or surgical problems. Vaccinations and heartworm test 5 months prior. Received monthly ivermectin.

Physical examination: Normal abdominal palpation. Rectal examination normal but feces had hematochezia, Grade II/VI systolic murmur with the PMI over the mitral valve, 3 cm diameter freely movable mass on the left lateral thorax.

Problem List:
1   Chronic large bowel diarrhea
2   Heart murmur over the mitral valve
3   Subcutaneous mass
4   Urinary tract infection

Day 1 SOAP for this patient:

**Problem 1: Chronic Large Bowel Diarrhea**

S:     Bright and alert. Ate 2 cups of Hill's i/d dry last night, then food was removed at 8PM.

O:     T=101.8 P=90 R=24 Wt.=30 kg MM pink CRT 2 seconds. Urinated 3 times. Defected 2 times; soft stool with mucus and hematochezia, no tenesmus.
       Fecal saline smear – normal
       Rectal cytology – normal with 1-2 Clostridial spores per HPF
       Zn sulfate fecal flotation – negative
       Clostridial enterotoxin test – pending
       CBC: within normal limits
       Chemistry panel: within normal limits; albumin 3.2 g/dL, globulins 3.5 g/dL

A:     Chronic large bowel diarrhea is present, based on increased frequency, hematochezia, mucus, and tenesmus, lack of weight loss, and reduced volume of feces per defection.
       Differential diagnoses include:

       • Lymphocytic plasmacytic colitis
       • Fiber-responsive large bowel diarrhea
       • Irritable bowel syndrome
       • Clostridial enterotoxicosis
       • Large bowel neoplasia
       • Whipworm infection
       • Dietary intolerance/highly digestible diet responsive diarrhea

There are no environmental stresses or personality traits in this dog to support irritable bowel syndrome. Clostridial enterotoxicosis is possible because 30% of cases have toxin without spores on cytology. Clostridial enterotoxin test is pending to evaluate for this. Large bowel adenocarcinoma or lymphoma is possible in a 7 year old dog. There is no history of weight loss, which might make malignant neoplasia less likely. Highly digestible diet responsive diarrhea is possible and a diet trail with a highly digestible diet may be warranted. There is no history of dietary indiscretion. Whipworms are unlikely, as the dog receives ivermectin as heartworm preventative. Lymphoplasmacytic IBD involving the colon is common and could account for this dog's clinical signs. Colonoscopy with mucosal biopsies is planned to evaluate for lymphoplasmacytic colitis. Fiber responsive large bowel diarrhea is still a possible differential diagnosis, but is a diagnosis of exclusion.

P:    Colonscopy with mucosal biopsies
      3 warm water enemas (10 ml/kg) to be given (2 the night before the procedure and 1 the morning of the procedure)
      Two doses of GoLytely to be given via stomach tube (the night before the procedure; 2 hours apart)
      Metoclopramide 0.2 mg/kg SC once 30 minutes prior to the first GoLytely

## Problem 2: Heart murmur over the Mitral Valve

S:    See problem 1
O:    Grade II/VI systolic murmur with the PMI over the mitral valve. No cough elicited on tracheal palpation, no arrhythmia, strong femoral pulses, no jugular pulse.
A:    There is no history of clinical signs due to heart disease. An asymptomatic mitral murmur is most likely due to mitral valve endocardiosis, which is a common change in older dogs. The cause of the murmur should be investigated further since general anesthesia is planned for colonoscopy (see problem 1). In addition, the owners should monitor this problem as this cardiac condition may program and cause signs of congestive heart failure.
P:    Thoracic radiographs and echocardiogram
      No additional diagnostics planned at this time (pending above diagnostics)

## Problem 3: Subsutaneous Mass

S:    See problem 1
O:    3 cm diameter freely moveable mass over the left lateral thorax
      FNA: consistent with fat
A:    Mass is consistent with a lipoma
P:    No further management is necessary. Rarely lipomas can enlarge requiring surgical removal. This problem will be inactivated.

## Problem 4: Urinary Tract Infection

S:    See problem 1
O:    UA (cystocentesis) USG 1.032, pH 7.0, protein 2+, RBC 2-5 per HPF, WBC 4-6 per HPF, rare bacteria
A:    There is an infection within the urinary tract. The most common location for a UTI is within the bladder. As this is a first time infection and there are no clinical signs, empirical antibiotic therapy is indicated. Culture and sensitivity or evaluation for an underlying cause should be considered if clinical signs develop, the infection does not resolve with therapy, or if recurrent infections occur in the future.
P:    Amoxicillin at 22 mg/kg PO TID for 2 weeks. Amoxicillin is effective against most microbes involved in first time UTIs.
      Recheck UA after course of antibiotics is completed. If clinical signs of urinary tract disease (e.g. straining, hematuria, or pollakiuria) develop, the dog should be rechecked.

VCS 7933 – Hospital Based Theriogenology                May 2019

**Course prefix**: VCS        **Course Number**:  7933

**Course Name**:  Hospital Based Theriogenology

**Department**:  Veterinary Clinical Sciences

**Instructor of Record**:
> Name:  Candace Lyman - Theriogenologist
> Office:  VCS
> Phone:  405-744-8586
> Fax:  405-744-6265
> E-mail Address:  candace.lyman@okstate.edu

**Other Instructing Clinicians:**
> Dr. Reed Holyoak – Theriogenologist
> Dr. Julia Baldrighi– Lecturer in Theriogenology

**Pre-requisite:**  Fourth year standing in the College of Veterinary Medicine.

**Max Enrollment:**  3 students (unless exception granted by IOR)- limited to those students with a desire to receive further training in management of companion animal and food animal Theriogenology.

**Credits: 3**

**When Offered:**
Course is offered year-round (with few exceptions in June/July, December).  Students with a interest in companion animal cases are encouraged to enroll regardless of time of year; those students interested bovine cycle management/breeding techniques should attempt to enroll in the course during the time of year where bovine fertility is enhanced (spring, fall).

**Meeting Time/Location:  8:00 a.m. –** Therio Room in teaching Hospital room 131. Located between the Internal Med. Rounds room and the Internal Med. doctors office (text 407-595-0499 with questions). **Come prepared to orientation with a written list of "current career goals" and "rotation objectives" for your time spent on the rotation.**

**Description:**
Students enrolled in the Hospital Based Therio rotation will admit and provide primary care to those cases that are presented to the OSU Veterinary Teaching Hospital with a primary Therio component. As dictated by the faculty clinician, assistance from surgery and internal medicine departments will be sought.  Large animal (i.e. equine or production animal) cases are seen by a theriogenologist on a referral or consult basis.

After verbal communication and planning with the faculty, students also have the opportunity to perform bovine cycle management and breeding techniques utilizing the teaching herd at the

1

VCS 7933 – Hospital Based Theriogenology                    May 2019

OSU CVM Ranch.  Additionally, students may participate in mare palpation laboratories and foal watch at the OSU CVM Ranch as space allows.

**Emergency Responsibilities**:
Emergency shift coverage will be performed by enrolled students during this rotation.  **Each student is required to perform a minimum of 7 nights of ER coverage (5 weeknights and one full weekend);** it is common for students to volunteer for more coverage than the minimum requirement if the ER caseload is down so as to increase the opportunity for being part of an emergency Therio case.

**Policies on Attendance**: Two days (M-F) per rotation can be taken if total yearly authorized absences (7 days) have not been used.  Working days (M-F, except holidays).  Additional absences must be made up.  An excused absence form should be obtained from the VCS department staff, completed, and signed by the senior clinician who will be on hospital duty during your absence.

If a student has been tending to an emergency Therio case overnight, the next day policy on attendance (i.e., working) will be determined by the faculty clinician on clinics.  If you need to run home to care for pets first thing in the AM, or to get cleaned up for the day/refreshed into professional attire after a dystocia, then communicate your inquiry with the faculty clinician on duty ASAP.

Lunch policy: as also noted in the "Welcome to the HB Theriogenology Rotation" email sent out by Kristal McKinzie, RVT, depending on caseload and scheduling/transportation logistics, formal lunch breaks may not occur; therefore, bring a lunch or snacks that may be eaten between cases, or while traveling in a vehicle, if needed.  We are usually successful at dismissing students for a one hour lunch break but exceptions to this are unplanned and everybody should be prepared for those days. Please speak to the faculty clinician on duty with concerns or alternative needs.

**Call SAM (Student Assistance by Mercy)** information line for an after-hour crisis: **855-225-2SAM (2726)**

**Required:**  The student is expected to conform to high professional standards of attitude, conduct and performance at all times.  Any anticipated absences must be approved by the Faculty and Department Head.

**Grade Scale/Grading Procedures:**
90-100 =        A
80-89   =        B
70-79   =        C
60-69   =        D
< 60     =        F

The senior clinician (and /or assisting clinical faculty, residents and Therio personnel) will be subjectively grading this rotation based on performance, clinical knowledge, and quizzes pertaining to the Moodle-posted powerpoints. Factors that may significantly impact the student's grade for this rotation include, but are not limited to:
- Decision making abilities

Board00116

VCS 7933 – Hospital Based Theriogenology                    May 2019

- Eagerness to learn and work
- Quality of patient care and record keeping
- Technical and surgical skills (see competency check lists)
- Ability to work independently without directions for each task
- Ability to work with technicians and others (i.e. communication skills)

**Evaluations/PxDx Skills**
Instructor evaluations and PxDx skills must be completed electronically via E-Value at the end of the rotation.  Students who do not complete their evaluations and PxDx skills at the end of the rotation will not receive their grade until this has been completed.

Therio Specific PxDx Skills (others may also apply):
1.  SA cesarean section (participate)
2.  SA vaginal cytology
3.  SA reproduction cycle management
4.  SA artificial insemination
5.  Equine reproductive examination mare (participate)
6.  Equine reproductive examination stallion (participate)
7.  Equine stallion collection / semen evaluation (participate)

**Additional Course Considerations:**  It is expected that the student will independently seek knowledge in the references available in the Veterinary Medical Library to supplement information presented during the rotation by Instructors and colleagues. It is expected that the student will independently seek information on all pertinent topics of medicine required to manage the patients seen during the rotation.  **Please seek assistance in how to utilize sources such as PubMed if you are not comfortable in doing so; the point of this exercise is to ensure that once out in practice you are well-versed in locating information pertaining to patient care from various sources!**

**General Expectations of Students:**
By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission.  **The Student Rights and Responsibilities Governing Student Behavior** document explains the standards of behavior expected of you, processes in place for enforcing the rules, and the University's response to violations *http://studentconduct.okstate.edu/*

In general, the University expects you to respect the rights of others and authorities, represent yourself truthfully and accurately at all times, respect private and public property, and take responsibility for your own actions and the actions of your guests.  Call 405-744-5470 for more information.

**Dress Code:** As we may attend to both large animal and companion animal cases on HB Therio, you do not need to dress up as much as you would for Community Practice (business dress) but OSU polo shirts with pants **(no blue jeans)** are desired for our small animal cases/clientele.  Therefore, if you have coveralls they can go over your non-denim pants for any large animal cases we may tend to.  You may also bring changes of clothes to either wear on the large animal side of the hospital or under your coveralls. We have to be prepared to see the wide

3

VCS 7933 – Hospital Based Theriogenology                    May 2019

range of clients best as possible!  Bring your white coat to wear over your polo shirt (or equally nice shirt) and bring your name tag.

**Academic Integrity:**
Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members.  This level of ethical behavior and integrity will be maintained in this course.  Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result in your being sanctioned. Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University.  You have the right to appeal the charge.  Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (http://osu.okstate.edu/acadaffr/aa/academicintegrity.htm).

Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Power-point slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

**Special Accommodations for Students:**
According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from the Office of SDS. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations..

**Office of Equal Opportunity**         *408 Whitehurst/405-744-9153*
OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status.  OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination.  OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405-744-9153) or Deputy Title IX Coordinator (405-744-5470).

Board00118

VCS 7933 – Hospital Based Theriogenology                    May 2019

Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-744-5472) or the University's Victim Advocate (Suzanne Burks: 405-744-5458). For more information regarding Title IX violations, go to: *https://1is2many.okstate.edu/*.

**For more information concerning academic affairs, including important dates and where to go for help, please go to http://osu.okstate.edu/acadaffr/aa/CurrentStudents.htm, and download the appropriate syllabus attachment.**

Board00119

VCS 7933 – Hospital Based Theriogenology          May 2019

# Sample Grade Sheet

Grading Scale
90-100 =    A
80-89   =    B
70-79   =    C
60-69   =    D
< 60    =    F

Professional Behavior, Growth, and Self-Evaluation          Score _____/20
Attitude, attendance, appearance, reliability, respect of people and property,
acceptance of constructive criticism, able to identify perceived weaknesses
in knowledge and or skill

Patient Care          Score _____/20
General patient care, promptness, accuracy of observations of change,
care of records

Technical Skills          Score _____/20
Operative technique and skills, therapeutic, restraint,
efficiency, organization, competency check list

Academic Competency          Score _____/20
Basic knowledge and clinical integration of pathophysiology,
pharmacology, medicine, surgery, etc.

Communication Skills          Score _____/20
Documentation of patient management (progress notes, operative reports,
discharge summaries, inter-service requests), written communication skills,
oral communication skills, efficiency, client, clinician, peers,
and rounds participation

**Total Points          (100)** _____

Letter Grade _____

**Comments:**
_____
_____
_____

_____          _____
**Instructor Signature**                              **Date**

Board00120

# VCS 7793 – Equine Surgery and Sports Medicine
## Clinical Rotation Syllabus 2019-2020

**Instructor of Record:** Mike J. Schoonover, DVM, MS, DACVS-LA, DACVSMR
405-744-8595; mschoon@okstate.edu

**Other Instructors:** Megan Williams, DVM, DACVS-LA
405-744-4476; megan.williams12@okstate.edu

Daniel J. Burba, DVM, DACVS
405-744-8469, dburba@okstate.edu

Jenna Young, DVM (Resident)
405-744-1276; jenna.young@okstate.edu

Hugh Duddy, MS, DVM (Resident)
405-744-0363; duddy@okstate.edu

Kelsey Jurek, DVM, (Resident) 405-744-6656;TBD

Other Equine Faculty, House Officers, Technicians and/or Clinical Locums

**Department:** Veterinary Clinical Sciences

**Course Number/Name:** VCS 7793 - Equine Surgery and Sports Medicine Clinical Rotation

**Pre-requisite:** Fourth year standing in the OSU CVHS Program

**Course Description:** Diagnosis, treatment, prognosis and prevention of equine sports medicine and general surgical disorders.

**Synopsis of the Course:**
The Equine Surgery and Sports Medicine Clinical Rotation will introduce the veterinary student to the clinical aspect of the art and science of equine surgery and sports medicine. Basic knowledge of general physiology, anatomy and pharmacology, as well as, familiarity with basic surgical techniques is expected. Emphasis will be placed on diagnosis of disease/injury and indications for surgery. The student will work cooperatively with the instructors (clinicians, residents, interns and technicians) and other students in the examination, evaluation, diagnosis and treatment of medical and surgical diseases of horses, and other equines presenting to the veterinary teaching hospital and equine ambulatory service. Occasionally, food animal orthopedic surgical patients may also be encountered.

**Number of credit hours:** 3

**Total contact hours:** 120 minimum. Additional contact hours are required to meet the demands of patient care and hospital responsibilities.

**Course Learning Outcomes:**
Following completion of VCS 7793, students will,
1) Demonstrate safe, effective, and humane veterinary related horsemanship skills as assessed by proper haltering, leading, restraining and physical examination of adults and/or juvenile horses.
2) Demonstrate acceptable aseptic technique as assessed by observation of technique during surgical and outpatient procedures.
3) Demonstrate acceptable patient care as assessed by accurate evaluation of clinical condition, recognition of changes in clinical condition, timely medication administration, accurate calculation of medication doses, and follow-through of patient care instructions by faculty, house officers or technicians.

4)   Demonstrate acceptable professional conduct and teamwork as assessed by observed interaction(s) with faculty, house officers, staff and other students.

5)   Demonstrate technical skills in the required PxDx list as assessed by observed performance of these procedures on clinical cases, teaching animals, and/or cadaver specimens.

6)   Demonstrate acceptable medical record keeping skills as assessed by generating/entering a timely, accurate, and complete record including history, physical examination findings, differential diagnoses, results of diagnostics, surgery reports, daily SOAP's, final diagnosis, discharge instructions and/or case summary of a clinical patient.

7)   Demonstrate acceptable knowledge of

   a.  equine musculoskeletal anatomy/function and technical skills necessary to perform a basic lameness examination…

   b.  equine gastrointestinal tract anatomy/function and technical skills necessary to perform a basic colic work-up…

   c.  stallion urogenital anatomy/function and technical skills necessary to perform a routine castration…

   d.  equine upper respiratory tract anatomy/function necessary to perform for a basic diagnostic work-up for respiratory noise…

   e.  pharmacology (MOA, ROM, etc.) of commonly used equine medications (sedatives, anesthetics, antibiotics, vaccinations, etc.)…

   f.  instrumentation, suture type, suture pattern, and tissue characteristics necessary to appropriately appose a routine incision/laceration

   g.  the principles of wound healing necessary to appropriately manage a wound healing by second intention as assessed by participation in clinical case management, case rounds, topic rounds, case discussions, and by written/practical/oral examination questions.

## Objectives of the Course:

The goal of the Equine Surgery and Sports Medicine Clinical Rotation is not to produce "proficient equine surgeons," but rather to provide a clinical environment to reinforce the fundamental examination, diagnostic and surgical principles relative to equine patients previously taught in didactic lectures and laboratory exercises.

The student will be expected to:

1)   Gain information in equine safety, husbandry and health maintenance.

2)   Develop and/or improve basic horsemanship skills

3)   Develop and/or improve clinical skills needed to work-up and diagnose common surgical problems in equines of all ages and disciplines.

4)   Develop and/or improve skills relating to the identification, grading, localization, and diagnosis of equine lameness.

5)   Develop and/or improve surgical skills by assisting with, or by observing surgical procedures.

6)   Gain expertise and proficiency in basic technical skills required in equine practice.

7)   Develop and/or improve skills in client communication and education.

A good understanding of the fundamentals of general surgical techniques as well as the intended result of the planned procedure is required to be an effective veterinary surgeon. Prior to the procedure, all students should research any planned procedure(s). The regional anatomy, purpose of the procedure and any inherent complications should be reviewed. You should be mentally prepared to enter into a detailed discussion of the operative management of your patient during all phases of the procedure. Failure to properly prepare for surgery may result in your dismissal from the surgical suite.

## Outside reading:

Scholarly study in the area of equine medicine and surgery is expected during the rotation. Additional assignments may be given during the rotation at the discretion of the instructor depending on the presenting case load at the

Board00122

BVMTH. It is expected that the student will independently seek knowledge in the references available in the Veterinary Medical Library to supplement information presented during the rotation by the instructors and on all pertinent topics of equine medicine and surgery required to appropriately manage the patients seen during the rotation

The following are recommended reference texts for the Equine Surgery and Sports Medicine Clinical Rotation: (http://info.library.okstate.edu/c.php?g=151931&p=5853221)

- Budras, Sack, Rock, Horowitz & Berg. Anatomy of the Horse (6th edition). 2012
- Auer & Stick. Equine Surgery 5th Edition. Elsevier Saunders, 2019.
- Hinchchilff, Kaneps & Goer. Equine Sports Medicine and Surgery (2nd edition). Saunders, 2014.
- McIlwraith, Nixon, Wright & Boening. Diagnostic and Surgical Arthroscopy in the Horse (4th edition). Mosby Ltd. 2015.
- Nixon. Equine Fracture Repair, Saunders, 1996.
- Moyer. Equine Joint Injection and Regional Anesthesia. Academic Veterinary Solutions, 2011
- McGorum, Schumacher, Dixon & Robinson. Equine Respiratory Medicine and Surgery. 2006
- Theoret & Schumacher. Equine Wound Management (3rd edition). 2016

**Patient care:**

The student will have the primary responsibility of patient care for all assigned cases. This includes (but is not limited to) patient admission, history acquisition, physical examination, record keeping, requests for ancillary services, daily treatments, daily client communication and dismissal of the patient. The student will be interacting with the horse-owning public and thus will be expected to gain skills in client communication. Problem-oriented medical record keeping will be required including a detailed description of surgical procedures performed (surgery report) or assisted. A printed paper copy of the surgery report must be submitted to the clinician or house officer for review and editing <u>within 48 hours</u> of the conclusion of the procedure. The equine surgery report template can be found on MOODLE. A log of assigned cases for the rotation will be kept by the student and turned in to the instructor at the end of the rotation. A template for the case log is posted on the MOODLE.

Excellent patient care is a top priority and is expected from all students. Failure to provide excellent patient care will not be tolerated and will result in a failing grade for the rotation. Students who are assigned an inpatient at the beginning of the rotation must review the medical record and understand all aspects of the patient's prior and current care. All medication doses must be recalculated using the patient's current weight to be sure the doses are correct. The routes and frequency of administration should be reviewed and confirmed with the attending clinician. All inpatient physical examinations and medical treatments are to be performed in a timely fashion. Treatments must be administered within 30 minutes of their scheduled time. For example, if a treatment is scheduled for 7:00AM, the treatment must be performed between 6:30AM and 7:30AM. If you are unable to perform a scheduled treatment for any reason, the house officer or instructor should be informed prior to the treatment time so other arrangements can be made. Special attention should be given to medication, dose and route of administration so that errors are not made. If something seems incorrect or is unclear in any way, the student, house officer and/or senior clinician on the case should be contacted prior to the medication administration.

For biosecurity purposes, **no patient should enter the hospital (barn) area prior to receiving a physical examination including a rectal temperature**. Horses with any symptom of contagious disease (including but not limited to fever, nasal discharge and/or diarrhea) should not be allowed entry in the main hospital unless specifically directed by a clinician or house officer. This includes patients being placed temporarily in outpatient stalls and OSU owned horses (ranch or research horses). If a patient is noted to have any symptom of contagious disease, the house officer or senior clinician should be notified of this symptom **before** the horse is brought into the hospital or examination area (i.e. the horse and owner should remain in the parking area).

Any gross negligence that compromises or has the potential to compromise the health and well-being of a patient is considered grounds for failure of the rotation.

Board00123

**Procaine Penicillin G (PPG) is for intramuscular (IM) administration only!!!**
**Intravenous (IV) administration of PPG will result in a F grade for the rotation, <u>NO</u> <u>EXCEPTIONS</u>!!!**

<u>After-hours/weekend-duties</u>:

Weekend and evening duties <u>will be</u> required. The satisfactory completion of all assigned emergency duties and ICU (including backup ICU) duty assignments is <u>REQUIRED</u>. Failure to report for an assigned after-hours duty will result in a loss of ten (10) percentage points from the student's final grade. Failure to report a second time will result in a maximum "D" final grade for the rotation. The exchanging of shifts with other students is permitted. The change must be noted on <u>ALL</u> posted schedules and should be documented in an email to the rotation senior clinician(s) by both students involved**.** For ICU shifts, students should report <u>at least 30 minutes</u> prior to the start of their shift and should become familiar with any and all treatments/duties required for each patient during their shift. If questions arise, no matter how trivial, the student on the case should be called. If the student is unavailable or more information is needed, the house officer on the case is to be called. If questions still exist, the senior clinician should then be called.

Unless specific arrangements are made in advance with the senior clinician, **all** equine surgery and sports medicine students are required to attend **all** after-hours surgical procedures regardless of their "on call" status. Students not on primary emergency or on ICU duty will be called by a resident or student to inform them of such procedure. Failure to attend one after-hours surgery without prior approval will result in loss of ten (10) percentage points of the student's final grade. Failure to attend two after-hours surgeries without prior approval will result in a maximum "D" final grade for the rotation.

*All students assigned to the rotation are expected to work as a team of professionals and assist each other as needed or requested. Each student is expected to conform to high professional standards of attitude, conduct and performance at all times.

<u>Dress code</u>:

In general, students should strive to present themselves in the manner that most people would consider typical and appropriate attire for a <u>professional</u> in equine practice. During hospital business hours, during after-hours treatments/emergencies, and/or during any face-to-face client interaction, solid colored collared shirts (class polos) and long pants (plain jeans or khakis **without holes or tears and not excessively worn**) should be worn. Name tags are required anytime when in the equine hospital. Footwear should consist of closed toed shoes or boots <u>at all times</u>. Shorts, excessively accessorized clothing, clothing with large non-Oklahoma State University logos, sandals or slippers are unacceptable and will not be permitted at any time in the equine hospital.  On this rotation, there will be frequent bending over and/or kneeling. Appropriate attire as to not expose your backside should be worn (tuck shirt in, undershirt, long shirt tail etc.) Please refer to the Department of Veterinary Clinical Sciences Guidelines for Clinical Rotations in the VTH on the CVHS web site for further details. Students deemed inappropriately dressed will be excused from clinical duty by the senior clinician. The student may only return with appropriate attire and will be required to make-up the lost time of clinical duty.

<u>Policy on Attendance</u>:

Two days of excused absence from the rotation can be taken if total yearly authorized absences (7 days) have not been used.  Working days (M-F and ½ day each for Saturday, Sunday or Holiday) are counted towards days of absence.  Additional absences must be made up.  A maximum of two students per rotation will be allowed an excused absence for any single day. This will be on a first come first served basis. Any anticipated absences must be approved by the senior clinician and the VCS Department Head. Any assigned ICU or emergency duty must be transferred to another equine student. It is the student's responsibility to make all transfer of duty arrangements and to be sure all posted schedules are updated to ensure proper ICU/emergency coverage. Absences may be required to be made up at the discretion of the senior clinician on duty.

<u>Grading Policy</u>:

See attached grade sheet.

Board00124

A written examination will be given in the last week of each rotation. At least 1.5 hours will be allocated for exam completion. The examination questions will be based on, but are not limited to, general veterinary medicine, clinical cases presenting to the hospital during the rotation, rounds discussions, house officer seminars and any additional assignments.

A large percentage of the grading criteria for the Equine Surgery and Sports Medicine Clinical Rotation is subjective. Because of this subjectivity, it is important that the student actively participates in rounds discussions and during daily clinical duties with the faculty, residents, interns and technicians.  The general criteria used for assigning points for subjective categories are outlined on the attached grade sheet.  Please review the grade sheet carefully.  Subjective criteria are recognized as valid in determining a grade; clinicians will not be arbitrary or personally biased in doing so.  Criteria assigned to each category are intended only to provide insight into how each grade is assigned; the listed descriptives are not the sole or mandatory criteria for assigning the grades.

Board00125

**Equine Surgery Grade Sheet (VCS 7783)**
**Instructor of Record: Dr. Mike J. Schoonover**

Student name: _____

**\*Grading Scale:**                    Instructor(s) giving grade: _____

900-1000 = A
800-899  = B                            Rotation #: _____
700-799  = C
600-699  = D
<600      = F

**Medical knowledge base & ability to apply knowledge**              **(100 pts)** _____
(Command of basic and applied clinical information, self-
guided  supplemental study, integration of knowledge to
clinical cases,  interpretation of diagnostic tests)

**Records (Use of POVMR)**                                          **(100 pts)** _____
(Accuracy and proper use of the medical record)

**Rounds participation**                                            **(100 pts)** _____
(Exhibits interest in cases and subject matter, evidence of outside
reading)

**Clinical Skills**                                                 **(150 pts)** _____
(Technical skills, operative technique and skills, level of
surgical assistance, efficiency, and organization)

**Quality of Patient Care**                                         **(150 pts)** _____
(Daily patient care, awareness of condition and changes, ICU duties)

**Professional Conduct**                                            **(200 pts)** _____
(Attitude, attendance, appearance, reliability, respect for
people and property, team work, cleans up after self, etc)

**Examination**                                                     **(200 pts)** _____

                                                                    **Total (1000 pts)** _____

**COMMENTS:**

_____

_____

_____

\*The above grading system is a guideline for determining the student's grade.  However, unprofessional and/or
unethical behavior at any time during the rotation may result in a "D" or
"F" grade regardless of the numerical score obtained.

**Signed:** _____**Date:**_____

Board00126

# VCS 7783

# ZOOLOGICAL MEDICINE

# CLINICAL ROTATION

# Syllabus

This syllabus is not universally comprehensive and does not contain information for every possible situation. For information not found herein, please refer to the CVHS Student Handbook available on the CVHS Intranet.

Board00127

**Index**

Basic Course information                                              4
   1.  Section I                                                  5
     1.1 Introduction                                         5
     1.2 Course objective                                     5
2  Section II                                                  5
     2.1 Instructional Content                                5
     2.2 Additional information                               5
3  Section II: Class meetings                                  5
     3.1 Schedule                                             5
     3.2 Student duties and responsibilities                  6
        3.2.1   Animal care                         6
        3.2.2   Inpatient care                      6
        3.2.3   Wildlife care                       6
        3.2.4   Additional notes                    7
4  Section IV: Receiving appointments                         7
     4.1 Client own animals                                   7
        4.1.1   Chronology of typical client owned patient appointment     8
        4.1.2   After hours calls                   9
        4.1.3   Initiating diagnostics and treatments     10
        4.1.4   Patient housing and care            11
             4.1.4.1 Zoo Med ward                 11
             4.1.4.2 ICU                          11
        4.1.5   Medical records                     12
        4.1.6   Client communication and visitation     12
        4.1.7   Patient discharge                   13
     4.2 Wildlife                                             14
        4.2.1   Chronology of typical wildlife appointment     14
        4.2.2   After hours calls                   16
        4.2.3   Initiating diagnostics and treatments     17
        4.2.4   Patient housing and care            17
             4.2.4.1 Zoo Med ward                 17
        4.2.5   Medical records                     18
        4.2.6   Client communication                18
        4.2.7   Patient discharge                   18
5  Section V: Project                                         18
6  Section VI: Additional course information                  18
     6.1 Textbook requirements                                18
     6.2 Recommended reference materials                      18
     6.3 Special equipment                                    19
     6.4 Appropriate attire                                   19
     6.5 Use of cellphones and cameras                        19
     6.6 Lunch                                                20

Board00128

|   |   |   |
|---|---|---|
| | 6.7 Field trips | 20 |
| 7 | Section VII: Grading | 20 |
| 8 | Section VII: Rotation organization and function | 20 |
| | 8.1 Student teaching rounds | 21 |
| | 8.2 Tentative list of topic rounds | 22 |
| 9 | Section IX: Service expectations | 22 |
| | 9.1 Grading expectations | 23 |
| | 9.2 Grading policies | 23 |
| | 9.3 Evaluations/PxDx skills | 23 |
| | 9.4 PxDx skills | 23 |
| | 9.5 Policy of attendance | 24 |
| | 9.6 On call expectations | 25 |
| 10 | Appendix X: Appendixes | 26 |
| | 10.1     Appendix A: History forms | 26 |
| | 10.1.1  Avian | 26 |
| | 10.1.2  Reptile | 27 |
| | 10.1.3  Small Mammal | 28 |
| | 10.2     Appendix B: Zoo Med treatment sheet | 29 |
| | 10.3     Appendix C: Oklahoma State Licensed wildlife rehabilitator | 31 |
| | 10.4     Appendix D: Grading scale | 37 |

Board00129

Basic Course Information

**Course Prefix**:          VCS                                          **Course Number:  7783**
**Title:**                 Zoological Medicine Clinical Elective
**Abbreviated Title:**     Zoo Med

**Number of Student Contact Periods:**      16
**Number of Contact Hours:**                120
**Number of Outside Effort Hours:**         40

**Instructor of record**              **Joao Brandao**, LMV, MS, Dip ECZM (Avian)
                                      Cell      (225) 726 6322
                                      Office    (405) 744 4329
                                      Fax       (405) 744 6265
                                      jbrandao@okstate.edu

**Other instructors**                 **Nicola Di Girolamo**, DMV, MSc (EBHC), PhD, Dip ECZM (Herpetology)
                                      Cell      (405) 762 6547
                                      Office    (405) 744 7334
                                      Fax       (405) 744 6265
                                      ndigirolamo@okstate.edu

                                      **Lauren Schmidt**, DVM
                                      Cell      (847) 770 3762
                                      Office    (405) 744 6102
                                      Fax       (405) 744 6265
                                      Lauren.schmidt11@okstate.edu

**Other VCS faculty as appropriate**   Small Animal Medicine or Surgery
                                       Anesthesia
                                       Radiology
                                       Food Animal and Ambulatory
                                       Equine Medicine or Surgery
                                       Theriogenology

**Listing of Instructional Content**   All 3-week rotations will provide a clinical, comprehensive, and in-depth learning experience in non-traditional species. Instruction and guidance will be provided by "Instructor of Record", other instructors listed for the course, house officers, and staff.

**Schedule of Class Meetings**         All rotations will take place in the VMTH. Meeting times will be Monday - Friday, 7:00 am - 5 pm, plus appropriate after-hours and weekend duty assignments. Rotation runs for 3 weeks (except in some particular blocks) and students are in the rotation until 8 AM of the block change Monday (exceptions in case of holidays may apply).

Board00130

1. **SECTION I:**

   **1.1 Introduction**

Course is intended to give veterinary students with interest in exotic pet, wildlife, and zoo species clinical experience both in the Veterinary Teaching Hospital (VTH) and other college facilities, as well as local zoological collections, mainly the Oklahoma City and Tulsa Zoo's. All legally owned or possessed animals, except for venomous species, canines, felines, and non-human primates (unless owned by accredited zoos), are seen in the VTH for health maintenance, diagnosis and treatment of medical or surgical conditions except for those procedures considered cosmetic (e.g. declaw, etc.). VTH clinical cases are seen and managed with the Zoological Medicine house officers/staff under the supervision and guidance of the Zoo Med Faculty on-clinics. No cases involving dangerous animals will be seen and managed by the Zoological Medicine interns or residents without the supervision and guidance of the Staff or Associate Zoo Veterinarian, and/or the Zoo Med Faculty.

   **1.2 Course Objective**

To provide students interested in zoological clinical medicine an opportunity to:
   1. Provide hands-on experience with exotic pets, wildlife and zoo cases presented to the VTH.
   2. Provide exposure to cases presented to the regional zoos, such as the Tulsa and Oklahoma City zoo's.

2. **SECTION II:**

   **2.1 Instructional Content**

Clinical cases presented to the VTH through the Zoo Med service as well as the Community Practice, Food Animal, Equine, and Ambulatory services. Cases may be seen out of the VTH as the opportunity presents and need arises whenever the necessary prior arrangements can be made.

   **2.2 Additional information**

Field Trips to regional zoo, etc. are scheduled as opportunities arise, but at least one per rotation is anticipated when students elect or are assigned to this rotation.

3. **SECTION III: Class Meetings**

   **3.1 Schedule**

   - Arrive daily at 7:00-7:30 A M to care for inpatients (time depends on number of patients and students, etc.). Treatments and SOAP's must be done by 8:00 AM.

- 8:00-9:00 AM~: Rounds - Review of in-house cases, topic rounds, upcoming cases, etc. Rounds will be held according to the clinician decision.
- 9 AM to 1 PM Scheduled appointments. One student will be appointed for primary care and any available students will assist as needed.
- Students will be dismissed at 5PM, or later depending on the caseload. No student is excused until the instructors determine that all patients have been appropriately dealt with for the day.
- The students are also responsible for after-hours duty according to a schedule created at the beginning of the rotation.  It is the responsibility of students to be available to the emergency afterhours service. Further information is provided below.
- One day of the rotation, a field trip to either Oklahoma City Zoo or Tulsa Zoo  will  be performed. *(This schedule is relatively flexible and will be changed as needed to meet demand)*

### 3.2 Student Duties and Responsibilities

#### 3.2.1   Animal Care

Daily for all in house inpatients, including wildlife and those in the flight cages
- Medication
- Clean, feed, and water

\* <u>Weekends</u>: Every animal needs to be cared for every day including weekends. <u>Students should plan to be available throughout the 3-week rotation (see information below regarding attendance policy).</u>

#### 3.2.2   Inpatient care:

- SOAP daily (by 8 AM)
- Type necropsy/surgical request and discharge reports (in UVIS)
- Discuss status at least twice daily with client (unless instructed otherwise), and update owner as needed
- Make sure all prescriptions are filled for in-hospital use or to go home

#### 3.2.3   Wildlife care:

- SOAP (by 8 AM) for all wildlife cases
- In the case of a group of animals (e.g. group of baby birds), SOAP should reflect all the animals in the group

6

### 3.2.4   Additional notes:

- All  client owned animals and wildlife  as mention above must be SOAPed, making sure to note weight, ongoing problems, eating/defecating/urinating habits, etc., each time
- Anytime a change in status, treatment, or otherwise occurs with an inpatient this must be noted in the file
- Do not write in the records words like "lazy, cute, fun, mad, happy, or spunky" this is a medical/legal document and should be treated respectfully. Anthropomorphism is not professional and is not allowed in medical records
- Apparently healthy versus healthy - any patient has the potential for an underlying condition not noticeable at this time so for legal reasons use the term "apparently healthy"
- A SOAP is not a conversation- write the facts, do not tell a story
- All client owned animals and wildlife as mention above must be SOAPed, making
- ALL entries, forms, etc. MUST have a date
- Please report to the HO or Faculty any concerns and changes noticed on the patient at the time of the physical exam or at any point during the day
- All medications, treatments, etc., MUST have specific descriptions of dose including concentration, dose, and volume.
- All medications, treatments, etc., MUST have specific descriptions of dose including concentration, dose, and volume.
  - For example: Meloxicam (5 mg/ml @ 1 mg/kg): Give 0.2ml IM q24h or "gave 5mL of 1:1 ratio of warm soapy water and lubricant as an enema"
- Please confirm your doses and volumes for each patient
- Example: SOAP
  - S: 4-year-old FS Dom Ferret
  - O: HR, RR, Temp, all PE abnormalities, all blood work abnormalities, etc.
  - A: Assess all noted problems with appropriate differentials and/or causes if already known
  - P: Plan for the day, week, etc., to resolve the problem

## 4.   SECTION IV: Receiving appointments

### 4.1 Client own animals

In general, students will be responsible for receiving new cases. Check the computer daily for schedule and organize it among the students. If you do not sign up for appointments, appointments will be assigned to you.

7

The OSU VTH provides veterinary services for a large variety of exotic pets. **These exotic pets represent and include those which are not considered to be a native wildlife species**. **The VTH does not condone the ownership of native wildlife species and therefore does not provide veterinary care for privately owned native wildlife species (which include but are not limited to skunks, raccoons, etc.). Exceptions apply for zoological facilities or licensed individuals (e.g. state and/or federally licensed falconers or wildlife rehabilitators). Furthermore, the OSU VTH does not provide veterinary care for the following: privately owned primates, large carnivores (which include but are not limited to canines [e.g. wolves], large cats [tigers, lions, etc.] and hybrids of such species), and venomous reptiles.**

If the patient has a case number, the patient has been to VTH before. Review the previous record prior to the appointment. The record will be available at the front desk by 2-3 PM the day prior to the appointment. If the file is needed sooner, it can be checked out of medical records. Most of the medical record can be reviewed through UVIS.

### 4.1.1   Chronology of typical client owned patient appointment

• Receptionists will call the ward once the patient arrives. No over-head page is used for the Zoo Med service.

• Introduce yourself to the pet-owner, explain that you are a senior veterinary student, acknowledge his/her pet.

• Preferably use the 2 rooms assigned to the service (Rooms 18 and 20). If those rooms are not available, other rooms can be used but you should seek permission from the service to whom that room is assigned. Avoid taking histories in the reception area.

• Keep in mind that many of these patients may not tolerate to be touched and can harm you. Be very careful transporting the carrier in case the carrier is not secure and the patient escapes.

• **If you feel that the patient clinically unstable, tell the owner you will transport the animal to the ward for initial assessment by a clinician. Ask a limited number of questions that will assist with the case management, e.g. "is this the first time it has this problem", "has the animal received any medication (veterinary or human medication)", "did the animal ate anything out of ordinary", etc.** *Examples of cases that may be an emergency: bird is fluffed, tail bobbing, and lying at the bottom of the cage, laterally recumbent mammal, open mouth breathing, etc.*

• Do NOT weigh the animal on the reception scale unless told otherwise.

• If the pet-owner brings a large amount of medical records from the rDVM, do not attempt to review all of it in the exam room. It can be reviewed thoroughly after the patient is admitted.

• Focus on obtaining a thorough history. *Attempt to get all questions answered, but realize the client may not know the answers or may think of them later.* Utilize the history forms that are provided for each group of

animals (avian, small mammals, and reptiles [forms provided on Appendix A]). These forms should be provided by the front desk. If not available in the folder, ask the reception. Additional copies are available in the Zoo Med ward, if needed.

• After obtaining the history, excuse yourself from the exam room and inform the pet-owner that you will discuss your findings with the clinician. *Leave the patient in the exam room*. **DO NOT PERFORM A PHYSICAL EXAM ON THE ANIMAL IN THE APPOINTMENT ROOM.**

• Never allow the pet-owner to leave before speaking with the clinician unless specifically instructed otherwise. Owners should not be taken back to the ward, even if they say they want to go with you.

• Present your case and history to a clinician. During this presentation, several questions may be made by the clinician. This is a learning opportunity for you to develop your history taking skills. After presenting the history, provide your concerns to the clinician in regards to the history findings, your clinical suspicion, and propose diagnostic tests.

• You and the clinician will go to the room to talk with the client. During this time, take notes and try to complete any deficiencies in your history. IT IS UNACCEPTABLE TO BE ON THE PHONE DURING ANY INTERACTION WITH THE CLIENT, and doing so will decrease your grade by one letter at least.

• It is unacceptable to talk over the clinician/faculty/house officer or staff, in the room. If you have a question or you do not understand what has been told, this should be discussed elsewhere and never in front of the client.

• The animal is then brought to the ward where you and the clinician/staff will perform a physical exam and potentially collect diagnostic samples. As a group, we will examine patient ONCE with the least amount of stress possible.

• Write your problem list and a list of differential diagnoses for each problem in the record. Formulate a plan for each problem and record it in the record.

• If necessary, the clinician/staff will fill out an estimate form. Return to the exam room together and present the plan and estimate to the pet-owner.

• Confirm contact phone numbers and email for the pet-owner. Inform the reception of any changes/corrections that are necessary.

• Retain all medications and medical record, including radiographs.

• You will escort the pet-owner back to reception area with the estimate form. Give the estimate form to the reception staff.

### 4.1.2   After Hours Calls:

• The emergency desk/ICU/answering service will call the student on call when an exotic animal presents or the owner calls in advance

• *The students on the rotation will divide the on-call schedule equally amongst themselves*

• The student is expected to be up to 20 minutes away from the school, and is expected to get to the school as soon as necessary to address the emergency. This applies

to both client-own or wildlife. In the case of an unforeseen situation occurs and the student cannot arrive to the school in 20 min, the student should contact the clinician on call as soon as possible to inform of the situation.

• If the student that is on-call does not answer the calls and does not respond to the missed call in a timely manner (within 5 to 10 minutes), he/she will receive a verbal warning one time, unless a justifiable reason is given. If this situation continues to occur, this will result in point deductions on the grade, which may lead to failure to complete the rotation.

• If owners call in advance, as it often happens, and the student talks with them over the phone

- o The student is responsible to gather information on the species, history, and presenting complaint.
- o **WE CANNOT PROVIDE INFORMATION OVER THE PHONE WITHOUT SEEING THE PATIENT. DIAGNOSIS, HUSBANDRY RECOMMENDATIONS, TREATMENT RECOMMENDATIONS, AND DIAGNOSTIC TEST SUGGESTIONS CANNOT BE GIVEN OVER THE PHONE WITHOUT SEEING THE PATIENT.**
- o Inform owner of the costs associated with the emergency appointment, which is the same as for small animals.
- o In order for us to provide information on the current problem and possible diagnostic and treatments, the patient has to be seen. Diagnosis and treatments cannot be provided without a physical examination, which has a cost that needs to be paid at the time of presentation.
- o Never tell a client that they do not need to be seen. If the owner is concerned, we are happy to see the case.
- o Call the clinician on-call for case discussion.

• If the owners present themselves to the hospital without previous warning
- o Call the clinician on-call and head to the school as soon as possible.

• An emergency appointment should be dealt in a similar fashion as describe for a regular appointment. See information above.

• The case will be seen by the Zoo Med on-call clinician and/or the overnight Small Animal intern.

### 4.1.3   Initiating diagnostics and treatments

Start initiating the plan for your patient. Sample collection should be performed by a clinician or staff member and you will assist. You may be asked to collect the samples, but this will be at the clinician or staff member discretion. If the patient has had blood work performed by Antech within 30 days, there may be a specific code for recheck bloodwork. You are expected to submit

the samples and place appropriate requests in UVIS. Please keep in mind that there may be specific codes for the service. Ask a technician or clinician for help with sample submission if necessary. Request forms for anesthesia require the attending clinician's signature. Anesthesia request forms must be turned in before 3:00 pm the day before. It is your job to make sure that all forms and samples for your patient get submitted. If samples are to be submitted to an outside lab, ask a technician or clinician for help with the submission. Enter all necessary information in the electronic UVIS record.

### 4.1.4    Patient housing and care

4.1.4.1 <u>Zoo Med ward</u> – Utilize the available caging according to the species, size of the patient, and health status. Ask for assistance whenever needed. Fill out a cage card and place on the cage or run. Put a "No Food" sign or "SWF" (student will feed) sign on the cage, if appropriate. Place medications in the plastic bins in the ward with a patient sticker. Put the patient's record in the ward in the appropriate area. You are responsible for administering all medications, but this should be performed under supervision of the clinical staff, unless you have been told differently. Document urination/defection and any other additional notes on the back of the treatment sheet and notify the clinician of any abnormalities.

Please note that the Zoo Med service has a specific treatment sheet (see appendix B). This treatment sheet should be used for all patients under the care of the Zoo Med service, except if housed in ICU. This treatment sheet should be as complete as possible. Any medication that is provided, should include active principle, dose, concentration, volume, route, and frequency. E.g., meloxicam (5 mg/ml @ 1 mg/kg): 0.2 ml IM q24h.

4.1.4.2 <u>ICU</u>- Occasionally some patients may be housed in ICU. Patients that are admitted into the ICU must have an ICU flow sheet completed at the time of entry. Weight should be collected in an appropriate scale. Put a note regarding what scale you used. The clinician must sign the ICU sheet. A new ICU sheet must be completed before 7:30AM each morning. Keep up with medications that need to be refilled while the patient is hospitalized. Pharmacy prescriptions should be entered into UVIS and approved by the attending clinician. The pharmacy usually closes at 5:00PM. The pharmacy is closed over the weekend, so be sure to order medications in advance. Document urination/defection on the ICU sheet and notify the clinician of any abnormalities.

Be proactive in the management of your cases. Watch for bloodwork results as they become available (in-house tests are usually available in 1-2 hours). Results can be obtained from Antech at antechonline.com [Account #: 41724; Zip code: 74078; User Name: VTH; Password: VTHLabs2005]. Review the lab work and then discuss the results with the clinician. Use

appropriate scientific references to assess the blood results. You are expected to research normal data and reference intervals. Ideally, we expect that the student will provide 2 scientific references (peer-review or books) to justify your interpretation of blood results or medication dose. We are aware that most species will not have specific information available. You should be able to search for information in similar species. E.g., if species specific information is not available, search for similar genus, family, or order, in this order. Be prepared to interpret the results and make treatment and/or diagnostic recommendations. File the lab work results in the patient's record.

A complete physical examination must be performed on each patient each morning. Unless told otherwise, you should ask for a clinical staff member to assist you with the physical exam and restrain of the patient. Record the findings in your SOAP and use them to tailor your daily plan for the patient. All changes to a patient's plan must be approved by the clinician.

Try to be present for all of the procedures performed on your patients. If you have a scheduling conflict between two patients, communicate this to the respective clinicians to determine where you should be during those procedures.

### 4.1.5    Medical records

You are responsible for filling out history, physical exam, client communication, and writing progress reports (SOAPs) in UVIS. Each patient must have one daily SOAP. SOAPs are to be completed and in the record by 8AM and should be dated the morning of the TPR and physical examination. The SOAP should reflect the previous day. Additional information such as laboratory and imaging study results can be added as an addendum. Corrections on paper should be made by drawing a single line through the incorrect entry. Never use white-out or pencil for medical records.

### 4.1.6    Client communication and visitation

You should update the pet-owner(s) at least twice daily for hospitalized patients. All phone calls and visits should be documented in detail on the client communication log in UVIS. This should be completed as soon as possible after the conversation. If you are unable to reach the pet-owner, document your attempt in the communication log. Review the information you plan to provide the pet-owner with the clinician before each call. The clinician will also contact the pet-owner as needed. All patients discharged from the hospital should receive a follow-up call the next 48 hours. Rarely, this may not be appropriate, so ask the clinician whether you should call if you are unsure. Document this call in the communication log. If the pet-owner notifies you of a problem or concern, discuss this with the appropriate clinician as soon as possible. You should be present when the pet-owner(s) visit their hospitalized pet. Check with the clinician concerning ideal visitation times. Usually visitation times on the weekend or holidays are allowed between 9:00-10:00 AM and 5:00-6:00 PM, but this should be confirmed with the on-call clinician.

It is not appropriate to discuss or make comments about patients with anyone other than the owner themselves.

### 4.1.7  Patient discharge

Discharge times should be arranged with the clinician and pet-owner. Every patient requires UVIS discharge/case summary instructions. For a hospitalized patient, discharges should be available at the time of the discharge. In the case of an out-patient appointment, discharges should be completed by the next morning. Discharges should be available before the actual patient discharge so it can be reviewed by a clinician. Take home notes should be given to the owner at the time of the discharge and full discharge will be sent later.  Although students can work on the discharges remotely, ORIGINAL FILES CANNOT LEAVE THE SCHOOL. Discharge instructions should be written in an understandable format for the pet-owner. Every time you mention a medication, active principle, dose, concentration, route, frequency should be clearly stated; e.g. meloxicam (5 mg/ml @ 1 mg/kg IM q24h). Specific examples of discharges will be provided on the first day of the rotation. You must use these formats. There will be slight differences in clinicians' preferences for the format of discharge instructions, but in general they should include:

- Diagnosis
- Detailed history
  - If this is a recheck, history update should be provided instead
- Physical exam findings
- Problem list and differentials
- Discussion and diagnostic tests offered
- Diagnostic tests and pertinent results
- Assessment of clinical information and clinical evolution of the patient
- Medications (and common adverse effects) to be administered at home
  - Provide medication, active principle, dose, concentration, route, frequency
- Signs to watch for and when to call OSU or rDVM
- Recheck schedule
- Any other information that you think is important for the pet-owner or rDVM
  - Multiple templates are available in the service folder
    - K:\Folders_Units\VTH\Services\AEZ\Avian Exotics & Zoo\Client handouts
    - K:\Folders_Units\VTH\Services\AEZ\Avian Exotics & Zoo\Client handouts\Templates brandao

Inform the clinician that the discharges are complete and available in UVIS. Once approved, print out two copies of the discharge instructions. One copy is for the pet-owner and one copy is for the record (this copy will be FAXED to the rDVM if necessary). Enter prescription requests for medications that will be dispensed. Prepare your patient for discharge. When the pet-owner arrives to pick up his/her pet, escort him/her to a clean exam room. Review the discharge instructions in detail. Give the pet-owner any medications dispensed and review medication instructions and when the next doses are due. Inform the clinician when you have completed this. Do not discharge a patient without the clinician speaking to the pet-owner, unless the clinician instructs you to do otherwise. Be sure to return all of the patient's belongings (medications, blankets, carrier, etc.). Return the file to the front desk if the discharges are included. If not included because it is an outpatient appointment, retain the file with you until

you finish the discharges. Give the file to the clinician when you have completed the discharge instructions.

Specific examples of discharge formats are available in the ward. If you cannot find the format, you are responsible to request the example from the clinicians before you start the discharges.

### 4.2 Wildlife

In general, students have primary clinical responsibility (under supervision of the clinical staff) of wildlife cases. You are responsible for receiving these patients, perform physical exam, propose a diagnostic plan, apply treatments, and housing.

#### 4.2.1 Chronology of typical wildlife appointment

• Many Good Samaritans will call prior to bringing the animal to the hospital. The front desk is in charge of taking pertinent information and contact the ward informing of the incoming case. If this is a juvenile animal, and you can talk with the Good Sam, assess the information. If it is an unharmed animal, advise to replace the animal in the nest, if this can be done safely. If the animal injured or there is a potential risk of getting injured, advise the Good Sam to bring the animal in.

• WE DO NOT COLLECT ANIMALS FROM ANYWHERE. These animals have to be brought to the hospital. If the Good Sam has concerns with safety, do not advise to collect the animal. Instead, advise to contact local Animal Control (Stillwater Animal Welfare Division 405-372-0334), local game warden (Payne County Game Warden 405 747-0505), or police. Keep in mind that is Good Sam is not in Stillwater, these contact numbers will not apply. You can advise the Good Sam to search online for appropriate contacts or search for this information yourself and provide it to the Good Sam.

• If Good Sam's are far from Stillwater, you can provide the contact for other licensed rehabbers. Keep in mind that wildlife rehabilitation requires state licenses, and in some cases (e.g. migratory birds) may require specific federal licenses. Complete list of licensed Oklahoma wildlife rehabilitators is available in appendix D or
https://www.wildlifedepartment.com/law/rehabilitator-list

• Receptionists will call the ward once the wildlife arrives. No over-head page is used for the Zoo Med service

• Introduce yourself to the Good Sam and explain that you are a senior veterinary student. Ask pertinent information such as the location where the animal was found (e.g. side of the road). If it is an unharmed animal, ask if the Good Sam is willing to replace the animal in the nest/area of origin. Explain that we prefer that these animals are raised by their parents and this will provide the most optimal outcome. If the Good Sam is unwilling to replace the animal, the animal is injured, or there is no safe way to replace the animal (e.g. dogs and cats in the area), take the animal in.

• **ASK IF ANYONE WAS BITTEN OR HARMED WHILE COLLECTING THE ANIMAL.** This is particularly important for mammals that may be rabies vectors.

• **There is a specific form for wildlife intake**. This form **MUST** be filled by the Good Sam. In this form, it is clearly stated our principles and objectives of the wildlife rehabilitation. This form states "I, the undersigned, relinquish unconditionally this wild animal to the care of the Zoological Medicine Service. I understand that this animal will not be returned to my care at any point. I understand that the purpose of rehabilitation of this animal is to release it back into the wild. If so is not possible, I understand this animal may be humanely euthanized." **Never tell** a Good Sam that the animal will **NOT be euthanized**. On the contrary, explain that our objective is to release this animal; however, if we consider that this animal will not be likely to be released or that this animal is suffering, the animal may be euthanized.

• There is NO COST to the Good Sam, however, donations are encouraged. Information regarding donations is available in the intake form but you can explain to the Good Sam that this service is covered by donations and that their contribution will allow us to treat the animal they are bringing in as well as other animals.

• The Zoo Med service has a State of Oklahoma wildlife rehabilitation license and a U.S. Fish and Wildlife Service rehabilitation permit. This allows us to take in a large number of species, however, we DO NOT TAKE IN WILD CARNIVORES (COUGARS, WOLFS, COYOTES, ETC), LIKELY RABIES OR DISTEMPER VECTORS (RACCOONS, FOXES, BATS, ETC), LIKELY ZOONOTIC VIRUS VECTORS (RATS, MICE), OR VENOMOUS REPTILES. WE DO NOT HOLD A PERMIT FOR DEER AS WELL. **WE DO NOT HAVE PERMITS FOR THESE SPECIES THEREFORE IT IS ILLEGAL FOR US TO TAKE THESE SPECIES IN.**

• Be aware that most wildlife species are federally and/or state protected. Private ownership will most likely require some kind of license, which may be easier or harder depending on the species and protection level. **IT IS ILEGAL BY LAWS TO KEEP MOST OF THE WILDLIFE ANIMALS IN CAPTIVITY WITHOUT PROPER LICENSE.**

• Bring the animal to the ward. If the animal is in a carrier or container that the Good Sam wants back, place the animal in a cage and return the container as soon as possible.

• Once all the paperwork is complete and the Good Sam belongings are returned, prepare everything necessary for an initial assessment of the patient. It is common that anesthesia will be necessary to safely assess the patient.

• It is your responsibility to handle these animals safely. Towels, gloves, and goggles are available in the ward. **IF YOU DO NOT FEEL COMFORTABLE WITH THAT PARTICULAR SPECIES, MAKE SURE YOU CONTACT A CLINICIAN OR STAFF, AT ANY TIME OF THE DAY.**

• Perform a physical exam and performed appropriate treatments.

• The animal should be placed in an appropriate cage.

### 4.2.2    After Hours Calls:

• The emergency desk/ICU will call the student on-call when a wildlife case presents to the hospital or for a Good Samaritan phone call.

• *The students on the rotation will divide the on-call schedule equally amongst themselves.*

• The student is expected to be up to 20 minutes away from the school, and is expected to get to the school as necessary to address the emergency. This applies to both client-own or wildlife. In the case of an unforeseen situation occurs, the student should contact the clinician on call to inform of the situation, as soon as possible.

• If the student that is on-call does not answer the calls and does not respond to the missed call in a timely faction (within 5 to 10 minutes), he/she will receive a verbal warning one time, unless a justifiable reason is given. If this situation continues to occur, this will result in point deductions on the grade, which may lead to failure to complete the rotation.

• If Good Sam calls in advance, as it mostly happens

o   The student is responsible to gather information on the species, history and presenting complaint.

o   Provide the same information as mentioned above. If the animal is unharmed and can be replaced in its original environment, this would be the best option. If the animal is injured, cannot safely be replaced in its original environment, or the Good Sam wants to bring it in, advise them to bring the animal in. Alternatively, provide information regarding other license rehabilitators.

o   We try NOT to take in wildlife between 10 PM and 7 AM so that the students can have some rest. If the person calls in advance, advise them to keep the animal in box located in a dark warm place, and bring it in the next morning. If the Good Sam is adamant about bringing the animal in or it seems like the animal needs to be seen urgently, you should take the animal in. If the Good Sam presents to the VTH without previous notice, the student has to come in to deal with the case.

o   Students are expected to be able to deal with the wildlife cases on their own, but you can call the clinician on-call for any question or if you need assistance.

• If the Good Sam present themselves to the hospital without previous warning (at any time of the day)
  o You must go to the school to deal with the case.
• An afterhours wildlife drop-off should be dealt in a similar fashion as describe for the working hours. See information above.

### 4.2.3   Initiating diagnostics and treatments

Start initiating the plan for your patient. In wildlife cases, when considered adequate by the clinical staff, you will be allowed to collect sample under supervision. No test submission should be performed without the approval of a clinician.

### 4.2.4   Patient housing and care

4.2.4.1 <u>Zoo Med ward</u> – Utilize the available caging according to the species, size of the patient, and health status. As much as possible, wildlife should NOT be placed in the vicinity of client own animals. Preference to the cages and incubator located in the runs is preferred. Nevertheless, if needed other cages can be utilized. Ask for assistance whenever needed. Fill out a cage card and place on the cage or run. Place medications in the plastic bins in the ward with a patient sticker. Put the patient's record in the ward in the appropriate area. You are responsible for the management of the wildlife cases, but you should seek help and authorization to perform tests by the clinical staff. Document urination/defection and any other additional notes on the back of the treatment sheet and notify the clinician of any abnormalities.

Be proactive in the management of your cases. You should perform the tests yourself and ask for help whenever needed. Review your own radiographs, interpret your CBC results, etc.

A complete physical examination must be performed on each patient each morning, however, in some cases due to stress and potential danger of certain species, visual assessment may be preferred. Unless told otherwise, you should ask for a clinical staff member to assist you with the physical exam and restrain of the patient. Record the findings in your SOAP and use them to tailor your daily plan for the patient. All changes to a patient's plan must be approved by the clinician.

Try to be present for all of the procedures performed on your patients. If you have a scheduling conflict between two patients, communicate this to the respective clinicians to determine where you should be during those procedures.

### 4.2.5   Medical records

You are responsible for filling out history (as much as possible) and physical exam in the discharge, and writing progress reports (SOAPs) in UVIS. Each patient must have one daily SOAP. SOAPs are to be completed and in the record by 8AM and should be dated the morning of the TPR and physical examination. The SOAP should reflect the previous day. Additional information such as laboratory and imaging study results can be added as an addendum. Corrections on paper should be made by drawing a single line through the incorrect entry. Never use white-out or pencil for medical records.

### 4.2.6    Client communication

Wildlife do not have an owner, therefore there is no owner to provide regular updates. If the Good Sam that brought the animal in wants follow up information regarding that animal, we are happy to provide updates but they must call us. We will NOT be calling to provide updates proactively.

### 4.2.7    Patient discharge

Wildlife requires a discharge instruction in UVIS as a client own animal. The discharge tends to be shorter and more limited due to limited knowledge of the previous history of the animal. Nevertheless, format of the discharge is similar to client own animals. See above.

## 5.   SECTION V: Project

To complete the rotation, a project will be presented to the Zoo Med staff and students on the rotation.

- This should be a topic of your choice that is approved by a clinician
- The topic should be chosen and decided by the beginning of the 2nd week (first regular work day of the 2nd week). The project should be ready to present by the first regular work day of the 3rd week. The presentations will be schedule according to the clinics schedule
- Students must create a PowerPoint presentation of approximately 20 to 30 minutes
- A copy of the presentation via email should be sent to Dr. Brandao

## 6.   SECTION VI: Additional course information

### 6.1 Textbook requirements: None

### 6.2 Recommended reference materials:

- Carpenter JW (2018). Exotic animal formulary. Elsevier Saunders.
- Mitchell M and Tully T (2016): Current Therapy in Exotic Pet Medicine. Elsevier
- Fudge A (1999): Laboratory Medicine: Avian and Exotic Pets 2nd. WB Saunders.

- Speer B (2016): Current Therapy in Avian Medicine and Surgery. Elsevier.
- Ritchie B, Harrison G, and Harrison L (1994): Avian Medicine: Principles and Applications, Wingers Pub
- Quesenberry KE and Carpenter JW (2012): Ferrets, Rabbits, and Rodents: Clinical Medicine and Surgery. Elsevier/Saunders.
- Mayer, J. and T. M. Donnelly (2013). Clinical Veterinary Advisor, Birds and Exotic Pets, 1: Clinical Veterinary Advisor. Elsevier.
- Mader DR (2019): Reptile Medicine and Surgery.  W.B. Saunders

Other selected current reference texts and journals on Exotics, Wildlife and Zoo are available in the IOR's/Service Head's and HO's offices for ZEW students to checked out as needed for case and reading assignments. Most of the journals and other books are available online through the OSU library. Class notes from first-, second-, and third-year courses in the College of Veterinary Medicine should also be consulted and utilized. Material which is considered useful can be found on the course Moodle page. Sources for the presentation should be peer-review publications and citations should be provided at the end of the presentation.

### 6.3 Special equipment

Approved nametag, stethoscope, thermometer, and black/blue ballpoint pen.

### 6.4 Appropriate attire

All students will dress professionally. Scrubs are allowed. Khaki pants and a VTH polo is acceptable. Open-toed shoes or sandals are not allowed. Shorts, cut-offs, sandals, tank tops, hats are not considered professional attire at any time. Pants, including scrub bottoms, should cover the hips and the intergluteal cleft, even when bending over. Jeans are acceptable for field trip. Clean white coat should be used during all appointments. Dress code applies to after-hours emergencies as well. Beepers or cell phones will be required for after hour's duty assignments. Appropriate surgical attire (scrub suits and shoes) and large animal/ambulatory attire (coveralls, boots, etc.) will be worn as the need arises. The dress code will be strictly enforced. Violation of the dress code may result in a student being sent home to change attire and a lower grade or failure of the course.

A clean pair of scrubs should be available at all times in case surgery is performed.

### 6.5 Use of cellphones and cameras

The use of cellphones should be limited to professional purposes. It is unacceptable to use cellphones during appointments with owners, during rounds, etc. Cellphones can be used for drug dose calculation. Staff is expected to performed similarly, however, do not forget that staff needs to be available to other services and reception. This may imply replying to work related

emails or texts during rounds or other interactions with students. Do not take this as a sign of disrespect by the staff towards you.

It is not appropriate to take pictures of a hospital patient unless the photos are going to be used for teaching purposes. Taking pictures of patients to just have a picture is not allowed due to patient/owner confidentiality. This is additionally heightened when we have unique exotic patients in the hospital. Follow general CVHS rules regarding this topic.

### 6.6 Lunch

Leaving for lunch is allowed if work load permits, but should not be taken for granted. Efforts will be made to provide a one-hour lunch break; however, this may not be possible in some situations. Tentative lunch schedule is a one hour break between noon and 2 PM. Alternatively, and when possible, an early or late lunch break will be provided. Check with the clinicians prior to leaving for lunch. If the schedule is busy, let the clinician know if you have not had time to have lunch. NOTE: There are many places in the hospital where food is not permitted. In the Zoo Med ward, food should only be consumed in the office areas. Students are expected to return at the time that was stipulated. Unjustifiable delays will not be tolerated.

### 6.7 Field trips

Field Trips to regional zoos are scheduled as opportunities arise, but at least one per rotation is anticipated when students elect or are assigned to this rotation. The field trip will likely be to the Oklahoma City zoo or Tulsa zoo.
During the rotation, the students will go to a local pet store to be introduced to the variety of products that are commercially available. This trip will be organized according to schedule.

### 7. <u>SECTION VII</u>: Grading

All students are expected to act in a professional and ethical manner and treat patients humanely. Professionalism/work ethic is essential for success. Students are expected to be solid team players and uphold high ethical standards. You will be graded on strict adherence to courtesy, honesty, and responsibility when dealing with colleagues, clients, and patients. Points will be given based on the level of excellence (i.e. going above and beyond basic requirements). A good work ethic includes demonstration of ownership and accountability with your cases, as well as, completing tasks in a timely manner. Attendance and appropriate attire are mandatory, and a student's rotation grade will be adversely affected if deficiencies exist in either of these areas. Please keep in mind that rotation is 3 weeks long and that students are expected to deal with their cases until the 8 AM of the block change day. Active participation in rounds and other

clinic-related activities are expected. Clinical duties are to be performed in a timely manner, including after-hours assignments. Failure to perform after-hours duty assignments and on-call duties may result in a drop of at least one letter grade and may result in a failing grade for the rotation. All of the above factors will be considered in evaluation of clinical performance and subsequent rotation grade.

Students judged to be deficient in clinical performance will be notified as soon as the deficiency is apparent. Failure to improve where stated deficiencies exist may result in a failing grade for the rotation. In certain situations, when a serious deficiency occurs late in the rotation there may not be ample time to correct the deficiency. In this case a failing grade may be assigned without prior notice.

The rotation grade will be determined by senior clinicians and house officers with input from staff members. A maximum of 100 points per rotation is possible. Evaluation of clinical performance is divided into 10 categories each worth 10 points. See Appendix A.

In order to pass the rotation a student must attain an overall score of >70. See Appendix D.

The grading scale is as follows:
A = 90 − 100
B = 80 − 89.9
C = 70 − 79.9
D = 60 − 69.9
F = <60

8. <u>**SECTION VIII**</u>: **Rotation organization and function**

8.1 **Student teaching rounds**

Morning topic rounds are held in the Zoo Med Ward at 8 AM (all patient treatments must be complete including records updates/SOAP's prior to rounds), Monday through Thursday. These may be topic rounds, case discussion, or other discussion. Grand Rounds are held on Fridays. Students in the clinical rotation HAVE to attend morning seminars (grand rounds, house officer rounds, and other seminars). On seminar days, Zoo Med topic rounds will be delayed to 9 AM but all patient treatments must be complete including records updates/SOAP's prior to 8 AM. Afternoon rounds will be at the clinicians' discretion as time allows. If you are asked to present a case, always present in a systematic order (signalment, pertinent history, physical exam findings, problem list, differential diagnoses, treatments, diagnostic plan, and results).

Efforts will be made to perform topic rounds every morning, however, depending on clinician discretion and clinics schedule, changes may be made without previous notice. Although the

topic rounds are set, changes to the schedule or topic choice may be changed without previous notice depending on schedule conflicts or clinical relevance of a certain topic (e.g. in the case of elective neuter procedure, specific rounds on surgical neuter may be selected instead of a core topic round).

Selected publications will be provided to the students and it is expected that students will read the publications. If it is clear that students have not prepared rounds, consequences to the final grade may occur.

### 8.2 Tentative list of topic rounds

• Orientation; Animal handling; Ward tour
• Literature search
• Exotic animal analgesia
• Reptile housing and husbandry
• Insulinoma and adrenal gland disease in ferrets
• Hematology
• Biochemistry
• Calcium metabolism
• Radiology and clinical anatomy
• Zoonosis
• Exotic animal ownership
• Remote drug administration

### 9.   SECTION IX: Service expectations

### 9.1 Grading Expectations

All students will be expected to participate in rounds, properly take a history, perform a physical examination, administer appropriate medications and identify sources of species- specific information, obtain proper samples for diagnostic testing, discuss wellness programs with clients, manage any in-house patients appropriate to their condition, assist other students with tasks, and maintain medical records. This includes upkeep of the Zoo Med wards.

### 9.2 Grading Policies

Students will be graded on a variety of aspects including medical knowledge, problem solving, participation in rounds, task/assignment completion, technical skills, organization and preparation, medical records, client communication, attitude/teamwork, and attendance.

Grades will be determined by subjective evaluation of the student's performance by the HOs and the Service Head with input from the technical staff, and the completion and merit of any special learning exercises (written and/or verbal reports) assigned during the rotation. This includes upkeep of the Zoo Med wards.

Failure to fulfill any clinical duty assignment during regular or after hours will, at the discretion of the Service Head and HO will result in lowering the student's grade and may result in failure of the rotation depending on the severity of the offense and circumstances involved. This includes care of client own and wildlife cases under the care of the Zoo Med service.

Failure to complete the required and approved zoological medicine project by the end of the rotation can result in failure of this elective.

### 9.3 Evaluations/PxDx Skills

Instructor evaluations and PxDx skills must be completed electronically via E-Value at the end of the rotation. Students who do not complete their evaluations and PxDx skills at the end of the rotation will not receive their grade until this has been completed.

### 9.4 PxDx Skills

1) Elaborate a pet exotic husbandry recommendation list
2) Euthanasia of pet exotic or wildlife
3) Pet exotic history collection and interpretation
4) Pet exotic/wildlife: knowledge of captive management
5) Pet exotic/wildlife analgesia protocol planning
6) Pet exotic/wildlife anesthetic protocol planning
7) Pet exotic/wildlife antibiotic protocol planning
8) Pet exotic/wildlife clinical pathology interpretation
9) Pet exotic/wildlife gas anesthesia: induction and maintenance
10) Pet exotic/wildlife gavage feeding

11) Pet exotic/wildlife intramuscular injection
12) Pet exotic/wildlife intraosseous catheter placement
13) Pet exotic/wildlife intravenous catheter placement
14) Pet exotic/wildlife nutritional protocol planning
15) Pet exotic/wildlife other diagnostic imaging (US, CT)
16) Pet exotic/wildlife physical examination
17) Pet exotic/wildlife proper restraint
18) Pet exotic/wildlife radiographs
19) Pet exotic/wildlife subcutaneous fluid administration
20) Pet exotic/wildlife supportive care
21) Pet exotic/wildlife venipuncture
22) Pet exotic/wildlife critical care management
23) Pet exotic/wildlife laceration repair
24) Pet exotic/wildlife limb immobilization
25) Pet exotic/wildlife sample collection for bacterial culture
26) Pet exotic/wildlife wound management
27) Proper preparation for a procedure
28) Remote drug delivery practice
29) Zoo animal gas anesthesia: induction and maintenance
30) Zoo animal physical examination
31) Zoo animal proper restraint
32) Zoo animal venipuncture

### 9.5 Policy on Attendance

Students are expected to attend each class period and complete each assigned project. Students must present themselves to the Zoo Med ward at 8 AM on the first regular day of the rotation, or as soon as they get released from the previous rotation. Exceptions may apply to students that have performed external rotations in the preceding block. In this case, an absent form should have been provided in advance to the Zoo Med IOR. To obtain an excused absence the student must notify the instructor and obtain permission prior to the class period or as late as the first day of the rotation, or present appropriate documentation of the emergency if prior permission was not obtained. No leave of absence will be authorized, with exception for unforeseen emergencies. Points lost through lack of participation associated with unexcused absence will result in a lower grade, which may be as severe as failure of the course. Two days (M-F) per rotation can be taken if total yearly authorized absences (7 days) have not been used. Only working days (M-F, except holidays) are counted towards vacation days. Additional absences must be made up. If sudden illness or other problem prevents you from being in the hospital and treating your assigned cases, it is important that you do the following: 1. Ask a peer, currently assigned to the Zoo Med rotation, to treat your cases; 2. relate the reason for the absence to SA receptionist on weekdays (405-744-7000) or to the emergency phone duty student on weekends, or a clinical staff member, as soon after 8:00 AM as possible. The students are expected to be available until 8 AM of the block change day. If the student has an external rotation planned for the following block, IOR needs to be informed prior to the beginning of the block or as late as the first day of the block, and appropriate documentation for absence should be complete.

### 9.6 On call expectations

One student will be on call per day. The on-call schedule should be organized among the students in the rotation. If only one student is assigned to the rotation, that should will still have to provide on call for the entire rotation. The on-call coverage ranges from 8 AM until 8 AM the day after. The students are responsible for the management of their patients. Patient treatments MUST be provided by the student in charge of the case, and exchanging case responsibility will not be allowed, unless specifically authorized by the clinician in-charge.

The student is on-call throughout the night and weekend/holidays. Emergency calls will be transferred to the student on call for that period. If the student that is on-call does not answer the calls and does not respond to the missed call in a timely faction (within 5 to 10 minutes), he/she will receive a verbal warning one time, unless a justifiable reason is given. If this situation continues to occur, this will result in point deductions on the grade, which may lead to failure to complete the rotation.

The student is expected to be up to 20 minutes away from the school, and is expected to get to the school as soon as necessary to address the emergency. This applies to both client-own or wildlife. In the case of an unforeseen situation occurs, the student should contact the clinician on call to inform of the situation.

## 10. SECTION X: Appendixes

### 10.1    Appendix A: History forms

#### 10.1.1  Avian

OSU Veterinary Teaching Hospital

**Avian History Form**

ID Label Here

Name:

Species:

Client:

Date:

**Animal Information:**
Time Owned:                         Age at adoption:
Primary Care Giver:               # of prev. owners?
Source:                                   Captive Bred ○    Wild Caught ○    Unknown ○
Weaning:    Age                     Hand fed Y/N    Method:
Microchip/Band #:                 Sexed:  Y/N  How:
Other Pets; note most recent addition:
Owner/Pets in contact with other birds?
Quarantine procedure:

**Housing:**
Cage Dimensions: _____ x _____ x _____    Made of: _____
Galvanized?              Powder Coated?
Cleaning Regime: Bottom-              Bars-                Disinfectants used:
Cage Location:
Perch types:                                                       Sandpaper used Y/N
Hiding place Y/N
Shared enclosure Y/N
Plays with toys? Y/N    Types:                                     Mirror? Y/N
Preference:                    Rotated Y/N          How often?         Play Gym? Y/N
Building Description: Apartment  Duplex  House   Heating: electric  forced air  boiler  other
Air Conditioning Y/N           House Temp: Day -      Night –
What can bird see from cage: Window/Door/Skylight/Other
Location of other birds:
Where does bird sleep?           Cage cover: Y/N    Night light: Y/N    Night fright: Y/N
Hours Light:              Hours Dark:                Ultraviolet B bulbs Y/N    Bulb age:
Aromatics: Smokers○ Incense/Candles○ Air Fresheners○ Self Clean Oven○ Teflon Pans○
Bath/Showers:                  Frequency:          Water add-ons?            Blow dry: Y/N
Ever outside? Y/N   In cage○ On perch○ Screened patio○ Unrestrained○
Exposure to wild birds?
Any recent changes (people, pets, furniture etc):

**Behavior:**
Preferred person:                    Primary Handler:
How often/long is bird handled?                  Bird out (hr/day):            Supervised: Y/N
Training: How often?            Treats used?            How many words?
Steps up: Easily○ Hesitantly○ Rarely○    Reacts Aggressively○
Likes petting? Y/N  Head○    Back○      Tail○      Wings○     Other
On shoulder?       Always○    Often○      Occasionally○    Rare○      Never○
Discipline?           How?                        Afraid of situations/objects?
Problems observed: Biting○ Screaming○ Feather Plucking○ Self-mutiliation○ Aggression○
When:
Owner Response:

### 10.1.2  Reptile

OSU Veterinary Teaching Hospital

## Reptile & Amphibian History Form

ID Label Here
Name:
Species:
Client:

Date:
**Animal Information:**
Time Owned:
Primary Care Giver:
Source:                   Captive Bred ○    Wild Caught ○    Unknown ○
Other Pets; Note most recent addition:
Owner or pets in contact with other Reptiles?
Quarantine procedure?:

---

**Housing:**
Cage Dimensions:____ x ____ x ____ Made of:_____ Arboreal ○ Terrestrial ○ Aquatic ○
Heat Sources:                                              Thermostat Control ○
Thermometer Y/N          Digital ○    Sticker ○    Plastic Dial ○    Temp Gun ○
Day Temp (Range):                     Night Temp (Range):
Hygrometer: Y/N                       % Humidity:
Spray ○    Mist ○    Dripper ○    Bathe ○    Frequency:_____
UV light source: Y/N                  Brand/Strength:
Age of Bulb:                          Distance of bulb from animal:
Photoperiod:
Cage top:                Secured?:              Additional Ventilation:
Shared Enclosure: Y/N              Substrate:              Sub. Depth:
Haul Out: Y/N            Filters (Type, Size):             Depth of Water:
Water change: Partial:   Full:              Water Testing?:
Live Plant/Types:
Cleaning Regime: Spot Clean:          Full Clean:            Disinfectant Used:
Cage furniture:
Cage location:                       On or near speakers or windows?:
Location of other reptile(s):
Frequency Handling/Time out of Enclosure:                 Ever Outside: Y/N

---

**Diet:**
Prey Type:                           Dead ○    Live ○    Frozen ○
Color of last meal(rodents)?         Is this the usual color?:
If Live, How long left in enclosure?:
Frequency of Feeding:  Prey:              Salad:
Supplement Type/Brand/Freq:          Gut loading? How?:
Veggies/Type:
Fruit/Type:
Commercial Food Used: Y/N   Brand:        %Fed:    Ever feed Wild-caught food? Y/N
Water Source:            Freq. of cleaning?:          Large enough for soaking: Y/N

---

**General:**
Reproductive Status:            Last Clutch Laid:          How Many?:
Last Shed:                      Complete: Y/N
Last Defecation:                Normal?:  Y/N
Last Fed:
Previous Health Problems?       On-going meds:

### 10.1.3 Small Mammal

## OSU Veterinary Teaching Hospital

### <u>Small Mammal History Form</u>

ID Label Here

Name:_____

Species:_____

Client:_____

Date:

**Animal Information:**

Time Owned:              # of previous owners?

Source:                Captive Bred ○    Wild Caught ○    Unknown ○

Primary Care Giver:        Other people in house, # and ages of children:

Other Pets; Note most recent addition:

Owner or pets in contact with other mammals?

Quarantine procedure?

**Housing:**

Outdoor ○   Indoor ○  Ever Outside?_____      Shared Enclosure: Y/N

Cage Dimensions:____ x ____ x ____ Made of:_____ Floor solid or grated?_____

Single or multi-level:

Shavings Used: Y/N      Type:_____ Litter Box: Y/N    Litter Used: _____

Cleaning Regime:

Free Run: Y/N      Time out per day: _____ Supervised: Y/N

Toys?:

Wheel? Solid/Slats?:

Supplemental heat?:

Thermometer?: Y/N      Temperature Range:

Any exposure to wild animals/pests?:

**Diet:**

Pelleted Food: Y/N  Brand:_____      Amt/Day:

Hay: Y/N        Type: Alfalfa/Timothy/Mix      Amt/Day:

How is food stored?              Last bag opened when?

Seeds or Grains: Y/N

Treats offered:                Frequency:

Salt Lick: Y/N      Mineral Block: Y/N

Other supplements?              Frequency:

Water: Dish/Bottle

Changing Frequency:

Fresh Food Offered: Daily/Occasionally/None

Amount Offered:

Fruit/Type:

Veggie/Type:

**General:**

Reproductive Status:              Last litter?          How many?

Baths ○ Frequency:        Dustbaths ○ Frequency:

Brushing: Y/N      Nail trim: Y/N      Ear cleans: Y/N Product Used:

Hairball Remedy: Y/N Type:        Frequency:

Vaccination: Y/N    When?          For what disease(s)?

Previous Health Problems?          On-going Medications:

### 10.2    Appendix B: Zoo Med treatment sheet

PLACE PATIENT STICKER HERE:
Client: _____
Patient: _____
Species: _____

DATE: _____    DIET: _____    WEIGHT: _____

IV CATHETER SITE(S): _____    DATE PLACED: _____    INITIALS: _____

CLINICAL SUMMARY: _____

| TREATMENT PLAN | TIME: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| | 8:00 a.m | | | | | | | | | | |
| 2 | 9:00 a.m | | | | | | | | | | |
| | 10:00 a.m | | | | | | | | | | |
| 3 | 11:00 a.m | | | | | | | | | | |
| | 12:00 p.m | | | | | | | | | | |
| 4 | 1:00 p.m | | | | | | | | | | |
| | 2:00 p.m | | | | | | | | | | |
| 5 | 3:00 p.m | | | | | | | | | | |
| | 4:00 p.m | | | | | | | | | | |
| 6 | 5:00 p.m | | | | | | | | | | |
| | 6:00 p.m | | | | | | | | | | |
| 7 | 7:00 p.m | | | | | | | | | | |
| | 8:00 p.m | | | | | | | | | | |
| 8 | 9:00 p.m | | | | | | | | | | |
| | 10:00 p.m | | | | | | | | | | |
| 9 | 11:00 p.m | | | | | | | | | | |
| | 12:00 a.m | | | | | | | | | | |
| 10 | 1:00 a.m | | | | | | | | | | |
| | 2:00 a.m | | | | | | | | | | |
| | 3:00 a.m | | | | | | | | | | |
| | 4:00 a.m | | | | | | | | | | |
| | 5:00 a.m | | | | | | | | | | |
| RECORD OBSERVATIONS ON BACK | 6:00 a.m | | | | | | | | | | |
| | 7:00 a.m | | | | | | | | | | |

Column header over the table: **MONITORING**

STUDENT: _____    CLINICIAN: _____

PAGE _____ OF _____

## OBSERVATIONS

{Desaile chal'ilcteristics of event)

| TIME | URINATION | STOOl | VOMIT | OTHER |
|------|-----------|-------|-------|-------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

1.0.3Appendix    C:    2014/2015    Oklahoma    State    Licensed Rehabilitator  List    (from **https://www.wildlifedepartment.com/law/rehabilitator-list**)

| County | Last name | First Name | City | Phone Number | Rehabilitator Type |
|--------|-----------|------------|------|--------------|--------------------|
| ADAIR | BROWN | CRAIG | STILWELL | 918-797-2034 | MAMMALS |
| ADAIR | CATRON | JOY | STILWELL | 918-696-2241 | MAMMALS |
| ADAIR | TERRELL | SHELLEY | STILWELL | 918-575-2799 | MAMMALS, BIRDS, NO SNAKES |
| ALFALFA | BRAWNER | AMANDA | ALINE | 580-554-3054 | BIRDS, MAMMALS, REPTILES |
| ALFALFA | STEWART | SHELLY | AMORITA | 580-474-2567 | MAMMALS |
| BRYAN | BARFIELD | JAN | BENNINGTON | 580-916-0344 | BIRDS, MAMMALS |
| BRYAN | HYDE | CAROLBETH | CALERA | 580-760-0532 | DEER |
| BRYAN | MASON | DONNA | ACHILLE | 580-434-2174 | MAMMALS, REPTILES |
| BRYAN | RUSSELL | JEREK | DURANT | 580-380-2601 | MAMMALS, BIRDS |
| BRYAN | TALKINGTON | SHANNON | MEAD | 580-980-2287 | BIRDS, MAMMALS, REPTILES |
| CADDO | BROCK | LORI | ANADARKO | 405-933-4664 | SMALL MAMMALS & DEER |
| CADDO | MCCAIN | ROBERT | HINTON | 405-542-7555 | MAMMALS, DEER |
| CHEROKEE | CASE | BANDI | KANSAS | 806-283-1405 | MAMMALS |
| CHEROKEE | LAYMON | MICHELLE | TAHLEQUAH | 918-816-1371 | BIRDS, MAMMALS, REPTILES |
| CIMARRON | WIGGINS | MATT | BOISE CITY | 580-517-1800 | MAMMALS |
| CLEVELAND | LARGE | RONDI | NOBLE | 405-872-9338 | BIRDS, MAMMALS, REPTILES MB27737B-OEXP 3/31/19 |
| COAL | COUCH | AMY | COALGATE | 580-239-0476 | MAMMALS |
| COMANCHE | ANDERSON | RUSSELL | LAWTON | 580-581-3219 | BIRDS, MAMMALS, REPTILES |
| COMANCHE | BREADEN | WALLIE | LAWTON | 580-536-194 | MAMMALS, REPTILES |
| COMANCHE | CONKLIN, SR | MARK | FT. SILL | 580-442-3553 | MAMMALS |
| COMANCHE | RODRICK | ROY | LAWTON | 580-581-3219 | BIRDS, MAMMALS, REPTILES |
| COMANCHE | WEBB | JENNIFER | LAWTON | 580-581-2391 | BIRDS, MAMMALS, REPTILES |
| CREEK | GABBARD | SHERRON | SLICK | 918-625-3738 | MAMMALS |

| | | | | | |
|---|---|---|---|---|---|
| CREEK | MORTON | ELIZABETH | SAPULPA | 918-508-9607 | SMALL MAMMALS |
| CREEK | MORTON | LINDA | SAPULPA | 918-508-9607 | SMALL MAMMALS |
| DELAWARE | BOYD | THERESA | BERNICE | 417-540-1605 | BIRDS, MAMMALS |
| DEWEY | BLAND | TARA | TALOGA | 580-922-0405 | BIRDS, MAMMALS, REPTILES |
| GARFIELD | COVARNUBIAS | DENISE | ENID | 580-402-5463 | BIRDS, SMALL MAMMALS |
| GARFIELD | KEITHLY | PAIGE | ENID | 580-231-0476 | BIRDS, MAMMALS |
| GARVIN | HAIR | TEO | WYNNEWOOD | 405-665-6310 | MAMMALS |
| GRADY | REMPE | MARY | CHICKASHA | 405-779-2523 | TURKEYS |
| GRANT | ELSON | MARILYN | NASH | 580-541-2246 | MAMMALS |
| GRANT | HILL | AMANDA | NASH | 580-532-5547 | MAMMALS |
| GRANT | KILIAN | LISA | MEDFORD | 580-741-1127 | DEER |
| GRANT | MISAK | KIMBER | WAKITA | 580-541-2264 | MAMMALS |
| HARRIS | MURGATROYD | RHONDA | SEABROOK | 713-705-5897 | BIRDS, MAMMALS, REPTILES Fed#MB231450-2 exp 3/31/19 |
| HASKELL | PENNEBAKER | MELANIE | STIGLER | 918-448-2001 | DEER, MAMMALS |
| JEFFERSON | ABERNATHY | MARY | WAURIKA | 580-439-5627 | MAMMALS |
| KAY | BICKFORD | TRACI | PONCA CITY | 580-716-4125 | DEER, SQUIRREL |
| KAY | BURTNER | LARRY | PONCA CITY | 580-304-4419 | BIRDS, MAMMALS, REPTILES |
| LATIMER | HOWARD | TRACY | RED OAK | 918-754-2258 | DEER |
| LEFLORE | CARTER | APRIL | SPIRO | 479-629-5173 | MAMMALS |
| LINCOLN | BURNS | CHERLINDA | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED# MB-111409-0 EXP 03/31/21 |
| LINCOLN | CARROLL | ALEXANDER | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED# MB-111409-0 EXP 03/31/21 |
| LINCOLN | COLEMAN | AMY | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED# MB-111409-0 EXP 03/31/21 |
| LINCOLN | DELAWARE | PAUL | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED# MB-111409-0 EXP 03/31/21 |
| LINCOLN | HAN | BEN | PERKINS | 405-880-0734 | BALD & GOLDEN EAGLES FED# MB-111409-0 EXP 03/31/21 |

| | | | | | |
|---|---|---|---|---|---|
| LINCOLN | JUDKINS | MEGAN | PERKINS | 405-880-0734 | BALD & GOLDEN EAGLES FED # MB-111409-0 EXP 3/31/21 |
| LINCOLN | LINCOLN | ABRAHAM | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED# MB-111409-0 EXP 03/31/21 |
| LINCOLN | LONETREE | ASHLEY | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED # MB-111409-0 EXP 3/31/21 |
| LINCOLN | O'HARA | JORDAN | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED # MB-111409-0 EXP 3/31/21 |
| LINCOLN | RUIZ | JESSICA | PERKINS | 405-334-7471 | BALD & GOLDEN EAGLES FED # MB-111409-0 EXP 3/31/21 |
| LINCOLN | SINNES | ANDREW | PERKINS | 405-880-0734 | BALD & GOLDEN EAGLES FED # MB-111409-0 EXP 3/31/21 |
| LOGAN | MIETA | SATAWA | CRESCENT | 405-240-2331 | BIRDS, MAMMALS, REPTILES |
| MAJOR | HIATT | CELIDA | AMES | 580-747-3202 | MAMMALS |
| MAJOR | MILLER | AMBER | LONGDALE | 580-554-6197 | BIRDS, MAMMAL, REPTILES |
| MARSHALL | VICK | WENDYL | MADILL | 580-677-0181 | BIRDS, MAMMALS, REPTILES |
| MAYES | RINGLING | RACQUEL | LOCUST GROVE | 918-530-2177 | MAMMALS |
| MCCURTAIN | BECKERS | CAROLYN | IDABEL | 580-743-0935 | MAMMALS |
| MCCURTAIN | DUREN | CARRIE | EAGLETON | 580-306-0222 | MAMMALS |
| MCCURTAIN | VIRGIN | TAMMY | BROKEN BOW | 580-494-7387 | MAMMALS, BIRDS, REPTILES |
| MCINTOSH | ROBISON | TAMMY | CHECOTAH | 918-230-2747 | DEER, SMALL MAMMALS |
| MUSKOGEE | BALL | WHITNEY | MUSKOGEE | 918-913-2512 | MAMMALS, BIRDS |
| MUSKOGEE | FLUSCHE | KAREN | MUSKOGEE | 918-869-6732 | MAMMALS |
| MUSKOGEE | KEENER | GIL | MUSKOGEE | 918-781-2803 | MAMMALS |
| OKMULGEE | CARTER | CAROL | DEWAR | 918-557-3166 | BIRDS, MAMMALS, REPTILES |
| OKMULGEE | HUBBARD | LINDA | OKMULGEE | 918-758-8912 | BIRDS, SMALL MAMMALS |
| OSAGE | HARVEY | GARY | PONCA CITY | 580-716-2111 | DEER |
| OSAGE | McNALLY | MICHAEL | SKIATOOK | 918-396-4831 | BIRDS Fed # MB84271B-0 Exp 3/31/2020 |
| PAYNE | LENOS BRANDAO | JOAO MANUEL | STILLWATER | 405-744-7000 | BIRDS, NON-VENOM REPT, MAMMALS Fed #MB009483-0 exp 3/31/2020 |
| PAYNE | MAUZGRAU-BENCHMARK | LISA | PERKINS | 405-547-8381 | MAMMALS |

| PAYNE | TORRES | JESSICA | PERKINS | 405-665-0091 | BIRDS, MAMMALS, REPTILES, AMPHIBIANS |
|---|---|---|---|---|---|
| PITTSBURG | REEVES | RENATE | STIGLER | 918-490-1885 | MAMMALS |
| PONTOTOC | LANE | TIFFANY | ADA | 580-235-2407 | BIRDS, MAMMALS, REPTILES |
| POTTAWATO MIE | INGERSOLL | KERRY | SHAWNEE | 405-306-8595 | DEER |
| PUSHMATAH A | HEDGECOCK | BRYLEE | ANTLERS | 580-372-0265 | REPTILES |
| PUSHMATAH A | MASTERS | CASIE | ANTLERS | 580-271-1528 | DEER, MAMMALS |
| PUSHMATAH A | MITCHELL | KATHY | CLAYTON | 580-298-7470 | BIRDS, MAMMALS, REPTILES |
| ROGERS | CALLERY | LINDA | CLAREMORE | 918-341-1280 | BIRDS, MAMMALS FED#MB66466A-0 Exp. 3/31/22 |
| ROGERS | HARDT | DANIEL | FOYIL | 918-342-9453 | BIRDS, MAMMALS, REPTILES FED# MB019049-0 EXP 03-31-2019 |
| ROGERS | KING | ANNETTE | FOYIL | 918-342-9453 | MAMMALS,BIRDS, RAPTORS,REPTILES Fed#MB019049-0 exp03/31/19 |
| ROGERS | LOTT | SUSAN | FOYIL | 918-342-9453 | BIRDS, MAMMALS, REPTILES |
| ROGERS | PASSMORE | TRACEY | FOYIL | 918-342-9453 | BIRDS, MAMMALS, REPTILES |
| ROGERS | SILVA | GREG | FOYIL | 918-342-9453 | BIRDS, MAMMALS, REPTILES FED#MB019049 EXP 03-31-2019 |
| SEQUOYAH | COX | GARY | SALLISAW | 918-775-6182 | BIRDS, MAMMALS, REPTILES (LIC - MB672276-0 EXP 03/31/2020 |
| STEPHENS | PRICHARD | LUKE | DUNCAN | 580-656-0525 | DEER, MAMMALS |
| TEXAS | BAIER | LORI-ANNE | TYRONE | 620-391-7116 | MAMMAL |
| TILLMAN | PARKS | JULIE | FREDERICK | 580-305-4020 | BIRDS, MAMMALS, REPTILES FED#MB60346C-O EXP 03/31/2022 |
| TILLMAN | RENFRO | PERRIE | HOLLISTER | 580-305-5460 | MAMMALS |
| TULSA | BARKOWSKI TULSA ZOO | JOE | TULSA | 918-669-6600 | MAMMALS, BIRDS, REPTILES Fed#MB703317-0 Exp 03/31/2023 |
| TULSA | BISHOP-BALDWIN | SHARON | TULAS | 918-508-9607 | MAMMALS (RACOONS) |
| TULSA | DIETRICH | ASHLEY | SAND SPRINGS | 918-508-9607 | DOVE & PIGEONS |
| TULSA | DONER | KIM | TULSA | 918-508-9607 | SONGBIRDS SM RAPTORS, MAMMALS FED MB103495-0 EXP 03/31/2023 |

| TULSA | FISHER | TERESA | TULSA | 918-633-8034 | SMALL MAMMALS |
|-------|--------|--------|-------|--------------|---------------|
| TULSA | FOLEY | MARY | TULSA | 918-508-9607 | COTTONTAIL RABBITS |
| TULSA | HILST | KARLA | TULSA | 918-508-9607 | SMALL MAMMALS |
| TULSA | JACKSON | LESLIE | TULSA | 918-289-6596 | SONGBIRDS, RAPTORS FED# MB56465A-O EXP 3/31/22 |
| TULSA | LAHL | ANNA | TULSA | 918-508-9607 | BIRDS, MAMMALS |
| TULSA | LAWRENCE | MICHELLE | JENKS | 918-508-9607 | SMALL MAMMALS |
| TULSA | LEACH | CHRISTINA | JENKS | 918-508-9607 | BIRDS, SMALL MAMMALS FED#MB01416C-0 EXP 3/31/2021 |
| TULSA | LOCKER | KATHY | JENKS | 918-671-3338 | BIRDS, SMALL MAMMALS |
| TULSA | McKAY | JAN | TULSA | 918-508-9607 | BIRDS, MAMMALS |
| TULSA | NORTON | VALERIE | TULSA | 918-508-9607 | OPOSSUMS, SMALL MAMMALS |
| TULSA | POWELL | PAMELA | TULSA | 918-671-1128 | SMALL MAMMALS |
| TULSA | SANCHEZ | BROOK | SPERRY | 918-257-9727 | MAMMALS |
| TULSA | SMITH-CLARK | PATTY | TULSA | 918-770-5152 | SMALL MAMMALS |
| TULSA | TAYLOR | BRUCE | TULSA | 918-688-8337 | BATS |
| TULSA | WELCH | KAREN | TULSA | 918-508-9607 | MAMMALS |
| TULSA | WOMACK | DENISE | TULSA | 918-508-9607 | SQUIRRELS, MAMMALS |
| WAGONER | SIFTAR | GARY | BROKEN ARROW | 918-455-6627 | RAPTORS & OPOSSUMS FED # MB776393-0 EXP 3/31/2020 |
| WAGONER | SIFTAR | KATHRYN | BROKEN ARROW | 918-455-6627 | OPOSSUMS AND RAPTORS FED # MB776393-0 EXP 3/31/2020 |
| WASHINGTON | LITTLE | LANE | DEWEY | 918-440-4510 | MAMMALS (SMALL) |
| WOODS | KEENAN | TANDY | WAYNOKA | 580-334-9350 | REPTILES, AMPHIBIANS |
| WOODWARD | HASKINS | NATALIE | WOODWARD | 580-334-6687 | MAMMALS |
| WOODWARD | REIDLINGER | DARLA | WOODWARD | 580-256-2920 | MAMMALS |
| WOODWARD | THOMPSON | SAUNNIE | WOODWARD | 580-334-8173 | MAMMALS |

Board00161

10.4    **Appendix D. Grading Scale**

| Much below minimum expectations (1-2) | Below Minimum Expectations (3-5) | Marginal Performance (6-7) | Expected Performance (8-9) | Exceeds Expectations (10) |
|---|---|---|---|---|
| *History/Physical Examination* | | | | |
| Unable to perform an accurate and complete history and/or physical examination in the majority of cases. | Performs histories and physical examinations with frequent significant omissions or inaccuracies. | Performs histories and physical examinations with a moderate number of significant omissions or inaccuracies. | Performs histories and physical examinations with minor errors/omissions and occasional inaccuracies. | Consistently takes thorough and organized histories. Performs accurate, complete physical examinations. |
| *Technical Skills* | | | | |
| Is unable to perform technical tasks even with considerable direction from the technician or clinician. The patient is stressed or traumatized. Is poorly organized for tasks. | Is unable to perform many technical tasks even with considerable direction from the technician or clinician. Patients frequently stressed by procedures. Is poorly organized for tasks. | Is often unable to perform some technical tasks with direction from the technician or clinician. Some patients are stressed by procedures. Often not well organized for tasks. | Adequately performs most technical tasks with direction from the technician or clinician. Minimal stress is caused to the patient. Is well organized for tasks. | Skillfully performs all technical tasks. Is organized and has required materials prior to beginning the task. |
| *Efficiency and Preparedness* | | | | |
| Is disorganized. Tasks are not completed. Paperwork is not complete or is consistently not completed on time. Is not prepared for procedures | Is often disorganized. Tasks are often not completed. Paperwork is frequently not complete or not completed on time. Is not prepared for many procedures. | Is sometimes disorganized. Tasks are often not completed efficiently. Paperwork is sometimes incomplete or not completed in a timely manner. Is not prepared for some procedures. | Is usually organized. Tasks are often completed efficiently. Paperwork is complete and is done in a timely manner most of the time. Is usually knowledgeable about procedures planned for patients. | Is consistently organized. Tasks are complete with efficiently. Paperwork is complete and is done in a timely manner. Is knowledgeable about procedures planned for each patient. |
| *Patient Care* | | | | |
| Optimal patient care or treatment is usually delayed or overlooked. Patient's health is | Optimal patient care or treatment is frequently delayed or overlooked. There is potential for | Conscientious regarding patient care and treatment but occasional errors are made in | Conscientious regarding patient care and treatment. Concerned for the welfare of other | Patients receive impeccable care. Identifies potential improvements in patient |

| | | | | |
|---|---|---|---|---|
| significantly compromised. | significant compromise of patient health. | following clinician's orders. Errors are promptly corrected. | patients. | care. Concerned for the welfare of other patients. |
| *Rounds* | | | | |
| Does not participate in rounds and responses are inaccurate. Outside reading is not demonstrated. No evidence of preparation for case presentation. Often late for rounds. | Minimal rounds participation and responses are often inaccurate. Demonstrates little outside reading. Cases are not satisfactorily presented. Late for rounds multiple times. | Participates in rounds with accurate responses on some occasions. Demonstrates outside reading. Satisfactorily prepared for case presentation. Occasionally late for rounds. | Actively participates in rounds with accurate responses on most occasions. Demonstrates outside reading. Presents cases in organized and understandable manner. Always on time for rounds. | Actively participates in discussions with accurate responses. Researches topics on all cases thoroughly. Presents cases clearly, concisely, and accurately. Always on time for rounds. |
| *Knowledge* | | | | |
| Poor knowledge base in all areas. | Limited knowledge base in most subject areas. | Limited knowledge base in some subject areas but satisfactory in others. | Displays satisfactory knowledge base in all areas. | Displays superior knowledge on own cases, as well as cases of others. |
| *Medical records/Case Follow-up* | | | | |
| SOAP format is not followed. Problems and assessments are inaccurate. Records are frequently late. Discharges are always incomplete, not according to the format, and late. Follow-up information not obtained. | SOAP format is frequently not followed. Problems and assessments are inaccurate most of the time. Discharges are incomplete, not according to the format, and late more than once. Follow-up information is often late. | Records follow SOAP format; however, problem identification or assessment is often inaccurate. Discharges are partially complete, deficient on the format, and occasionally late. Follow- up information is late and requires prompting. | Records accurately identify most problems. Assessments are appropriate for most patients. Discharges are adequate on the appropriate format, and mostly on time. Follow-up information is obtained without prompting. | Problem-oriented medical records are concise and summarize the patient's status accurately. Assessments are excellent. Records are always completed on time. Follow-up on cases is exceptional. |

| Patient Assessment | | | | |
|---|---|---|---|---|
| Fails to adequately identify problems, assess patients, or make appropriate diagnostic/therapeutic plans. Assessment of patients is incomplete or late. | Problem identification, patient assessments, or diagnostic/therapeutic plans are usually inaccurate. Assessment of patients is often incomplete or late. | Problem identification, patient assessments, or diagnostic/therapeutic plans are sometimes inaccurate. Assessment of patients is occasionally incomplete or late. | Obtains and assesses diagnostic test results well. Correctly identifies and assesses most of the patient's problems. Appropriate diagnostic and therapeutic plans are usually presented. Assessment of patients is adequate and timely. | Accurately identifies all patient problems. Diagnostic tests are promptly obtained and correctly assessed independently. Appropriate diagnostic and therapeutic plans are routinely suggested. Assessment of patients is thorough and timely. |

| Professional Attitude/Client Communication | | | | |
|---|---|---|---|---|
| Shows no interest in clerkship activities. Displays unprofessional behavior. Interacts inappropriately with others. Regularly late and does not show interest on the quality of patient care. Does not follow guidance provide and by the staff and is rude towards staff. Does not effectively communicate with clients. | Often appears disinterested in clerkship activities. Frequently acts in an unprofessional manner or interacts inappropriately with others. Does not follow guidance provide and by the staff. Shows limited interest on patient care. Occasionally late. Client communications are often inaccurate or late. | Occasionally appears disinterested in clerkship activities. Occasionally acts in an unprofessional manner or interacts inappropriately with others. Willing to help when colleagues are not available, if asked. Shows limited interest on patient care. Communication with clients is occasionally inaccurate or late. | Enthusiastically performs clerkship duties without prompting. Interacts with others in a tactful, courteous and professional manner. Willing to help when colleagues are not available. Shows interest on patient care. Client communications are accurate and timely. Follow-up information is obtained without prompting | Performs own clerkship duties promptly and enthusiastically and volunteers to help in additional areas. Displays a courteous and professional manner that is commended by faculty, staff, and clients. Willing to help whether or not colleagues are available. Excellent patient care. Client communications and rapport are exceptional. |

| Project/Presentation | | | | |
|---|---|---|---|---|
| Poor oral presentation. Reads slides without any additional input. Several grammar mistakes. Lack of peer-review and poor-quality literature information. Presentation not available on time. | Poor oral presentation. Reads slides without any additional input. Occasional grammar mistakes. Limited and outdated peer-review information. Does not use appropriate literature. | Adequate oral presentation. Occasionally reads slides. Occasional grammar mistakes. Outdated peer-review information. | Good oral presentation. Occasionally reads slides. Up-to-date peer-review information. | Excellent oral presentation. Excellent use of visual aids. Shows good preparation and in-depth knowledge of the topic. |

Board00165

VCS 7703 Intensive Care Unit
Updated: April 2019

**SECTION I:  Catalog Data**

Course Prefix: VCS                          Course Number: 7703
Title:   Small Animal ICU
Abbreviated Title: ICU
Catalog Description:  Lab 3. Prerequisite(s): Fourth-year standing in the College of Veterinary Medicine. Clinical rotation in small animal intensive care/critical and emergency medicine. Letter graded.

Instructor of Record:  Danielle Dugat, DVM, MS, DACVS-SA
                       Office: Academic Center, 301
                       Phone: (405) 744-9529
                       Fax:    (405) 744-6265
                       Email address:  danielle.dugat@okstate.edu

Number of Student Contact Periods: 9
Number of Contact Hours:           120
Number of Outside Effort Hours:    60

**SECTION II:  Instructional Content**
- Students will have a variety of instructional periods including didactic lectures, case based problem solving, and hands on instruction in small animal critical care and emergency medicine.
- A schedule of rounds topics and times will be provided the first day of the rotation.
- Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Powerpoint slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

**SECTION III:  Class Meetings**
- Students will be present in BVMTH Room 104, faculty conference room, or ICU at the appointed time for rounds
- Students will be present for their assigned shift and stay for the entire shift unless excused by a supervising clinician or technician.

**SECTION IV: Learning Outcomes**

Topic 1:  Professional Conduct
At the end of this rotation, students will be able to
1. **Conduct** themselves in a professional manner (appropriate dress code, speech, interactions with others)
2. **Demonstrate** the ability to seek and apply constructive criticism regarding patient care and treatments
3. **Communicate** with staff and colleagues in a manner that is timely, accurate, and professional

1

Board00166

VCS 7703 Intensive Care Unit
Updated: April 2019

*as assessed by individual case discussion, cage side case rounds, and observation of colleague interactions (with students/technicians/staff/doctors), using the rubric provided in the course syllabus.*

Topic 2:  Knowledge & Practicality, Patient Treatment and Care
At the end of this rotation, students will be able to

1. **Develop** an understanding for fluid management, emergency treatments, clinical presentation or respiratory emergencies, and diagnostic modalities available in the emergency setting
2. **Apply** previously acquired knowledge and experiences to clinical cases
3. **Demonstrate** outside reading/research on clinical cases to further improve knowledge of disease mechanisms, diagnostic testing, and/or treatment(s)
4. **Identify** and interpret changes in patient parameters and treatment plans to modify patient care and treatment
5. **Demonstrate** efficient and prompt recognition of patient complications, and accurately executes patient treatments with excellence

*as assessed by an end-of-rotation examination, individual case discussion, cage side case rounds, and observation of colleague interactions (with students/technicians/staff/doctors), using the rubric provided in the course syllabus.*

Topic 3:  Technical Skills and Efficiency
At the end of this rotation, students will be able to

1. **Prioritize** patient treatments to identify critical needs, and thus providing optimal patient care
2. **Perform** a complete and accurate general physical examination and accurately perform diagnostic skills to monitor patient progression (ie. Performing Doppler blood pressure evaluation, placing urinary catheters, auscultation of the thorax)
3. **Demonstrate** proficiency with common technical skills (ie. jugular blood collection, cystocentesis, intravenous catheter placements) and **demonstrate** practical knowledge of (justification for performing, equipment needed, anatomic landmarks, procedure, and potential complications) less common technical skills (ie. centesis of the abdomen, thoracic cavity, pericardium, and/or joints, bone marrow sampling, spinal fluid collection, etc.)

*as assessed by individual interactions/guidance/observation with doctors and technicians working within the unit, using the rubric provided in the course syllabus.*

Topic 4:  Teamwork and Transfer Rounds
At the end of this rotation, students will be able to

1. **Discuss** and present a patient's history, clinical presentation, diagnostics performed, and reasons for treatments instituted
2. **Demonstrate** excellent work ethic to complete tasks and help others when needed
3. **Develop** clinical aptitude to understand medical conditions and the necessary monitoring and treatments instituted for patient care

2

Board00167

VCS 7703 Intensive Care Unit
Updated: April 2019

*as assessed by individual interactions/guidance/observation with doctors and technicians working within the unit, case transfer rounds held by faculty and performed between the students at the end of shift change, using the rubric provided in the course syllabus.*

Topic 5: Medical Records
At the end of this rotation, students will be able to
1. **Assess** a patient's medical record to formulate an understanding of the underlying disease condition being treated and **critique** treatment decisions being ordered
2. **Demonstrates** an ability to look beyond highlighted orders for a patient to identify changes or concerns that may arise with treatment protocols or progression of disease
3. **Develops** and aptitude to use medical jargon, understand medication dosages, and mode of action for medications being delivered to the patient
4. **Demonstrate** an ability to calculate dosages, understand treatment orders, and recognize and correct treatment errors

*as assessed by observation with doctors and technicians working within the unit, case transfer rounds, using the rubric provided in the course syllabus.*

**SECTION V: PxDx Skills**

A clinician/house officer/technician associated with the rotation must sign off each PxDx skill as it is completed. This is a comprehensive list and therefore all skills may not have been performed on this rotation; some may have been previously completed on other rotations. This checklist is due the first Friday after the last day of the rotation. Failure to turn in this checklist means that your skills entered into E-value will be declined, which will affect your graduation requirements. **\*\*Remember\*\*** you must input all PxDx skills completed on this rotation into E-value within ONE week after completion of this rotation,  otherwise they will be declined.  Completing and logging PxDx skills is a requirement to graduate.

List of Skills
SA canine demonstrate effective restraint
SA SNAP heartworm and/or FeLV/FIV test
SA feline demonstrate effective restraint
Administration of ophthalmic medications
SA peripheral venipuncture
SA fluorescein stain
SA jugular venipuncture
Perform and interpret I-STAT
SA cephalic catheterization
SA placement of nasoesophageal/ nasogastric tube (participate)
SA jugular catheter placement (participate)
SA CPR (perform)
SA record ECG
SA place and interpret ECG
SA subcutaneous or intramuscular injection technique
SA perform and interpret TFAST scan (observe)
SA thoracocentesis

Board00168

VCS 7703 Intensive Care Unit
Updated: April 2019

SA perform and interpret AFAST scan (observe)
SA abdominocentesis
SA ultrasound bladder
SA cystocentesis
SA canine male urinary catheterization
SA feline male urinary catheterization
SA ear cleaning
SA pericardiocentesis (participate)
SA placement of nasal insufflation
SA place and interpret pulse oximeter
SA calculate CRI
SA assist/observe euthanasia
SA remove surgical drain
SA staple or suture removal
Endotracheal intubation
SA nail trim
SA cephalic catheterization
Place and interpret indirect blood pressure monitoring
Perform doppler blood pressure
Set up and use a syringe pump/fluid pump
Calculate IV fluid supplementation volume

## SECTION VI:  Course Information

1.  Text book requirements:  None

2.  Recommended reference materials:
    - Plumb, Donald C.: <u>Veterinary Drug Handbook</u>, 7th ed., Iowa State University Press, Ames, (2011)
    - Nelson, Richard W; Couto, C. Guillermo et al: <u>Small Animal Internal Medicine</u>, 4th ed., Mosby, St Louis, (2008)
    - Fossum, Theresa; Hedlund, Cheryl; <u>Small Animal Surgery</u>, 4th ed., Mosby, St Louis (2012)
    - Willard, Tvedten, and Turnwald: <u>Small Animal Clinical Diagnosis by Laboratory Methods</u>, 5th ed., W.B. Saunders, Philadelphia, (2012)
    - Plunkett, Signe: <u>Emergency Procedures for the Small Animal Veterinarian</u>, 3rd ed, WB Saunders, Philadelphia, (2013)

3.  Clothing and/or special equipment:
    - All students will dress in clean scrubs.  Blue jeans, shorts, and hats are not appropriate attire for this rotation.   Skin and/or undergarments should not be visible between tops and bottoms at any time you are in the hospital while you are on this rotation.  Low-cut tops and open toed shoes are not appropriate attire for this rotation at any time you are in the hospital.  Visible body piercings, rings, studs, bars, gauges, etc. (other than discrete earrings in the ear lobes or small nose studs) and tattoos are not appropriate for this rotation.  Non-discrete piercings, etc. should be removed and tattoos covered if possible.
    - All students will have an approved nametag, penlight, bandage scissors, hemostat, stethoscope, thermometer, slip leash, and a black ballpoint pen with them at all times.

4

Board00169

VCS 7703 Intensive Care Unit
Updated: April 2019

4. Grading Standards
   A = 90-100
   B = 80-89
   C = 70-79
   D = 60-69
   F = <60

5. Grading Policies
   Students will be graded on a variety of aspects including medical knowledge, problem solving, participation in rounds, technical skills, organization and preparation, medical records, client communication, and teamwork. See attached grade sheet. Grades will be determined by subjective evaluation of the student's performance and an examination.

6. Grading Expectations
   All students will be expected to participate in rounds, demonstrate technical proficiency in the management of hospitalized patients, demonstrate appropriate patient care, demonstrate a knowledge and understanding of their patient's medical problems and their management, and a professional attitude expected of a veterinarian.

7. Policy on Attendance
   Students are expected to attend each rounds session, be on time for each duty shift, and complete each assigned project. Due to the hours, different shifts, and number of students per rotation, excused absences are rarely allowed unless pre-approved and absolutely necessary. If an absence is requested during the students appointed schedule the shifts need to be exchanged with another student on the rotation. If an absence is requested at least two weeks before the rotation starts, the schedule will be adjusted to fit the student's needs as best as possible. Provided that any absence from the student's schedule was exchanged, an excused absence form will not be required. However, if an absence is required and the student is unable to exchange shifts, the excused absence must be requested and documented to the IOR of the course via email. To obtain an excused absence the student must notify the instructor (IOR) and obtain permission prior to the ICU work shift or present appropriate documentation of the emergency if prior permission was not obtained. Points lost through lack of participation associated with unexcused absence will result in a lower grade, which may be as severe as failure of the course. Specifically, students will lose one letter grade for each unexcused absence.

8. Policy on Significant Medical Errors
   Each significant medical error (as judged by the ICU technicians, IOR, and/or involved faculty) will be thoroughly investigated by the course instructor of record and/or a faculty review committee appointed by the IOR. A treatment error form should be filled out by the student and technician. Student grades will be reduced by at least one letter grade for each unexcused medical error and may result in failure of the course. Compromising patient safety due to negligence or improper care will result in a letter grade deduction and may lead to failure of course.

8. Policy on Academic Integrity
   Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members. This level of ethical behavior and integrity will be maintained in this course. Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating

5

Board00170

VCS 7703 Intensive Care Unit
Updated: April 2019

information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University.  You have the right to appeal the charge. Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (http://osu.okstate.edu/acadaffr/aa/academicintegrity.htm).

9.  Consumption of Alcohol or Drugs
    The consumption of alcohol, drugs, the illegal use of prescription drugs, or drugs that compromise judgment while on duty or 12 hours prior to a duty shift is inappropriate and unacceptable behavior that will result in serious disciplinary action. Such action may include, but not be limited to reprimand, reduction in course final grade, failure of the course, and/or dismissal from the program.

10. Special Accommodations for Students
    A student who thinks he/she has a qualified disability and needs special accommodations must notify the Instructor of Record and request verification of eligibility for accommodations from the Office of Student Disability Services (go to www.okstate.edu/ucs/stdis/index.html or call 744-7116.).  Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations.  To receive services, you must submit appropriate documentation and complete an intake process during which the existence of a qualified disability is verified and reasonable accommodations are identified.

    **For more information concerning academic affairs, including important dates and where to go for help, please go to http://osu.okstate.edu/acadaffr/aa/CurrentStudents.htm, and download the appropriate syllabus attachment.**

Board00171

# Technician Evaluation Guidelines for Small Animal ICU Students
## VCS 7703

<u>**Professional Conduct**</u>:  evaluates your interactions with faculty, staff and students, appropriate patient care, and your ability to receive and respond to constructive criticism.

10      Exemplifies outstanding professional conduct at all times.  Seeks and applies constructive criticism.  Works extremely well with others.

8-9     Acts in a manner consistent with professional conduct.  Always accepts constructive criticism.  Works well with others.

6-7     Usually acts in a manner consistent with professional conduct.  Has difficulty accepting constructive criticism.  Occasionally has problems working with others.

3-5     Occasionally exhibits behavior inconsistent with professional conduct.  Has difficulty accepting constructive criticism.  Occasionally has problems working with others.

0-2     Does not exhibit attributes of professional conduct.  Does not accept constructive criticism.  Does not work well with others.

<u>**Knowledge and Practicality**</u>:  evaluates your knowledge and understanding of your patient's medical problem and their management.

10      Is extremely knowledgeable regarding the patient's medical problems, management of disease, and medications administered to ICU patients.  Has a propensity to apply your knowledge to the practical application of patient management.  Uses time in between treatments to study on patient's diseases, treatments, and medications.  NO criticisms evident.  Is outstanding for level of experience.

8-9     Is knowledgeable about the patient's medical problems, management needed, and medications administered to ICU patients.  Often, applies knowledge to the practical aspect of patient management.  Occasionally uses time in between treatments to study on patient's diseases, treatments, and medications.  Only minor problems noted.

6-7     Has basic knowledge of patient's medical problems, management of disease, and medications administered to ICU patients. Sometimes applies knowledge to the practical management of patients.  Uses time in between treatments to study on patient's diseases, treatments, and medications when prompted.

3-5     Has minimal knowledge of patient's medical problems, management needed, and medications administered to ICU patients. Rarely applies knowledge to the practical aspect of medical management.  Never uses time in between treatment to increase knowledge of patient diseases, treatment or medications.

Board00172

0-2 Unfamiliar and/or inept patient's medical problems, management of disease, and medications. Unable to provide practical medical management to patients.

**Technical Skills and Efficiency:**

10 Always uses proper technique for placing and maintaining indwelling catheters as per ICU protocols, can use, care for and interpret monitors and infusion pumps. Is always organized and has necessary equipment, can calculate infusion rates, CRI's, or doses accurately. Performs duties promptly and efficiently, in manner that benefits their needs and the patient load. NO criticisms evident. Is outstanding for level of experience.

8-9 Regularly properly places and maintains indwelling catheters as per ICU protocols, can use, care for and interpret monitors and infusion pumps. Is usually organized and has necessary equipment, can calculate infusion rates, CRI's, or doses accurately. Performs duties promptly and efficiently without being reminded.

6-7 Occasionally has difficulty with venipuncture and catheter placements per ICU protocols; maintenance of indwelling catheters (intravenous, urinary, arterial) and cannulas. Occasionally has difficulty with use, care and interpretation of monitoring equipment and infusion pumps. Sometimes fails to organize necessary equipment, cannot calculate infusion rates, CRI's, or doses accurately. Usually prompt but does just enough to get by. Usually dependable although sometimes needs reminders of assignments.

3-5 Has difficulty with venipuncture and catheter placements per ICU protocols; maintenance of indwelling catheters (intravenous, urinary, arterial) and cannulas. Has difficulty with use, care and interpretation of monitoring equipment and infusion pumps. Fails to organize necessary equipment, cannot calculate infusion rates, CRI'S, or doses accurately. Needs repeated reminders on assignments.

0 Unfamiliar and/or inept at ICU procedures

**Teamwork:** Evaluates your ability to work as a team, promptness and reliability, cheerfulness regarding shift assignments, and your help in keeping the ICU clean, neat and functional. Unexcused absences or excessively late for shifts (>10 minutes) will result in an automatic letter grade reduction, which may mean failure of the course.

10 Seeks to assist others. Excellent work ethic. Stays to be sure all work is completed and that the next student is thoroughly familiar with each ICU case. Always cleans and picks up and volunteers for duties. Cheerfully accepts the required workload and shift assignments.

8-9 Work ethic is good. Never leaves before work is completed, regularity cleans and picks up the unit and volunteers for duties. Never complains about the required workload or shift assignments.

Board00173

6-7    Usually dependable although sometimes needs reminders of assignments. Work ethic is marginal. Seldom leaves before work is done occasionally clean and picks up or volunteers. Seldom complains about required workload and shift assignments.

3-5    Needs repeated reminders on assignments. Does less than prescribed work. Consistently late in reporting for clinical duties. Work ethic is poor, often leaves before work is done, seldom cleans or picks up or volunteers for duties. Complains frequently about required workload and shift assignments.

0-2    No interest demonstrated in clinically related responsibilities. Absent without permission or repeated tardiness. Work ethic is absent. Leaves before work is completed, does not clean or pick up, and does not volunteer for duties. Routinely complains about required workload and shift assignment.

**Medical Records:**  evaluates your ability to complete and keep accurate records and knowledge of paper work required for ICU patients.

10    Excellent record management. Excellent assessment of patient status. Always looks beyond written or highlighted orders, records changes in orders, records treatments, changes, etc. in comments section of the flow sheets without being prompted. Always uses medical terminology and appropriate description.

8-9    Provides good documentation of patient management. Routinely completes flow sheets, looks beyond written or highlighted orders, records changes in orders, records treatments, changes, etc. in comments section of the flow sheets. Records information appropriately using medical terms and conditions.

6-7    Minimal record keeping. Records only enough to get by. Inconsistently looks beyond written or highlighted orders, records changes in orders, or records treatments, changes, etc. in comments section of the flow sheets. Occasionally uses improper terminology or inappropriate descriptions.

3-5    Fails to record data in patient record properly or on time. Seldom looks beyond written or highlighted orders, records changes in orders, or records treatments, changes, etc. in comments section of the flow sheets. Often uses improper terminology or inappropriate descriptions.

0-2    Fails to record data in patient record or flow sheet. Does not look beyond written or highlighted orders, records changes in orders, or records treatments changes, etc. in comments section of the flow sheets. Uses improper and inappropriate terminology and/or descriptions on medical documents.

**Transfer Rounds:**  Evaluates your rounds with oncoming students and staff; your knowledge of the clinical cases, and your ability to transfer information pertaining to your cases to the oncoming students and staff.

Board00174

10      Always gives excellent quality cases transfer rounds to oncoming students and
        staff, including details of procedures those which the patient has had done and
        those that are planned.  Reviews blood work, physical exam findings and changes,
        medications and treatments with oncoming students and staff.

8-9     Always gives good transfer rounds, but could be a little more detailed.

6-7     Frequently gives good transfer rounds, but rounds lack a lot of the important
        details.

3-5     Occasionally gives good transfer rounds, but frequently lacks details the
        oncoming students and staff need.

0-2     Does not provide good quality detailed transfer rounds to oncoming students or
        staff.

**Patient Treatments and Care:**  evaluates your ability to properly care for ICU patients,
recognize potential problems, and prioritize and triage patients in ICU.

10      Excellent patient care.  Quickly and accurately recognizes changes or
        complications.  Helps others with patient care.  Always prioritizes or triages
        patient treatments based on severity, care level, or complexity. Never misses a
        treatment or medication.  Spends time with patient's once all other patient's
        treatments are complete.  Keeps patient's safety and security in mind at all times.

8-9     Proves good patient care.  Usually recognizes changes or complications.  Usually
        prioritizes or triages patient treatments bases on severity, care level, or
        complexity. Rarely misses a treatment or medication.  Keeps patient's safety and
        security in mind most of the time.

6-7     Sufficient patient care but does just enough to get by.  Occasionally recognizes
        changes or complications.  Occasionally prioritizes or triages patient treatments
        based on severity, care level, or complexity. Sometimes overlooks the patient's
        safety and security while handling.

3-5     Poor patient care.  Rarely recognizes changes or complications.  Rarely prioritizes
        or triages patient treatments based on severity, care level, or complexity. Often
        misses treatments and medications.  Rarely gives consideration to patient's safety
        and security when handling.

0-2     Insufficient, or unprofessional patient care.  Fails to recognize changes or
        complications.  Fails to prioritize/triage patient treatments based on severity, care
        level, or complexity.  Unreliable in providing treatments and medications to
        patients.  Never takes into consideration patient's safety and security while
        handling, allowing harm and injury to occur.
.

Board00175

_SMALL ANIMAL INTENSIVE CARE CLINICAL ROTATION_
_GRADE SHEET_

**_TECHNICIANS' EVALUATION_**

Student: _____

## AREAS OF EVALUATION

1. Professional Conduct       _____/ 10 points

2. Knowledge and Practicality     _____/ 10 points

3. Technical Skills and Efficiency   _____/ 10 points

4. Team Work          _____/ 10 points

5. Medical Records        _____/ 10 points

6. Transfer Rounds        _____/ 10 points

7. Patient Treatments and Care   _____/ 10 points

**_A Written Examination is 20% of student's overall grade._**

| | |
|---|---|
| Much below minimal expectations | 0-2 |
| Below minimal expectations | 3-5 |
| Minimally acceptable | 6-7 |
| Expected | 8-9 |
| Exceeds expectations | 10 |

Please review the attached guideline for grading student performance.

Comments:
_____
_____
_____
_____
_____
_____
_____
_____

Technician: _____  Date: _____

11

Board00176

**VCS 7763**
**Food Animal Medicine & Surgery**

**Instructors of Record**: Dr. Robert Streeter (004 BVMTH)

**Department:** Veterinary Clinical Sciences

**Course Name:** Food Animal Clinics

**Course Numbers:** VCS 7763

**Number of Credit hours: 3 each**

**Course Description:**  Diagnosis, prognosis, treatment, and prevention of food animal medical and surgical diseases.

**Prerequisite**: Fourth year standing in the College of Veterinary Medicine.

**Total Contact Hours:  120 (minimum);**  Additional contact hours may be required to fulfill the obligations of patient care, treatment responsibilities, and performance of emergency duty.

**Synopsis of the Course:**  This is a clinical rotation in food animal medicine and surgery and will introduce the student to the art and science of the practice of veterinary medicine on such species.  The student is expected to conform to high professional standards of attitude, conduct and performance at all times.  The student will work cooperatively with instructors and other students in the examination, evaluation, diagnosis, and treatment of diseases of various species of livestock and other food and fiber animals.  The student will provide both routine and emergency medical care.  The student will be working with the public and will be expected to gain skills in client communications and medical record keeping.  Basic familiarity with the medical diseases and management of food animal species is expected.  Scholarly study in the areas of individual animal medicine, surgery, and preventive medicine is required during the rotation.  Each student may be asked to prepare a short oral presentation on an approved topic for delivery to the rotation group.  A written evaluation (test) may be given to augment student performance evaluation.  Student performance will be evaluated by the faculty, house officers, and staff of the FAC according to the attached evaluation sheet.

**Grading procedures:** See attached grade sheet.

**Text materials:**  It is expected that the student will independently seek knowledge in the references available in the Veterinary Medical Library to supplement information presented during the rotation by instructors and colleagues.  It is expected that the student will independently seek information on all pertinent topics of food animal medicine and surgery required to manage the cases seen during the rotation.

**Required Texts**:  None

**Recommended texts**: Large Animal Internal Medicine, Mosby; Current Veterinary Therapy-FA Practice, Saunders; Veterinary Medicine, Bailliere Tindall; Techniques in Large Animal Surgery, Lea & Febiger; Food Animal Surgery, Veterinary Learning Systems; Large Animal Urogenital Surgery,Williams & Wilkins; Current Therapy in Large Animal Theriogenology,Saunders; Lameness in Cattle,Saunders; Herd Health, Saunders; Diseases of Swine, ISU Press; Goat Medicine, Lea&Febiger; Medicine & Surgery of South American Camelids, ISU Press; Clinical Biochemistry of Domestic Animals, Academic Press; Livestock Feeds & Feeding, Prentice Hall.

**Objectives of the Course:**
1.    To gain information and skills in **animal handling**, breed recognition, livestock terminology, and basic **animal husbandry** procedures.
2.    To develop skills in the acquisition of a detailed but pertinent **history** from the livestock owner or agent.
3.    To develop proficiency, completeness, and accuracy in performing **physical examinations** on various food animal species.  This requires the knowledge of normal physiologic parameters and recognition of altered physiological states.
4.    To develop skills in assembling a **differential diagnosis** and utilizing epidemiological principles along with physical findings in the determination of a clinical diagnosis.
5.    To develop skills in arriving at a specific diagnosis for common medical disorders through the identification, performance, and interpretation of appropriate **ancillary diagnostic techniques** (CBC, biochemical analysis, abdominocentesis, rumen fluid exam, etc.).

1

Board00177

6. To become capable of recommending appropriate **medical or surgical management** of cases. Familiarity with basic tenets of internal medicine and treatment of disease is required.

7. To gain expertise and proficiency in the **basic technical skills** required in food animal practice including but not limited to restraint techniques, administration of medicaments via different routes, application of local and regional analgesia, etc.

8. To develop an appreciation for **economic considerations** as they pertain to the practice of veterinary medicine.

9. To develop skills in **interpersonal communications** with clients, instructors, and peers individually and in group settings.

10. Develop an appreciation for **attitudes** regarding medical ethics, food safety, animal welfare, and the importance of food animal practitioners to the agricultural community.

**Policy on Attendance**: Two days (M-F) per rotation can be taken if total yearly authorized absences (7 days) have not been used. Working days (M-F, except holidays) are counted towards full vacation days; weekend days are counted as half days. Additional absences must be made up. A written form should be obtained from VCS department staff, completed, and signed by the faculty who will be on hospital duty during your absence. **Required.** Satisfactory completion of all assigned emergency duties and intensive care assignments is required. The student is expected to conform to high professional standards of attitude, conduct and performance at all times. Any anticipated absences must be approved by the Faculty and the Department Head. Absences may be required to be made up at discretion of IOR.

**General Expectations of Students:**
By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission. **The Student Rights and Responsibilities Governing Student Behavior** document explains the standards of behavior expected of you, processes in place for enforcing the rules, and the University's response to violations *http://studentconduct.okstate.edu/*

In general, the University expects you to respect the rights of others and authorities, represent yourself truthfully and accurately at all times, respect private and public property, and take responsibility for your own actions and the actions of your guests. Call 405-744-5470 for more information.

**Academic Integrity:**
Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members. This level of ethical behavior and integrity will be maintained in this course. Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result in your being sanctioned. Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University. You have the right to appeal the charge. Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (http://osu.okstate.edu/acadaffr/aa/academicintegrity.htm).

Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Power-point slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

**Special Accommodations for Students:**
According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from the Office of SDS. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations.

Board00178

**Office of Equal Opportunity**   *408 Whitehurst/405-744-9153*
OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status.  OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination.  OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405-744-9153) or Deputy Title IX Coordinator (405-744-5470).

Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-744-5472) or the University's Victim Advocate (Suzanne Burks: 405-744-5458). For more information regarding Title IX violations, go to: *https://1is2many.okstate.edu/*.

**For more information concerning academic affairs, including important dates and where to go for help, please go to http://osu.okstate.edu/acadaffr/aa/CurrentStudents.htm, and download the appropriate syllabus attachment.**

Board00179

| Things You Are Expected To Know How To Do: | Common Procedures & Topics To Be Familiar w/: |
|---|---|
| **Physical Examination:** | **General:** -How long to withhold feed & water prior to anesthesia |
| -Perform physical exam (incl. rectal) & know normal parameters: | -Adequately pad & position a lg. ruminant for lat. recumbency |
| cattle, sheep, goats, swine, camelids: TPR / rumen motility/age | -Suture pattern: Utrecht, Ford, cushing, cruciate, horz/vert matt |
| **Restraint:** | -Suture properties: Gut, Vetafil, PDS, Vicryl, Prolene, Nylon |
| -Apply halter and tie via quick release (halter tie) | **Local Anesthesia Techniques:** |
| -Knots: square, halter, clove hitch, half hitch, bowline | -Perform a caudal epidural & know the dose of lidocaine |
| -Set gates to move animals into/out of the hospital | -Paravertebral analgesia: dorsal / tip; Line block; inverted L |
| -Manual chute operation - headgate & sides; how to adjust | -Regional IV block on distal limb; local nerve blocks on limbs |
| -Restrain a calf in lateral recumbency; w/ & w/o ropes | -Cornual, auriculopalpebral, Peterson, retrobulbar blocks |
| -Cast a cow; burley or half-hitch method | -Lumbosacral epidural (SR & Po); technique & dose |
| -Hoist up a cows leg for footwork in a chute or stanchion | **Gastrointestinal:** |
| -Tail tie; tail twitch; udder cinch; hock twist; hobble legs | -Exploratory laparotomy |
| -"Set up" and restrain a sheep | -Rumenotomy & rumenostomy |
| -Restraint & movement of swine; hog snare, rope snare, boards | -Right flank omentopexy |
| **Common Procedures / Treatments:** | -Left flank abomasopexy |
| -Injection: IV, IM, SQ: cattle, small ruminants, swine: where/why | -Right paramedian abomasopexy |
| -Pass stomach tube; give oral fluids ; use balling gun / oral gels | -Rectal prolapse repair- purse string & amputation |
| -Use an esophageal feeder for a neonate | -Umbilical hernia / Umbilical remnant resection |
| -Collect rumen fluid for analysis & transfaunation | **Urogenital:** |
| -Uterine infusion / artificial insemination | -Management of dystocia, fetal oversize, breech, uterine torsion |
| -Place a pessary in a bull's prepuce to prevent prolapse | -Fetotomy / percutaneous fetal limb amputation |
| -How to collect urine from a cow, bull, ewe | -Cesarean section: cow, ewe, doe, sow |
| -Place, secure, and maintain an IV catheter: jugular, ear | -Castration: knife, emasculator, Henderson tool, banding, show |
| -Calculate fluid deficits/rates of administering IV fluids | -Urethrostomy: high and low |
| -Administer a bulbar subconjunctival injection; insert SPL system | -Teaser bull preparation |
| -Proptose eyeball & hyperthermia/cryosurgery to treat SCC | -Buhner stitch for vaginal prolapse |
| -Apply a stack wrap (limb bandage) | -Inguinal hernia repair in piglet |
| -Apply "Figure of 8" foot bandage | **Musculoskeletal:** |
| -Apply Robert Jones bandage | -Hoof exam, trimming & manage foot problems: apply block, corns, |
| -Teat infusion; intramammary infusion | sole abscess, Rusterholz ulcer, foot rot, vertical/horiz.crack |
| -Milk a dairy cow & cleaning the milking machine | -Digit amputation |
| -How to mix, connect, & hang carboys for IV fluids | -Cast application / Thomas splint application / Orthopedic Exam |
| -How to apply: ear tags, tattoo, nose rings, implants | -Dehorning: hot iron, Barnes, Keystone, Gigli wire, cosmetic |
| -Submit bloodwork to special medicine; labwork to OADDL | **Eye:** |
| -Collect & run a venous/arterial blood gas using I-Stat / interpret | -Eye extirpation |
| -How much does a scoop of barn ration weigh / bale of hay | -Membrana nictitans excision |
| -How to calculate drug dosages; weight & volume conversions | -Tarsorrhaphy / membrana nictitans flap |
| **Diagnostics: Be Able to Perform & Interpret** | **Pharmacology / Common Drug Use:** |
| -CBC, chemistry profile, UA, blood gas | -Spectrum, dose, withdrawal & toxicity of FA labeled antimicrobials: |
| -CMT and blackplate exam | -Antibiotics approved for use in lactating dairy cows |
| -Rumen fluid examination & know normal values for pH | -Be familiar with intramammary infusion products; wet / dry cow |
| -Urinalysis: sediment, dipstik, specific gravity; pitfalls of dipstik | -Indications, dose, withdrawal, & toxicity of NSAID |
| -Blood collection - jugular, coccygeal, precava (swine) | -Dose & effects of common sedatives: xylazine, detomidine, |
| -Prepare blood smear, diff-quick stain, & evaluate | ketamine, diazepam, torbugesic, ace promazine, telazol |
| -How to perform PCV / TP | -Be familiar with various anthelmentics used in FA |
| -Fecal floatation / Fecal occult blood / Fluke finder assay | -Be familiar w/ names & indications of reproductive drugs |
| -Fecal sedimentation / acid fast staining for Crypto | -Drugs illegal to use in food animals; fluoroquinolone regulations |
| -Abdominocentesis / Pleurocentesis / Pericardiocentesis | -Fluoroquinolone and cephalosporin restriction regulations |
| -Abomasocentesis / Liptak test | -Toxicologic medications: indications and uses |
| -Sodium sulfite precipitation test / Llama IgG | **Nutrition:** |
| -Collection & culture of sterile milk sample | -BCS system for beef cattle, dairy cattle, sheep, camelids |
| -Gram stain of clinical specimen / colony | -Quantity / Timing of colostrum needed to prevent FPT |
| -Perform a breeding soundness exam- male & female | -Quantity of milk/day needed by neonatal ruminant |
| -Urinary catheterization - female ruminant | -Composition of good quality milk replacer |
| -Tracheal swab, transtracheal wash, bronchoalveolar lavage | -Basic familiarity with: DMI, TDN, CP, NPN, NE |
| -Lumbosacral CSF tap | -Approx. protein and energy contents of common feedstuffs |

Board00180

| | |
|---|---|
| -Liver biopsy | corn, oats, wheat, SBM, CSM, alfalfa/prairie hay, silage |
| -Interpret radiographs of lower extremity; normal & abnormal | -Amount of concentrate needed / lb. milk produced |
| -Interpret ultrasound of thoracic & abdominal viscera | -Amt of protein needed/day for 3rd trimester beef cow |
| **Herd Health / Production:** | -Correlation of peak DMI and peak lactation in dairy cows |
| -Complete health certificate, TB test, Bang's vacc., PRV test | -Difference between dry cow, transition and lactation ration |
| -Outline a vaccination program: dairy, beef, small rum, swine | -Prerequisites for effective use of urea in ruminants |
| -Outline a deworming program: beef, small rum, swine | -Target size of beef heifers at breeding / 1st calving |

**Personnel:**                                                            **House Officers**

**Instructor of Record:**
  Dr. Robert Streeter – Medicine & Surgery                    **Support Staff:**

**Additional Faculty:**                                                  FA Techs– Ashley Wick, RVT; Spring Adcox
  Dr. Melanie Boileau - Medicine & Surgery                     LA Receptionist - Linda Townley
  Dr. John Gilliam – Production / Medicine & Surgery
  Dr. Lionel Dawson– Theriogenology / Ambulatory
  Dr. Candice Lyman - Theriogenology

**Orientation:**
  Meet in the Food Animal rounds room (Rm 162) for orientation at 8 am.  A clinician will review the pertinent details of this document and may include an initial case rounds presented by the clinician(s).  A technician will give a clinic tour and brief discussion of animal handling and chute/gate/pen usage.  Read the patient record and case summary, paying particular attention to the treatments the animal is receiving and whether or not such treatments have been performed yet that day.  <u>Perform a physical examination</u> on your assigned cases and record any differences you have found from the morning's SOAP as an addendum and discuss with the clinician.  This should be done on the first day of the rotation, ideally before noon.

**Attire and Equipment:**
  Dress professionally.  Prescribed clinic attire (clinic polo shirt & khaki pants) is **required**.  You should keep a change of clothes and clean scrubs in your locker.  **Protective and presentable footwear is required** (leather or rubber boots, or overshoes); a steel toe is recommended.  Any footwear should be expected to get wet and soiled and should be washed regularly between handling cases and before going out of the FAC.  **A thermometer, stethoscope, penlight, bandage scissors, hemostat, black sharpie, yellow highlighter, and black pen are required**.  If you do not have the listed attire or equipment you will be asked to leave and go get it.  Jewelry (rings, bracelets, & earrings) can become caught on equipment or gates; wear it at your own risk.  **Fingernails are to be trimmed to < fingertip length** to prevent patient injury during rectal exams and allow adequate surgical scrubbing.

**Assignment / Working Hours:**
  **Weekdays**: You are expected to arrive in the mornings at such a time that your SOAP's, morning treatments, milking, early laboratory submissions, etc. can be completed so that you are ready for rounds by 8:15 am.  **SOAP's should be completed and recorded in UVIS by 8:00 am** in order for clinician's to review them prior to morning rounds/meetings.  Our lunch break may be a full hour on some days and only 15 minutes on others.  If you live far away you are advised to have your lunch with you.  If you plan on leaving the building during your lunch break, you must be sure that you have no cases scheduled to arrive or be discharged and check with either a clinician or technician before leaving.  We all hope to be finished for the day by 5 or 6 p.m., but on occasion we need to stay longer.  Before leaving for the day, you should be certain that all of your <u>treatments are completed, that any labwork submitted is picked up and reviewed, that your records are up-to-date, and completed, if applicable, the patient ICU sheet accordingly (see below)</u>.  Then check to see if any other students need assistance in completing their tasks and finally, check with a clinician before leaving for the day.  If you have a complicated case that requires extensive treatments, you may be required to come in during the evening to assist the ICU personnel in your patient's care.

  **Weekends**: <u>All students on the rotation are expected to come in for morning treatments and rounds</u> on Sat. and Sun.  You may decide to delegate the afternoon treatments such that not everyone has to come in if the caseload is light.  If you need assistance with a treatment later in the day, make arrangements ahead of time to have a fellow student meet you for assistance.  FAC students are required to take over any emergency cases that came in the previous evening if admitted by an ambulatory student.  Volunteers are welcome; otherwise the clinician will assign the cases.  All drugs known to be required for treatments over the weekend should be scripted out prior to 4 p.m. on Friday.

  **End of Rotation**:     Students are required to <u>soap and treat your case on Monday before you depart to your next rotation</u>, even if you are going on preceptor.  Make sure you mark off the completed treatments and leave an accurate <u>case summary</u> and ensure that the <u>daily charge sheet</u> is up to date.  If you are considering leaving prior to Monday, you must get permission from the senior clinician on duty during the first week of the rotation.

Board00181

**Rounds**:

Rounds will be held daily at 8:15 am on M-T, and 9 am on W-Th-Fr.  Weekend rounds will be held at 8:30.  During rounds, the student SOAPing the case gives a synopsis of the case (signalment, diagnosis, treatment, monitoring, response to therapy, and plan for the day).  The purpose of these rounds is twofold: 1) to ensure that the patient is receiving adequate care, i.e. the clinician's orders are understood and appropriately carried out; and 2) to disseminate pertinent information regarding the cases to other students on the rotation so as to enhance their educational experience.  Be prepared to provide TPR and blood work data and discuss during rounds.  Topic discussions will be performed as caseload permits.

**Admissions**:

Appointments are managed through UVIS software.  You should check the schedule in UVIS before rounds to sign up for any available cases; also check the schedule periodically throughout the day as new appointments are often added as the day progresses.  You should also sign up for the next day's appointments on the computer before leaving so that you can read about cases that you will be seeing tomorrow.

When a case arrives, the receptionist will overhead page the student and call the tech & clinician.  The student should pick up the record from LAR and greet the owner.  Always assess the animal's temperament before proceeding to unload it.  Never handle a fractious animal alone; get a tech or clinician to help unload all mature cattle and any fractious animals.  After unloading, take the history while observing the animal from a distance.  Large bulls are put in a hydraulic chute at the south end of the building while cows and calves are put in the WW-chutes at the north end.  It is important to assess the width of the headgate and side panels relative to the animal's size and make adjustments before attempting to get them in the chute.  A clinician or technician is required to operate the hydraulic chute.

Once the animal is restrained in a chute, do a physical examination excluding a rectal exam.  Record your findings on the PE sheet.  If the attending clinician is not present by this time, have them paged.  Write a problem list, differential diagnosis, and treatment plan on the back of the PE form.  Get the permission of the clinician before doing a rectal.  Your findings and plan should be discussed with the clinician.  A decision will be made to treat the animal as an outpatient or inpatient.  You should make arrangements for preparation of a stall (barn crew or fellow student) as soon as possible after the decision is made to hospitalize a patient.  Patients being examined as outpatients that are subsequently hospitalized must have there record converted to in-patient by the receptionists;  An index card with case sticker/#, clinician & student name, problem, and admission date needs to be placed on the front of each stall.  The card should be removed at discharge and placed on the bedding in the middle of the stall; this is the signal for the barn crew to strip & clean the stall.  A feeding card should be placed on the back of each stall with feeding instructions; discuss with the clinician on the case before posting.

**Dismissals**:

Prior to dismissal, it is the student's responsibility to have the discharge instructions signed, trial invoice reviewed and signed, and medications prepared and taken to the LAR desk with the record prior to the client's arrival.  Patients should be cleaned of shavings, feces, blood, etc. before discharge.  Discharge instructions are to be written by the student unless otherwise indicated.  You should decide what you think should go on the discharge and then discuss it with the attending clinician.  Be certain to address drug residue issues on the discharges (slaughter and/or milk withdrawal times).  Referral cases must have a case summary included in the record; this should be a concise and accurate medical description of the case from admission through diagnostics and treatments (the RDVM will receive a copy of this).

**Treatment Schedule & Guidelines:**

Any medications, procedures, or operations done by the students require prior approval by a clinician.  Do not change treatments on a case without instructions to do so by the attending clinician (attending = clinician assigned to the case or emergency clinician on weekends and evenings).  Treatments are to be scheduled as follows:

BID: 7-8 am* and 6-8 pm*                      * done by student on the case!
TID: 7-8 am*, 2-3 pm*, 10 pm**              **done by student on case or ICU student
QID: 7-8 am*, 2-3 pm*, 10 pm**, 3 am***  ***done by LA ICU technician or back up

For patients that need an intensive treatment schedule (e.g. IV fluids, hourly walk-by for calving watch, etc.), the student on the case must complete an ICU Sheet which is then attached to the stall.  If the treatments requested are very detailed or are difficult, the student should discuss them with the ICU student.  It may be necessary for the student on the case to come in to assist the ICU student for labor intensive treatments.  If the ICU instructions are not clear, the ICU student is to call the student on the case and ask for clarification, no matter what time of day!  If the student on the case can not be reached the ICU student should call the on-duty emergency clinician for assistance.

Every stall has a Treatment Drawer in the FAC.  Drugs, calf bottles, bandaging materials, etc., that have been checked out for a particular case, are to be kept in the animal's Treatment Drawer.  Exceptions are drugs that need refrigeration; injectable drugs are to be labeled (case number, owner's name, date opened).  Drugs checked out to a

Board00182

patient should have a patient case sticker applied to the bottle or carton.  Once the patient is discharged, it is the student's responsibility to empty and clean the Treatment Box.  If surplus non-controlled drugs or supplies are present they should be returned to the Pharmacy for credit if unopened or given to the clinician on the case if non-refundable.  All left-over controlled drugs (including empty bottles) must be returned to Pharmacy for proper disposal.

**After-Hours Duty**:
The emergency/ICU roster is posted on the VCS Department website.  If changes need to be made you must fill out a schedule change request form and turn it in to the VCS department staff.

**ICU Student - Responsibilities:**
The ICU student is required to be physically present in the FA barn during their shift unless released from that requirement by one of the senior clinicians on the service that day (see release requirements below).  You are responsible for performing FA ICU duties listed on the ICU treatment sheets and for the treatment of in-clinic emergencies.  You should periodically meet with the Equine ICU student to ensure that both students are OK and work together on cases requiring extra physical effort and on fractious animals.  Water buckets and hay racks should be filled as needed unless specific instructions to the contrary are left on the ICU sheet or stall.  The majority of the lights in the clinic should be turned off after 8 pm to allow normal photoperiods and enhance resting of stressed animals.  The ICU student should ensure that all hospitalized animals have a completed ID card attached to each stall front.

> **Requirements to leave FAC during ICU shift; you must:**
> 1) get permission from a clinician on clinic duty that day;
> 2) always be reachable via phone;
> 3) post your phone # on the whiteboard behind the scales;
> 4) tell the equine ICU student you are leaving and ensure they know your phone #;
> 5) be able to return to the FAC within 15 min of being called in;
> 6) contact the primary on-call clinician and inform them that you are leaving the clinic and can be reached via phone if needed (give them your phone #).  If you cannot reach them, do not leave the FAC as they expect that you are there.  No deviations are permitted!;
> 7) come in and check patients and touch base with the equine ICU student at 8pm & 11pm (8-12 shifts) or 8am, 11am, 1pm, & 4pm (8-5 shifts) or 12am & 4am (12am to 8am shifts)

**Emergency Student - Responsibilities:**
The emergency student is responsible for ambulatory calls and may be asked to provide in-clinic emergency duty if the ICU caseload is either excessive or non-existent.  When called for an emergency, the student should determine where they are to meet the clinician (FA clinic/lounge/garage,etc).  The FA clinic student on emergency duty for the weekday evenings is responsible for being available over the lunch hour for any unscheduled discharges or emergencies.  This student is also designated the "clean-up colonel" whose duties include evaluating the cleanliness of all working areas of the FAC in the late afternoon and coordinating the cleaning of such areas by all FA students.

**Backup ICU Student - Responsibilities:**
You are required to be available to perform primary ICU duty coverage in the event that the LA ICU tech is ill or on vacation.  You may be called to assist the LA ICU tech in the event that the FA ICU caseload becomes disproportionately large making it impossible for the LA ICU tech to complete their duties.  You must be reachable via your listed phone number at all times during your back-up shift.

**Records**:
**Outpatients:** History, physical exam, and discharge instructions should be completed for all cases except those for routine procedures such as dehorning, vaccination, castration, BSE, foot trims with no lameness, etc.  At the completion of the case, the student should make arrangements for loading the animal, acquire any medications needed, give the record to the attending clinician for completion, and write the discharge instructions.

**Inpatients:** All hospitalized patients must have a 3-ring binder inpatient record.  If the decision is made to hospitalize an outpatient, the student must ensure that the record is taken to the LAR desk for conversion on the day of admission.

**History / Physical Exam**:
It is important to complete these forms in UVIS on all patients admitted to the VTH for evaluation of an illness.  Space is provided on the PE form for the student's problem list, differential, plan, etc. which are an important means of testing yourself and for the clinician to assess your clinical skills and decision making process.

Board00183

**Progress Notes:**

Your SOAP should be written and recorded in UVIS by 8 am. It should be written in the style of the "POVMR System" (see Ettinger). Daily SOAPs should include but are not limited to:

S: mentation, ambulation, appetite, stool character, urination, MM color
O: TPR, rumen motility, CRT
A: any problems that the patient has should be addressed and lab data should be analyzed with salient abnormalities listed and interpreted
P: Treatments to be given should be written with a check box and should be checked & initialed when completed. Procedures performed during the day should be included in UVIS as an addendum. Description of the procedure performed and salient observations should be recorded. All entries to the record should be dated and signed.

**Lactating dairy cattle must be milked twice daily. Caution must be exercised in the daily care and monitoring of the mammary gland. Milk production, CMT, strip cup, and ketonuria status should be recorded for lactating dairy cattle.**

**Anesthesia Requests:**

Elective procedures requiring inhalation anesthesia should have a completed request turned in to the anesthesia section by 4:00 pm the day prior to the event. Adult ruminants should be held off feed 36-48 hours and off water 12 hours prior to general anesthesia if elective. No Food/Water signs should be posted on both sides of the stall.

**Radiology Requests:**

It is the student's responsibility to check with a radiology tech to determine the time of the procedure and coordinate movement of the patient to and from radiology. For special procedures, go with a clinician to discuss with radiology.

**Surgery Requests:**

Surgery requests should be filled out for any surgery requiring general anesthesia or opening of a sterile pack. The completed request should be given to the FA technician the day prior to the scheduled operation if possible. Such cases also require completion of an operative report. They must be completed within 24-48 hrs of the procedure. Your draft should be presented to the attending HO for review, modifications and approval prior to being added to the UVIS record. Reports should be concise with special emphasis on abnormal findings.

**Charges**:

Many charges are added to the patient's bill automatically (hospitalization, anesthesia, pharmacy, radiology, clin path, OADDL, etc.) The student should examine the bill on a daily basis to be aware of the cost of therapy and to determine that charges are entered correctly. If the bill is approaching the estimate, notify the clinician of such.

**Grading**:

Grades are determined by the senior clinician(s) on duty with the student during the rotation. Input is also gathered from the residents and support staff. If a student is felt to be performing unacceptably, the senior clinician will discuss the situation with the student by the end of the second week of the rotation. All students will participate in rounds and in informal "around the table" discussions on topics determined by the clinician. Your grade for "rounds and discussion" will be based on your preparation for and coherent delivery of rounds information and involvement in the discussions. Examinations (either oral or written) may be given at any point during the rotation to augment performance evaluation. Failure to perform an assigned duty (ICU, emergency duty, after-hours treatments) is grounds for failure. All absences must be preceded by an excused absence form (except documented medical emergencies).

**Evaluations/PxDx Skills:**

Instructor evaluations and PxDx skills must be completed electronically via E-Value at the end of the rotation. Students who do not complete their evaluations and PxDx skills at the end of the rotation will not receive their grade until this has been completed.

**Nursing Care:**

Students should be aware of what their patients are eating. Monitor feed tubs, hay racks, & water buckets daily. If you have concerns about the quantity, quality, or timing of the feeding, please consult with the attending clinician. If special instructions regarding feeding/watering of a patient are in order, they must be posted in a concise legible manner on the front and back of the stall. Students should also monitor the stalls of their patients, checking to see if it is adequately cleaned and bedded. Any concerns regarding this matter should be directed to the clinician.

**Biosecurity:**

In general, SOAP or treat young before old, healthy before sick, non-contagious before contagious, anything before an enteric case. **Wash hands after handling any animal before touching another animal**. Use the footbaths going in and out of the stalls. Barn crew will make up and maintain stall footbaths; for weekends/evenings you can make them up according to the recipe: 15ml 1-Stroke/gal water or 10 ml 1-Stoke: 1" water for standard stallside footbath). Always dump footbaths directly into the drain behind the stalls. **Do not walk through empty stalls,** use

Board00184

the aisles.  Treat enteric cases with isolation protocol (gloves, gown, shoecovers, separate stethoscope & thermometer) from enteric cart.  **Never use enteric carts for anything besides enteric cases.**

**Clean-Up**:

The technical staff in the FAC is limited.  Thus, maintaining the equipment and working areas of the FAC in a clean, orderly, and professional manner is a task which all of us (clinicians, technicians, and students alike) must undertake.  Items like carboys, surgical instruments, stomach tubes, speculums, etc. need to be cleaned and put away when you are finished with them.  <u>All chutes and alleys should be washed immediately after use.</u>  The treatment area and outside pens should be washed down at the end of the day by support staff.

**Think Ahead / Be Prepared / Help Others:**

If you know that a procedure or treatment needs to be done, get everything set up and all necessary supplies or equipment accumulated and organized prior to the treatment to improve efficiency.  Work and think independently on those things that you know need to be done and you are comfortable doing.  If you are watching a procedure and you see that something will be required and is not out or prepared, take the initiative to go get it even if it is not your case.

Board00185

### Safety Guidelines for the FA Clinic

The Food Animal Clinic (FAC) is designed to handle large food animal species safely and efficiently, provided certain procedures are adhered to and common sense prevails. On the other hand, inattention and forgetfulness has the potential to result in serious injury to humans and animals. Therefore, the following list outlines do's and don'ts to reduce the risk of injury.

1) **Always** make sure gates are closed between the unloading alley & the parking lot. **Don't unload livestock w/o a technician or clinician's assistance** if you are not comfortable doing so. All mature cattle should be unloaded by a technician or DVM (clinician or house officer). Make sure the gates are set to move animals in the appropriate direction and that the gates in the pen/region you are going into are correctly latched.

2) When moving gates behind cattle, keep **both** hands firmly on the gate with your thumbs over the top of the pipe. Cattle may kick at the gate should it touch them unexpectedly. If you are not paying attention, the gate may suddenly come back and hit you in the face / head area. If your thumbs are under the pipe, potentially, your thumb could be luxated.

3) When moving cattle into the chute areas, always determine if the **headgate and squeeze are set correctly** for the size of the animal. If you are not familiar with how to do this, seek assistance from a classmate who is, or from a technician / clinician. If you are not experienced with catching cattle with a headgate, do not learn "how to" when an obviously fractious animal is to be caught-practice with a quite cow. A wild cow or bull escaping through the headgate is potentially very dangerous. People may get hurt or the animal may escape free into the parking lot.

4) **No student** is to operate the hydraulic chutes unless you have permission from a clinician. These chutes are potentially very dangerous for humans and animals. **Avoid standing aside the headgate & tailgate at all times!!**

5) When putting halters on animals, **do so from the side of the animal** and realize they can still swing their heads up and down and side to side. Do not put your face directly in front of these animals or place your arm over their poll, as they may still be able to move forward in the chute sufficiently to hurt you.

6) When performing procedures underneath the animal (scrotal measurements, mammary gland exam, peritoneal taps etc.**), remove the lower side panels of the chute and rub the side of the animal first to let them know you are there** and gradually move to the ventral abdomen. To reach directly under the animal without alerting them runs the risk of being severely kicked and breaking an arm.

7) **Do not reach through a space between bars/panels to palpate** a region on the lower half of a large animal if, should the animal move or kick, your arm could be entrapped; otherwise you could be severely injured.

8) When placing steel pipe bars behind animals to "trap" them in the chute, it is most important to firstly ensure the bar passes right across the chute and is supported on the other side before the animal decides to back out should it not be caught the first time in the headgate. If the bar is not supported on the other side when the animal begins to back out of the chute, then the bar becomes a potential weapon injuring animal or student. For this reason make sure you **have the bar between you and the animal** so that if the animal does back up quickly, you will not get yourself caught between the bar and chute (ask a tech / clinician to demonstrate how to do this correctly if this is not clear).

9) Do not crowd large numbers of animals in the round pens; this makes it difficult to move animals into the chutes.

10) **Do not use the forklift**; only VTH faculty and staff that have completed a training course are authorized to do so.

11) When moving animals from pens to chutes or to load out, **walk from the animal's pen to wherever you intend to take it and determine that ALL gates are set properly immediately prior to moving the animal.**

12) Clean work areas when done and pay particular attention to putting **sharps** and other potentially dangerous material where it belongs.

13) **Wear appropriate protective footwear** in the clinic areas at all times to protect from injury, water, and biohazards.

Most of the potential dangers in the FAC are in the unloading and chute areas and in moving animals about the clinic. If you are not sure how to set the gates and chute adjustments, etc., ask for assistance before either you or a colleague or a client animal is injured. Past injuries have been few and fortunately minor. However, in nearly every case, failure to follow guidelines because of forgetfulness or just plain lack of common sense was the cause.

Board00186

**Most Important Commonly Forgotten & Incorrectly Performed Tasks or Duties:**

-Keep perimeter gates to the building and pens closed at all times unless an animal is being moved through it. If you see one open for no good reason, please close it!!

-Close partially opened gates. If you go through a gate that is fully closed or open, return it to that position.

-Label anything that will be injected into an animal (syringes, fluid bags, carboys, etc.).

-Milk lactating dairy cows twice daily & have daily a CMT, strip cup exam.

-Identification cards (3x5 card with case sticker or #), clinician's and student's name, problem, and admission date) need to be placed on the front of each stall immediately after admission and removed at discharge.

-Include rumen motility (per/2 min) on ruminant SOAP's; include lameness grade on all lame patients.

-Include an addendum to the SOAP when a procedure is performed or a salient observation is made.

-Write down clinician's verbal orders on a piece of paper, and later write them in UVIS.

-Monitor IV catheter sites daily and record their status in SOAP's. Catheters must be flushed with hep saline q6h.

-On lab work, make sure to put the resident's name on the paperwork as clinician if they are directing the case.

-Check the expiration date on hep saline, sterile water, drugs etc. before using.

-Position the bottle so that you can read its label while you are drawing up a syringe of medication.

-Have on your person the listed equipment and attire anytime you are on duty (workday, emergency, ICU shifts).

-Remove used carboys and opened fluid bags from the stalls immediately after their use.

-Complete case summaries for all referral cases prior to discharge.

-Keep the daily charge sheet up to date with any procedures that we perform in the clinic.

-When getting ready for discharge, bring discharge instructions, invoice, charge sheet, & scripts to clinician all together.

-Monitor the animals feed tub, hayrack, and water bucket yourself and record consumption in SOAP.

-Put up "NO FOOD" or "NO WATER" signs when appropriate (anesthesia, rumenotomy).

-Remove all materials from treatment drawers when an animal is discharged and clean the drawer afterwards.

-Clean up after yourself: clean chutes or areas you work in immediately. Put away all supplies and discard trash.

-Throw trash directly into cans during a procedure or prep.

-If you don't hear a clinician's directive clearly (due to ambient noise or dialect) or you don't know how to complete it (because you've never done it before), ask for clarification or instructions. Don't hesitate to call the house officer or clinician on the case if you feel there is a problem with one of your cases.

Board00187

**Barn Crew Requests…**

1.    Follow proper procedure when working with enteric animals in the barn. (This means ALWAYS wearing the proper protective clothing in the stall, not out of the stall, and using the footbaths).

2.    Contact the barn crew for extra feed/water tubs or footbaths.  Do not mix & match feed tubs & foot baths!

3.    Do not use feeding carts/utensils for anything other than feeding; no bodily fluids should touch them!

4.    Clean up after yourself in the feed room & <u>put the lids back onto the feed bin/milk containers</u>.  If we are approaching running out of a feed, please check with a barn crew or tech so that more can be ordered.

5.    Pull the "prop-up" bales out of your animals stall after a surgery so they don't get tangled in bailing wire. These bales can be placed outside of that stall and used on that animal ONLY as bedding/feeding.

6.    When discharging cases, put the stall card on the bedding so that barn crew knows to strip/clean the stall.

7.    After euthanasia, please contact the barn crew so they can remove the animal ASAP.  Have the necessary paperwork ready for OADDL (necropsy and disposal forms), so they can do this in a timely fashion.

8.    Please inform the barn crewmembers if you place an animal or tissue in the "dead-calf" bucket.

9.    Please use only the necessary milk bottles needed for your in-house animals, and clean them up and dry them out after each use.  These can then be placed into their respective treatment boxes for later use.

10.    When cleaning the standing surgery room, please be sure to squeegee the hallway in the barn.

11.    Please open the hay bales for feeding on the hay sled, not on the stack or on the floor.

Board00188

**FOOD ANIMAL MEDICINE AND SURGERY CLINICAL ROTATION GRADE SHEET**
**Course Number: VCS 7763**

| Percent | Grade |
|---------|-------|
| 90 - 100 | A |
| 80 - 89 | B |
| 70 - 79 | C |
| 60 - 69 | D |
| < 60 | F |

$\geq 9$ = excellent

8 = good

7 = needs some improvement

6 = needs major improvement

$\leq 5$ = unacceptable

| | |
|---|---|
| **Medical Knowledge: 10** | |
| -General: Demonstrates an understanding of physiology, pharmacology, pathophysiology … | |
| -Food Animal Specific Knowledge: knowledge of diseases, drugs, handling, feeding, production systems | |
| **Rounds & Discussions: 10** | |
| -Preparation and presentation of cases and participation and/or preparedness for topic discussions | |
| **Patient Care: 10** | |
| -Aware of patient condition, nursing care, daily treatments, milking; records & paperwork | |
| **Clinical Skills: 10** | |
| -Venipuncture, catheterization, processing, surgical skill / prepared, organized, efficient | |
| **Professional Conduct/Work Ethic: 10** | |
| -Professionalism, promptness, interaction w/ faculty & clients; independent worker; case log score; | |

Board00189

*VCS 7713 Revised 6/10/19*

## Syllabus for Radiology Clinical Rotation
## VCS 7713

**Course Description:**
Three week required rotation.  The course is comprised of daily management of clinical radiology cases, selfstudy, online modules, and group rounds sessions.  Radiology service is available M-F 8am to 5pm, with weekend and after-hours emergency coverage.

| | | |
|---|---|---|
| **Instructor of Record:** | Mackenzie Hallman, DVM, DACVR | rmhallm@okstate.edu |

| | | |
|---|---|---|
| **Co-Instructors:** | Carrie Kuzma, DVM | ckuzma@okstate.edu |
| | Clay Hallman, DVM | clay.hallman@okstate.edu |
| | Sue Mott, RT | sue.mott@okstate.edu |
| | Carolyn Rodebush, RT | crodebu@okstate.edu |
| | Jenn Smith, RT | jennifer.k.smith@okstate.edu |

**At the conclusion of this rotation, each student will be able to:**
1. Explain the principles of radiology, including how X-rays are used to create radiographs, identify the components of a radiology machine, adjust kVp and mAs in order to troubleshoot basic artifacts and technique problems.
2. Describe what happens when X-rays strike tissue, the hazards of radiation exposure, and model proper safety procedures when working with X-rays.
3. Properly position animals for basic radiographic studies of the thorax, abdomen, and distal limbs, and correctly name the view.
4. Identify normal anatomy for the canine and feline thorax, abdomen, and limbs, the canine skull and axial skeleton, and the equine distal limb (carpus and tarsus to hoof).
5. Develop a systematic approach to reading a thoracic, abdominal, and orthopedic radiographic study.
6. Describe abnormalities identified on radiographs using Roentgen signs, veterinary directional and anatomic terms.
7. Create a basic differential list for identified abnormalities, and by utilizing signalment, history, and complete radiographic findings, develop an appropriate next-step plan for the clinical patient.
8. Determine when additional imaging such as ultrasound, computed tomography, magnetic resonance imaging, and nuclear scintigraphy can be used in management of a case, and counsel owners on the contra-indications of each.

**Attendance & Absences:**
- Attendance is required.  Missed points for daily participation may not be made up.
- Requests for absences should be emailed to the radiologist on duty, the IOR, and the VCS department office (ckuzma@okstate.edu, rmhallm@okstate.edu, adam.naff@okstate.edu), no later than the first day of the rotation.  Absences are granted according to VCS policy and on a first-come, first-served basis, and must be approved before the student makes travel arrangements.  Make-up for missed quizzes are arranged by emailing the IOR.

Board00190

*VCS 7713 Revised 6/10/19*

**Grading:**

|  |  |  |
|---|---|---|
| Radiographic acquisition/Technical skills | 25 pts | |
| Moodle modules and quizzes | 50 pts | |
| Rounds participation and final presentation | 25 pts | |
| Total Points | 100 pts | |

**Grading scale:**

| | |
|---|---|
| A | 89.5 - 100 |
| B | <89.5 |
| C | <79.5 |
| D | <69.5 (not passing) |
| F | <59.5 |

The Moodle course site contains 3 quizzes: Normal Anatomy, Basics of Radiology, and Final Case Series.  If a student scores less than 70% on each of these, they must request a make-up quiz via email to the IOR before they can progress through the rotation.

A student scoring less than 69.4% on the rotation will be required to repeat at least some portions of the rotation and the assignments, at the discretion of the IOR.  Students are responsible for tracking their scores on Moodle, and should request a mid-block meeting with the IOR via email if they have concerns.

The IOR may deduct up to 30 points for failure to maintain professional standards of conduct, which could result in failure of the rotation.  These include but are not limited to: unexcused absences or missing emergency shifts, academic dishonesty, lack of regard for radiation safety for themselves and others, poor patient care or lack of regard for patient safety, and lack of collegial interactions with peers and coworkers.

**Radiographic Acquisition/Technical skills:**

Students will work independently to acquire diagnostic radiographs with feedback from radiology technicians on a daily basis.  Technicians will independently evaluate students on their progress throughout the rotation. The rubric is below, with each section weighted equally.

**Section 1:  Technical Skills**

Performed radiology examinations correctly:

| | | | |
|---|---|---|---|
| Data entry, algorithm choice, image orientation: 1 | 2 | 3 | 4 |
| Patient positioning using anatomic landmarks: 1 | 2 | 3 | 4 |
| Collimation, centering, and markers/labeling:  1 | 2 | 3 | 4 |
| Proper number of exposures, understands the risk/benefit of repeating images? 1 | 2 | 3 | 4 |
| Take responsibility for an adequate number of exams throughout the rotation  1 | 2 | 3 | 4 |
| Understand radiation safety principles and adhere to proper safety measures?  1 | 2 | 3 | 4 |

**Section 2: Professional conduct**

| | | | |
|---|---|---|---|
| Responsive to instructions and constructive comments from staff? | 1 | 2 | 3 | 4 |
| Showed initiative in participating in exams and sharing the workload? | 1 | 2 | 3 | 4 |
| Positive attitude and professional conduct toward staff and peers? | 1 | 2 | 3 | 4 |
| Exhibited exceptional patient care and safety at all times? | 1 | 2 | 3 | 4 |

Board00191

*VCS 7713 Revised 6/10/19*

1 = Unacceptable          2=Needs Improvement          3=Meets expectations  4=exceeds expectations

**Rounds, Moodle Modules, and Quizzes:**

Students must successfully complete each module during the time period it is available.  Students may use class and online resources to aid in the assessment of the cases, but may not use other students, faculty or staff.  This exercise is a reflection of the individual's knowledge using the resources commonly available to one in private practice.

Modules and clinical cases will be discussed during rounds.  Each student should be familiar with the modules able to present the findings and discuss the differentials with the group.  Students will be asked to present the cases they have radiographed throughout the week.  Students should be familiar with the images, as well as clinical follow-up on the case.  Case presentations and discussions during rounds should be approached as a learning opportunity; however, each student's level of preparedness and participation will contribute to the student's final grade for the rounds section.

Students should prepare for rounds topics each day.  Each student is expected to have:
1. a systemic approach to radiographs
2. knowledge of normal anatomy
3. complete description of abnormalities using Roentgen signs
4. an appropriate differential list and understanding of the underlying disease processes
5. knowledge of next diagnostic steps or treatment recommendations

The schedule for rounds and quizzes will be posted at the beginning of each rotation.  **The Normal Anatomy quiz is generally the second day of the rotation and students are encouraged to study ahead of time**.

Rounds are at 8 am each morning.  Students are required to be present for rounds each day.  Students are required to attend house officer seminar on Thursdays and Grand rounds Friday mornings at 8 am.  Radiology rounds follow at 9 am on those mornings.

Students will give a short presentation to their classmates on the last day of the rotation. They will discuss either a case or a topic in which radiography plays an important role in the diagnosis, with a "take home" message for their classmates to take with them into practice.

**General Information:**
1. Dress code:  Attire should be suitable for barn/large animal cases (close-toed sturdy shoes, long pants; no tights, leggings, dresses, shorts, sandals, etc).  Attire should reflect positively on both an Oklahoma State University alumnus and the veterinary profession.
2. Food may be kept in the rounds area only.  Please keep the floors clear of bags, the table cleaned off, and the refrigerator and microwave clean.
3. Students will keep a case log, which is turned in to the radiology technician office by 8 am Monday after the last weekend of the rotation.  Technicians and radiologists may ask to see your case log at any time.

Board00192

*VCS 7713 Revised 6/10/19*

4. Radiology service operates until 5pm.  In case of early dismissal or other events affecting the hospital schedule, the emergency on-call student for that day, plus one rotation-mate to act as assistant, are required to be available in the rounds area until 5pm.
5. Students should take a 1 hour lunch break each day, coordinated with rotation-mates to keep the clinical cases running.

**Radiation Safety:**
Levels of radiation exposure to workers should be kept as low as reasonably achievable ("ALARA" concept) and still obtain the diagnostic radiographs required. All radiation exposure entails some degree of risk.

Acknowledging this, the following rules must be followed at all times:
1. All individuals in the exam rooms must wear their personal radiation monitoring badge.
   a. Badge is worn on the collar outside the lead apron and thyroid shield. Badges are not worn outside the building. If you have lost your badge or have questions regarding your exposure, please email the IOR.
2. Only those individuals actively restraining a patient are allowed in the room during an exposure.  Use passive patient restraint whenever possible.
3. All individuals in the exam rooms must wear protective lead garments (gloves, aprons and thyroid shields, and leaded goggles for fluoroscopic studies)
4. Keep all body parts, including lead-gloved hands, out of the primary x-ray beam at all times.

<u>Declaring Pregnancy</u>:
If you are pregnant, inform the IOR via email as soon as possible so arrangements can be made to minimize your radiation exposure. The University Radiation Safety Office's required documentation will be provided.  As much advance notification as possible should be given to allow for paperwork and ordering of fetal dosimeter.

**MRI Safety:**
Each student should complete the MRI safety training video, questionnaire, and quiz on the first day of the rotation or prior.  Turn in MRI safety questionnaire to the VCS department office.   You may not enter the MRI trailer without completing this required training and being cleared by the VCS department.

**Emergency Duty:**
- One student from radiology will be available for after-hours radiography each evening, holiday, and weekends. Students will arrange the on-call schedule on the first day of the rotation.  The on-call students must write their name and phone number on the ICU board before 5pm.

- On-call students should report to the hospital within 20 minutes of being called.  Students are encouraged to have a rotation-mate's phone number to act as back up in case of emergencies.

- In case of hospital closure due to weather, the student on call that night will become the on-call person throughout that same day.  If that student is not able to safely reach the hospital, the on-call student from the night before and/or the next day will be called to assist.

- The on-call student is responsible for all small animal radiographic studies, and will assist the technician or house officer for large animal radiographic studies.  Students should call the on-call technician or the inhouse intern for assistance if needed.

Board00193

*VCS 7713 Revised 6/10/19*

**PxDx**

Clinical skills log sheets should be signed by the radiology technician or radiologist that observed the skill as soon as possible.  Skills that are not signed by the end of the rotation will need to be repeated before they will be signed.

**Imaging/Radiology Core: required for all students**
1) Obtain diagnostic thoracic radiograph (perform)
2) Obtain diagnostic abdominal radiograph (perform)
3) Obtain diagnostic orthopedic/skeletal radiograph (perform)
4) Interpret thoracic radiograph including differential diagnosis
5) Interpret abdominal radiograph including differential diagnosis
6) Interpret orthopedic radiograph including differential diagnosis
7) Interpret (demonstrate knowledge of) radiographic artifacts for clinician
8) Interpret (demonstrate knowledge of) radiographic anatomy for clinician
9) Demonstrate knowledge of and practice radiographic safety principles (ALARA)
10) Ultrasound SA abdomen (observe)

**Imaging/Radiology Core: 7/12 procedures required**
1) Radiograph contract study
2) Radiograph LA carpus (participate)
3) Radiograph LA fetlock (participate)
4) Radiograph LA navicular (participate)
5) Radiograph LA stifle (participate)
6) Radiograph LA tarsus (participate)
7) Radiograph LA third phalanx (participate)
8) Imaging computed tomographic study (observe)
9) Imaging magnetic resonance study (observe)
10) Imaging nuclear medicine study (observe)
11) Imaging ultrasound guided FNA or biopsy (observe)
12) Ultrasound SA abdomen (perform)

## Additional information from Oklahoma State University:

### ACADEMIC INTEGRITY
*101 Whitehurst/405-744-5627/http://academicintegrity.okstate.edu*
OSU is committed to maintaining the highest standards of integrity and ethical conduct. This level of ethical behavior and integrity will be maintained in this course. Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration, plagiarism, multiple submissions, cheating on examinations, fabricating information, helping another person cheat, unauthorized advance access to examinations, altering or destroying the work of others, and altering academic records) will result in an official academic sanction. Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University. You have the right to appeal the charge.

### COPYRIGHT & FAIR USE POLICY OF COURSE MATERIALS
Course materials may not be published, leased, sold to others, or used for any purpose other than appropriate OSU-related individual or group study without the written permission of the faculty member in charge of the course and other copyright holders. This paragraph grants you a limited license giving you access to materials for this course, including PowerPoint slides,

Board00194

*VCS 7713 Revised 6/10/19*

audio/video recordings, written, or other materials, for appropriate OSU-related educational use only. Lectures should not be recorded without permission from the faculty member and must not be further disseminated or shared.

**EQUAL OPPORTUNITY**

*408 Whitehurst/405-744-9153/*https://1is2many.okstate.edu/

OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status. OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination. OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405-744-9153) or Deputy Title IX Coordinator (405-744-5470). Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-744-5472) or one of the University's Sexual Assault Victim Advocates (Mon-Fri 8 AM-5 PM, 405-564-2129 or 24 Hour Help Line 405-624-3020).

**STUDENT DISABILITY SERVICES**

*315 Student Union/405-744-7116/*http://sds.okstate.edu/

According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from Student Disability Services. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty have an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations.

**STUDENT CONDUCT EDUCATION AND ADMINISTRATION**

*328 Student Union/405-744-5470/*http://studentconduct.okstate.edu/

By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission. **The Student Code of Conduct** educates students about their civic and social responsibilities including policies and procedures involving student misconduct.

In general, the University expects students to aspire to follow and promote the Cowboy Community Standards or integrity, community, social justice, respect, and responsibility.

Complete syllabus attachment and additional information/resources are available at:
https://academicaffairs.okstate.edu/sites/default/files/Fall%202019%20Syllabus%20Attachment.pdf

Board00195

VCS 7733
Small Animal Community Practice
Revised:  April 2019

Instructor of Record:  Paul DeMars, DVM, DABVP K9/Fe
BVMTH Rm.: 121B
Office: (405) 744-6237
Cell:    (405) 412-8798
EMail: paul.demars@okstate.edu

Lara Sypniewski, DVM, DABVP K9/Fe
BVMTH Faculty Offices
Office:  (405) 744-7305
Cell:    (918) 704-2273
Email: lara.sypniewski@okstate.edu

Number of Student Contact Periods:  15
Number of Contact Hours:            120
Number of Outside Effort Hours:     60

## SECTION II: Instructional Content

Instructional rounds will be given every morning and most afternoons covering a variety of topics pertinent to veterinary medicine and general practice.  Students will be intimately involved in seeing clients, diagnosing and treating patients, and performing as a general practitioner.  By the end of the rotation, students will be expected to accurately and efficiently take a history, perform a physical exam, identify problems, design a diagnostic and therapeutic plan, perform these plans, perform elective surgery, and communicate effectively with the client.

## SECTION III: Class Meetings (See CP expectations for additional information)

- Students will be present and prepared for clinical duty at 7:15 am to receive in drop off and surgical cases.
- Students will be present in BVMTH Rm. 120 at 8:00 am prepared for rounds.  Any in house patients will be examined and all medical records prepared by this time.  Students will bring assigned homework when applicable to rounds sessions to encourage participation.
- At 9:00 am clinic appointment hours begin and all students will participate in any cases seen by the service.  One student will be appointed for primary care and any available students will assist as needed.
- Lunch hour will be taken from 12:00 pm to 1:00 pm except for one student who will be available for phone calls and emergencies.  This student will rotate daily within the service.  The student on lunch duty will take lunch either at 11:00 am or 1:00 pm, whichever is more convenient.
- At 1:00 pm clinic appointment hours resume and continue until 4:00 pm or later depending on the caseload.  No student is excused until the instructors determine all patients have been appropriately dealt with for the day.
- Afternoon rounds will begin at 4:30 pm.
- Appointments will be seen in exam rooms 16, 18, or 20.  These rooms are equipped with video recording equipment.  **Unless the client refuses or other valid reasons prohibit, all appointments will be videotaped.**

Board00196

VCS 7733
Small Animal Community Practice
Revised:  April 2019

- Every Wednesday afternoon, from 3-5 pm, we will conduct group reviews of an example video submitted by the students.
- Every Friday afternoon, from 3-5, a quiz will be administered and self-assessment discussions will occur.
- The students are also responsible for after-hours duty according to a schedule produced at the beginning of the rotation.  It is the responsibility of students to be available to the emergency clinician during their shift and for isolation duty.  Any changes to the published schedule must be annotated on all posted schedules, especially the one posted in intensive care.

**SECTION IV:       Course Information**

1. **Text Book Requirements:**   None

2. **Recommended Reference Materials:** See Problem Set.  All reference materials and problem set are posted on Moodle.

3. **Clothing and/or Special Equipment:**
   All students will dress professionally.  Males will wear a clean dress shirt, preferably with a tie, dress slacks, clean dress shoes or boots, and a clean smock.  Females will wear a clean blouse with skirt or slacks, or a dress, clean shoes or boots, and a clean smock.  Jeans, shorts, cut-offs, sandals, tee shirts, tank tops, scrubs, hats and the like are not considered professional attire at any time.  Surgical scrubs should be available at all times and worn when in the operating room.  Full scrubs for surgery and scrub tops for dentals and minor procedures.  See OR protocol and adhere to requirements.

   All students will have an approved nametag, penlight, bandage scissors, hemostat, stethoscope, thermometer, slipleash, and a black ballpoint pen with them at all times.

4. Grading Standards
   A = 90-100
   B = 80-89
   C = 70-79
   D = 60-69
   F = <60

5. **Grading Policies:**
   Students are graded on a variety of aspects including medical knowledge, problem solving, participation in rounds, technical skills, organization and preparation, medical records, client communication, and teamwork.  Grades are determined by subjective evaluation of the student's performance, during and after clinic hours, as well as quizzes that determine the student's knowledge and application of wellness medicine and common problems.

   All students will record and turn in 10 video-recorded appointments and associated self-evaluation log.  This video will be part of the student's evaluation, especially in the areas of client interaction, communication, medical knowledge, history, and physical examination.  Students are encouraged to review their own videos for self-assessment.

Board00197

**Evaluator Subjective Evaluation** (appointment assessments): 40 pts total
      20 pts from Wellness appointments.
      20 pts from Non-well appointments.

**Pre-Rotation Quiz:** 10 pts

**End of Rotation Quiz:** 20 pts

**Technical Skills:** 10 pts

**Professionalism/work ethic**: 20 pts
      Definition: Professionalism/work ethic is essential for success. Students are expected to be solid team players and uphold high ethical standards. You will be graded on strict adherence to courtesy, honesty and responsibility when dealing with colleagues, clients, and patients.  Points will be given based on the level of excellence (i.e. going above and beyond basic requirements). A good work ethic includes demonstration of ownership and accountability with your cases, as well as, completing tasks in a timely manner.

**Other requirements**:
      **Videos** (10 total): no points, but required to complete the rotation; an incomplete grade will be submitted.

      **PxDx:** You must complete and submit **12** PxDx skills by the end of the rotation.

      **Homework:**  You must turn in a written copy for all 5 homework assignmets.

      Failure to achieve these benchmarks without special dispensation will result in an incomplete grade submitted until these tasks are performed.

6. **Grading Expectations:**

Student Entrustable Professional Abilities
1. Develop and Implement a Wellness Plan for a Healthy Patient
   a. Perform a history using appropriate communication skills to gather information and owner's concerns.  Effectively communicate this information to the supervising doctor.
   b. Perform a physical and accurately identify abnormalities and communicate these to the client and supervising doctor.
   c. Develop and implement a vaccination protocol
   d. Develop and implement a parasite control protocol including external parasites, intestinal parasites and heartworms.
   e. Effectively communicate the cost of the wellness plan to the client prior to exiting the room.
   f. Effectively communicate recommendations on preventative and therapeutic topics including but not limited to dental disease, behavior, pain, and nutrition.
   g. Perform effective restraint, venipuncture, and subcutaneous injection.
   h. Perform this task in a time effective manner.

Board00198

2. Develop and Implement a Treatment Plan for a Sick Patient
    a. Perform a history using appropriate communication skills to gather information.
    b. Perform a physical and accurately identify abnormalities.
    c. Develop a diagnostic plan and interpret these timely and accurately.
    d. Prescribe and / or administer appropriate medications.
    e. Perform appropriate medical and / or surgical procedures.
    f. Monitor the patient for complications of the disease and / or treatment.
    g. Plan necessary rechecks to monitor the treatment.
    h. Effectively communicate vital information about the case to stakeholders including but not limited to clients, students, nurses, staff members and faculty.
3. Demonstrate Effective Communication Skills.
    a. Effectively communicate information verbally in the moment or on the phone to clients and team members.
    b. Effectively complete your medical record in a timely manner.
    c. Complete and deliver discharge instructions in a timely manner.
    d. Effectively communicate vital information, including but not limited to diagnostics and case follow up, to clients and team members.
4. Demonstrate Professional / Ethical Behavior and Work Ethic.
    a. Professional and ethical behavior includes but is not limited to attire, personal grooming, demonstrating a positive attitude, honesty, respect, curtesy and building good interpersonal relationships with clients, students, nurses, staff members and faculty.
    b. Good work ethics are by being on time, prepared, understand and follow procedures, providing exemplary patient and client care, and willingness to help team members, especially before being asked.

Board00199

7. **Evaluations/PxDx Skills**:
   Instructor evaluations and PxDx skills must be completed electronically via E-Value by the last day of the rotation. Students who do not complete their evaluations at the end of the rotation will not receive their grade until this has been completed. PxDx skills that are submitted past the last day of the rotation ***WILL NOT*** be accepted.

   PxDx Skills: 12/57 required
   1. SA abdominocentesis
   2. SA abnormal cardiac examination
   3. SA assist/observe euthanasia
   4. SA biopsy (tru cut, surgical wedge, Baker's punch, etc)
   5. SA calculate CRI
   6. SA calculate m2 for a dog and cat
   7. SA canine demonstrate effective restraint
   8. SA canine male urinary catheterization
   9. SA castration
   10. SA cephalic catheterization
   11. SA cystocentesis
   12. SA demonstrate numeric dentition system canine and feline
   13. SA develop/institute analgesic plan
   14. SA devise a treatment plan for pyometra
   15. SA devise a treatment plan for unwanted pregnancy without spaying
   16. SA devise treatment plan for benign prostatic hyperplasia w/o castration
   17. SA diagnose congenital orthopedic condition
   18. SA ear cleaning
   19. SA esophagostomy tube placement (participate)
   20. SA fecal sample collection & preparation
   21. SA feline declaw (perform)
   22. SA feline demonstrate effective restraint
   23. SA feline male urinary catheterization
   24. SA fine needle aspirate
   25. SA identify and demonstrate appropriate feline vaccine injection technique
   26. SA jugular venipuncture
   27. SA laceration repair
   28. SA limb bandage (assist)
   29. SA limb immobilization: apply cast
   30. SA limb immobilization: apply splint
   31. SA mass removal (participate)
   32. SA nail trim
   33. SA obtain and interpret dental radiographs
   34. SA OHE
   35. SA open wound management
   36. SA otoscopic examination
   37. SA perform a complete neurologic examination
   38. SA perform a complete orthopedic examination
   39. SA perform a digital prostate examination
   40. SA perform and interpret a vaginal cytology
   41. SA perform Doppler blood pressure
   42. SA peripheral venipuncture
   43. SA place and interpret ECG

Board00200

44.  SA place surgical drain (passive, active)
45.  SA record ECG
46.  SA rectal exam including anal sac palpation and expression
47.  SA remove surgical drain
48.  SA sample collection for bacteria culture
49.  SA scale and clean teeth
50.  SA skin scraping
51.  SA SNAP heartworm or FeLV/FIV test
52.  SA staple or suture removal
53.  SA subcutaneous or intramuscular injection technique
54.  SA thoracocentesis
55.  SA urinary surgery (participate)
56.  SA Wood's light examination
57.  SA write outside prescription

58. **Policy on Attendance**
Students are expected to attend each class period and complete each assigned project.  To obtain an excused absence the student must notify the instructor and obtain permission prior to the class period or present appropriate documentation of the emergency if prior permission was not obtained.  Points lost through lack of participation associated with unexcused absence will result in a lower grade, which may be as severe as failure of the course.

59. **General Expectations of Students**:
By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission.  **The Student Rights and Responsibilities Governing Student Behavior** document explains the standards of behavior expected of you, processes in place for enforcing the rules, and the University's response to violations *http://studentconduct.okstate.edu/*

In general, the University expects you to respect the rights of others and authorities, represent yourself truthfully and accurately at all times, respect private and public property, and take responsibility for your own actions and the actions of your guests.  Call 405-744-5470 for more information.

60. **Academic Integrity**:
Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members.  This level of ethical behavior and integrity will be maintained in this course.  Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result in your being sanctioned.  Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University.  You have the right to appeal the charge.  Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (http://osu.okstate.edu/acadaffr/aa/academicintegrity.htm).

Board00201

Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Power-point slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

61. **Special Accommodations for Students:**
According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from the Office of SDS. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations..

62. **Office of Equal Opportunity**        *408 Whitehurst/405-744-9153*
OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status.  OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination.  OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405-744-9153) or Deputy Title IX Coordinator (405-744-5470).

Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-744-5472) or the University's Victim Advocate (Suzanne Burks: 405-744-5458). For more information regarding Title IX violations, go to: *https://1is2many.okstate.edu/*.

**For more information concerning academic affairs, including important dates and where to go for help, please go to http://osu.okstate.edu/acadaffr/aa/CurrentStudents.htm, and download the appropriate syllabus attachment.**

Board00202

**VCS 7753 Small Animal Surgery Syllabus**
**Revised: April 2019**

**Instructor of Record:** Danielle R. Dugat, DVM, MS, DACVS-SA
Office: (405) 744-9529
Email: danielle.dugat@okstate.edu

**Co-Instructors/Clinical Faculty:**
Dr. Cara Blake
Dr. Erik Clary

**Number of Credits:** 3

**GENERAL COURSE DESCRIPTION**
Small Animal Surgery (SAS) Clinics is intended to reinforce fundamental surgical principles previously taught in didactic lectures and laboratory exercises. Emphasis will be placed on:

1. Principles of diagnosis, to include history and physical examination skills, orthopedic and neurologic examination skills, diagnostic imaging options, and other diagnostic modalities for surgical disease processes and conditions of small animals.
2. Therapeutic options for surgical disease processes and conditions of small animals.
3. Fundamental operative techniques.
4. Perioperative management of the small animal surgical patient.
5. Prognostic indicators for surgical disease processes and conditions of small animals.

These principles are taught in the environment of a tertiary referral center. Many of the conditions treated by the SAS service will not be those that are typically *treated* or *commonly seen* by general practitioners. Nevertheless, many of the animals referred to the hospital were initially examined by a general practitioner and will often be seen for follow-up visits by a general practitioner. While mastery of the *intricacies* of case management and, more specifically, *operative details* of such case management is often unnecessary for the fourth year veterinary student, the fundamental skills listed above are appropriate for and routinely used by entry-level general practice veterinarians.

The reading of appropriate texts and journal articles is expected and necessary to achieve a thorough understanding of the conditions affecting your patients. *You should put forth every effort to gain a full understanding* of pathophysiology and management of the condition in question. Clinicians will provide guidance in topic selection for collateral reading.

Partial list of helpful texts relevant to small animal surgery:
- *Small Animal Surgery* Fossum TW.
- *Miller's Anatomy of the Dog*. Evans. 1993. Saunders.
- *Veterinary Surgery: Small Animal.* Tobias, Johnston. 2013. Elsevier.
- *Handbook of Small Animal; Orthopedics and Fracture Repair*. Piermattei DL, Flo GL, DeCamp CE. 2016 Saunders/Elsevier

**LEARNING OUTCOMES**
At the end of this rotation, students will be able to

1. **Discuss** pre-, intra-, and postoperative management for surgical cases presenting to the hospital
2. **Evaluate** a problem list to define diagnostics and treatment modalities necessary for a disease condition

Board00203

3. **Develop** and improve surgical and technical skills by assisting with or performing a variety of surgical, diagnostic, and therapeutic procedures
4. **Effectively** communicate with owners/clients professionally and intelligently
5. **Assess** a patient from the time of presentation to the time of discharge, including the development of appropriate SOAP discussions and determination of patient treatment changes necessary
6. **Prove** themselves as professional colleagues who can work with a team
7. **Improve** and develop surgical knowledge, physical examination skills (including general, orthopedic, and neurologic), and radiographic interpretation *as assessed by didactic rounds discussions, case rounds presentations, and evaluation by clinicians and technicians supervising the rotation.*

**GRADING POLICY**

Your grade for the Small Animal Surgery rotation is subjective, based on the criteria listed above.

PxDx sheets must be completed and turned in upon completion of the rotation (as described below).

Because the grade is subjective, *it is important that you participate actively in rounds discussions and during daily clinical duties* with the faculty, residents, and technicians. The general criteria used for assigning a grade are outlined on attached grade sheet (see Appendix A). Please read the grade sheet carefully. Subjective criteria are recognized as valid in determining a grade; clinicians will not be arbitrary or personally biased in doing so. Criteria assigned to each category are intended only to provide insight into how each grade is assigned; the listed descriptives are not the sole or mandatory criteria for assigning the grades.

The following grading scale will be used:

A:    90-100 points
B:    80-89 points
C:    70-79 points
D:    60-69 points
F:    < 60 points

**PXDX SKILLS**

You are responsible for turning in your list of completed PXDX skills to the clinicians at the end of the rotation. PXDX skills completed during this rotation also must be submitted electronically via E-Value ***within one week of completing the rotation***. The skills will be denied if they are submitted to E-value later than 1 week after the rotation has completed. Some of the skills on this list may be completed during other rotations, therefore this list serves as a template for common skills that should/could be mastered during this rotation.

The list of PXDX skills that could be obtained on the SAS rotation are listed below. They are also listed in a PDF document on Moodle, under Small Animal Surgery Clinics. The PDF document must be printed at the beginning of the rotation and it is the student's responsibility to obtain the appropriate signatures related to skills completed.

PxDx skills:  10/56 required
1. Assist/observe euthanasia
2. Calculate IV fluid supplementation volume
3. SA abdominocentesis
4. SA biopsy (tru-cut, surgical wedge, Baker's punch, etc)
5. SA calculate CRI

Board00204

6.  SA canine demonstrate effective restraint
7.  SA canine male urinary catheterization
8.  SA castration
9.  SA cephalic catheterization
10. SA cesarean section (participate)
11. SA cystocentesis
12. SA demonstrate effective client communication
13. SA demonstrate surgical hand ties (1&2 handed)
14. SA describe fracture, outline methods of repair
15. SA develop/institute analgesic plan
16. SA develop/institute arthritis medical management plan
17. SA develop/institute postoperative analgesic plan
18. SA diagnose congenital orthopedic condition
19. SA esophagostomy tube placement (participate)
20. SA external fixator management
21. SA fecal sample collection and preparation
22. SA feline declaw (perform)
23. SA feline demonstrate effective restraint
24. SA feline male urinary catheterization
25. SA fine needle aspirate
26. SA formulate adequate SOAP notes
27. SA gastrointestinal surgery (participate)
28. SA GDV stabilize and surgery (participate)
29. SA interpret ECG
30. SA jugular catheter placement (participate)
31. SA jugular venipuncture
32. SA laceration repair
33. SA limb bandage (assist)
34. SA limb immobilization: apply cast
35. SA limb immobilization: apply splint
36. SA mass removal (participate)
37. SA nail trim
38. SA OHE
39. SA open wound management
40. SA otoscopic examination
41. SA perform a complete neurologic exam
42. SA perform a complete orthopedic exam
43. SA peripheral venipuncture
44. SA place or remove orthopedic implant (participate)
45. SA place surgical drain (passive, active)
46. SA placement of nasal insufflation
47. SA placement of nasoesophageal / nasogastric tube (participate)
48. SA rectal exam including anal sac palpation and expression
49. SA rectal/perineal exam
50. SA remove surgical drain
51. SA sample collection for bacteria culture
52. SA skin scraping
53. SA staple or suture removal

Board00205

54. SA surgical prep for OHE or castration
55. SA thoracocentesis
56. SA urinary surgery (participate)

**DRESS CODE**

In general, you should strive to present yourself in the manner that most people would consider typical attire for a professional in small animal veterinary practice. For men, this means clean, unwrinkled white lab coat, collared shirt, and slacks. For women, this means clean, unwrinkled white lab coat, collared shirt/blouse, and slacks/skirt or dress. Please refer to the Department of Veterinary Clinical Sciences Guidelines for Clinical Rotations in the VTH on the CVHS web site for further details. Although not required, it is recommended, given the long hours and physical nature of the rotation and the hard, slick floors of the VTH, that comfortable, non-slick soled shoes be worn.

Blue jeans, leggings/jeggings, shorts, and hats (other than surgical attire) are not appropriate attire for this rotation during business hours. Blue jeans may be worn while interacting with clients afterhours if they are clean, in good repair, and meet the guidelines below, i.e., no low-cut jeans, holes. Shorts and hats are not appropriate when interacting with clients. Skin and/or undergarments should not be visible between tops (blouses, shirts, scrub shirts, etc.) and bottoms (pants, scrub pants, jeans, etc.) *at any time* you are in the hospital while you are on this rotation. Low-cut tops and open toed shoes are not appropriate attire for this rotation at any time you are in the hospital. Visible body piercings, rings, studs, bars, gauges, etc. (other than discrete earrings in the ear lobes or small nose studs) are not appropriate for this rotation. Shorts and hats may be worn after hours *if no client contact* will occur.

Please review APPENDIX B for guidelines for attire in the operating room and associated areas.

**ABSENCE**

Two days (M-F) per rotation can be taken if total yearly authorized absences (7 days) have not been used. Only working days (M-F, except holidays) are counted towards personal/vacation days. Additional absences must be made up. An email requesting any days off must be submitted to the IOR at the beginning of the rotation, or sooner, with Lucinda Kershaw (in the VCS dept) cc'd on the email request. It is at the clinician's discretion whether or not leave can be taken. When leave is granted, it will be the student's responsibility to obtain coverage for patient care from another student in the SAS rotation. Any trading of emergency duty shifts between students is allowed, but must be mutually agreeable between both students involved.

If sudden illness or other personal problem prevents you from being in the hospital and treating your assigned cases, it is important that you do the following:

1. Contact the senior faculty member that you are on service with
2. Email the IOR of the rotation to inform them of your absence

If you need to run errands or go home for lunch, please get approval from the senior clinician or resident and tell the receptionist (and ICU) approximately how long you will be gone. If you need to leave early or arrive late because of your parental responsibilities, please consult with the attending senior clinician, preferably at the beginning of the rotation, or as the situation arises.

**EMERGENCY DUTY**

You will be required to fill out the emergency rotation sheet as a group with your rotation-mates. This rotation requires you to take emergency shifts for after-hours cases. When on emergency duty, you must be within 15 minutes of the hospital and be available by phone at all times. You will be called in by the clinician to assist in a case that requires surgery. Should you

Board00206

have emergency duty on a weekend, you will be required to take over any cases that are being transferred to the surgery service on the respective Saturday or Sunday morning.

Board00207

**GENERAL EXPECTATIONS OF STUDENTS**

By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission. **The Student Rights and Responsibilities Governing Student Behavior** document explains the standards of behavior expected of you, processes in place for enforcing the

rules, and the University's response to violations *http://studentconduct.okstate.edu/*

In general, the University expects you to respect the rights of others and authorities, represent yourself truthfully and accurately at all times, respect private and public property, and take responsibility for your own actions and the actions of your guests.

**ACADEMIC INTEGRITY**

Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members. This level of ethical behavior and integrity will be maintained in this course. Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result in your being sanctioned. Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University. You have the right to appeal the charge. Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (http://osu.okstate.edu/acadaffr/aa/academicintegrity.htm).

Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Power-point slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

**SPECIAL ACCOMMODATIONS FOR STUDENTS**

According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from the Office of SDS. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations.

**OFFICE OF EQUAL OPPORTUNITY - 408 WHITEHURST/405-744-9153**

OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status. OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination

Board00208

include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination. OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405-744-9153) or Deputy Title IX Coordinator (405-744-5470).

Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-744-5472) or the University's Victim Advocate (Suzanne Burks: 405-744-5458). For more information regarding Title IX violations, go to: *https://1is2many.okstate.edu/*.

**For more information concerning academic affairs, including important dates and where to go for help, please go to http://osu.okstate.edu/acadaffr/aa/CurrentStudents.htm, and download the appropriate syllabus attachment.**

**EQUIPMENT REQUIRED**
The following equipment should be carried in your clinic jacket:
Ink pen
Noose leash
Black sharpie pen
Suture scissors
Penlight
Bandage scissors
Plexor
Hemostat, straight or curved
Thermometer
Stethoscope

**ORIENTATION**
A small animal orientation video is present on Moodle (*Year 4 – Small Animal Orientation*). This video must be watched and the quiz completed prior to starting your first small animal clinical rotation. You will not be able to see patients until this video is watched and the quiz is completed. Please refer to the Orientation instructions on Moodle under *Small Animal Orientation*.

Small animal surgery orientation will take place at 8:00 am in the Surgery Conference Room. This orientation will consist of personal introductions, case distribution, and a brief overview of the day-to-day function of the rotation.

After orientation, for each case you have been assigned you should find the record (B ward or ICU); review the case summary, and personally examine the animal. The appointment calendar on UVIS will also contain information regarding scheduled appointments.

**DAILY LOGISTICS**
**Duty Hours:**
The time you arrive in the morning will depend on a number of factors including number of patients assigned to your care, complexity of the case management, and your efficiency. ICU treatment sheets should be completed by 7:15 am. Progress notes should be completed by 8:00 am. Morning treatments and dog exercise should be done by 8:00 am.

Board00209

You are expected to be available and in the hospital for the remainder of the day (M-F) unless advised otherwise. Leaving for lunch is allowed if work load permits, but should not be taken for granted. You should, as a group, stagger lunch so emergencies will be covered. If you need to leave the hospital to attend to other business, the attending surgeon or resident should be notified.  There is no specified end time for working days.    Do not leave for the day without the consent of the surgeon on the service.

Emergency duty hours are from 5:00 pm to 8:00 am M-F and 7:45-7:45 Sa-Su. The time for weekend rounds will be at the pleasure of the attending surgeon or resident but will generally be held at 7:30-8:00 am Saturday and Sunday. If you do not have in-house patients, other students assigned to the block are not excessively encumbered with patient care, and you are not on-call, you do not have to be present for weekend rounds. You will assume after hours emergency call duty on a rotating basis with the other students assigned to your block (scheduled filled out by you and your rotation-mates). Please list your contact information, e.g., cell phone number, on the dry erase board in the surgery conference room at the beginning of the rotation.

**Rounds:**
Rounds M-W will begin in the Surgery Conference Room at 8:00 am. Please participate in rounds. This is often one of the best opportunities you have to demonstrate your knowledge and ability to apply that knowledge to clinical scenarios. Because SAS is a subjectively graded rotation, failure to participate in rounds will also detract from your grade. Generally, rounds are not held on Thursday and Friday when seminar or grand rounds are in progress. The surgeon or residents will meet with you individually as needed to determine patient needs on Thursday and Friday. House officer (interns and residents) rounds are held at 7:30 am M-F beginning in ICU and rotating through the unit and the adjacent B ward. These rounds are for house officers and faculty only. End of day rounds are usually held as a group (all faculty, house officers, and students assigned to SAS) when the work day is over and are primarily organizational in nature.

**Case Assignments & Appointments:**
When only one service is in operation, cases are seen Tuesday and Thursday. Monday, Wednesday, and Friday are operating days. When a second service is operational, that service will see clients on Monday and Wednesday and operate on Tuesday, Thursday, and Friday. Emergencies, out-patient rechecks, in-house transfers, and carry-overs are seen as needed. Students assigned to SAS will be divided evenly between the two services during the orientation (when two services are working). Cases should be shared as equitably as possible. Please be considerate of your block mates. You should sign up for cases on the computer the day before the appointment. If disputes arise, clinicians will arbitrate with the assistance of receptionists if necessary. If you feel you are not being exposed to your fair share of cases, the attending surgeon should be consulted. It is extremely important that the appointment page of UVIS be checked repeatedly on the day before a receiving day.

You will admit new cases, see outpatient rechecks, and do suture removals. Please be promptly available. The paging system cannot be heard downstairs and in several places throughout the hospital. Please be aware of these deficiencies in the system and try to inform the receptionists, clinicians, and classmates of your whereabouts.

The groups that have the most fun and learn the most are the ones who work well together. Anticipate the needs of your classmates: be available to scrub in and assist on surgical

procedures; make sure that samples get delivered to clinical pathology, dogs get walked, etc. if the student on case is still in surgery; etc. If you're not busy, go look for someone to help or something to observe.

**PAPERWORK**

Discharge orders are present in template form on the K-drive. Unless instructed by the faculty or resident to do otherwise, please use these templates. The templates are listed under K drive → Folders_Units → Services → SAS → Forms, Templates, Client Handouts in a folder with your specific faculty surgeon. The completed draft should be uploaded into UVIS, under the discharge tab → instructions → client tab. Once saved in that section, the House Officer or Faculty will look over the discharge orders and make any corrections needed. The draft discharge orders should be ready for review by the surgeon or resident who is primarily responsible for the case at least 24 hours prior to discharge.

You will be responsible for completing an Operative Report for your case. Operative Reports are only necessary for cases that have a surgical procedure performed. They are not required for bandage changes or biopsies. Templates for operative reports are also located on the K drive. Completed operative reports must be saved in your rotation folder on that K drive (Your completed Operative Reports should be saved into the same folder as for your Discharge Orders.

<u>Anesthesia</u>: Hard copy requests (anesthesia request, drug administration request), signed by the attending surgeon, must be submitted prior to 2:00 pm for anesthesia or sedation the following day. Requests must be submitted to anesthesia personnel (anesthesiologist, technicians) only, no students. When in doubt as to whether or not a case will be anesthetized, state "tentative" on the request. If pertinent laboratory work is not completed at this time, write what tests are pending on the request next to the tests in question and submit the request so that the anesthesia section can plan accordingly. When laboratory results do become available, make certain they are entered on the request. Also note any special considerations that might affect the health and safety of the animal or the anesthesia personnel, e.g., lab work abnormalities, pre-existing disease states, aggressive animals, etc.

<u>Client Communication</u>: Each client should be called immediately after surgery and at least twice daily unless they specifically instruct you not to do so. Either way, record the conversation or any attempts at such ("message machine", "no answer", etc.) in the communication case log in UVIS. Do not assume that the clinician will call and therefore you do not need to call. It is essential that the Communication Log in UVIS be completely filled out following any conversation. Particularly important are any and all alterations in status of a patient, treatment plans, and financial updates. If you have any uncertainties about client-asked questions, refer them to the senior clinician, surgery resident, or intern. If a client requests that you call them more than twice a day and doing so becomes burdensome, please tell the faculty surgeon or resident to which you are assigned and they will discuss the situation with the client. Similarly, if you encounter rude, abusive, or otherwise inappropriate language or behavior from a client please notify the faculty surgeon or resident to which you are assigned and they will address the situation.

Please immediately bring to the attention of the attending surgeon <u>*any client*</u> who acts or speaks inappropriately or threateningly. Respond politely and as briefly as is possible to any such behavior prior to contacting the attending surgeon.

Board00211

Clinical Pathology: On weekdays, samples for clinical pathology should be submitted as soon as possible to avoid lab congestion in the later afternoon. No samples other than Call Back requests will be accepted after 4:30 pm. Call Back service is available for emergencies but must be approved by a clinician. There is an additional charge for Call Back testing after 5:00 pm M-F and weekends.  Priority service (labeled as STAT [per clinical pathology technician]) is also available  for those specimens that are submitted between 4:15 and 4:30 when results are needed the same day. To view lab results, you must access the Antech website on any computer (user name: **VTH**, password: **VTHLabs2005**). A technician will be in Clinical Pathology Laboratory on Saturday mornings 9:00 am-11:00 am to receive samples and perform tests. After hours, a technician must be paged to come in to the lab. Familiarize yourself with appropriate submission forms: histopathology, microbiology (OADDL), etc. All samples to OADDL must have an appropriate history.

ICU: ICU flow sheets should be ready for review no later than 7:15 am every morning and should reflect the current management strategy. Patients coming into ICU from surgery should be listed on the Incoming Patient dry erase board or listed as "Out and back" if currently in the ICU but going to surgery and returning afterwards. In general, the quality of care is also related to how directly you involve the ICU staff and students. Complete written orders are essential, but a short verbal briefing will greatly improve execution of those orders. Tell them not just what you want done but why the plan is what it is, what parameters may change the management plan, and any other peculiarities about the case. When you know your patient is leaving ICU, it is helpful to give the technicians plenty of notice so they have plenty of time to verify charges prior to the patient discharge from the hospital.

Radiology: Please make sure that ALL radiology requests submitted have a complete history, which includes all pertinent information regarding the case history, recent treatments, potential diagnoses, etc. When possible, radiology should be verbally notified in advance of tentatively scheduled appointments so they can plan their daily schedule. UVIS requests should be submitted as soon as the information needed to complete the form is available (often this information is only available after you obtain your admitting history and physical). With few exceptions, animals being radiographed for orthopedic conditions will be heavily sedated or anesthetized.

Almost all orthopedic cases will require postoperative radiographs. Have a UVIS request form filled out and submitted the day before or the morning of surgery.

Operative Request Form: You are not required to fill these out. They are electronic requests placed through UVIS and the clinician on the case will fill this form out.

**PATIENT CARE RESPONSIBILITIES**
You are responsible for care and well-being of all assigned patients. This includes diagnostic testing, treatment, scheduling, records keeping, appetite and water consumption, monitoring, etc. Treat these animals *as if they were your own pets*. It is important to follow cases closely and report changes that occur no matter how subjective your impressions may be. Treatment regimens, which require change, must be discussed with and approved by the senior clinician or resident.

Board00212

You should evaluate and treat all assigned cases, walk ICU patients, complete ICU orders, and record all data in the medical record using standard POMR/SOAP format prior to 8:00 daily M-F. A second addendum progress note can be completed at the end of the day if noteworthy events transpire. All progress note entries must be completed in UVIS.

All paperwork is considered legal documentation. As such, it should be labeled with patient name and number, date; entries signed; and top-punched for inclusion in the record. Flippant or otherwise unprofessional comments should not be made in the medical record. Place all lab work, reports, etc. in the record as soon as possible so that all have access to the information.

You should check with each other to determine if assistance is need with fractious or difficult (large, paralyzed, etc.) animals. Do not attempt to treat an animal on your own if the animal, in so doing, poses a danger to you or itself; get help.

A physical examination must be performed on all cases every day. A detailed history must be obtained and recorded at time of admission. The only exception may be healthy animals admitted for medical observation.  Obviously, this protocol should be modified when it may prove dangerous to you, e.g. aggressive or painful animal, or to the animal, e.g. assessment of the hopping reflex is inappropriate for a dog with a possible spinal fracture, etc.

SAS patients are admitted to B ward. A cage card must be filled out completely and legibly. Include case number, problem, student's name, and clinician's name. Discard the cage card when the animal is discharged. Animals will also need bedding, food, water, litter pan (cats), box or other place to hide (cats).

The individual patient ward treatment sheets are located in "B" ward by the individual patient medication boxes. You should fill out the treatment sheet and post it on the clipboard on your patient's cage/run every day by 7:30 am.

You are responsible for treatments of your assigned cases (except patients in ICU), including evening treatments. All dogs (including those in ICU) medically capable of walking should be walked three times daily. If they cannot walk, they should still be taken outside, weather permitting, for "sunshine therapy." If dogs are walked outside, exercise should be restricted to fenced dog exercise enclosure on the southwest side of the VTH. They should not be walked routinely north of VTH or outside the fenced area west of VTH. Every orthopedic patient should be walked with sling support at all times. Any patient with external coaptation must have their bandage covered when going outside to prevent the bandage from getting soiled/wet. This can be done by using a water-proof boot charged to the client by the SAS floor technician.

Client visitation is okay as long as they coordinate the visit with you and you are present during the visit. Patients in ICU that can be moved should be taken to an examination room. ICU patients that must stay in the ICU can have visitors but you must: secure the permission of the ICU technician on duty at the time of the visit, make sure no event is occurring that would be disturbing to a client, and inform the client that their visit must be limited to 5-10 minutes at most. You must accompany your client to the ICU and remain there throughout the visit and escort them to the lobby when the visit is over. All after-hours visits are made at your convenience. If a client insists on wanting to visit at a time that is not acceptable to you, please let the faculty surgeon or resident know about the situation and they will address the issue.

Board00213

**SAFETY**

Intrinsic to Veterinary Medicine and Small Animal Surgery are certain inherent risks. That said, it is critical that all reasonable safety precautions be observed at all times while you are on this rotation to reduce the risks to a minimum. Specific aspects of safety that are germane to the Small Animal Surgery rotation include, but are not limited to:

Animal Handling: You should be familiar with proper animal husbandry procedures that allow you to safely (for yourself, your colleagues, and your patients) handle dogs and cats in general care circumstances and during examination and treatment procedures. If you are unfamiliar or uncomfortable with those techniques, you should read various texts on the subject and ask for guidance from faculty, technicians, and residents. At no time should you put yourself, your colleagues, or your patient in a situation that creates a potentially dangerous or damaging result because of your inability to properly restrain or otherwise handle an animal.

Radiation Safety: C-arm fluoroscopy is used on occasion during certain surgical procedures. You will be instructed on proper radiation safety protocol by the involved SAS faculty or residents. However, if you are unsure of or concerned about radiation safety issues, you should bring your concerns to the attention of the faculty or resident immediately. You should have your radiation safety badge on your lead gown/apron during these procedures.

Anesthesia Safety: Anesthesia safety, specifically scavenging of anesthetic gases, is a routine part of the Anesthesia service's operating protocol and procedures are in place to prevent mishaps. Should you have special concerns, e.g., you are pregnant or otherwise at above normal risk for exposure to anesthetic gases, you should bring your concerns to the attention of the faculty surgeon immediately so that appropriate adjustments can be made.

Physical Safety: The dog runs behind all wards are stabilized at the rear of the run with large steel bars. These bars are critical for run wall stability but can pose a risk if you are working in the back of the run and raise your head up without regard for the pipe. Please be aware of the pipe at all times when you are working in the back of the run. These pipes have been marked with caution tape.

No open toed shoes are permitted at any time you are in the hospital working with animals to avoid the risk of damage to your feet from sharp claws and sharp objects such as needles and scalpel blades.

Personal Safety: Use caution when meeting clients at the hospital at night or after hours. If you have any concerns about your personal safety, go to the ICU or other area where other personnel are present. If further doubt exists about your safety, call 911 immediately. If you are made to feel uncomfortable by a client at any time, please tell the faculty surgeon immediately and corrective action will be taken. Protocols are in place for workplace violence and generally include sheltering in place, i.e., lock yourself in a room and wait until police arrive and properly identify themselves. Please consult the VCS Department office for further guidelines/instructions.

Weather: Procedures are in place for fire evacuation and tornado sheltering. Please consult with the VCS Department office for those guidelines. If you must come to the VTH to care for patients during extreme winter weather, use caution, take your time, and be prepared for being stranded. If you will be late or unable to reach the hospital, call the faculty or resident who is on call and apprise them of your situation. At no time should your risk life, limb, or property to reach the

Board00214

VTH during inclement weather.

*If you are injured, you <u>must</u> fill out an Injury Report Form (Appendix H) and submit it to the VTH Office as soon as possible. It is important for you to file the report so that 1) your injury is properly documented if complications arise and 2) safety issues can be identified and corrected if possible.*

**SURGERY**

<u>Preoperative Considerations</u>:
Be certain there is a no-food sign (red cellophane) on the cage or run the evening before the surgery. Be sure you have clean scrubs available. At rounds, ask clinician about any special instructions regarding site(s) to be clipped, prophylactic antibiotics, etc. After induction of anesthesia, express the urinary bladder of any animal scheduled for an abdominal procedure unless instructed not to do so.

If antibiotics are to be administered to the patient, you should make certain the antibiotic is acquired from the SAS floor technician (or OR technician if floor technician is unavailable), reconstituted as needed, and administered. Typically, perioperative antibiotics are administered intravenously approximately 30 minutes before creation of the surgical wound, usually about the same time as the induction of anesthesia. If the surgical procedure will take longer than 2 hours, the antibiotic is subsequently administered every 90 minutes until the procedure is completed.

<u>Surgery</u>:
To be an effective assistant you must have a good grasp of the fundamentals of surgery as well as the purpose and execution of the planned procedure. Read about the procedure and know the regional anatomy. Discuss with the surgeon the approaches to be considered; review those discussed. You should be mentally prepared to enter into a detailed discussion of the operative management of your patient during all phases of procedure. Failure to properly prepare for surgery may result in your dismissal from the OR.

Please refer to APPENDIX B for guidelines for attire in the OR and peripheral areas.
Caps, masks, hoods, and shoe covers are available in central core of surgery and in Induction. Scrub brushes are available in the central core.

Traffic Flow in the Surgical Complex: The surgery core is a semi-clean area. Full surgical attire worn beyond the red line.

All areas outside of induction and the surgery suites are contaminated areas. Street clothing should be the norm, and scrubs should be covered. Shoe covers should be removed prior to leaving the surgery core or induction areas. Lab coats or other covering garments must be removed before entering the OR and shoe covers put on.

**SPECIMEN SUBMISSION**
Samples should be submitted directly to OADDL or placed in the pick-up box or refrigerator to the left of the Clinical Pathology/Antech laboratory window as soon as possible. All tissue specimens and cultures taken during surgery (or otherwise) must be properly identified and prepared (e.g., placed in formalin if a histopath sample, etc.). After 3:30 pm M-F, specimens should not be left at the pick-up site. If this is impossible, consult the clinician in charge of the case for instructions. A complete and accurate history and other pertinent information explaining what procedure was

Board00215

performed, from where the tissue was obtained, and a gross description of the lesion must be included on the UVIS submission form. Under no circumstances are large pieces of tissues to be disposed of through the trash. All such materials must be forwarded to Pathology for disposal. Bodily fluids should be disposed of in the flush sink in the minor OR. Tissue or fluids from animals with potentially zoonotic diseases and any items used for administering chemotherapy agents should be disposed of in a red biohazard bag. All sharps should be disposed on in a red sharps container. Disposables (drapes, gloves, bandages, etc.) from animals not infected with zoonotic diseases should be placed in regular plastic trash bags and tightly sealed.

**PATIENT DISCHARGE**

An appointment time for patient dismissal should be made with the client. Dismissal appointments should not be made during daily morning rounds, seminar, grand rounds, lunch hour, etc. Discharges may be done on Saturday or Sunday mornings <u>only</u> from 8:00-9:00am. A doctor must be present for all discharges.

If possible, the patient must be groomed and clean prior to discharge. Bandages should be clean and dry. Any medications must be packaged and labeled properly. Two copies (client, rDVM/record) of the discharge orders (one if the case is not a referral) should be placed in the record along with the trial invoice and any medications. The record should be taken to the SA reception desk at the time of discharge. When client arrives, the following <u>sequence</u> of events should occur:

1. Client pays patient's bill.
2. Receptionist pages student.
3. Student informs clinician of client's presence for discharge.
4. Student or doctor reviews discharge instructions and radiographs, or other pertinent lab work, with client.
5. Student delivers animal to client.

**LOCKERS**

Lockers are available for your use in the bathrooms adjacent to the surgery conference room. If you cannot find a locker, please notify a surgery technician or faculty member. Furnish your own lock. Please label your locker with your name and remove the label and the contents of the locker when the rotation is over. There is limited locker space available so lockers are cleaned out periodically.

APPENDIX A
# Small Animal Surgery Grade Sheet

### *PROFESSIONAL CONDUCT*                                              Score_____/10

| | |
|---|---|
| 9-10 | Performs own clerkship duties promptly and enthusiastically. Volunteers to help in additional areas. Displays a courteous and professional manner that is commended by faculty, staff, and clients. Willing to help others. Demonstrates and exceptional collegial attitude. |
| 7-8 | Enthusiastically performs clerkship duties without prompting. Interacts with others in a tactful, courteous, and professional manner. Willing to help when colleagues are not available. Help may have to be prompted, rather than offered. |
| 5-6 | Occasionally appears disinterested in clerkship activities. Occasionally acts in an unprofessional manner or interacts inappropriately with others. Willing to help when colleagues are not available, when asked. |
| 3-4 | Often appears disinterested in clerkship activities. Frequently acts in an unprofessional manner or interacts inappropriately with others. |
| 1-2 | Shows no interest in clerkship activities. Displays unprofessional behavior. Interacts inappropriately with others. |

### *KNOWLEDGE BASE*                                              Score_____/15

| | |
|---|---|
| 13-15 | Is extremely knowledgeable on own cases, as well as other student's cases. |
| 9-12 | Displays satisfactory knowledge base in all areas. |
| 7-8 | Limited knowledge base in some subject areas but satisfactory in others. |
| 5-6 | Poor knowledge base in most subject areas. |
| 1-4 | Unacceptable knowledge base in all areas. |

### *EFFICIENCY AND PREPAREDNESS*                                              Score_____/15

| | |
|---|---|
| 13-15 | Is consistently organized. Tasks are complete with efficiency. Paperwork/treatment sheets are complete and is done in a timely manner. Is knowledgeable about procedures planned for each patient. |
| 9-12 | Is usually organized. Tasks are often completed efficiently. Paperwork/treatment sheets are complete and is done in a timely manner most of the time. Is usually knowledgeable about procedures planned for patients. |
| 7-8 | Is sometimes disorganized. Tasks are often not completed efficiently. Paperwork/treatment sheets are sometimes incomplete or not completed in a timely manner. Is not prepared for some procedures. |
| 5-6 | Is often disorganized. Tasks are often not completed. Paperwork/treatment sheets are frequently not complete or not completed on time. Is not prepared for many procedures |
| 1-4 | Is disorganized. Tasks are not completed. Paperwork is not complete or is consistently not completed on time. Is not prepared for procedures. |

### *PATIENT CARE/ASSESSMENT*                                              Score_____/15

| | |
|---|---|
| 13-15 | Patients receive impeccable care. Identifies potential improvements in patient care. Concerned for the welfare of other patients. Accurately identifies all patient problems. Diagnostic tests are promptly obtained and correctly assessed independently. Appropriate diagnostic and therapeutic plans are routinely suggested. Assessment of ICU patients is thorough and timely. |
| 9-12 | Conscientious regarding patient care and treatment. Concerned for the welfare of other patients. Obtains and assesses diagnostic test results independently. Correctly identifies and assesses most of the patient's problems. Appropriate diagnostic and therapeutic plans are usually presented. Assessment of ICU patients is adequate and timely. |
| 7-8 | Conscientious regarding patient care and treatment but occasional errors are made in following clinician's orders. Errors are promptly corrected. Problem identification, patient assessments, or diagnostic/therapeutic plans are sometimes inaccurate or require assistance of the instructor. Assessment of ICU patients is occasionally incomplete or late. |
| 5-6 | Optimal patient care or treatment is frequently delayed or overlooked. There is potential for significant compromise of patient health. Problem identification, patient assessments, or diagnostic/therapeutic plans are usually inaccurate. Assessment of ICU patients is often incomplete or late. |
| 1-4 | Optimal patient care or treatment is usually delayed or overlooked. Patient's health is significantly compromised. Fails to adequately identify problems, assess patients, or make appropriate diagnostic/therapeutic plans. Assessment of ICU patients is incomplete or late. |

Board00217

### CLINICAL SKILLS                                                          Score_____/10

| | |
|---|---|
| 9-10 | Skillfully performs all technical tasks. Is organized and has required materials prior to beginning the task. Demonstrates excellent operative skills/assistance. |
| 7-8 | Adequately performs most technical tasks with direction from the technician or clinician. Minimal stress is caused to the patient. Is well organized for tasks. Demonstrates adequate operative skills/assistance |
| 5-6 | Is often unable to perform some technical tasks with direction from the technician or clinician. Some patients are stressed by procedures. Often not well organized for tasks. Average operative skills/assistance demonstrated. |
| 3-4 | Is unable to perform many technical tasks even with considerable direction from the technician or clinician. Patients frequently stressed by procedures. Is poorly organized for tasks. Demonstrates inadequate operative assistance. |
| 1-2 | Is unable to perform technical tasks even with considerable direction from the technician or clinician. The patient is stressed or traumatized. Is poorly organized for tasks. |

### HISTORY AND PHYSICAL EXAMINATION                                        Score_____/15

| | |
|---|---|
| 13-15 | Consistently takes thorough and organized histories. Performs accurate, complete physical examinations, including orthopedic and neurologic exams, when necessary. |
| 9-12 | Performs histories and physical examinations, including orthopedic and neurologic exams, with minor errors/omissions and occasional inaccuracies. |
| 7-8 | Performs histories and physical examinations with a moderate number of significant omissions or inaccuracies. Consistently fails to perform adequate orthopedic or neurologic examinations, when indicated |
| 5-6 | Performs histories and physical examinations with frequent significant omissions or inaccuracies. Consistently fails to perform adequate orthopedic or neurologic examinations, when indicated. |
| 1-4 | Unable to perform an accurate and complete history and/or physical examination (including an orthopedic and neurologic exam) on the majority of cases |

### COMMUNICATION AND MEDICAL RECORDS                                       Score_____/10

| | |
|---|---|
| 9-10 | Client communications and rapport are exceptional. Follow-up on cases is exceptional. Problem-oriented medical records are concise and summarize the patient's status accurately. Assessments are excellent. Records are always completed on time. Operative reports are completed in a timely manner and are exceptional |
| 7-8 | Client communications are accurate and timely. Follow-up information is obtained without prompting. Records accurately identify most problems. Assessments are appropriate for most patients. Records are always completed on time. Operative reports are completed in a timely manner and are very accurate, with only some inconsistencies. |
| 5-6 | Communication with clients is occasionally inaccurate or late. Follow-up information is late and requires prompting. Records follow SOAP format; however, problem identification or assessment is often inaccurate. Records have been late more than once. Operative reports are not completed in a timely manner and are sometimes inaccurate or demonstrate misunderstanding of the procedure performed. |
| 3-4 | Client communications are often inaccurate or late. Follow-up information is often late. SOAP format is frequently not followed. Problems and assessments are inaccurate most of the time. Records are late more than once. Operative reports are not completed in a timely manner and are often inaccurate or demonstrate misunderstanding of the procedure performed. |
| 1-2 | Does not effectively communicate with clients. Follow-up information is not obtained. SOAP format is not followed. Problems and assessments are inaccurate. Records are frequently late. Operative reports are completed only after prompting and are often inaccurate or demonstrate a clear misunderstanding of the procedure performed. |

### ROUNDS                                                                  Score_____/10

| | |
|---|---|
| 9-10 | Actively participates in discussions with accurate responses. Researches topics on all cases thoroughly. Presents cases clearly, concisely, and accurately. Always on time for rounds. |
| 7-8 | Actively participates in rounds with accurate responses on most occasions. Demonstrates outside reading. Presents cases in organized and understandable manner. Always on time for rounds. |

Board00218

| 5-6 | Participates in rounds with accurate responses on some occasions. Demonstrates outside reading. Satisfactorily prepared for case presentation. Occasionally late for rounds. |
|---|---|
| 3-4 | Minimal rounds participation and responses are often inaccurate. Demonstrates little outside reading. Cases are not satisfactorily presented. Late for rounds multiple times. |
| 1-2 | Does not participate in rounds and responses are inaccurate. Outside reading is not demonstrated. No evidence of preparation for case presentation. Often late for rounds. |

**Overall Grade_____/100**

Board00219

**APPENDIX B**
Surgical Attire

1. All personnel entering operating rooms for any reason and at any time should wear:
   a. Cap or bouffant style hat
   b. Scrub shirt
   c. Scrub pants
   d. Shoe covers
2. All apparel should be clean and free of holes and hair.
3. Head cover
   a. Caps should be disposable but may be cloth.
      1. Cloth caps should be routinely laundered.
   b. Caps may be worn by any personnel as long as the majority of the hair is covered by the cap and no hair hangs out of the cap.
   c. Bouffant style hats should be worn by all personnel that do not meet the criteria of 3b.
   d. Personnel with beards and all personnel present at the operating and back tables during total joint arthroplasty procedures should wear snoods.
4. Mask
   a. Masks should be disposable.
   b. Masks should be worn during all procedures and changed between procedures.
   c. Masks must be worn when:
      1. A surgical procedure is in progress.
      2. The patient has been aseptically prepped.
      3. Sterile instrument packs have been opened.
   d. Masks capable of effectively filtering laser plume particles should be worn by all personnel within an OR where the use of a surgical laser is employed.

5. Scrub shirt
   a. Students can wear any color/design scrub shirts as long as the shirt is considered professional by the attending faculty.
   b. T-shirts may be worn underneath scrub tops if the sleeves do not extend to the elbow. This does not mean that long sleeve T-shirts can be rolled up above the elbow.
   c. Excessively "V" necked scrub shirts should not be worn without a T-shirt.
   d. Scrub shirts must be tucked into scrub pants.
6. Scrub pants
   a. Students can wear any color/design scrub pants as long as the pants are considered professional by the attending faculty.
7. Scrub suits should not be worn outside of the VTH.
   a. If a scrub suit is worn outside the VTH, a new scrub suit should be donned if the person enters the surgical core or operating rooms.
      1. Scrubs must be laundered after each day's use.
8. Shoes
   a. Shoes should be clean. In general, it is a good idea to not use shoes worn in the OR for general street use
   b. Shoes cannot not be open-toed.
9. Shoe covers
   a. Shoe covers should be changed if the person exits the surgery core or anesthesia

Board00220

induction area.

10. Lab coats and jackets.
    a. Lab coats should be reasonably clean and free of hair or holes.
    b. Lab coats should not be worn in the operating room or the central core past the red line.
    c. Nonsterile surgical gowns may be worn for warmth by personnel other than technicians but should be placed in the appropriate laundry bag in anesthesia induction at the conclusion of the procedure.
    d. Lab coats or similar protective garment must be worn when exiting the surgical core and anesthesia induction area and when clipping/preparing patients for surgery.

11. Eyewear
    a. It is strongly recommended that all members of the operating team wear either prescription glasses or protective eyewear during surgical procedures that involve spread of infectious agents.
    b. All personnel within an operating room where the use of a surgical laser is employed must wear the protective eyewear appropriate for the particular laser in use.
    c. Ideally, members of the operating team should not wear contacts when performing total hip arthroplasty procedures or other procedures where PMMA bone cement is being prepared.

12. Radiation Personal Protective Equipment
    a. For cases where intraoperative radiography (C-arm) is employed, each person in the operating room should wear a radiation safety badge as provided by radiology and should wear protective aprons and thyroid shields.
    b. Non-scrubbed personnel who must remain in the OR, e.g., anesthesia personnel, should be at least 6' away from the C-arm and should wear protective apparel.

13. Jewelry
    a. Rings should be removed by members of the operating team prior to scrubbing.
    b. Earrings that extend beyond the ear lobe should not be worn by members of the operating team.

14. Nails
    a. Nails should be short (1-2mm), clean, and polish free.

Board00221

Revised: 1/15/2020

**Course Prefix: VCS Course Number: 7843 Title: Anesthesiology**

**Credit Hours: 3**

**Catalog Description:** Management of clinical anesthesia in various domestic species. Clinical anesthesia represents the integration of physiology and pharmacology into a clinical setting, and is the student's opportunity to become acquainted with typical anesthesia techniques, equipment, and drugs.

**Prerequisite:** Fourth-year standing in the College of Veterinary Medicine.

### Instructors
Dr. Stefano DiConcetto (Instructor of Record)
Office: 201, Tel: 405-334-7265, Email: sdicon@okstate.edu

Dr. Kip Lemke
Office: 205, Tel: 405-744-8755, Email: kip.lemke@okstate.edu

### General comments
It is the student's responsibility to be familiar with the content of the course syllabus and to review any material that is provided on Moodle. Feedback will be provided at the end of each case, and during the second week of the rotation. This feedback will help students understand their strengths and weaknesses, and identify specific areas where improvement is needed. This rotation depends heavily on the support of highly skilled technicians. Please treat them with kindness and respect. Remember, they will be your best friends for the next few weeks.

### Attire
Clean scrubs and lab coats are required for most of the day. DO NOT wear scrubs into the hospital – come in your street clothes and change after you arrive. Similarly, if you leave the hospital in scrubs, you will be expected to change into new scrubs before you enter the surgery rooms. We will notify you when scrubs are not necessary and street attire is acceptable.

### Rounds
Rounds usually start at 7:30am in the Academic Center Conference Room (ACCR), and additional rounds will occur later in the day as the caseload allows. Rounds will include discussion and review of clinical cases, as well as relevant clinical anatomy, physiology, and pharmacology. Your active participation is expected and welcome! Cases will usually be assigned on the day before the scheduled procedure. The patient record should be reviewed, a history obtained, a preanesthetic physical examination performed, and relevant diagnostic tests interpreted. Remember to focus on the major anesthetic risk factors (eg, airway management in a brachycephalic patient), and assign an ASA risk status (1-5). After the patient is evaluated, develop an anesthetic plan that minimizes the risks associated with anesthesia and the scheduled diagnostic or surgical procedures. The plan must include sedative, analgesic, and anesthetic drugs, as well as airway management, supportive care, and patient monitoring.

### Grading
An example grading sheet has been included in the syllabus. There are both subjective and objective components to the grading. A total of 1000 points are possible for the rotation, and a letter grade is assigned based on the total points earned. However, overall scores of at least 70% on the subjective component and 70% on the objective component are necessary to receive a passing grade.

Subjective grading is determined by input from anesthesia faculty and technicians, as well as interns and residents. There are 725 points possible, divided as indicated among six skills categories. An open book quiz may also been given during the first week of the rotation.

Objective grading is determined by 1) by the PX/DX skills list provided to the students for completion and submission on the last Friday of the rotation (25 points); and 2) an exam that is typically administered at 7am on the last Thursday or

Board00222

Friday of the rotation (250 points). The final exam covers the lecture notes and reading assignments on Moodle, topics discussed in rounds, and other relevant material provided by the instructors.

### Grade Scale

A     900 - 1000 pts
B     800 - 899 pts
C     700 - 799 pts
D     600 - 699 pts
F     < 600 pts

*Failure to uphold professional standards or ethics may result in a failing grade.*

*Failure to meet your emergency service responsibilities may result in a grade reduction, in accordance with departmental policy.*

### Evaluations/PxDx Skills

Instructor evaluations and PxDx skills lists must be completed electronically via E-Value before the end of the rotation. Completed PxDx skills lists must be submitted to the instructor for review on the last Friday of the rotation to receive 25 bonus points on the written exam. Students who do not complete their evaluations at the end of the rotation will not receive their grade until this has been completed.

### Anesthesia Core: 20/23 procedures required

1)     Perform a patient evaluation and assess anesthetic risk.
2)     Develop an anesthetic plan based on your evaluation and risk assessment.
3)     Place, secure, and verify correct placement of an IV catheter.
4)     Place, secure, and verify correct placement of an endotracheal tube.
5)     Select the appropriate breathing circuit, bag size, and oxygen flow rates.
6)     Pressure test an anesthetic machine with a non-rebreathing circuit attached.
7)     Pressure test an anesthetic machine with a rebreathing circuit attached.
8)     Place a 3-lead ECG system, verify HR accuracy, and interpret the waveform.
9)     Place IBP and NBP monitors, verify HR and BP accuracy, and interpret the waveform.
10)     Place a pulse oximeter, verify HR and SpO2 accuracy, and interpret the waveform.
11)     Place a capnometer, verify RR and ETCO2 accuracy, and interpret the waveform.
12)     Monitor neurologic, respiratory, and cardiovascular function with only your senses.
13)     Induce, maintain, monitor, and recover a patient given an IV anesthetic drug.
14)     Induce, maintain, monitor, and recover a patient given an inhaled anesthetic drug. 15)     Set up and test a ventilator, and manage a patient with controlled ventilation.
16)     Correctly calculate doses and administer sedative, analgesic, and anesthetic drugs.
17)     Set up and use a drip set to administer IV fluids or drugs.
18)     Set up and use a fluid pump to administer IV fluids or drugs.
19)     Set up and use a syringe pump to administer IV fluids or drugs.
20)     Properly complete and sign an anesthetic record.
21)     Fill a vaporizer with the correct inhaled anesthetic drug.
22)     Test and change the carbon dioxide absorbent when it has expired.
23)     Perform a central or a peripheral nerve block.

Board00223

**Emergency Service**

You will be assigned primary and backup emergency service duty at the beginning of each rotation. Any changes in scheduling should be made on ALL the pertinent emergency lists at various locations in the VMTH. You must be available when you are on call, by phone (home or cell) or pager. You should be no further than 15 minutes away from the VMTH when on call. Failure to meet your emergency service responsibilities may result in a grade reduction in accordance with departmental policy.

**Absences**

Excused absences will be allowed on a limited, "first come, first serve" basis. We retain the right to refuse an absence it if will impact clinic function or your learning experience. Absences for illness or family emergencies will be allowed. Please do not come to the hospital when you are sick! Call the anesthesia induction area (405-744-7752) as soon as possible if you are going to be absent. If you are calling after hours or there is no answer, please send the instructor an email. Makeup assignments will be made on a case-by-case basis for any absences in accordance with departmental policy.

**General Expectations of Students**

By enrolling at Oklahoma State University, you accept responsibility for complying with all University policies and contracts, and for local, state and federal laws on- or off-campus that relate to the University's mission. **The Student Rights and Responsibilities Governing Student Behavior** document explains the standards of behavior expected of you, processes in place for enforcing the rules, and the University's response to violations *http://studentconduct.okstate.edu/*

In general, the University expects you to respect the rights of others and authorities, represent yourself truthfully and accurately at all times, respect private and public property, and take responsibility for your own actions and the actions of your guests. Call 405-744-5470 for more information.

**Academic Integrity**

Oklahoma State University is committed to the maintenance of the highest standards of integrity and ethical conduct of its members. This level of ethical behavior and integrity will be maintained in this course. Participating in a behavior that violates academic integrity (e.g., unauthorized collaboration on homework or assignments, plagiarism, multiple submissions of the same assignment, cheating on examinations, fabricating information, helping another person cheat, having unauthorized advance access to examinations, altering or destroying the work of others, and fraudulently altering academic records) will result in your being sanctioned. Violations may subject you to disciplinary action including the following: receiving a failing grade on an assignment, examination or course, receiving a notation of a violation of academic integrity on your transcript, and being suspended from the University. You have the right to appeal the charge. Contact the Office of Academic Affairs, 101 Whitehurst, 405-744-5627, (http://osu.okstate.edu/acadaffr/aa/academicintegrity.htm).

Course materials may not be copied, redistributed, published, given, leased, or sold to others, or used for any purpose other than your own individual study without the written permission of the OSU Veterinary faculty member in charge of this course. A limited license granting you access to materials for this course, including Power-point slides, audio/video recordings, written, or other material has been provided by the faculty member only as a means to ensure your successful study. Copyright and all rights of listed publications are maintained by the authors or publications as noted.

**Special Accommodations for Students**

According to the Americans with Disabilities Act, each student with a disability is responsible for notifying the University of his/her disability and requesting accommodations. If you think you have a qualified disability and need special accommodations, you should notify the instructor and request verification of eligibility for accommodations from the Office of SDS. Please advise the instructor of your disability as soon as possible, and contact Student Disability Services, to ensure timely implementation of appropriate accommodations. Faculty has an obligation to respond when they receive official notice of a disability but are under no obligation to provide retroactive accommodations. To receive

Board00224

services, you must submit appropriate documentation and complete an intake process to verify the existence of a qualified disability and identify reasonable accommodations.

## Office of Equal Opportunity (408 Whitehurst/405-744-9153)

OSU is committed to maintaining a learning environment that is free from discriminatory conduct based on race, color, religion, sex, sexual orientation, gender identity, national origin, disability, age or protected veteran status.  OSU does not discriminate on the basis of sex in its educational programs and activities. Examples of sexual misconduct and/or sex discrimination include: sexual violence, sexual harassment, sexual assault, domestic and intimate partner violence, stalking, or gender-based discrimination.  OSU encourages any student who thinks that he or she may have been a victim of sexual misconduct or sexual discrimination to immediately report the incident to the Title IX Coordinator (405744-9153) or Deputy Title IX Coordinator (405-744-5470).

Students may also report incidents of sexual misconduct or sex discrimination to a faculty or staff member, who is then required by federal law (Title IX) to notify the Title IX or Deputy Title IX Coordinator. If a reporting student would like to keep the details confidential, the student may speak with staff in the Student Counseling Center (405-7445472) or the University's Victim Advocate (Suzanne Burks: 405-744-5458). For more information regarding Title IX violations, go to: *https://1is2many.okstate.edu/*.

**For more information concerning academic affairs, including important dates and where to go for help, please go to http://osu.okstate.edu/acadaffr/aa/CurrentStudents.htm, and download the appropriate syllabus attachment.**

Board00225

| Category | Possible Points | Points Earned |
|---|---|---|
| A. **Patient Care:** Clear, concise, accurate pre-anesthetic evaluation with identification of major anesthetic risk factors and ASA status. | 100 | |
| B. **Patient Care:** Performs safety checks on anesthetic machines, breathing circuits, and ventilators before the start of each case. Verifies that the correct drugs, doses, and infusion rates have been selected and calculated for each patient. Vigilant throughout the anesthetic period and aware of changes in anesthetic depth and cardiopulmonary function. Responds appropriately to changes in the patient's depth and cardiopulmonary function. Works in a timely and efficient manner. | 200 | |
| C. **Patient Care:** Accurate, legible, and prompt completion of anesthetic records. | 50 | |
| D. **General Knowledge:** Demonstrates knowledge of relevant anatomy, physiology, and pharmacology during rounds and the management clinical cases. Applies this knowledge and develops logical case management plans. | 200 | |
| E. **Technical Skills:** Demonstrates the ability to perform relevant technical skills. These skills include placement of catheters and endotracheal tubes, as well as peripheral or central nerve blocks. Demonstrates the ability to use and interpret basic monitoring techniques (physical senses), as well as advanced monitoring techniques (ECG, SpO2, NIBP, IBP, ETCO2, TEMP). | 75 | |
| F. **Professional Conduct:** Professional attitude and appearance. Treats others with kindness and respect. Helps others when assistance is required. Handles equipment with care, and cleans up work stations and equipment after each case. Clear, concise, honest written and verbal communication. | 100 | |
| *(at least 70% required to pass rotation)* **Subjective Total** | 725 | |
| G. **Skills List:** Submits the completed PX/DX skills list to the instructor on or before the last Friday of the rotation. | 25 | |
| H. **Final Exam:** Written on last Thursday or Friday of the rotation. The exam covers all materials related to the management of clinical cases, 2nd year lecture notes, 4th year rounds, selected articles and book chapters, the PX/DX skills list, as well as information in the syllabus. | 250 | |
| *(at least 70% required to pass rotation)* **Objective Total** | 275 | |
| **Total** | 1000 | |
| **GRADE** | | |

Board00226

**Information/Paperwork Flow through Anesthesia**

Anesthesia Requests

Requests for anesthesia should be submitted between 2 and 4pm on the day before the scheduled diagnostic or surgical procedure. These requests should be handed to anesthesiology technicians, and high-risk cases should be discussed with the anesthesiologist on duty. Requests submitted after the 4pm deadline may have to be postponed until the following day. All requests for anesthesia should be as complete as possible. If there is missing or inaccurate information on the request, students should ask for clarification from the service that submitted the request. Remember, you will need this information to evaluate your patient, assess risk, and develop your initial anesthetic plan.

Anesthesia Schedule Board

The anesthesia requests will be posted on the large white vinyl board in the induction room. Scheduled diagnostic and surgical procedures, induction times, room assignments, and personnel assignments (students and technicians) will be posted. This board is FLUID and may change at any time – check it continuously!

Patient Record

The patient record should be reviewed prior to developing you initial anesthetic plan. The patient record should be in the ward where the patient is housed (if the patient has been admitted), at the front desk (if the patient has not been admitted), or may it be with the student or clinician (if the patient has just been admitted). DO NOT attempt to formulate an anesthetic plan without first reviewing the patient record, obtaining a history, and performing a physical exam. Please notify the anesthesiology technicians if the patient record cannot be found. DO NOT TRY TO PERFORM PHYSICAL EXAMS ON DANGEROUS OR AGGRESSIVE ANIMALS. PLEASE ASK THE ANESTHESIOLOGIST ON DUTY OR THE ANESTHESIOLOGY TECHNICIANS FOR ASSISTANCE.

Anesthesia Record

The anesthesia record is a legal document and becomes part of the patient's record. It should be filled in neatly, accurately, and completely, using BLACK INK that will not smear when it gets wet! There should be a patient ID label on both the white and yellow copies. Sign your record when completed and review it with the technician who helped you with the case. Please do not leave it laying around on a clipboard!

Patient Identification

The identity of patients should be verified before animals are brought to the small or large animal induction areas. All patients should have the correct hospital identification collar or tag. An identification card should be placed on the cage in the small animal recovery room. All patients in the small animal recovery room must be correctly identified.

**Anesthesia Progression**

For early morning cases, the anesthetic protocol, induction tray, anesthetic machine, patient monitor, IV fluid stand, and other required equipment should be organized and in place on the afternoon before the scheduled procedure.

Most of our early morning cases are premedicated between 8:00 and 8:30, and they are induced between 8:30 and 9:00. Orthopedic cases often require lengthy surgical preparation - which means you must be organized and ready to go as soon as morning rounds are finished.

NO DRUGS SHOULD BE GIVEN UNTIL YOU HAVE BEEN GIVEN PERMISSION TO DO SO BY THE ANESTHESIOLOGIST ON DUTY. DO NOT LEAVE YOUR PATIENT UNATTENDED OR TURN YOUR BACK ON YOUR PATIENT WHEN SEDATED, ANESTHETIZED, OR ON A GURNEY. PLEASE KEEP YOUR PATIENT RESTRAINED DURING TRANSPORT!

Premedication

Premedications are often given intramuscularly (IM), which requires additional time for drug affects to occur. In small animals, adequate sedation is usually achieved in 20-30 minutes. Please keep this in mind when organizing your time.

Board00227

Always check with the anesthesiology on duty or the anesthesiology technicians before premedicating your patient. Please ask for assistance if you need help restraining your patient. When your patient is sedated, the intravenous (IV) catheter can be placed. Remember that rapid IV fluid administration requires a large catheter! The anesthesiology technicians should supervise your initial attempts at IV catheterization. If you are having problems placing an IV catheter, please ask for help. If the first vein has been blown, you must ask for assistance before proceeding!

### Induction

Induction of anesthesia must be supervised by the anesthesiologist on duty! Your patient should be attached to an ECG monitor, and induction of anesthesia in a cat or dog should progress as follows:

1) Check the patient's heart rate and rhythm, and mucous membrane color.
2) Administer the induction drug slowly to effect.
3) Press down firmly on the base of the tongue with the laryngoscope blade.
4) Visualize the glottis, place the endotracheal tube, and verify correct placement.
5) Turn on the oxygen flow meter and attach the breathing circuit to endotracheal tube.
6) Check the patient's heart rate and rhythm, and mucous membrane color.
7) Check length of endotracheal tube (the tip should not go past the thoracic inlet) 8)  Secure the endotracheal tube to patient's muzzle (most dogs) or behind the ears (cats) 9)  Carefully inflate the cuff of the endotracheal tube and check for leaks.
10) Turn on the isoflurane or sevoflurane vaporizer that is connected to the breathing circuit.
11) Place an esophageal stethoscope and record the initial vital signs.
12) Apply eye ointment (except for ophthalmology patients).
13) Start IV fluids (usually LRS).
14) Check the end-tidal $CO_2$ and the arterial blood pressure.
15) Do not give any additional drugs (antibiotics) for the first 10-20 min.

### Transport

Anesthesia personnel will help you transport your patient. Do not allow others to rush you or coerce you into moving if your patient is unstable or if you are not ready for transport! Gurneys should be used to transport patients, although very small patients may be moved using a tray. Do not carry anesthetized patients in your arms! PLEASE KEEP YOUR PATIENT RESTRAINED DURING TRANSPORT!

### Postoperative Care

The anesthesiology student is responsible for the patient until it is extubated and it capable of maintaining sternal recumbency. There should be no water or food bowls in the recovery cage. Some patients are recovered in the ICU or in another area designated by anesthesiology staff. If the patient is recovered in the ICU, a "Post-Anesthesia Recovery Form" should be submitted to the ICU staff. Patients in the anesthetic recovery room may be returned to the ward when their temperature is normal and they can walk. PLEASE WATCH YOUR PATIENT CLOSELY THROUGHOUT THE RECOVERY SEQUENCE. AN INTUBATED PATIENT MUST NEVER BE LEFT ALONE! DO NOT RETURN A PATIENT TO THE WARD WITH AN IV CATHETER IN PLACE!

### Cleaning

Please place the patient monitor sensors and cables neatly in the basket on the monitor to ensure that they are not damaged. Everything that went with you into the medicine or surgery room, should come out with you on your gurney. Endotracheal tube ties should be removed and placed in the sink. Esophageal stethoscopes should be cleaned and placed behind the sink faucet. PLEASE DO NOT SUBMERGE THE ESOPHAGEAL STETHOSCOPES!

### ASA Classification

The American Society of Anesthesiologists (ASA) physical status classification serves as guide to predict the anesthetic risks associated with different types of clinical patients and procedures. The five ASA classes are listed below.

Board00228

ASA 1: Normal healthy patients
ASA 2: Patients with mild systemic disease
ASA 3: Patients moderate systemic disease
ASA 4: Patients with severe systemic disease that is a constant threat to life
ASA 5: Moribund patients that are not expected to survive
ASA 1-5E: Emergency modifier for patients that require rapid assessment

## Check List

### IV Catheter
Scrub/alcohol to disinfect catheterization site
IV catheter (appropriate size and length)
Strips of tape, one narrow, one wide
T-port or injection cap, flushed
Heparinized saline flush (at least 3)

### Intubation
3 Endotracheal tubes (appropriate size and length)
Tie for securing ET tube
Syringe to inflate ET tube cuff
Laryngoscope with appropriate blade

### Anesthetic Machine
Connect oxygen and scavenger hoses
Connect correct vaporizer
Attach the correct breathing system
        Non-rebreathing system for patients < 5-10 kg
        Rebreathing system for patients > 5-10 kg
Perform a low pressure leak test (Remember to open the pop-off valve!)
Check the anesthetic level in vaporizer
Check the O2 flow with flow meter
Check the $CO_2$ absorbent

### Monitoring
ECG, Indirect BP (ASA 1-2), Direct BP (ASA 3-5)
$ETCO_2$, Pulse oximetry
Esophageal stethoscope
Continuous temperature probe
Artificial tears for lubricating eyes

### Fluids
IV fluids (usually LRS) and administration set
If a fluid pump is available, use a 10 drop/mL IV set
If a fluid pump is unavailable, use a 10 drop/mL IV set for patients > 10 kg
If a fluid pump in unavailable, use a 60 drop/mL IV set for patients < 10 kg

### Additional Sources (Not required for the Exams)
- **Lumb & Jones Veterinary Anesthesia and Analgesia**, 5th ed. KA Grimm, LL Lamont, WJ Tranquilli, SA Greene, SA Robertson, eds. Wiley-Blackwell, Ames, 2015.
- **Handbook of Veterinary Anesthesia**, 5th ed. WW Muir, et al, eds. Mosby-Year Book, St. Louis, 2013.

Board00229

- **Small Animal Anesthesia and Analgesia,** GL Carroll, ed. Blackwell, 2008.
- **BSAVA Manual of Small Animal Anesthesia and Analgesia**, 2nd ed. Seymour and Gleed, eds. Blackwell, 2007.
- **Handbook of Veterinary Pain Management**, JS Gaynor, WW Muir, et al, eds. Mosby-Year Book, St. Louis, 2009.
- **Pain Management in Veterinary Practice,** CM Egger, L Love, T Doherty, eds. Wiley & Sons, Incorporated, John 2013.
- **Veterinary Anesthesia and Pain Management Secrets**, S. Greene, ed. Hanley and Belfus Inc., Philadelphia, 2002.
- **Small Animal Regional Anesthesia and Analgesia**, L Campoy, MR Read, eds. Wiley-Blackwell, Ames, 2013.
- **Fluid, Electrolyte, and Acid Base Disorders in Small Animal Practice,** 4th ed. SP Dibartola. St. Louis, Mo; London: Saunders Elsevier, 2011.
- **Farm Animal Anesthesia**, HC Lin, P Walz, eds. Wiley-Blackwell, Ames, 2014.
- **Equine Anesthesia, Monitoring and Emergency Therapy**. WW Muir et al, eds. Mosby-Year Book, St. Louis, 2009.
- **Manual of Equine Anesthesia and Analgesia**, T Doherty and A Valverde, eds. Blackwell, 2006.

Board00230