Technical Standards (Requirements/Expectations)

**Attachment C**

### Technical Standards

The Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences provides the student with a wide variety of educational experiences including broad clinical training. The diversity and scope of these experiences require that the individual have the physical faculties to acquire various skills to function in a safe and productive manner. The technical standards set forth in this document are based on bodily senses and functions that are required of the individual in order to obtain the knowledge and skills necessary to matriculate in the program and to function in a manner that insures the safety of the individual, cohorts, clients, and animals.

The technical standards listed are the minimal standards that allow an individual to perform at the lowest acceptable level in the required activity. Students must be able to satisfy, with or without reasonable accommodation, the following technical standards that relate to physical abilities.

I)   Physical Senses

  A. Vision – Vision and visual acuity are an integral part of the veterinary curriculum. The assessment of abnormal from normal animal form and function, from the cellular level to the whole animal, is determined in large part by the ability of the student to resolve objects both grossly and through a microscope, to detect motion, to discriminate between shades of black and white, and/or to resolve and evaluate depth and contours.

  Applications (inclusive of but not restricted to) – Detection of lameness in animals, visual detection of tissue swelling, visual determination of anatomic sites in surgery and pathology, reading of radiographs, microscopic determination of presence of microorganisms, use of otoscope, ophthalmoscope, and endoscopic equipment, determination of markings and print on syringes, gauges, and drug vials, and evaluation of aggressive and potentially dangerous behavior in confined animals.

  Test
  1. Must be able to resolve objects 1 um x 0.5 um using a light microscope at 1000x.
  2. Must be able to resolve objects 1 mm or more in diameter by gross examination.
  3. Must be able to observe movement of an object from reading distance to 15-20 meters.
  4. Must be able to distinguish elevations as small as 0.5 cm on an object.
  5. Must be able to resolve black and white bands as small as 0.5 mm in width on a radiograph.

  B. Hearing – Hearing and ability to identify and determine the origin of natural or amplified human and/or animal sounds are an integral part of the entire curriculum at the OSU-CVHS. Hearing is necessary to assess certain animal body functions and/or systems including the heart, respiratory system, and the gastrointestinal tract. The ability to hear and communicate with cohorts and clients in situations where one is unable to see the face or lips of individuals is necessary to function in team situations and to insure the safety of oneself and others in confined situations.

  Applications (inclusive of but not limited to) – Communication in surgery room with all occupants wearing a surgical mask. Detection of heart, intestinal, and pulmonary sounds via a stethoscope. Communication with clients and clinicians over the telephone. Perception of danger and communication to others in handling potentially dangerous animals.

11

Test
1. Must be able to hear normal conversation between two individuals wearing surgical masks.
2. Must be able to distinguish two heart sounds on a normal animal using a stethoscope.
3. Must be able to discern a loud voice at a distance of at least 5 meters without visual contact.
4. Must be able to hear normal voice over the telephone.

C. Touching and Proprioception – Touch and proprioception are necessary senses that are used throughout the veterinary curriculum. The ability to detect differences in temperature, consistency, size, and location are necessary as part of the normal and required activities in most hands-on teaching exercises. Additionally, these abilities are necessary to insure the safety of the individual and others in most laboratory and clinical situations throughout the one year program.

Applications (inclusive of but not limited to) – Detection of inflamed tissues. Palpation of normal and abnormal tissues. Determination of pulse. Determination of nonvisual anatomic sites during surgery or other invasive procedures. Use of flames and heated instruments in laboratory settings.

Test
1. Be able to detect differences in surface temperature of 10°C in a temperature range of 5-40°C by the use of fingers or hands.
2. Be able to differentiate four degrees of firmness in a balloon inflated with air to ¼, ½, ¾, and full capacity.
3. Be able to differentiate, with arm extended and vision blocked, four round objects having diameters of 0.5, 1.0, 1.5, and 2.0 cm.

II. Physical Functions:

A. Speech – The ability to speak and be understood by others is an integral part of the curriculum of OSU-CVHS. Throughout the program, the student is required to interact in an oral mode with professors, fellow students, and clients by presentation of information, cases, and inquiries. The individual must be able to speak and understand English and be understood by others who cannot see the facial expression or lips of the individual. Individuals are required to interact in a variety of situations where the only means of communication would be orally and where rapid communication is sometimes necessary.

Applications (inclusive of but not limited to) – Communication in a surgery room where all individuals are wearing masks and hands contain instruments or are otherwise engaged. Communication with clients and clinicians over the telephone. Communication with other personnel in moving and handling animals.

Test
1. Be able to communicate over the telephone.
2. Be able to communicate with individuals without visual contact at a distance of between one meter and five meters.

B. Coordinated Movement – Throughout the program, the individual is required to hold and manipulate various instruments, equipment, and devices that must be used to perform specific predetermined physical tasks. The ability to accomplish these tasks by being able to correctly hold and manipulate the instrument or device is paramount in acquiring the needed technical capacity to perform some functions. Additionally, an individual must be able to move their body in such a manner as to prevent and avoid physical harm to themselves, others, and

12

Board00293

animal patients when working with and restraining animals.

Applications – (inclusive of but not restricted to) – Holding and manipulating surgical instruments. Holding, manipulating and/or adjusting a variety of instruments including microscopes, anesthetic machines, needles and syringes, radiography equipment, ophthalmoscopes, and endoscopic equipment. Moving from or avoiding danger while handling potentially dangerous animals in a confined situation.

Test
1. Be able to attach a needle to a 5 cc syringe, fill the syringe with liquid from a vial and inoculate an object with the contents of the syringes.
2. Be able to pass a surgical needle through animal tissue and tie a knot using needle holder and forceps.
3. Be able to move to a distance of 3 meters or more over an irregular surface with three seconds of signal to do so.

C. Physical Stamina – Throughout parts of the curriculum, the individual is required to physically move, adjust, and/or manipulate various animate and inanimate objects sometimes under a variety of physical and climatic conditions.

Applications – (inclusive of but not limited to) Placing an animal on an elevated treatment or surgery table. Physical restraint of large and small animals. Relocation of cattle, horses, and/or other large animals from transport vehicles to pens, from pasture to pens, and/or from trucks to holding pens.

Test
1. Be able to lift a minimum of 25 kilograms to a height of 1 meter and transport it a distance of at least three meters.

D. Allergies and/or Fear – Contact with various chemicals, pharmaceuticals, and biologics are a necessary part of the educational process. Sustained contact with a variety of animals and the environment in which they are housed and treated are a necessary part of the educational experiences. The student is required to handle and manipulate the following animals: cats, dogs, birds, cattle, horses, swine, and sheep. During such contact, the individual must be able to carry out routine medical care on such animals.

13

## Implementation of Technical Standards

These technical standards shall be imposed by the Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences on all students following a conditional offer of acceptance into the program. Should a question of competency be present, the conditional matriculant will be asked to demonstrate the questioned ability in the presence of no less than two faculty members and the Department Head.

I _____ acknowledge having read the Technical Standards
    Name (Please print clearly)

Information and understand that I must be able to satisfy, with or without reasonable accommodation, the technical standards that relate to physical abilities.

Signature of candidate _____

Subscribed and sworn to (or affirmed) before me this _____ day of _____, 20___

                                  State of Oklahoma, County of Payne

                                  Notary Public

           SEAL

                                  Commission Expires   Commission #

**Note: This form will be retained by**

    Oklahoma State University
    Center for Veterinary Health Sciences
    Department of Veterinary Clinical Sciences
    1 BVMTH Room 002G
    Stillwater, OK 74078-2041

14

Board00295