

# CENTER FOR VETERINARY HEALTH SCIENCES
## Healthy Animals — Healthy People

CVHS Academic Center
Department of Veterinary Clinical Sciences
2115 W Farm Road
Stillwater, Oklahoma 74078-2041
405-744-8468; Fax: 405-744-6265

**Each Rotation is 3 weeks except for Rotation 12 which is 4 weeks.**

## CORE ROTATIONS
Anesthesia
Community Practice
Diagnostics (required) ($25 special fee)
Equine Medicine
Equine Surgery
Food Animal
Externship #1
Externship #2
Radiology
Small Animal ICU/EMS
Small Animal Internal Medicine
Small Animal Surgery

A20230936
jonrp18@gmail.com
SM ID -99353649

GPA 2.81

## ELECTIVES
Required to take (4) elective rotations. You can repeat any core as an elective or choose from the following:
- Animal Shelter
- Cardiology (limited)
- Clinical Pathology
- Large Animal Theriogenolgy (Ranch)
- Field Services (Ambulatory)
- Hospital Based Theriogenology
- Non-OSU Clinic Elective #1 (same as Externship)
- Non-OSU Clinic Elective #2 (same as Externship)
- Ophthalmology
- Ultrasound
- Zoo, Exotics, and Wildlife – (ZEW) ($50 special fee)

Complete and email to lucinda.kershaw@okstate.edu or fax to (405) 744-6265.
**PLEASE PRINT CLEARLY.**

Rivera-Picola, Jonathan, Andrew   1/18/86
Last Name, First Name, Middle Name   Date of Birth   Social Security #

(754) 802-0223   jonrp18@gmail.com
Contact phone number   email address

**Elective Choices:** Please list in order of preference, i.e., highest to lowest
1. Ultrasound
2. ~~Cardiology~~ Non-OSU elect
3. Ophthalmology
4. Zoo, ~~Exotics, Wildlife~~ ClinPath
5. Non-elective #1
6. Clinical Pathology

**Permanent Address Information (parents address)**
Street address: 732 Ibis Way
City, State, ZIP: North Palm Beach, FL 33408
Phone #: (754) 802-0223

**Exhibit 10**

Board00010