### AFFILIATION AGREEMENT BETWEEN OKLAHOMA STATE UNIVERSITY
### AND ST. MATTHEW'S UNIVERSITY SCHOOL OF VETERINARY MEDICINE

WHEREAS, OKLAHOMA STATE UNIVERSITY, acting for and on behalf of it's Center for Veterinary Health Sciences (hereinafter referred to as "the University"), and St. Matthew's University School of Veterinary Medicine (hereinafter referred to as "SMU Veterinary School"), a wholly owned indirect subsidiary of St. Matthew's University, have concluded that under terms set forth below it would be mutually beneficial to undertake a program to provide University services and learning opportunities to qualified groups of St. Matthew's fourth year veterinary students, and whereas St. Matthew's is familiar with quality of education services available at the University.

NOW, THEREFORE, the parties hereto have mutually agreed as follows:

1.  The University will provide clinical training in veterinary clinical sciences for three groups of SMU Veterinary School fourth year veterinary students.

    The maximum number of students in any one group will be determined by prior consultation between SMU Veterinary School and the Dean of the Center for Veterinary Health Sciences, however, the University agrees to accept up to 15 students total at any given time in the Center for Veterinary Health Sciences.

    The University will consult with SMU Veterinary School concerning acceptability of students on the basis of their previous academic preparations and qualifications. The University reserves the right of final selection. SMU Veterinary School students must meet the same academic standards as resident students for admission to the fourth year veterinary medical teaching program.

    The University retains the discretion to discontinue this agreement upon sixty (60) days written notice to SMU Veterinary School. In the event this discretion is exercised, any SMU Veterinary School students who are in residence at the University may continue their 48-week training period if payments are timely made.

    Unless the University notifies SMU Veterinary School of its intention to discontinue this contract at least sixty (60) days prior to its expiration, the University agrees that the contract will be renewed for an additional year. Should the University wish to change the terms of this contract, the University will notify SMU Veterinary School of proposed changes at least sixty (60) days prior to expiration of this contract.

2.  As long as SMU Veterinary School complies with the provisions of this agreement that the University will consult with SMU Veterinary School concerning acceptability of particular students, SMU Veterinary School may substitute one student for another during each 48-week period provided the number of full-time equivalent students equal the number agreed upon by the University and SMU Veterinary School. SMU Veterinary School will pay the University for clinical training based on the following rate schedule:

    | December 1, 2014: | $628 per week per student |
    | August 1, 2015: | $697 per week per student |
    | August 1, 2016: | $774 per week per student |
    | August 1, 2017: | Current published non-resident rate |

**Exhibit 13**

Board00282

In addition, for each student per 16-week segment, St. Matthew's will pay the University $250 for a student technology fee, $75 for a university health services fee, $85 for a campus recreation facility fee. These fees are based on the current rates charged to all Oklahoma State University students. These rates may be adjusted annually if OSU Administration approves increases for these fees. In addition, a 15% Administrative fee will be assessed. This fee structure is illustrated as follows:

Total payment per student space for each 16-week period will be:

| | |
|---|---|
| December 1, 2014: | 1.15($628 x 16 weeks) + $250 + $75 + $85 = $11,965.20 |
| August 1, 2015: | 1.15($697 x 16 weeks) + $250 + $75 + $85 = $13,234.80 |
| August 1, 2016: | 1.15($774 x 16 weeks) + $250 + $75 + $85 = $14,651.60 |
| August 1, 2017: | 1.15($TBD x 16 weeks) + $250 + $75 + $85 = TBD |

Payment will be made in U.S. dollars at the beginning of each 16 week segment.

The University agrees that on August 1, 2017 the above rate schedule will be increased no more than the published Fall, 2017 out-of-state tuition and fees for DVM students.

3.  SMU Veterinary School will inform and instruct each student to provide their own instruments and uniforms. Students will be billed directly to their OSU bursar account for any special fees applied to clinic rotations.

4.  SMU Veterinary School students must comply with the University's rules and regulations. If any SMU Veterinary School student does not comply with the required training protocols, academic standards or causes disturbance to other aspects of the University's educational programs, such student may, in the sole judgment and at the discretion of the University's Dean of the Center for Veterinary Health Sciences or her designated representative, be discontinued from this special program. In any such case, the standard refund policy published in SMU Veterinary School's latest catalog will apply to the extent it is in consonance with the University's tuition and fee refund policies. SMU students are provided the same due process as resident students as described in the Oklahoma State University College of Veterinary Medicine Student Handbook.

5.  The University will provide SMU Veterinary School a notarized transcript of the clinical year for each student who completes the program. Said official document shall identify each student, list the name and length of training for each block of training, and provide a grade for each block of training. In addition, each student will receive a framed certificate signed by the Dean of the Center for Veterinary Health Sciences and the Veterinary Clinical Sciences Department Head. Notarized document(s) will be held for any student who's OSU Bursar Account has not been paid upon completion of their program. SMU Veterinary School will be solely responsible for the award of any academic credits and issuing the official DVM Diploma.

6.  Any publicity by SMU Veterinary School concerning its association with Oklahoma State University shall be cleared through the University's Dean of the Center for Veterinary Health Sciences or his designated representative prior to circulation.

7.  This Agreement is non-assignable.

8.  This Agreement shall be governed by the laws of the State of Oklahoma.

9.  SMU Veterinary School students shall have access to the holdings of the Veterinary Medical Library and the Student Health Center. The University provides no medical services or medical insurance for SMU Veterinary School students and accepts no medical liabilities. The University provides no liability insurance and accepts no liability for the actions of SMU Veterinary School students or for death or injury to SMU Veterinary School students. The University does not provide SMU Veterinary School students access to University facilities or services related to student activity fees.

10. Each SMU Veterinary School student will be required to accept and sign a liability release, the IT Responsibilities and Expectations form, and the Technical Standards document, copies of which are attached as Attachments A, B, C and become a part of this contract.

11. The instrument embodies the whole agreement of the parties. There are no promises, terms, conditions, or obligations other than those contained herein; this contract shall supersede all previous communications, representations, or agreements, either verbal or written, between the parties hereto.

12. This agreement shall be for the period from December 1, 2014 until further notice.

8/29/14
Date

SCHOOL OF VETERINARY MEDICINE
ST. MATTHEW'S UNIVERSITY

9/4/14
Date

Jean Sander, Dean
CENTER FOR VETERINARY
HEALTH SCIENCES
OKLAHOMA STATE UNIVERSITY

9/8/14
Date

Sheryl Tucker
Interim Vice-President for Research and
Technology Transfer
OKLAHOMA STATE UNIVERSITY

Board00284

**RELEASE**                                    **Attachment A**

WHEREAS, Oklahoma State University, acting for and on behalf of its Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences, has agreed to provide certain clinical training for St. Matthew's, University , and

WHEREAS, it is the desire and intent of the Board of Regents for Oklahoma Agricultural and Mechanical Colleges, Oklahoma State University, their agents and employees, and the Center for Veterinary Health Sciences, Boren Veterinary Medical Teaching Hospital, Department of Veterinary Clinical Sciences, to be released and forever discharged from all claims, demands, damages, actions or causes of action arising from or connected with the handling, diagnosis, or treatment of animals by St. Matthew's University students acting jointly or severally, and

WHEREAS, it is the desire of the trainee to participate in the clinical training program offered by Oklahoma State University for St. Matthew's University students, and

WHEREAS, it is the choice of the trainee to release, waive and relinquish all of Trainee's claims, demands, damages, actions or causes of action, arising from or connected with the handling, diagnosis or treatment of animals in the special St. Matthew's Program at the Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences, Boren Veterinary Medical Teaching Hospital.

NOW, THEREFORE, in consideration of the benefits received by me from the Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences, I _____, County of Payne, State of Oklahoma, do hereby release the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, Oklahoma State University, its agents and employees, and the Center for Veterinary Health Sciences, Boren Veterinary Medical Teaching Hospital, Department of Veterinary Clinical Sciences, from all claims, demands, damages, actions or causes of action arising from or connected with the handling, diagnosis or treatment of animals by me, the trainee.

_____          _____
Signature of student                                          Date

Board00285

Information Technology Acknowledgement

**Attachment B**

## Section 1.01 Policy Scope and Applicability

A. As an institution of higher learning, Oklahoma State University encourages, supports, and protects freedom of expression and an open environment to pursue scholarly inquiry and to share information. Access to networked computer information in general and to the Internet, in particular, supports the academic community by providing a link to electronic information in a variety of formats and covering all academic disciplines. Consistent with other University policies, this policy is intended to respect the rights and obligations of academic freedom, while protecting the rights of others. The computing and network facilities of the University are limited and should be used wisely and carefully with consideration for the needs of others. As with any resource, it is possible to misuse computing resources and facilities and to abuse access to the Internet. The following statements address, in general terms, the University's philosophy about computing use.

B. This policy is applicable to all individuals using University owned or controlled computer and computer communication facilities or equipment, whether such persons are students, staff, faculty, or authorized third-party users of University computing information resources. It is applicable to all University information resources whether individually controlled or shared, stand alone or networked. It applies to all computer and computer communication facilities owned, leased, operated, or contracted by the University. This includes, but is not limited to, word processing equipment, personal computers, workstations, mainframes, minicomputers, and associated peripherals and software, and electronic mail accounts, regardless of whether used for administration, research, teaching, or other purposes. The University policy regarding Access by External Users and any subsequent revisions thereto may apply. In addition, a user must be specifically authorized to use a particular computing or network resource by the campus unit responsible for operating the resource.

C. Individual units within the University may define "conditions of use" for information resources under their control. These statements must be consistent with this overall Policy but may provide additional detail, guidelines and/or restrictions. Such policies may not relax or subtract from, this policy. Where such "conditions of use" exist, enforcement mechanisms defined therein shall apply. These individual units are responsible for publicizing both the regulations they establish and their policies concerning the authorized and appropriate use of the equipment for which they are responsible. In such cases, the unit administrator shall provide the Executive Vice President with a copy of such supplementary policies prior to implementation thereof. Where use of external networks is involved, policies governing such use also are applicable and must be adhered to.

## Section 1.02 User Responsibilities and Expectations

A. Access to the information resource infrastructure both within and beyond the University campus, sharing of information, and security of the intellectual products of the community all require that each and every user accept responsibility to protect the rights of the community. Access to the networks and to the information technology resources at Oklahoma State University is a privilege granted to University students, faculty, staff, and third parties who have been granted special permission to use such facilities. Access to University information resources must take into account the following factors: relevant laws and contractual obligations, the requestor's need to know, the information's sensitivity, and the risk of damage to or loss by the University.

B. Anyone who accesses, uses, destroys, alters, or damages University information resources, properties or facilities without authorization, may be guilty of violating state or federal law, infringing upon the privacy of others,

injuring or misappropriating the work produced and records maintained by others, and/or threatening the integrity of information kept within these systems. Such conduct is unethical and unacceptable and will subject violators of this Policy to disciplinary action by the University, including possible termination from employment, expulsion as a student, and/or loss of computing systems privileges.

C.  The University requires that members of its community act in accordance with these responsibilities, this Policy, the University's Student or Faculty Handbook, as appropriate, OSU Policies and Procedures, relevant laws and contractual obligations, and the highest standard of ethics. The policies as stated in this Policy are intended to ensure that users of University information resources shall:

- respect software copyrights and licenses,

- respect the integrity of computer-based information resources,

- refrain from seeking to gain unauthorized access,

- respect the privacy of other computer users.

D.  The University reserves the right to limit, restrict, or extend computing privileges and access to its information resources. Data owners—whether departments, units, faculty, students, or staff—may allow individuals other than University faculty, staff, and students access to information for which they are responsible, so long as such access does not violate any license or contractual agreement, University policy, or any federal, state, county, or local law or ordinance. However, users are personally responsible for all activities on their userid or computer system and may be subjected to disciplinary action and/or loss of privileges for misuse of computers or computing systems under their control even if not personally engaged in by the person controlling the computer or system.

E.  Units and individuals may, with the permission of the appropriate University officials and in consonance with applicable University policies and guidelines, configure computing systems to provide information retrieval services to the public at large. However, in so doing, particular attention must be paid to University policies regarding authorized use (must be consistent with the mission of the University), ownership of intellectual works, responsible use of resources, use of copyrighted information and materials, use of licensed software, and individual and unit responsibilities.

## Section 1.03 Authorized User Purposes

A.  Use of University computers must comply with Federal and State law and University policies. University computing facilities and accounts are to be used for the University-related activities for which they are assigned. When users cease to be members of the academic community (such as by graduating or ceasing employment), or when persons are assigned to a new position and/or responsibilities within the University, the access authorization of such person will be reviewed and may be altered. Users whose relationships with the University change may not use computers and computing resources, facilities, accounts, access codes, privileges, or information for which they are not authorized in their new relation to the University.

B.  Users may use only their own computer accounts. The negligence or naivete of another user in revealing an account name or password is not considered authorized use. Convenience of file or printer sharing is not sufficient reason for sharing a computer account. Users are personally responsible for all use of their computer account(s).

C.  Appropriate use of computing and networking resources includes instruction, independent study, authorized research, independent research, communications, and official work of the offices, units, recognized student and

Board00287

campus organizations, and agencies of the University. Computing facilities, services, and networks may not be used in connection with compensated outside work for the benefit of organizations unrelated to the University except in connection with scholarly pursuits (such as faculty publishing activities) in accordance with the University consulting policy or the policy governing Access by External Entities to University Technology Resources, or in a purely incidental way. State law generally prohibits the use of University computing and network facilities for personal gain or profit, and use of computing resources for unauthorized commercial purposes, unauthorized personal gain, or any illegal activities is prohibited.

## Section 1.04 Special User Notifications

A.  The University makes available both internal and external computing facilities consisting of hardware and software. The University accepts no responsibility for any damage to or loss of data arising directly or indirectly from the use of these facilities or for any consequential loss or damage. The University makes no warranty, express or implied, regarding the computing services offered, or their fitness for any particular purpose.

B.  Liability for any loss or damage shall be limited to a credit for fees and charges paid to the University for use of the computing facilities which resulted in the loss or damage.

C.  The University cannot protect individuals against the existence or receipt of material that may be offensive to them. As such, those who make use of electronic communications are warned that they may come across or be the recipients of materials they find offensive. Those who use e-mail and/or make information about themselves available on the Internet should be forewarned that the University cannot protect them from invasions of privacy and other possible dangers that could result from the individual's distribution of personal information.

D.  An individual using University computing resources or facilities must do so in the knowledge that he/she is using University resources in support of his/her work. The University owns everything stored in its facilities unless it has agreed otherwise. The University has the right of access to the contents of stored computing information at any time for any purpose for which it has a legitimate "need to know." The University will make reasonable efforts to maintain the confidentiality of computing information storage contents and to safeguard the contents from loss, but is not liable for the inadvertent or unavoidable loss or disclosure of the contents.

E.  Any individual using University computing resources and facilities must realize that all mainframe computer systems maintain audit trials logs or file logs within the mainframe computer. Such information as the user identification, date and time of the session, the software used, the files used, the computer time, and storage used, the user account, and other run-related information is normally available for diagnostic, accounting, and load analysis purposes. Under certain circumstances, this information is reviewed by system administrators, either at the request of an academic department, or in situations where it is necessary to determine what has occurred to cause a particular system problem at a particular time. For example, analysis of audit files may indicate why a particular data file is being erased, when it was erased, and what user identification has erased it.

F.  CIS employees and system administrators do not routinely look at individual data files. However, the University reserves the right to view or scan any file or software stored on the computer or passing through the network, and will do so periodically to verify that software and hardware are working correctly, to look for particular kinds of data or software (such as computer viruses), or to audit the use of University resources. Violation of policy that come to the attention of University officials during these and other activities will be acted upon. User data on the mainframe will be periodically copied to backup tapes. The University cannot guarantee confidentiality of stored data. Users should be aware that use of one of the data networks, such as the Internet, and electronic mail and messages, will not necessarily remain confidential from third parties outside the University in transit or on the destination computer system, as those data networks are configured to permit fairly easy access to transmissions.

Board00288

**Section 2.01 Conduct Expectations and Prohibited Actions**

A. The well-being of all computer users depends on the availability and integrity of the system. Any defects discovered in the system accounting or system security are to be reported to the appropriate system administrators so that steps can be taken to investigate and solve the problem. The cooperation of all users is needed to ensure prompt action. The integrity of most systems is maintained by password protection of accounts. A computer user who has been authorized to use such a protected account may be subject to both criminal and civil liability, as well as University discipline, if the user discloses a password or otherwise makes the account available to others without the permission of the system administrator.

B. Restrictions on computer security and self-replicating code are to be interpreted in a manner that protects university and individual computing environments, but does not unduly restrict or limit legitimate academic pursuits.

C. The following examples of acts or omissions, though not covering every situation, specify some of the responsibilities that accompany computer use at Oklahoma State University, and outline acts or omissions that are considered unethical and unacceptable, and may result in immediate revocation of privileges to use the University's computing resources and/or just cause for taking disciplinary action up to and including discharge, dismissal, expulsion, and/or legal action:

**Section 3.01 System Administrator Responsibilities**

A. The Board of Regents for Oklahoma State University and the Agricultural and Mechanical Colleges are the legal owners of all University "owned" or controlled computers and networks. The contents of all storage media owned or stored on University computing facilities are the property of Oklahoma State University unless a written contract signed by the suitable contracting authority exists to the contrary. Day-to-day control of any particular system resides with the head of a specific subdivision of the University structure, such as a Dean, Director, department head, or principal investigator.

B. Management of the data which is contained within the various data systems of the University must be administered in a fashion consistent with the mission and efficient operations of the University, applicable state or federal laws, and potentially applicable privacy considerations. In order to do so, functional guidelines regarding who is granted access to the various components of the University's computing information resources have been developed and will be updated from time to time through internal management guidelines developed by the Data Committee chaired by the CIS Manager of Data Administration, and approved by the OSU President's Executive Group. Information about the composition of the Data Committee and its functions can be obtained from CIS.

C. The "University Data Dictionary" maintained by the CIS Manager for Data Administration is the primary resource for resolving questions about internal user access rights. Users and administrators of the various computing system components owned or controlled by the University are required to follow those internal management guidelines. Failure to comply with those guidelines can result in disciplinary and/or legal action.

D. The University official in charge of a particular unit or system may designate another person or persons to manage the system. This person (or persons), or the owner in the absence of such a designation, is the "system administrator". The system administrator's use of the University's computing resources is governed by the same guidelines that apply to any other user. However, the system administrator has additional responsibilities and authorities with respect to the system under his/her control and its users.

E. The system administrator has certain responsibilities to the University as a whole for the system(s) under his/her

Board00289

control, regardless of the policies of his/her department or group, and the owner has the ultimate responsibility to see that these are carried out by the system administrator. These responsibilities are:

1. To take reasonable precautions against theft of, or damage to, the system components.

2. To faithfully execute all hardware and software licensing agreements applicable to the system.

3. To treat information about, and information stored by, the system's users as confidential (as conditioned in this policy) and to take reasonable precautions to ensure the security of a system or network and the information contained therein.

4. To promulgate information about specific policies and procedures that govern access to and use of the system and services provided to the users or explicitly not provided. This information should describe the data backup services, if any, offered to the users. A written document given to users or messages posted on the computer system itself shall be considered adequate notice.

5. To cooperate with the system administrators of other computer systems or networks, whether within or without Oklahoma State University, to find and correct problems caused on another system by the use of the system under his/her control.

F. When system response, integrity, or security is threatened, a system administrator is authorized to access all files and information necessary to find and correct the problem or otherwise resolve the situation.

G. If an occasion arises when a University officer or supervisor believes that access to an individual's data is required for the conduct of University business (unrelated to the need to investigate possible wrongdoing), the individual is not available, and a system administrator is required to access the individual's account, the following procedure shall be followed:

1. The University official or supervisor shall secure permission to access the data from the Executive Vice President or designee of such officer.

2. An appropriate form with the signature of the Executive Vice President shall be presented to the system administrator allowing the system administrator to proceed to access the data.

3. The individual whose e-mail account has been accessed will be notified as soon as possible by copy of the above referenced form. Where necessary to ensure the integrity of an investigation into the use of University computing resources, such notice, with the approval of the Executive Vice President, may be delayed until such time as such investigation would no longer be compromised.

H. System administrators are required to report suspected unlawful or improper activities to the proper University authorities. Computer users, when requested, have an affirmative duty to cooperate with system administrators in investigations of system abuse. Users are encouraged to report suspected illegal activity or abuse, especially if related to any damage to or problems with their files.

I. If an occasion arises when a University officer or supervisor believes that a user is violating state or federal law, or University policy, and that access to an individual's data is required in order to conduct an internal investigation into such possibility, system administrators may monitor all the activities of and inspect the files of such specific user(s) on their computers and networks. In such cases, and a system administrator is required to access the individual's data, steps (1) and (2) set forth above in Section 3.01(F) shall be followed and the Office of Legal Counsel shall be contacted and informed of the matter.

Board00290

**Section 4.01 Consequences of Misuse of Computing Privileges**

A. Users, when requested, are expected to fully cooperate with system administrators in any investigations of system abuse. Failure to cooperate may be grounds for cancellation of access privileges or disciplinary action.

B. Abuse of computing privileges is subject to disciplinary action. If system administrators have strong evidence of misuse of computing resources, and if that evidence points to the computing activities or the computer files of an individual, they have the obligation to pursue any or all of the following steps to protect the user community:

   1. Notify the user's instructor, department or division chair, or supervisor of the investigation.

   2. Suspend or restrict the user's computing privileges during the investigation.

   3. Inspect the user's files, diskettes, tapes, and/or other computer-accessible storage media. System administrators must be certain that the trail of evidence clearly leads to the user's computing activities or computing files before inspecting the user's files.

   4. Refer the matter for possible disciplinary action to the appropriate University department, i.e., the Office of the Vice President for Student Affairs, the unit administrator for staff, and the Dean of the School for faculty.

**I acknowledge that I have read and understand the IT Responsibilities and Expectations as described. I further understand that I may request assistance from IT personnel at Oklahoma State University with my personal equipment if necessary and that IT personnel are still required to report any user believed to be violating state or federal law or University policy if found while providing such assistance.**

Signature of Student _____

Print Name _____    Date _____

**Note: This form will be retained by Oklahoma State University
Center for Veterinary Health Sciences
Department of Veterinary Clinical Sciences
1 BVMTH Room 002G
Stillwater, OK 74078-2041**

Technical Standards (Requirements/Expectations)

**Attachment C**

<u>**Technical Standards**</u>

The Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences provides the student with a wide variety of educational experiences including broad clinical training. The diversity and scope of these experiences require that the individual have the physical faculties to acquire various skills to function in a safe and productive manner. The technical standards set forth in this document are based on bodily senses and functions that are required of the individual in order to obtain the knowledge and skills necessary to matriculate in the program and to function in a manner that insures the safety of the individual, cohorts, clients, and animals.

The technical standards listed are the minimal standards that allow an individual to perform at the lowest acceptable level in the required activity. Students must be able to satisfy, with or without reasonable accommodation, the following technical standards that relate to physical abilities.

I)    Physical Senses

A.  Vision – Vision and visual acuity are an integral part of the veterinary curriculum. The assessment of abnormal from normal animal form and function, from the cellular level to the whole animal, is determined in large part by the ability of the student to resolve objects both grossly and through a microscope, to detect motion, to discriminate between shades of black and white, and/or to resolve and evaluate depth and contours.

Applications (inclusive of but not restricted to) – Detection of lameness in animals, visual detection of tissue swelling, visual determination of anatomic sites in surgery and pathology, reading of radiographs, microscopic determination of presence of microorganisms, use of otoscope, ophthalmoscope, and endoscopic equipment, determination of markings and print on syringes, gauges, and drug vials, and evaluation of aggressive and potentially dangerous behavior in confined animals.

<u>Test</u>
1.  Must be able to resolve objects 1 um x 0.5 um using a light microscope at 1000x.
2.  Must be able to resolve objects 1 mm or more in diameter by gross examination.
3.  Must be able to observe movement of an object from reading distance to 15-20 meters.
4.  Must be able to distinguish elevations as small as 0.5 cm on an object.
5.  Must be able to resolve black and white bands as small as 0.5 mm in width on a radiograph.

B.  Hearing – Hearing and ability to identify and determine the origin of natural or amplified human and/or animal sounds are an integral part of the entire curriculum at the OSU-CVHS. Hearing is necessary to assess certain animal body functions and/or systems including the heart, respiratory system, and the gastrointestinal tract. The ability to hear and communicate with cohorts and clients in situations where one is unable to see the face or lips of individuals is necessary to function in team situations and to insure the safety of oneself and others in confined situations.

Applications (inclusive of but not limited to) – Communication in surgery room with all occupants wearing a surgical mask. Detection of heart, intestinal, and pulmonary sounds via a stethoscope. Communication with clients and clinicians over the telephone. Perception of danger and communication to others in handling potentially dangerous animals.

Board00292

Test

1. Must be able to hear normal conversation between two individuals wearing surgical masks.
2. Must be able to distinguish two heart sounds on a normal animal using a stethoscope.
3. Must be able to discern a loud voice at a distance of at least 5 meters without visual contact.
4. Must be able to hear normal voice over the telephone.

C. Touching and Proprioception – Touch and proprioception are necessary senses that are used throughout the veterinary curriculum. The ability to detect differences in temperature, consistency, size, and location are necessary as part of the normal and required activities in most hands-on teaching exercises. Additionally, these abilities are necessary to insure the safety of the individual and others in most laboratory and clinical situations throughout the one year program.

Applications (inclusive of but not limited to) – Detection of inflamed tissues. Palpation of normal and abnormal tissues. Determination of pulse. Determination of nonvisual anatomic sites during surgery or other invasive procedures. Use of flames and heated instruments in laboratory settings.

Test

1. Be able to detect differences in surface temperature of 10°C in a temperature range of 5-40°C by the use of fingers or hands.
2. Be able to differentiate four degrees of firmness in a balloon inflated with air to ¼, ½, ¾, and full capacity.
3. Be able to differentiate, with arm extended and vision blocked, four round objects having diameters of 0.5, 1.0, 1.5, and 2.0 cm.

II. Physical Functions:

A. Speech – The ability to speak and be understood by others is an integral part of the curriculum of OSU-CVHS. Throughout the program, the student is required to interact in an oral mode with professors, fellow students, and clients by presentation of information, cases, and inquiries. The individual must be able to speak and understand English and be understood by others who cannot see the facial expression or lips of the individual. Individuals are required to interact in a variety of situations where the only means of communication would be orally and where rapid communication is sometimes necessary.

Applications (inclusive of but not limited to) – Communication in a surgery room where all individuals are wearing masks and hands contain instruments or are otherwise engaged. Communication with clients and clinicians over the telephone. Communication with other personnel in moving and handling animals.

Test

1. Be able to communicate over the telephone.
2. Be able to communicate with individuals without visual contact at a distance of between one meter and five meters.

B. Coordinated Movement – Throughout the program, the individual is required to hold and manipulate various instruments, equipment, and devices that must be used to perform specific predetermined physical tasks. The ability to accomplish these tasks by being able to correctly hold and manipulate the instrument or device is paramount in acquiring the needed technical capacity to perform some functions. Additionally, an individual must be able to move their body in such a manner as to prevent and avoid physical harm to themselves, others, and

12

Board00293

animal patients when working with and restraining animals.

Applications – (inclusive of but not restricted to) – Holding and manipulating surgical instruments. Holding, manipulating and/or adjusting a variety of instruments including microscopes, anesthetic machines, needles and syringes, radiography equipment, ophthalmoscopes, and endoscopic equipment. Moving from or avoiding danger while handling potentially dangerous animals in a confined situation.

Test
1. Be able to attach a needle to a 5 cc syringe, fill the syringe with liquid from a vial and inoculate an object with the contents of the syringes.
2. Be able to pass a surgical needle through animal tissue and tie a knot using needle holder and forceps.
3. Be able to move to a distance of 3 meters or more over an irregular surface with three seconds of signal to do so.

C. Physical Stamina – Throughout parts of the curriculum, the individual is required to physically move, adjust, and/or manipulate various animate and inanimate objects sometimes under a variety of physical and climatic conditions.

Applications – (inclusive of but not limited to) Placing an animal on an elevated treatment or surgery table. Physical restraint of large and small animals. Relocation of cattle, horses, and/or other large animals from transport vehicles to pens, from pasture to pens, and/or from trucks to holding pens.

Test
1. Be able to lift a minimum of 25 kilograms to a height of 1 meter and transport it a distance of at least three meters.

D. Allergies and/or Fear – Contact with various chemicals, pharmaceuticals, and biologics are a necessary part of the educational process. Sustained contact with a variety of animals and the environment in which they are housed and treated are a necessary part of the educational experiences. The student is required to handle and manipulate the following animals: cats, dogs, birds, cattle, horses, swine, and sheep. During such contact, the individual must be able to carry out routine medical care on such animals.

13

Board00294

**Implementation of Technical Standards**

These technical standards shall be imposed by the Center for Veterinary Health Sciences, Department of Veterinary Clinical Sciences on all students following a conditional offer of acceptance into the program. Should a question of competency be present, the conditional matriculant will be asked to demonstrate the questioned ability in the presence of no less than two faculty members and the Department Head.

I _____ acknowledge having read the Technical Standards
     Name (Please print clearly)

Information and understand that I must be able to satisfy, with or without reasonable accommodation, the technical standards that relate to physical abilities.

Signature of candidate _____

Subscribed and sworn to (or affirmed) before me this _____ day of _____, 20____

State of Oklahoma, County of Payne

_____
Notary Public

S E A L

_____
Commission Expires    Commission #

Note: **This form will be retained by**

    Oklahoma State University
    Center for Veterinary Health Sciences
    Department of Veterinary Clinical Sciences
    1 BVMTH Room 002G
    Stillwater, OK  74078-2041

Board00295