IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: CIV-21-616-PRW |
| ) | |
| BOARD OF REGENTS FOR THE ) | |
| OKLAHOMA AGRICULTRUAL AND ) | |
| MECHANICAL COLLEGES; STATE OF ) | |
| OKLAHOMA ex rel. OKLAHOMA STATE ) | |
| UNIVERSITY; and ST. MATTHEWS ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' FINAL WINTESS AND EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendants, the Board of Regents for the Oklahoma Agricultural and Mechanical Colleges (the "Board") and Oklahoma State University ("OSU") (collectively hereinafter referred to as "Defendants") submit the following Final Witness and Exhibit List:

**Defendants' List of Individuals Expected to be Called as Witnesses**

In addition to Plaintiff, Jonathan Rivera-Pierola, Defendants anticipate calling the following individuals as witnesses:

OSU College of Veterinary Medicine Administration

1.  Dr. Carlos Risco
    Dean of the College of Veterinary Medicine
    Oklahoma State University
    200B McElroy Hall
    Stillwater, OK 74078
    (405)744-6651

    *Deposed; Dr. Risco is expected to testify to his role as the Dean of the College of*

*Veterinary medicine at OSU, his interactions and communications with Plaintiff and with faculty regarding Plaintiff, and any decision(s) he made with regard to Plaintiff's status in the Program.*

2. Dr. Margi Gilmour
   Associate Dean of Academic Affairs (retired)
   College of Veterinary Medicine
   Oklahoma State University
   208 N. McFarland
   Stillwater, OK 74078
   (405)744-6595

   *Deposed; Dr. Gilmour is expected to testify to her role as the Associate Dean of Academic Affairs of the College of Veterinary Medicine at OSU at the time Plaintiff was attending OSU, her interactions and communications with Plaintiff and with faculty regarding Plaintiff's performance in the Program, and any decision(s) she made or about which she was consulted with regard to Plaintiff's status in the Program.*

3. Dr. Daniel Burba
   Veterinary Clinical Sciences Department Head
   College of Veterinary Medicine
   Oklahoma State University
   2115 W. Farm Rd
   Academic Center
   Stillwater, OK 74078
   Phone: 405-744-8468

   *Deposed: Dr. Burba is expected to testify as to his role as the Department Head for Veterinary Clinical Sciences and his knowledge of and/or involvement with, or lack thereof, Plaintiff during his enrollment in the Program.*

OSU College of Veterinary Medine Faculty Instructors

4. Dr. Paul Demars
   Clinical Associate Professor
   College of Veterinary Medicine
   Oklahoma State University
   2065 West Farm Road
   Stillwater, OK 74078
   (405)744-7000

   *Deposed; Dr. Demars is expected to testify as to his role as a clinical associate*

*professor in the field of Veterinary Clinical Sciences at OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

5. Dr. Lara Sypniewski
   Clinical Associate Professor
   College of Veterinary Medicine
   Oklahoma State University
   Veterinary Teaching Hospital
   Stillwater, OK 74078
   (405)744-7305

   *Deposed; Dr. Sypniewski is expected to testify as to her role as a Clinical Associate Professor in the field of Veterinary Clinical Sciences at OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Community Practice rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

6. Dr. Stefano Di Concetto
   Anesthesiology Instructor (no longer employed at OSU)
   College of Veterinary Medicine
   Oklahoma State University

   *Deposed; Dr. Di Concetto is expected to testify as to his role as the instructor of record for the Anesthesiology rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Anesthesiology rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

7. Candace Thrasher
   Manager of Academic Integrity and Outreach
   Oklahoma State University
   101 Whitehurst
   Stillwater, OK 74078
   Phone: 405-744-8789

   *Deposed; Candace Thrasher is expected to testify as to her role as the Academic Integrity Manager at OSU, the academic integrity policies and procedures in place at OSU, and the applicability, or lack thereof, to Plaintiff in this case.*

**Defendants' List of Individuals Who Are Unlikely to be Called,
But May Potentially be Called as Witnesses**

OSU College of Veterinary Medine Faculty Instructors

8. Dr. Shane Lyon
   College of Veterinary Medicine (no longer employed at OSU)
   Oklahoma State University
   Veterinary Teaching Hospital
   Stillwater, OK 74078
   (405)744-7000

   *Dr. Lyon is expected to testify as to his role as an instructor for the Small Animal Internal Medicine rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Small Animal Internal Medicine rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

9. Dr. Laura Nafe
   College of Veterinary Medicine (no longer employed at OSU)
   Oklahoma State University
   W. Hall of Fame Ave.
   Stillwater, OK 74078
   (405)744-7000

   *Dr. Nafe is expected to testify as to her role as an instructor for the Small Animal Internal Medicine rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Small Animal Internal Medicine rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

10. Dr. Candace Lyman
    College of Veterinary Medicine (no longer employed OSU)
    Oklahoma State University

    *Dr. Lyman is expected to testify as to her role as an instructor for the Hospital Based Theriogenology rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Hospital Based Theriogenology rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the*

*Program.*

11. Dr. Joao Lemos Brandao
    Associate Professor
    College of Veterinary Medicine
    Oklahoma State University
    Stillwater, OK 74078
    (405)744-7000

    *Dr. Brandao is expected to testify as to his role as an instructor for the Zoological Medicine rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Zoological Medicine rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

12. Cody McCarley
    Veterinary Technician
    College of Veterinary Medicine
    Oklahoma State University
    2065 W. Farm Road
    Stillwater, OK 74078
    (405)744-7000

    *Mr. McCarley is expected to testify as to his role as an instructor for the Small Animal Intensive Care rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Small Animal Intensive Care rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

13. Dr. Melanie Boileau
    Professor
    College of Veterinary Medicine
    Oklahoma State University
    Stillwater, OK 74078
    (405)744-6656

    *Dr. Boileau is expected to testify as to her role as an instructor for the Food Animal Medicine Clinic rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Food Animal Medicine rotation, and interactions and communications with Plaintiff and/or with other*

*faculty and/or students regarding Plaintiff's performance in the Program.*

14. Dr. Carrie Kuzma
    College of Veterinary Medicine (no longer employed at OSU)
    Oklahoma State University
    Veterinary Teaching Hospital
    Stillwater, OK 74078
    (405)744-7000

    *Dr. Kuzma is expected to testify as to her role as an instructor for the Radiology rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Radiology rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program.*

<u>OSU College of Veterinary Medicine Professional Standards Committee (2019-2020)</u>

15. Dr. Kelly Allen
    College of Veterinary Medicine (no longer employed at OSU)
    Oklahoma State University
    Stillwater, OK 74078

    *Dr. Allen will testify as to her role on the Professional Standards Committee ("PSC"), her recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff.*

16. Dr. Mike Davis
    Professor
    College of Veterinary Medicine
    Oklahoma State University
    Stillwater, OK 74078
    (405)744-8171

    *Dr. Davis will testify as to his role on the PSC, his recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff.*

17. Dr. Erik Clary
    College of Veterinary Medicine (no longer employed at OSU)
    Oklahoma State University
    Stillwater, OK 74078

*Dr. Clary is expected to testify as to his role as an instructor for the Small Animal Surgery rotation during the time Plaintiff was attending OSU, his observations of Plaintiff during Plaintiff's clinical studies, his evaluations of Plaintiff during his rotations, specifically Plaintiff's Small Animal Surgery rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. Additionally, Dr. Clary will testify as to his role on the PSC, his recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff.*

18. Dr. Lyndi Gilliam
    Professor
    College of Veterinary Medicine
    Oklahoma State University
    Veterinary Teaching Hospital
    Stillwater, OK 74078
    (405)744-6656

    *Dr. Gilliam is expected to testify as to her role as an instructor for the Equine Medicine/ Surgery Clinic rotation during the time Plaintiff was attending OSU, her observations of Plaintiff during Plaintiff's clinical studies, her evaluations of Plaintiff during his rotations, specifically Plaintiff's Equine Medicine/ Surgery Clinic rotation, and interactions and communications with Plaintiff and/or with other faculty and/or students regarding Plaintiff's performance in the Program. Additionally, Dr. Gilliam will testify as to her role on the PSC, her recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff.*

19. Dr. Myron Hinsdale
    Associate Professor
    College of Veterinary Medicine
    Oklahoma State University
    264 McElroy Hall
    Stillwater, OK 74078
    (405)744-8107

    *Dr. Hinsdale will testify as to his role on the PSC, his recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff.*

20. Dr. Mason Reichard
    Professor
    College of Veterinary Medicine

7

Oklahoma State University
250 McElroy Hall
Stillwater, OK 74078
(405)744-8159

*Dr. Reichard will testify as to his role as the Chair of the PSC, his recollection of the PSC's review of Plaintiff's performance in the Program, and the determination(s) reached by the PSC regarding Plaintiff.*

## Defendants' List of Exhibits

| No. | Description | Identifiers |
|---|---|---|
| 1 | Plaintiff's St. Matthew's University Academic Transcript | Plaintiff's Depo. Ex. 1; Board 00002 |
| 2 | Plaintiff's Evaluation and Final Grade for Small Animal Internal Medicine Rotation | Plaintiff's Depo. Ex. 2; Board 00068 – 00070 |
| 3 | Letter from Dr. Gilmour regarding Plaintiff's grade of "D" (October 3, 2019) | Plaintiff's Depo. Ex. 3; Board 00089 |
| 4 | Plaintiff's Evaluation and Final Grade for Community Practice Rotation | Plaintiff's Depo. Ex. 4; Board 00084 – 00085 |
| 5 | Letter from Dr. Gilmour regarding Plaintiff's Dismissal from the Program (March 23, 2020) | Plaintiff's Depo. Ex. 5; Board 00090 |
| 6 | Plaintiff's Appeal to Dean Risco | Plaintiff's Depo. Ex. 6; Board 00280 – 00281 |
| 7 | Letter from Dr. Gilmour regarding Plaintiff's Placement on Academic Suspension (April 6, 2020) | Plaintiff's Depo. Ex. 7; Board 00094 |
| 8 | Plaintiff's Grade Sheet for Anesthesia Rotation | Plaintiff's Depo. Ex. 8; Board 00086 |
| 9 | Letter from Dr. Gilmour regarding Plaintiff's Dismissal from the Program (April 21, 2020) | Plaintiff's Depo. Ex. 9; Board 00095 |
| 10 | Email from Plaintiff to Dr. Di Concetto (April 20, 2020) | Plaintiff's Depo. Ex. 10; Board 01445 |
| 11 | Oklahoma State University Academic Integrity Policy | Plaintiff's Depo. Ex. 11 |
| 12 | Plaintiff's Oklahoma State University Year IV Clinical Studies Academic Transcript | Board 00087 |
| 13 | Oklahoma State University College of Veterinary Medicine Year IV Student Handbook | Board 00235 – 00277 |
| 14 | PSC Letter to Dr. Gilmour (March 21, 2020) | Board 01175 – 01176 |

| 15 | Anesthesiology Rotation Revised Syllabus | Board 00231 – 00234 |
|---|---|---|
| 16 | Community Practice Rotation Syllabus | Board 00196 – 00204 |
| 17 | Report of Defendants' Rebuttal Expert Witness (if one is retained) | |
| 17 | Summary Exhibit (not yet prepared) listing all damages claimed by Plaintiff | |
| 18 | Invoices or other documents detailing amounts of compensation invoiced by and/or paid to Plaintiff's expert witness Nik Volkov | |
| 19 | All exhibits utilized by all parties during depositions of all witnesses in this matter | |
| 20 | All exhibits listed by Plaintiff and not otherwise objected to by Defendants | |
| 21 | With permission of the Court, additional exhibits identified during the balance of discovery | |

Respectfully submitted,

s/Clinton W. Pratt
Clinton W. Pratt, OBA #21329
Gaylan Towle II, OBA #32884
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Oklahoma State University
Stillwater, OK 74078-7044
(405) 744-6494/Fax: (405) 744-7998
clint.pratt@okstate.edu
gaylan.towle@okstate.edu
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was emailed this 31st day of July, 2023, to:

Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
          and

**LEVINSON, SMITH & HUFFMAN, PC**
R. JACK FREEMAN, OBA #3128
1861 East 71st Street
Tulsa, Oklahoma 74136
Telephone: (918) 492-4433
Facsimile: (918) 492-6224
Email: jack@lsh-law.com
*Attorneys for Plaintiff Jonathan Rivera-Pierola*

                                                                    s/Clinton W. Pratt