1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA,         )
                                 )
                       Plaintiff,)
                                 )Case Number
vs.                              )CIV-21-616 PRW
                                 )
BOARD OF REGENTS for the OKLAHOMA )
AGRICULTURAL and MECHANICAL      )
COLLEGES, et al.,                )
                                 )
                       Defendant.)
_____


VIDEOCONFERENCE DEPOSITION OF PAUL DeMARS, DVM

TAKEN ON BEHALF OF THE PLAINTIFF

ON JUNE 12, 2023

IN STILLWATER, OKLAHOMA


REPORTED BY:  BRENDA SCHMITZ, CSR, RPR (VIA ZOOM)
              CITY REPORTERS
     14 Northeast 13th Street, Suite 101
        Oklahoma City, Oklahoma 73104
              (405)235-3376

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

2

1    APPEARANCES:
2
3    FOR THE PLAINTIFF: (VIA ZOOM)
4        MR. JASON J. BACH
         Bach Law Firm
5        7881 West Charleston, Suite 165
         Las Vegas, NV  89117
6        Telephone: 702.925.8787
         Email: jbach@bachlawfirm.com
7
8
9    FOR THE DEFENDANT (VIA ZOOM WITH THE WITNESS):
10       MR. CLINTON W. PRATT
         Office of Legal Counsel
11       Student Union, 5th Floor
         Oklahoma State University
12       Stillwater, Oklahoma  74078
         Email: clint.pratt@okstate.edu
13
14
15
16
17
18
19
20
21
22
23
24
25

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

3

INDEX

DIRECT EXAMINATION BY MR. BACH................5
CROSS EXAMINATION BY MR. PRATT...............36
REDIRECT EXAMINATION BY MR. BACH.............42

Errata.......................................48
Jurat........................................49
Reporter's Certificate.......................50

Deposition Exhibits   (marked at a later date)
    Number 1   Syllabus.............................20
    Number 2   Events described by Plaintiff.......21
    Number 3   2/27/20 Gilmour/DeMars email........28
    Number 4   2/27/20 DeMars/Rivera-Pierola
               email...............................30
    Number 5   3/3/20 Burba/Gilmour email..........31
    Number 6   4 March 2020 letter.................34

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

4

STIPULATIONS

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys, that the video conference deposition of PAUL DEMARS, DVM, may be taken on behalf of the Plaintiff on JUNE 12, 2023, in the City of Stillwater, Oklahoma by Brenda Schmitz, Certified Shorthand Reporter within and for the State of Oklahoma, and Registered Professional Reporter, taken by notice pursuant to the State of Oklahoma Rules of Civil Procedure.

It is further stipulated and agreed by and between the parties hereto, through their respective attorneys, that all objections, except as to the form of the question and the responsiveness of the answer, are reserved until the time of trial, at which time they may be made with the same force and effect as if made at the time of the taking of this deposition.

City Reporters
(405)235-3376

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

5

1      And thereupon the following witness was produced
2   by the Plaintiff:
3                  PAUL DEMARS, DVM,
4   the witness hereinbefore named, being first duly
5   cautioned and sworn to testify the truth, the whole
6   truth, and nothing but the truth, testified on his
7   oath as follows:
8                  DIRECT EXAMINATION
9   BY MR. BACH:
10       Q.   Can you state your name for the record,
11  please?
12       A.   Paul DeMars.
13       Q.   And, Dr. DeMars, my name is Jason Bach,
14  I'm an attorney who represents Jonathan
15  Rivera-Pierola in a lawsuit against the university;
16  do you understand that?
17       A.   Yes.
18       Q.   Okay.  And thank you for your time here
19  this afternoon.  I appreciate it.  I'm just going to
20  go over a few of the ground rules here, here today.
21  Have you ever had a deposition taken before?
22       A.   As an expert witness, yes.
23       Q.   On -- on how many occasions?
24       A.   One.
25       Q.   Okay.  So you understand that the court

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

46

1    A.   Yep.
2    Q.   If a student came to -- came to rounds and
3  had not prepared them -- their medical records,
4  would that be something that would impact their --
5  their grade, if they were unprepared when rounds
6  began?
7    A.   Yes.  Yes.
8    Q.   Okay.  And if a student lied to you about
9  completing their medical records, would that not be
10 an academic integrity issue?
11   A.   I would not submit an academic integrity
12 issue on that.  That is a failure of expectations,
13 that is not academic integrity.  That is not
14 willfully bypassing the system, or plagiarizing or
15 those kinds of activities that would be an academic
16 integrity issue.  This is more of a professional
17 skill.  It's honesty, it's accountability, it's
18 concepts of behaviors that we would expect a
19 veterinarian to demonstrate.
20   Q.   Even if they lied to you about it and said
21 that they had completed their medical records?
22   A.   Even if they lied.  I have never heard of
23 a student being brought before academic integrity
24 violation charges for -- for merely lying about
25 something like that.  That's -- that's not a way

City Reporters
(405)235-3376

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

49

1              JURAT
2      I, PAUL DEMARS, DVM, do hereby state under
3  oath that I have read the above and foregoing
4  transcript in its entirety, and that the same is a
5  full, true, and correct transcription of my
6  testimony so given at said time and place, except
7  for the corrections noted.
8
9                          _____
                                PAUL DEMARS, DVM
10
11     SUBSCRIBED AND SWORN TO BEFORE ME, the
12  undersigned Notary Public in and for the State of
13  _____ on this, the _____ day of
14  _____, 2023.
15
16                          _____
                                Notary Public
17
    My Commission Expires: _____
18
19
20
21
22
23
24     REPORTED BY:  BRENDA SCHMITZ, CSR, RPR
25

City Reporters
(405)235-3376

**Exhibit 23 (Additional Excerpts)**

Paul DeMars
June 12, 2023

50

CERTIFICATE

STATE OF OKLAHOMA  )
                   )  SS:
OKLAHOMA COUNTY    )

I, Brenda Schmitz, Certified Shorthand Reporter within and for the State of Oklahoma, do hereby certify that the above-named PAUL DEMARS, DVM, was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth in the case aforesaid; that the above and foregoing deposition was by me taken in shorthand and thereafter transcribed; that the same is true and correct; and that it was taken on JUNE 12, 2023, at the time of 2:07 p.m. in the City of Stillwater, County of Payne, State of Oklahoma under the stipulations hereinbefore set out, and that I am not attorney for or relative of any of said parties or otherwise interested in the event of said action.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 19th day of June, 2023.

_____
BRENDA SCHMITZ, CSR, RPR #18230
Oklahoma Certified Shorthand Reporter
Certificate No. 00823
Expires: December 31, 2023

**Exhibit 23 (Additional Excerpts)**