IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NOVEMBER 2023 CIVIL TRIAL DOCKET
for
Judge Patrick R. Wyrick

**Tuesday, November 7, 2023**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for **Docket Call at 1:30 p.m. on Wednesday, November 1, 2023** regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

## JURY DOCKET

| | | |
|---|---|---|
| CIV-22-239-PRW | William Brewington | Pro Se |
| | v. | |
| | Allied Waste Systems Inc.<br>*d/b/a Republic Services of Oklahoma City* | Jonathan Rector<br>Philip Luo Lu |
| CIV-21-616-PRW | Jonathan Rivera-Pierola | R. Jack Freeman<br>Jason Bach |
| | v. | |
| | Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, et al. | Clinton Pratt<br>Gaylan Towle |

| | | |
|---|---|---|
| CIV-22-616-PRW | Leslie Schlegel | Katherine Mazaheri |
| | v. | |
| | AMNET ESOP Corporation | Kristin Bauer<br>Marissa Boulanger<br>Michael DePonte |

---

## NON-JURY DOCKET

| | | |
|---|---|---|
| CIV-23-164-PRW | Pizza Inn Inc. | Cody Towns<br>Elizabeth Hampton |
| | v. | |
| | Allens Dynamic Food Inc., et al. | Bret Davis |