## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA *ex rel.* OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY,<br><br>Defendants. | Case No. CIV-21-00616-PRW |

## ORDER

Before the Court is the parties' Joint Motion to Amend Case Caption (Dkt. 47), seeking to update the docket to accurately reflect the proper parties to this litigation. Upon review, and for good cause shown, the Motion (Dkt. 47) is **GRANTED**. The docket will be updated to reflect Defendant's correct name, and all future filings shall reflect the new case caption: *Jonathan Rivera-Pierola, Plaintiff, v. Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, Acting for and on behalf of Oklahoma State University, Defendant.*

**IT IS SO ORDERED** this 2nd day of October 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE