# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RIVERA-PIEROLA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case No. CIV-21-00616-PRW <br> BOARD OF REGENTS FOR THE ) <br> OKLAHOMA AGRICULTURAL AND ) <br> MECHANICAL COLLEGES, ACTING ) <br> FOR AND ON BEHALF OF ) <br> OKLAHOMA STATE UNIVERSITY, ) <br> ) <br> Defendant. ) | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Trial Docket Deadlines (Dkt. 48), seeking to extend all unexpired deadlines by ninety (90) days. Upon review, and for good cause shown, the Court **GRANTS** the Motion (Dkt. 48), **STRIKES** the case from the Court's November 2023 Trial Docket, **RESETS** the case on the Court's February 2024 Trial Docket, and **EXTENDS** all unexpired deadlines as follows:

| FILINGS | DEADLINES |
|---|---|
| Designations of deposition testimony to be used at trial | January 22, 2024 |
| Objections and counter-designations to be filed. Objections to counter-designations to be filed within seven (7) days thereafter | January 29, 2024 |
| Motions *in limine* | January 22, 2024 |
| Requested *voir dire* | January 22, 2024 |
| Requested jury instructions | January 22, 2024 |
| Proposed findings and conclusions of law | January 22, 2024 |

| | |
|---|---|
| Trial briefs (optional unless otherwise ordered) | January 22, 2024 |
| Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), together with a proposed order approving the report | January 22, 2024 |
| Trial Docket | February 2024 |

**IT IS SO ORDERED** this 2nd day of October 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE