IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FEBRUARY 2024 CIVIL TRIAL DOCKET**
for
Judge Patrick R. Wyrick

**Tuesday, February 13, 2024**

1. Your Docket Call and Trial proceeding will be held in Courtroom 503, on the 5th floor, of the United States Courthouse, NW 4th & Harvey, Oklahoma City, Oklahoma.

2. Counsel are required to appear for **Docket Call at 1:30 p.m. on Wednesday, February 7, 2024** regardless of where their case appears on the docket.

3. At the commencement of trial, counsel shall submit three (3) typewritten lists of exhibits and witnesses to the Courtroom Deputy. (See Local Rule 43.1)

4. Please note that a valid photo identification is required to enter the federal courthouse building.

---

## **JURY DOCKET**

| | | |
|---|---|---|
| CIV-21-616-PRW | Jonathan Rivera-Pierola | R. Jack Freeman<br>Jason Bach |
| | v. | |
| | Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, Acting for and on Behalf of Oklahoma State University | Clinton Pratt<br>Gaylan Towle |

---

| | | |
|---|---|---|
| CIV-22-737-PRW | John Ware | Cynthia D'Antonio |
| | v. | |
| | Mercy Health | Justin Grose<br>Sohail Punjwani |

| | | |
|---|---|---|
| CIV-23-001-PRW | Ted Lowell Jenks Jr., et al. | Christina Billington |
| | v. | |
| | Allstate Fire and Casualty Insurance Company | David Donchin<br>Joshua Young<br>Ryan Oldfield |