## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JONATHAN RIVERA-PIEROLA,    )
    )
    Plaintiff,    )
    )
v.    )    Case No. CIV-21-00616-PRW
    )
BOARD OF REGENTS FOR THE    )
OKLAHOMA AGRICULTURAL AND    )
MECHANICAL COLLEGES, ACTING    )
FOR AND ON BEHALF OF    )
OKLAHOMA STATE UNIVERSITY,    )
    )
    Defendant.    )

## ORDER

Before the Court is the parties' Joint Motion for Dismissal without Prejudice (Dkt. 52). Because the motion is signed by counsel for Plaintiff and Defendant and seeks dismissal, the Court construes the motion as a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Upon review, and for good cause shown, the motion (Dkt. 52) is **GRANTED**. Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**, each party to bear their own costs, including attorney's fees.

**IT IS SO ORDERED** this 3rd day of January 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE